IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 1:06CV02031 |
| ) | (EGS) |
| MARIA CASCHETTA, ET AL ) | |
| ) | |
| Defendant. ) | |

**DEFENDANTS' MOTION TO DISMISS THE CLAIMS OF RADTKE FOR IMPROPER VENUE**

Defendants Maria Caschetta and Advanta Medical Solutions, LLC, move under Federal Rule 12(b)(3) for an Order dismissing the claims of the plaintiff Radtke for improper venue.

Respectfully submitted,

Alan Lescht, Esq.
Susan L. Kruger, Esq.
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, DC  20036
Counsel for Defendants
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MARIA CASCHETTA, ET AL )<br>)<br>Defendant. ) | Civil Action No. 1:06CV02031<br>(EGS) |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO
DISMISS FOR IMPROPER VENUE**

The complaint alleges that the plaintiff Radtke is a resident of Maryland (para. 6), that the defendant Caschetta is a resident of Maryland (para. 8), that the defendant Advanta Medical Solutions, LLC is incorporated in Maryland (para. 10), and that she was assigned to work at the Pentagon in Virginia and at Kaiser Permanente in Kensington, Maryland (paras. 13 and 14).

The allegations of the complaint do not satisfy any of the requirements of 28 USC 1391(b) in that none of the defendants reside in the District of Columbia, none of the alleged events giving rise to the alleged claims took place here, and the defendants may be found in Maryland.

Respectfully submitted,

Alan Lescht, Esq.
Susan L. Kruger, Esq.
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220

2

Washington, DC  20036
Counsel for Defendants
202-463-6036
202-463-6067 (fax)

Case 1:06-cv-02031-EGS    Document 2    Filed 01/22/2007    Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHY RADTKE, ET AL )
)
)
          Plaintiff, )
vs. )   Civil Action No. 1:06CV02031
)   (EGS)
MARIA CASCHETTA, ET AL )
)
          Defendants. )

## ORDER

Upon consideration of the motion by defendants Caschetta and Advanta to dismiss, it is hereby ORDERED that the motion is GRANTED.

_____
Hon. Emmet G. Sullivan
USDJ

4