IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHY RADTKE, ET AL )
)
Plaintiff, )
vs. ) Civil Action No. 1:06CV02031
) (EGS)
MARIA CASCHETTA, ET AL )
)
Defendant. )

**DEFENDANTS CASCHETTA AND ADVANTA'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendants Maria Caschetta and Advanta Medical Solutions, LLC, move under Federal Rule 12(b)(2) for an Order dismissing the claims of the plaintiff Radtke for lack of personal jurisdiction.

Respectfully submitted,

Alan Lescht, Esq.
Susan L. Kruger, Esq.
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, DC  20036
Counsel for Defendants
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHY RADTKE, ET AL | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 1:06CV02031 |
| | ) | (EGS) |
| MARIA CASCHETTA, ET AL | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO
DISMISS FOR LACK OF JURISDICTION**

The complaint alleges that the plaintiff Radtke is a resident of Maryland (para. 6), that the defendant Caschetta is a resident of Maryland (para. 8), that the defendant Advanta Medical Solutions, LLC is incorporated in Maryland (para. 10), and that she was assigned to work at the Pentagon in Virginia and at Kaiser Permanente in Kensington, Maryland (paras. 13 and 14).

The complaint does not allege that plaintiff Radtke performed any work here in the District of Columbia.

The District's Long-Arm Statute (DC Code Section 13-423) requires that the plaintiff establish that her claim arises from the acts of the defendants in the District of Columbia, and the complaint does not contain any allegations that would support such an allegation.

Respectfully submitted,

2

Alan Lescht, Esq.
Susan L. Kruger, Esq.
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, DC  20036
Counsel for Defendants
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHY RADTKE, ET AL         )
                            )
                            )
          Plaintiff,        )
   vs.                      )   Civil Action No. 1:06CV02031
                            )   (DGS)
MARIA CASCHETTA, ET AL      )
                            )
                            )
          Defendants.       )

## ORDER

Upon consideration of the motion by defendants Caschetta and Advanta to dismiss, it is hereby ORDERED that the motion is GRANTED.

_____
Hon. Emmet G. Sullivan
USDJ