IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 1:06CV02031 |
| ) | (EGS) |
| MARIA CASCHETTA, ET AL ) | |
| ) | |
| Defendant. ) | |

**DEFENDANTS' MOTION TO SEVER CLAIMS**

Defendants move under Federal Rule 21 for an Order severing the claims of the plaintiffs because the claims do not arise "out of the same transaction, occurrence or series of transactions or occurrences" as is required by Federal Rule 20(a).

Respectfully submitted,

Alan Lescht, Esq.
Susan L. Kruger, Esq.
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, DC  20036
Counsel for Defendants
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 1:06CV02031 |
| ) | (EGS) |
| MARIA CASCHETTA, ET AL ) | |
| ) | |
| Defendant. ) | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO
SEVER CLAIMS ON GROUNDS THAT
<u>PLAINTIFFS' CLAIMS ARE IMPROPERLY JOINED</u>**

The court should sever the claims of the plaintiffs pursuant to Federal Rule 21 because the claims do not arise "out of the same transaction, occurrence or series of transactions or occurrences" as is required by Federal Rule 20(a).

The plaintiff Radtke alleges that she was employed by defendants Maria Caschetta and Advanta Medical Solutions, LLC (para. 12), that she was assigned to work at the Pentagon in Virginia and at Kaiser Permanente in Kensington, Maryland (paras. 13 and 14), and was not compensated for overtime she worked when traveling between locations and for federal holidays (paras. 16 and 17).

The plaintiff Cunningham alleges that she was employed by defendant Caschetta and Lifecare (para. 19), that she was assigned to work at Walter Reed Army Medical Center (para. 19), and that she was not compensated for overtime hours she worked in excess of forty and for federal holidays (paras. 20 and 21).

The two plaintiffs worked for different companies, at different locations, and have alleged different violations of the FLSA.

Respectfully submitted,

Alan Lescht, Esq.
Susan L. Kruger, Esq.
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, DC  20036
Counsel for Defendants
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MARIA CASCHETTA, ET AL )<br>)<br>Defendants. ) | Civil Action No. 1:06CV02031<br>(EGS) |

### ORDER

Upon consideration of the motion by defendants to sever the claims of plaintiffs, it is hereby ORDERED that the motion is GRANTED.

_____
Hon. Emmet G. Sullivan
USDJ

4