IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 1:06CV02031 |
| ) | (EGS) |
| MARIA CASCHETTA, ET AL ) | |
| ) | |
| Defendant. ) | |

**DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT**

Defendants move under Federal Rule 12(e) for an Order directing the plaintiffs to serve a more definite statement.

Respectfully submitted,

Alan Lescht, Esq.
Susan L. Kruger, Esq.
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, DC  20036
Counsel for Defendants
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MARIA CASCHETTA, ET AL )<br>)<br>Defendant. ) | Civil Action No. 1:06CV02031<br>(EGS) |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR A MORE DEFINITE STATEMENT**

Under 29 U.S.C. § 255, Plaintiffs' claims under the Fair Labor Standards Act are barred if they were not brought within two years after the cause of action accrued.

The plaintiff Cunningham states that she began working in 2002 and appears to allege that she is seeking damages for violations dating back to 2002, which would be time barred under the statute.

The complaint does not identify the days or hours that plaintiffs were allegedly not paid overtime in accordance with the provisions of the FLSA. Nor does it allege the specific amounts alleged to be unpaid.

Count 2 of the complaint alleges a common law claim for breach of contract and that defendants failed to properly account to plaintiffs; however, the complaint does not identify the written agreement that is the basis for the claim or the authority under which they allege that they should have been provided an accounting.

Under Fed. R. Civ. P. 12(e), if a pleading is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading, the party may move for a more definite statement before interposing a responsive pleading.

Defendants seek a more definite statement from plaintiffs that identifies and describes the specific dates of the alleged FLSA violations, the amounts claimed unpaid, as well as details regarding the alleged breach of contract claim.

Respectfully submitted,

Alan Lescht, Esq.
Susan L. Kruger, Esq.
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, DC 20036
Counsel for Defendants
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHY RADTKE, ET AL                )
                                   )
                                   )
            Plaintiff,             )
    vs.                            )   Civil Action No. 1:06CV02031
                                   )   (EGS)
MARIA CASCHETTA, ET AL             )
                                   )
                                   )
            Defendants.            )

## ORDER

Upon consideration of the motion by defendants for a more definite statement, it is hereby ORDERED that the motion is GRANTED.

_____
Hon. Emmet G. Sullivan
USDJ

4