**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

―――――――――――――――――――――――――― |
KATHY RADTKE, ET AL. |
|
|
Plaintiffs, |
|
v.  | Civil Case No.: 06-2031 (EGS)
|
MARIA CASCHETTA, ET AL. |
|
|
Defendants. |
―――――――――――――――――――――――――― |

### PLAINTIFFS' MOTION TO ENLARGE TIME *NUNC PRO TUNC*

Plaintiffs Kathy Radtke and Carmen Cunningham, by and through their under-signed counsel, respectfully request that the Court enlarge the time, *nunc pro tunc*, for Plaintiffs to file their <u>Opposition to Defendants' Motions to Compel Arbitration, Sever, For Change of Jurisdiction, for Change of Venue, and for More Definite Statement</u>, which Plaintiffs filed on February 9, 2007. Plaintiffs make this motion for the following reasons:

1. On February 9, 2007, Plaintiffs filed their Opposition to Defendants' Motions to Compel Arbitration, Sever, For Change of Jurisdiction, For Change of Venue, and For More Definite Statement. Plaintiffs inadvertently filed this Opposition Motion one week late because counsel referred to the wrong rule regarding timeliness. Plaintiffs' counsel had a good faith belief that the Opposition Motion was due by February 12, 2007.

2. Counsel for the Plaintiffs has attempted to gain the consent of Defendants but was unable to reach Defendants' counsel despite several attempted phone calls.

3. Granting this Motion will not prejudice the Defendants because the Plaintiffs'

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

Opposition Motion was filed only one week late and the parties' Motions should be decided on their merits.

Respectfully submitted,

S. Micah Salb
Richard H. Semsker
Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, Maryland 20814
(301) 656-6905

Counsel for Plaintiff

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 2 -