**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHY RADTKE, et. al. | |
| Plaintiffs, | |
| v. | Civil Case No.: 1:06CV02031 |
| MARIA CASCHETTA, et. al. | |
| Defendants | |

## NOTICE OF APPEARANCE

Please enter the appearance of Gwenlynn Whittle D'Souza of the law firm of Lippman, Semsker & Salb, LLC, as counsel for the Plaintiffs, Kathy Radtke, et. al. in the above-captioned matter.

Respectfully submitted,

LIPPMAN, SEMSKER & SALB, LLC

/s/
Gwenlynn Whittle D'Souza, #453849
S. Micah Salb, #453197
Richard H. Semsker, #22819
7700 Old Georgetown Road
Suite 500
Bethesda, Maryland 20814
(301) 656-6905
(301) 656-6906 (fax)

Counsel for Plaintiffs

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906