UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                   )
KATHY RADTKE, et al.,              )
                                   )
           Plaintiffs,             )
                                   ) Civil Action No. 06-2031 (EGS)
           v.                      )
                                   )
MARIA CASCHETTA, et al.,           )
                                   )
           Defendants.             )
                                   )
```

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendants' motion to sever claims is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff Radtke's claims shall be severed from plaintiff Cunningham's claims; and it is

**FURTHER ORDERED** that defendants' motion for a more definite statement is **DENIED**; and it is

**FURTHER ORDERED** that defendants' motion to compel arbitration is **DENIED without prejudice**; and it is

**FURTHER ORDERED** that both parties shall submit supplemental memoranda concerning the proper remedy for defendants' motions to dismiss by no later than June 1, 2007.  Responses, if any, shall be filed no later than June 8, 2007.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            May 15, 2007**