IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHY RADTKE, ET AL )
)
          Plaintiff, )
vs. ) Civil Action No. 1:06CV02031
) (EGS)
MARIA CASCHETTA, ET AL )
)
          Defendant. )

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO CLAIM OF PLAINTIFF RADTKE**

The court granted defendants' motion to dismiss the claims of plaintiff Radtke for lack of jurisdiction and stated that it will transfer the case to a court that has jurisdiction following submission of argument from the parties.

Defendants move for an Order extending their time to answer the claim of plaintiff Radtke until after her case is transferred to a court that has jurisdiction of the matter. This extension of time is needed because Defendants may assert counterclaims but do not want to make a filing here that may be seen as consenting to jurisdiction of this court after having successfully argued that the court does not have jurisdiction.

Defendants requested that Plaintiff consent to this relief but Plaintiffs declined.

Respectfully submitted,

Alan Lescht, Esq.
Susan L. Kruger, Esq.
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220

Washington, DC 20036
Counsel for Defendants
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MARIA CASCHETTA, ET AL )<br>)<br>Defendants. ) | Civil Action No. 1:06CV02031<br>(EGS) |

### ORDER

Upon consideration of the motion by defendants for a more definite statement, it is hereby ORDERED that the motion is GRANTED.

_____
Hon. Emmet G. Sullivan
USDJ

5