IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHY RADTKE, ET AL          )
                             )
             Plaintiff,      )
     v.                      )   Civil Action No. 1:06CV02031
                             )   (EGS)
MARIA CASCHETTA, ET AL       )
                             )
             Defendant.      )

### DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF TRANSFERRING PLAINTIFF RADTKE'S CLAIMS TO THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Defendants, by counsel and pursuant to the Court's memorandum opinion dated May 15, 2007, submit the following in support of transferring Plaintiff Radtke's claims to the U.S. District Court for the Eastern District of Virginia:

### FACTS RELATING TO VENUE

The Radtke Complaint names as a defendant Lifecare Management Partners, and identifies Lifecare as a Virginia corporation that has its offices in Alexandria, Virginia (para. 9), and asserts claims by plaintiff Radtke against the Virginia corporation Lifecare.

The Radtke Complaint alleges that she worked at the Pentagon in Arlington, Virginia, for four hours each day.

According to the records of Defendant Advanta, Ms. Radtke started work at the Pentagon in Virginia during the pay period ending 12/03/04, and worked for 15 pay periods before starting work at Kaiser in Maryland. She worked a total of 29 pay periods (58 weeks) at the Pentagon in Virginia and only 14 pay periods (28 weeks) at Kaiser in

Maryland. She did not start working at both of these accounts when she started full time employment at Advanta.

Consequently, roughly 74% of her work hours were at the Pentagon in Virginia (1540.5) and 26% of her work hours were at Kaiser in Maryland (549).

Therefore, the preponderance of time both in weeks and in hours was performed in Virginia.

## ARGUMENT

Venue in a Fair Labor Standards Act case should be governed by the provisions in 28 U.S.C. § 1391. *See Bredberg v. Long*, 778 F.2d 1285 (8th Cir. 1985).

Under 28 U.S.C. § 1391(b), this action may be brought either in a district where a defendant conducted business or where a substantial part of the events or omissions giving rise to the claim occurred.

The defendant Lifecare is a Virginia corporation and a substantial part of the events allegedly giving rise to the claims occurred in Arlington, Virginia.

Since plaintiff Radtke initially selected a forum that did not have jurisdiction over the parties, Defendants respectfully request that the court transfer this case to the U.S. District Court for the Eastern District of Virginia.

Respectfully submitted,

Alan Lescht, Esq.
Susan L. Kruger, Esq.
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, DC  20036
Counsel for Defendants
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHY RADTKE, ET AL           )
                              )
                              )
            Plaintiff,        )
     v.                       )   Civil Action No. 1:06CV02031
                              )   (EGS)
MARIA CASCHETTA, ET AL        )
                              )
            Defendants.       )

## ORDER

Upon consideration of the supplemental memorandum submitted by Defendants, it is hereby ORDERED that Plaintiff Radtke's claims shall be transferred to the U.S. District Court for the Eastern District of Virginia.

_____
Hon. Emmet G. Sullivan

USDJ