**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHY RADTKE, ET AL. | |
| Plaintiffs, | |
| v. | Civil Case No.: 06cv02031 (EGS) |
| MARIA CASCHETTA, ET AL. | |
| Defendants | |

## PLAINTIFFS' MOTIONS FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MEMORANDUM

COME NOW, the Plaintiffs, Kathy Radtke and Carmen Cunningham, and hereby move this Court for a stay on their obligation to file their supplemental memorandum concerning the proper venue for transfer of Ms. Radtke's claim, as required by this Court's Order following determination of Defendants' motion to dismiss.

On May 15, 2007, this Court ordered the Parties to submit supplemental memoranda concerning the proper venue for transfer of Ms. Radtke's claim by June 1, 2007. On May 31, 2007, the Plaintiffs filed a Motion for Reconsideration of the Order of severance because the Court's decision omitted consideration of the broad definition of "employer" contained in the Fair Labor Standards Act and of additional facts which demonstrate that all of the defendants were employers of both Plaintiffs. Consideration of these factors requires denial of the Defendants' motion for severance or, minimally, an opportunity for discovery.

The Plaintiffs now seek a stay of their obligation to file their supplemental memorandum because if the Court rules in the Plaintiffs' favor on Motion for Reconsideration, as is likely under

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

the circumstances presented there, then the issues presented in the supplemental memorandum will be moot.

On May 31, 2007, Plaintiffs requested Defendants' consent for the relief requested herein, but Defendants did not provide a response.

Therefore, the Plaintiffs respectfully request that this Court stay the Plaintiffs' obligation to file a supplemental memorandum as required in the Court's order of May 15, 2007, pending this Court's decision on the Plaintiffs' Motion for Reconsideration.

June 1, 2007                                                    Respectfully submitted,

                                                                                    /s/
S. Micah Salb, #453197
Richard H. Semsker, #413886
Gwenlynn Whittle D'Souza #453849
Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road
Suite 500
Bethesda, Maryland 20814
(301) 656-6905 / (301) 656-6906 (fax)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                        |                                  |
|----------------------------------------|----------------------------------|
| KATHY RADTKE, ET AL.                   |                                  |
| Plaintiffs,                            |                                  |
| v.                                     | Civil Case No.: 06cv02031 (EGS)  |
| MARIA CASCHETTA, ET AL.                |                                  |
| Defendants                             |                                  |

**ORDER**

UPON CONSIDERATION of the Plaintiffs' Motion for Extension of Time to File Supplemental Memorandum, and any opposition thereto, it is this _____ day of _____, 2007, hereby:

ORDERED that the Plaintiffs' Motion for Extension of Time to File Supplemental Memorandum be, and hereby, is GRANTED, and it is further

ORDERED that Plaintiff's obligation to file a Supplemental Memorandum, pursuant to the Court's Order of May 15, 2007 is STAYED.

_____
Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906