**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                           |   |                                    |
|---------------------------|---|------------------------------------|
| KATHY RADTKE, ET AL.      |   |                                    |
| Plaintiffs,               |   |                                    |
| v.                        |   | Civil Case No.: 06cv02031 (EGS)    |
| MARIA CASCHETTA, ET AL.   |   |                                    |
| Defendants                |   |                                    |

## **ERRATA**

TO THE CLERK:

Please find attached a proposed order for Plaintiff's Motion for Reconsideration. The previous draft order was attached in error.

June 4, 2007                                    Respectfully submitted,

                                                 /s/
                                                S. Micah Salb, #453197
                                                Richard H. Semsker, #413886
                                                Gwenlynn Whittle D'Souza #453849
                                                Lippman, Semsker & Salb, LLC
                                                7700 Old Georgetown Road, Suite 500
                                                Bethesda, Maryland 20814
                                                (301) 656-6905 / (301) 656-6906 (fax)

                                                Attorneys for Plaintiffs

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                              |                              |
|------------------------------|------------------------------|
| KATHY RADTKE, ET AL.         |                              |
|                              |                              |
| Plaintiffs,                  |                              |
|                              |                              |
| v.                           | Civil Case No.: 06cv02031 (EGS) |
|                              |                              |
| MARIA CASCHETTA, ET AL.      |                              |
|                              |                              |
| Defendants                   |                              |

### **ORDER**

Upon consideration of Plaintiffs' Motion for Reconsideration of Order to Sever, and any opposition thereto, it is this _____ day of _____, 2007, hereby

ORDERED that Plaintiffs motion be, and hereby is GRANTED.

                                                                              _____
                                                                              Emmet G. Sullivan
                                                                              UNITED STATES DISTRICT JUDGE

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906