**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| KATHY RADTKE, ET AL. |
| |
| Plaintiffs, |
| |
| v.             Civil Case No.: 06cv02031 (EGS) |
| |
| MARIA CASCHETTA, ET AL. |
| |
| Defendants |

### PLAINTIFFS CUNNINGHAM'S ANSWER TO COUNTERCLAIM AND AMENDED COUNTERCLAIM

Plaintiff/Counter-Defendant Carmen Cunningham answers Defendant/Counter-Plaintiff's Counterclaim and Amended Counterclaim as follows:

1. Plaintiff/Counter-Defendant denies paragraph 1.

2. Plaintiff/Counter-Defendant admits that her employment with Defendant Lifecare was terminated on or about January 6, 2006. The remaining allegations of paragraph 2 are denied.

3. Plaintiff/Counter-Defendant denies paragraph 3.

4. Plaintiff/Counter-Defendant denies paragraph 4.

### GENERAL DENIAL

Plaintiff denies any and all allegations not specifically admitted in this Answer.

### AFFIRMATIVE DEFENSES

1. Each count of the Complaint fails in whole or in part to state a claim upon which relief can be granted.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

2. Each count of the Complaint is barred in whole or in part by the applicable statute of limitations.

3. Each count of the Complaint is barred in whole or in part by the applicable statute of frauds.

4. Each count of the Complaint is barred in whole or in part by defendants's inequitable conduct, to the extent that Defendant seeks inequitable relief.

5. Each count of the Complaint is barred in whole or in part by the doctrine of anticipatory repudiation.

6. Each count of the Complaint is barred in whole or in part by the doctrines of offset, waiver, and release.

7. Each count of the Complaint is barred in whole or in part by the doctrines of equitable estoppel.

8. Each count of the Complaint is barred by defendant's failure to takes acts as a condition precedent to any alleged obligation.

9. Each count of the Complaint is barred as a failure of consideration.

10. Each count of the Complaint is barred by reason of modification.

11. Each count of the Complaint is barred by the doctrine of full integration.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

| | |
|---|---|
| **June 12, 2007** | **Respectfully submitted,** |
| | _____/s/_____ |
| | **S. Micah Salb, #453197** |
| | **Richard H. Semsker, #413886** |
| | **Gwenlynn Whittle D'Souza #453849** |
| | **Lippman, Semsker & Salb, LLC** |
| | **7700 Old Georgetown Road** |
| | **Suite 500** |
| | **Bethesda, Maryland  20814** |
| | **(301) 656-6905 / (301) 656-6906 (fax)** |
| | **Attorneys for Plaintiffs** |

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD  20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 3 -