**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHY RADTKE, ET AL. | |
| Plaintiffs, | |
| v. | Civil Case No.: 06cv02031 (EGS) |
| MARIA CASCHETTA, ET AL. | |
| Defendants | |

## **NOTICE**

TO THE CLERK:

    Please find attached <u>Supplemental Memorandum Regarding Jurisdiction and Venue</u> with a Proposed Order.

June 6, 2007               Respectfully submitted,

                                            _____/s/_____
                                            S. Micah Salb
                                            Richard H. Semsker
                                            Gwenlynn Whittle D'Souza
                                            LIPPMAN, SEMSKER & SALB, LLC
                                            7700 Old Georgetown Rd
                                            Suite 500
                                            Bethesda, Maryland 20814
                                            (301) 656-6905

                                            Counsel for Plaintiffs

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHY RADTKE, ET AL. | |
| Plaintiffs, | |
| v. | Civil Case No.: 06-2031 (EGS) |
| MARIA CASCHETTA, ET AL. | |
| Defendants. | |

## PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING JURISDICTION AND VENUE

Plaintiff Kathy Radtke and Carmen Cunningham, by and through their under-signed counsel, pursuant to the Court's Order of June 18, 2007, submits the following in support of the Court retaining jurisdiction, or in the alternative, transferring the case to the United States District Court for the District of Maryland, Southern Division:

## **FACTS**

1. Plaintiff Kathy Radtke brought an action against Defendants Maria Caschetta, LifeCare Management Partners (hereinafter "LifeCare"), and Advanta Medical Solutions (hereinafter "Advanta").

2. Defendant Caschetta is a resident of the State of Maryland. See <u>Defendants' First Amended Answer to Cunningham Complaint</u>, ¶3.

3. Plaintiff Radtke is a resident of the State of Maryland.

4. Defendant Advanta is headquartered in Annapolis Junction, Maryland.

5. Plaintiff Radtke worked in Rockville, Maryland at the Kaiser Permanente job site.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

6.Defendant Advanta is registered to do business in the District of Columbia and was a subcontractor on the Walter Reed Medical Center medical coding contract. <u>Defendant's First Amended Answer to Complaint</u>, ¶5.

7.Defendant Advanta, through its President, Defendant Cashetta, and other employees, had a physical presence at the Walter Reed Medical Center. <u>Cunningham Affidavit</u>, ¶6.

8.The Walter Reed Medical Center contract included medical coding at facilities including the Pentagon, where Plaintiff Radtke also worked. <u>Plaintiff's Motion for Reconsideration of Order to Sever</u>.

## ARGUMENT

Plaintiffs incorporates by reference all arguments as to joint employment and jurisdiction made in Plaintiff's <u>Motion for Reconsideration of Order to Sever</u> and the <u>Reply</u> thereto. Plaintiff Radtke reasserts that her claim for lost wages is related to the business contract between the Department of the Army and Lifecare and the subcontract between Lifecare and Advanta. The federal government contract was for medical coding services at the Walter Reed Medical Center in Washington, D.C. and a clinic at Pentagon, Virginia. Advanta, through Defendant Cashetta, had a physical presence at the Walter Reed Medical Center job site.

In the event the Court chooses to change venue in Plaintiff Radtke's case, venue is appropriate in the Southern Division of the United States District Court for the District of Maryland for the following reasons. Venue is subject to 28 U.S.C. § 1391(b). Under this provision, venue is proper in any court in any judicial district in which a defendant in the action resides or a substantial part of the events or omissions that giving rise to the action occurred.

In this case, two of the three Defendants reside and/or are headquartered in Maryland.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

Defendant Caschetta resides in Maryland.  Defendant Advanta is headquartered in Maryland.

In this case, all the omissions in payment of wages through Defendant Advanta occurred in Maryland.  Plaintiff Radtke worked part of the time in Maryland.   Additionally, Plaintiff Radtke expects that most witnesses will be from the State of Maryland.

For the foregoing reasons, the Plaintiffs seeks that the Court maintain jurisdiction for Plaintiff Radtke's case, or in the alternative, transfer venue to the United States District Court for the District of Maryland, Southern Division.

           Respectfully submitted,

           _____/s/_____
           S. Micah Salb
           Richard H. Semsker
           Gwenlynn Whittle D'Souza
           Lippman, Semsker & Salb, LLC
           7700 Old Georgetown Road, Suite 500
           Bethesda, Maryland 20814
           (301) 656-6905

           Counsel for Plaintiff

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD  20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 3 -

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHY RADTKE, ET AL. | |
| Plaintiffs, | |
| v. | Civil Case No.: 06cv02031 (EGS) |
| MARIA CASCHETTA, ET AL. | |
| Defendants | |

### **ORDER**

Upon consideration of Defendant's Motion to Dismiss For Lack of Jurisdiction, Defendant's Supplemental Memorandum, and Plaintiffs' Supplemental Memorandum, and any response thereto, it is this _____ day of _____, 2007, hereby

ORDERED that Plaintiff Radtke's claims shall be transferred to the United States District Court of the District of Maryland, Southern Division.

_____
Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906