**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATHY RADTKE, *et al.*, ) | ) |
| Plaintiffs, ) | ) |
| v. ) | ) Civil Action No. 06-2031 (EGS) |
| MARIA CASCHETTA, *et al.*, ) | ) |
| Defendants. ) | ) |

### ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that plaintiffs' motion for reconsideration is **GRANTED**; and it is

**FURTHER ORDERED** that the Court's May 2007 order is **VACATED** with regard to defendants' motion to sever; and it is

**FURTHER ORDERED** that defendants' motion to sever is **DENIED**; and it is

**FURTHER ORDERED** that defendants' motion to dismiss Radtke's claims for lack of personal jurisdiction is **DENIED**; and it is

**FURTHER ORDERED** that defendants' motions to dismiss Radtke's claims for improper venue is **DENIED**; and it is

**FURTHER ORDERED** that defendants are directed to file an amended answer that encompasses both Radtke's and Cunningham's claims by no later than August 3, 2007; and it is

**FURTHER ORDERED** that, if necessary, plaintiffs shall file their response to defendants' amended answer by no later than August 17, 2007.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**           United States District Judge**
**           July 17, 2007**