Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHY RADTKE, ET AL.

Plaintiffs,

v.

MARIA CASCHETTA, ET AL.

Defendants

Civil Case No.: 06cv02031 (EGS)

**JOINT MEET AND CONFER STATEMENT**

Pursuant to Fed. R. Civ. P. 26(f), L.Cv.R. 16.3, and the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), the Parties, through their undersigned counsel, hereby state that they have conferred and reached the agreements set forth herein. Pursuant to the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling Order incorporating the Parties' suggestions.

1. **Statement of the Case.**

**Plaintiffs' Statement of the Case.** Plaintiffs Kathy Radtke and Carmen Cunningham have brought a claim against Defendant Maria Caschetta, Advanta Medical Solutions, LLC (hereinafter "Advanta"), and LifeCare Management Partners (hereinafter "LifeCare"). Defendants operated medical records coding businesses which hired employees and contracted them out to perform medical records coding at their clients' location.

As a medical records coder for the Defendants, Plaintiff Radtke was required to engage in work activities regularly exceeding nine hours per day and forty-five to fifty hours per week at

various sites.  Ms. Radtke was never compensated for her time worked over forty hours per week. Nor was Ms. Radtke at any time reimbursed for her travel expenses, federal holidays, or overtime.

Plaintiff Carmen Cunningham was hired by Defendants in November 2002 as a medical records coder.  Ms. Cunningham was regularly required to work forty-one to fifty-five hours per week.  At no time was Ms. Cunningham compensated at an overtime rate or compensated for holiday pay.

**Defendant's Statement of the Case.**  This action arises out of Plaintiff Radtke's employment at the Pentagon, in Virginia, and at Kaiser Permanente in Maryland and Plaintiff Cunningham's employment at Walter Reed Army Medical Center in Washington, DC.  Plaintiffs allege that defendants violated the Fair Labor Standards Act and breached a contract.  Defendants deny the allegations of the Complaint.  Defendants filed a counterclaim against Plaintiff Cunningham alleging that Plaintiff Cunningham violated a noncompete agreement that she had with Defendant Lifecare.  Defendants filed a counterclaim against Plaintiff Radtke alleging that she violated a noncompete agreement that she had with Defendant Advanta.

2.    **Dispositive Motions.**  The Plaintiffs expect to file a dispositive motion on the Defendant's count-claim and may file a dispositive motion on their own claims.  The Defendant intends to file a dispositive motion.

3.    **Joinder and Amendment.**  The Parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after completion of discovery unless otherwise ordered by the Court for good cause shown.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

4. **Magistrate Judge.** The Plaintiffs consent to assignment of this case for all purposed to a Magistrate Judge. However, the Defendants do not consent to assignment of this case to a Magistrate Judge.

5. **Settlement.** The Plaintiffs consent to mediation before a Magistrate Judge. The Defendants do not wish to attend mediation until after the close of discovery.

6. **ADR.** The Plaintiffs consent to mediation before a Magistrate Judge. The Defendants do not wish to attend mediation until after the close of discovery.

7. **Dispositive Motions Schedule.** The Parties propose that any dispositive motions be filed no later than 45 days after the close of discovery; any opposition be filed within 30 days thereafter; and any reply be filed within 15 days after the filing of the opposition.

8. **Initial Disclosures.** The Parties do not agree to dispense with initial disclosures under FRCivP 26(a)(1).

9. **Extent of Discovery.** The Parties propose that fact discovery close six months after the date the Scheduling Order is entered. The Parties agree that the limitations on discovery contained in F.R.Civ.P. 30, 33, & 34 should apply separately to each party and that each party shall have the right to take 10 depositions.

10. **Expert Witnesses.** The Parties propose that any Party's expert disclosures, if any, required by F.R.Civ.P. 26(a)(2) be made 60 days before the close of discovery and that any rebuttal expert disclosure be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 days after all expert disclosures are completed.

11. **Class Action.** This is not a class action lawsuit.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

12. **Bifurcation.** The Defendants request that Plaintiff Radtke's claims be tried separately from Plaintiff Cunningham's and that the Defendants' counterclaims be tried separately as well. Defendants request bifurcation because the Plaintiffs held different jobs, were employed in different locations, claim different amounts, worked different hours, and worked for different companies. The Plaintiffs do not believe that this case should be bifurcated because there is no risk of confusion or prejudice and bifurcation would not advance judicial economy, add convenience to the parties or the Court, or serve ends of justice.

13. **Pre-trial Conference.** The Pre-trial Conference should be scheduled by the Court following completion of discovery.

14. **Trial Date.** The Parties agree that the date of trial (5 days) should be scheduled by the Court at the pre-trial conference.

15. **Proposed Order.** A proposed Scheduling Order is submitted herewith.

September 27, 2007

Respectfully submitted,

/s/

S. Micah Salb, #453197
Richard H. Semsker, #413886
Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road
Suite 500
Bethesda, Maryland 20814
(301) 656-6905
(301) 656-6906 (fax)

Attorneys for Plaintiffs

/s/

Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566

Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

                                  Alan Lescht & Associates, P.C.
                                  1050 17th Street, N.W.
                                  Suite 220
                                  Washington, DC  20036
                                  202-463-6036
                                  202-463-6067 (fax)

                                  Counsel for Defendants

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHY RADTKE, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>MARIA CASCHETTA, ET AL.<br><br>Defendants | Civil Case No.: 06cv02031 (EGS) |

**SCHEDULING ORDER**

Upon consideration of the joint meet and confer report of the Parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any Party's dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 15 days after the opposition is filed.

3. Initial disclosures, consistent with Rule 26(a)(1), shall be completed on or before October 19, 2007.

4. Discovery shall close 180 days after the entry of this Order.

5. Any Party's expert disclosures shall be made 60 days before the close of discovery; and any rebuttal expert disclosure shall be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 days after all expert disclosures are completed.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

6. The pre-trial conference shall be set upon completion of discovery.

7. The trial of this case shall be set at the pre-trial conference.

SO ORDERED on this ___ day of _______________, 2007.

______________________________________
Judge

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906