IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHY RADTKE, ET AL ) | | |
| ) | | |
| Plaintiffs, ) | | |
| vs. ) | Civil Action No. 1:06CV02031 | |
| ) | (EGS) | |
| MARIA CASCHETTA, ET AL ) | | |
| ) | | |
| Defendants. ) | | |

**CONSENT MOTION TO ENLARGE THE TIME FOR DEFENDANTS TO MAKE REBUTTAL EXPERT DISCLOSURES**

Defendants, by counsel and with the consent of counsel for the Plaintiffs, hereby move this Court to enlarge the time for Defendants to make rebuttal expert disclosures. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Pursuant to Local Rule 7.1(m), undersigned counsel has obtained consent from the Plaintiffs via Micah Salb, Esq.

Respectfully submitted,

_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC 20036
202-463-6036
202-463-6067 (fax)
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHY RADTKE, ET AL        )
                           )
           Plaintiffs,     )
                           )
     vs.                   )       Civil Action No. 1:06CV02031
                           )       (EGS)
MARIA CASCHETTA, ET AL     )
                           )
           Defendants.     )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO ENLARGE THE TIME FOR DEFENDANTS TO MAKE REBUTTAL EXPERT DISCLOSURES**

Defendants, by counsel, hereby move this Court to enlarge the time for Defendants to make rebuttal expert disclosures. In support of this Motion, Defendants state as follows:

1. By Order dated October 9, 2007, the parties' Rule 26(a) (2) expert disclosures were due on February 7, 2008. Rebuttal expert disclosures are currently due on March 7, 2008.

2. On February 7, 2008, Plaintiffs designated an expert but did not provide an expert report. Plaintiffs stated that the report was not provided because "relevant discovery has not been produced."

3. As of this date, Plaintiffs have not provided an expert report.

4. Responses to Plaintiffs' discovery were not due prior to February 7, 2008. Defendants have provided written responses to Plaintiffs' requests for production of documents and will produce documents following the entry of a confidentiality agreement. Defendants' responses to Plaintiffs' interrogatories are not due yet.

5. Because Plaintiffs have not produced an expert report, Defendants do not know whether a rebuttal expert is necessary. In addition, Defendants' expert would not be able to produce a rebuttal report because at this time, there is no report to rebut.

6. Due to the aforementioned circumstances, Defendants move this Court to enlarge the time for Defendants to make rebuttal expert disclosures from March 7, 2008 to thirty (30) days from the date that Defendants receive Plaintiffs' expert report.

7. Plaintiffs consent to the relief requested herein.

WHEREFORE, for the reasons stated herein, Defendants request that this Court enlarge the time for Defendants to make rebuttal expert disclosures from March 7, 2008 to thirty (30) days from the date that Defendants receive Plaintiffs' expert report.

Respectfully submitted,

_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC  20036
202-463-6036
202-463-6067 (fax)
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>MARIA CASCHETTA, ET AL )<br>)<br>Defendants. ) | Civil Action No. 1:06CV02031<br>(EGS) |

## **O R D E R**

Upon consideration of Defendants' Consent Motion to Enlarge the Time for Defendants to Make Rebuttal Expert Disclosures, the Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED: that Motion to Enlarge the Time for Defendants to Make Rebuttal Expert Disclosures is HEREBY GRANTED; and it is further

ORDERED that the Civil Scheduling Order is amended to reflect that Defendants shall have thirty (30) days from the date that they receive Plaintiffs' expert report to make rebuttal expert disclosures.

So ORDERED this _____ day of _____, 2008.

_____
Honorable Emmet G. Sullivan
U.S. District Court Judge