**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHY RADTKE, ET AL    ) | |
| ) | |
|     Plaintiffs,  ) | |
| vs.    ) | Civil Action No. 1:06CV02031 |
| ) | (EGS) |
| MARIA CASCHETTA, ET AL  ) | |
| ) | |
|     Defendants.  ) | |

**JOINT MOTION TO ENLARGE THE SCHEDULING ORDER**
**BY AN ADDITIONAL SIXTY DAYS**

The parties, by counsel, hereby move this Court to enlarge the scheduling order in the above-captioned litigation by an additional sixty (60) days for the purpose of responding to discovery and taking depositions. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Respectfully submitted,

_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC 20036
202-463-6036
202-463-6067 (fax)
Counsel for Defendants

_____/s/_____
S. Micah Salb #453197
Gwenlynn Whittle D'Souza #453849
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road, Suite 1100
Bethesda, Maryland 20814
(301) 656-6905
Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KATHY RADTKE, ET AL ) | | |
| ) | | |
| Plaintiffs, ) | | |
| vs. ) | Civil Action No. 1:06CV02031 | |
| ) | (EGS) | |
| MARIA CASCHETTA, ET AL ) | | |
| ) | | |
| Defendants. ) | | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT
MOTION TO ENLARGE THE SCHEDULING ORDER
BY AN ADDITIONAL SIXTY DAYS**

The parties, by counsel, hereby move this Court to enlarge the scheduling order in the above-captioned litigation by an additional sixty (60) days, for the purpose of responding to discovery and taking depositions. In support of this Motion, the parties state as follows:

1. By Order dated October 10, 2007, discovery presently closes on April 7, 2008.

2. The parties have timely served written discovery. However, the parties were unable to respond completely to the extensive discovery requests within the thirty-day time period

3. Because of scheduling conflicts and because discovery documents have not yet been exchanged, depositions are not able to be scheduled prior to the April 7, 2008 deadline. The parties anticipate that discovery will be exchanged and depositions will be completed by June 6, 2008.

4. Due to the aforementioned circumstances, the parties move this Court to expand the current scheduling order by an additional sixty (60) days, for the purpose of responding to discovery and taking depositions in this matter.

5. The parties further request that the dates for plaintiffs to submit their 26(a)(2) expert report and for defendants to submit any rebuttal expert report be adjusted in conformity with the requested expansion of the current scheduling order.

6. Both parties consent to the relief requested herein.

7. This is the first request for an extension of discovery deadlines.  The parties submit that such an extension is necessary, given that the parties are working cooperatively to respond to discovery and to accommodate the schedules of the attorneys and witnesses.

WHEREFORE, for the reasons stated herein, the parties request that this Court enlarge the scheduling order by an additional sixty (60) days.

Respectfully submitted,

_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC  20036
202-463-6036
202-463-6067 (fax)
Counsel for Defendants

_____/s/_____
S. Micah Salb #453197
Gwenlynn Whittle D'Souza #453849
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road, Suite 1100
Bethesda, Maryland  20814
(301) 656-6905
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>MARIA CASCHETTA, ET AL )<br>)<br>Defendants. ) | Civil Action No. 1:06CV02031<br>(EGS) |

## **O R D E R**

Upon consideration of the parties' Motion to Enlarge the Scheduling Order by an Additional Sixty Days, Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED: that Motion to Enlarge the Scheduling Order by an Additional Sixty Days is HEREBY GRANTED; and it is

FUTHER ORDERED that the Civil Scheduling Order is hereby ENLARGED by an additional sixty (60) days, with the following deadlines:

- Discovery closed:  June 6, 2008
- Plaintiffs' 26(a)(2) expert report  July 7, 2008
- Defendants' rebuttal expert report  August 6, 2008

So ORDERED this _____ day of _____, 2008.

_____
Judge Emmet G. Sullivan