IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHY RADTKE, ET AL ) | | |
| ) | | |
| Plaintiffs, ) | | |
| vs. ) | Civil Action No. 1:06CV02031 | |
| ) | (EGS) | |
| MARIA CASCHETTA, ET AL ) | | |
| ) | | |
| Defendants. ) | | |

**CONSENT MOTION TO ENLARGE THE SCHEDULING ORDER
BY AN ADDITIONAL THIRTY DAYS**

Plaintiff, by counsel, hereby move this Court to enlarge the scheduling order in the above-captioned litigation by an additional thirty (30) days for the purpose of responding to discovery and taking depositions. Defendant consents to the relief requested. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

                                                          Respectfully submitted,

                                                _____/s/_____
                                                S. Micah Salb #453197
                                                Gwenlynn Whittle D'Souza #453849
                                                Lippman, Semsker & Salb, LLC
                                                7979 Old Georgetown Road, Suite 1100
                                                Bethesda, Maryland  20814
                                                (301) 656-6905
                                                Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHY RADTKE, ET AL ) | | |
| ) | | |
| Plaintiffs, ) | | |
| vs. ) | Civil Action No. 1:06CV02031 | |
| ) | (EGS) | |
| MARIA CASCHETTA, ET AL ) | | |
| ) | | |
| Defendants. ) | | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENLARGE THE SCHEDULING ORDER BY AN ADDITIONAL THIRTY DAYS**

Plaintiff, by counsel, hereby move this Court to enlarge the scheduling order in the above-captioned litigation by an additional thirty (30) days, for the purpose of responding to discovery and taking depositions. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs allege a violation of the Fair Labor Standards Act.

2. By Order dated April 7, 2007, discovery presently closes on June 6, 2008. Currently, Plaintiffs' Rule 26(a)(2) expert disclosures are due by no later than April 23, 2008; and Defendants' Rule 26(a)(2) expert disclosures are due by no later than May 23, 2008.

3. In January 2008, Plaintiffs timely served a request for production of documents. After the entry of this Court's Protective Order, Defendants responded by with a partial production of documents.

4. In good faith, Plaintiffs have repeated the request for the complete production of all payroll information, including paychecks and paystubs and other requested documents, in Defendants' possession and control, without delay.

5. Without full disclosure about wages, Plaintiffs' expert cannot produce an accurate report regarding damages without complete information about wages due to Plaintiffs and paid by any Defendant.

6. Due to the aforementioned circumstances, Plaintiffs move this Court to expand the current scheduling order by an additional thirty (30) days.

7. Plaintiff's further request that the dates for Plaintiffs to submit their 26(a)(2) expert report and for Defendants to submit any rebuttal expert report be adjusted in conformity with the requested expansion.

8. Defendants consent to the relief requested herein.

9. This is the second request for an extension of discovery deadlines. It is made without the intention of causing undue delay. In the previous request, the Parties jointly requested discovery regarding experts after the close of discovery. However, that portion of the request was not granted.

WHEREFORE, for the reasons stated herein, Plaintiffs requests that this Court enlarge the scheduling order by an additional thirty (30) days.

>Respectfully submitted,
>
>_____/s/_____
>S. Micah Salb #453197
>Gwenlynn Whittle D'Souza #453849
>Lippman, Semsker & Salb, LLC
>7979 Old Georgetown Road, Suite 1100
>Bethesda, Maryland  20814
>(301) 656-6905
>Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| KATHY RADTKE, ET AL | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| vs. | ) | Civil Action No. 1:06CV02031 | |
| | ) | (EGS) | |
| MARIA CASCHETTA, ET AL | ) | | |
| | ) | | |
| Defendants. | ) | | |

**O R D E R**

Upon consideration of the Plaintiffs' Motion to Enlarge the Scheduling Order by an Additional Thirty Days, Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED: that Motion to Enlarge the Scheduling Order by an Additional Thirty Days is HEREBY GRANTED; and it is further

ORDERED that the Civil Scheduling Order is hereby ENLARGED by an additional thirty (30) days, with the following deadlines:

- Discovery closed                     July 7, 2008
- Plaintiffs' 26(a)(2) expert report    May 30, 2008
- Defendants' rebuttal expert report    June 30, 2008

So ORDERED this _____ day of _____, 2008.

_____
Judge Emmet G. Sullivan