**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KATHY RADTKE, ET AL.

    Plaintiffs,

        v.        Civil Case No.: 06cv02031 (EGS)

MARIA CASCHETTA, ET AL.

    Defendants

## PLAINTIFFS' MOTION TO RESET STATUS CONFERENCE

COME NOW, the Plaintiffs, Kathy Radtke and Carmen Cunningham, and hereby move this Court to reset the Status Conference in the above-captioned matter. In support of this Motion, the Plaintiffs state as follows:

1. By Order dated April 23, 2008, the Status Conference is presently set for July 24, 2008.

2. Plaintiffs' Counsel has longstanding plans to be out-of-state from July 11 to July 25, 2008.

3. This is the first request for a continuance requested by Plaintiffs' Counsel.

4. This motion is not submitted with the intention of causing undue delay.

5. Neither Party will be prejudiced by resetting the Scheduling Conference as no trial date has been set in this matter.

WHEREFORE, for the reasons stated herein, Plaintiffs request that this Court reset the scheduling conference to a date later than July 28, 2008.

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

May 5, 2008                                              Respectfully submitted,

                                                                                                 /s/
                                                             S. Micah Salb, #453197
                                                             Gwenlynn Whittle D'Souza #453849
                                                             Lippman, Semsker & Salb, LLC
                                                             7979 Old Georgetown Road
                                                             Suite 1100
                                                             Bethesda, Maryland  20814
                                                             (301) 656-6905 / (301) 656-6906 (fax)

                                                             Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent First Class mail, postage prepaid, this 5th day of May, 2008, to:

                              Alan Lescht, Esq.
                              1050 17th Street, NW
                              Suite 220
                              Washington, DC 20036

                                                             _____
                                                             Gwenlynn Whittle D'Souza

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD  20814
Tel. (301) 656-6905
Fax (301) 656-6906

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                              |   |                              |
|------------------------------|---|------------------------------|
| KATHY RADTKE, ET AL.         |   |                              |
|                              |   |                              |
| Plaintiffs,                  |   |                              |
|                              |   |                              |
| v.                           |   | Civil Case No.: 06cv02031 (EGS) |
|                              |   |                              |
| MARIA CASCHETTA, ET AL.      |   |                              |
|                              |   |                              |
| Defendants                   |   |                              |

## **ORDER**

UPON CONSIDERATION of the Plaintiffs' Motion to Reset Status Conference, and any opposition thereto, it is this _____ day of _____, 2008, hereby:

ORDERED that the Plaintiffs' motion be, and hereby is, GRANTED, and it is further

ORDERED that Status Conference is reset for_____.

_____
/s Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE