**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                   |                               |
|-----------------------------------|-------------------------------|
| KATHY RADTKE, ET AL.              |                               |
|                                   |                               |
| Plaintiffs,                       |                               |
|                                   |                               |
| v.                                | Civil Case No.: 06cv02031 (EGS) |
|                                   |                               |
| MARIA CASCHETTA, ET AL.           |                               |
|                                   |                               |
| Defendants                        |                               |

## PLAINTIFFS' MOTION TO RESET STATUS CONFERENCE

COME NOW, the Plaintiffs, Kathy Radtke and Carmen Cunningham, and hereby move this Court to reset the Status Conference in the above-captioned matter. In support of this Motion, the Plaintiffs state as follows:

1. By Order dated April 23, 2008, the Status Conference is presently set for July 24, 2008.

2. Plaintiffs' Counsel has longstanding plans to be out-of-state from July 11 to July 25, 2008.

3. Defendant's Counsel consents to the relief requested so long as the status conference is scheduled for the first week in August 2008.

4. This motion is not submitted with the intention of causing undue delay.

5. Neither Party will be prejudiced by resetting the Scheduling Conference as no trial date has been set in this matter.

WHEREFORE, for the reasons stated herein, Plaintiffs request that this Court reset the scheduling conference to a date later than July 28, 2008.

May 14, 2008                                    Respectfully submitted,


                                                                                 /s/_____
                                              S. Micah Salb, #453197
                                              Gwenlynn Whittle D'Souza #453849
                                              Lippman, Semsker & Salb, LLC
                                              7979 Old Georgetown Road
                                              Suite 1100
                                              Bethesda, Maryland  20814
                                              (301) 656-6905 / (301) 656-6906 (fax)

                                              Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHY RADTKE, ET AL. | |
| Plaintiffs, | |
| v. | Civil Case No.: 06cv02031 (EGS) |
| MARIA CASCHETTA, ET AL. | |
| Defendants | |

**ORDER**

UPON CONSIDERATION of the Plaintiffs' Motion to Reset Status Conference, and any opposition thereto, it is this _____ day of _____, 2008, hereby:

ORDERED that the Plaintiffs' motion be, and hereby is, GRANTED, and it is further

ORDERED that Status Conference is reset for_____.

/s Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE