**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

KATHY RADTKE, ET AL.

        Plaintiffs,

        v.                                Civil Case No.: 06cv02031 (EGS)

MARIA CASCHETTA, ET AL.

        Defendants.
_____|

**PLAINTIFFS' DISCOVERY STATUS REPORT**

Plaintiffs, Kathy Radtke and Carmen Cunningham, hereby state as follows:

Through Interrogatories #2 , 4 and 13, Plaintiffs seek information related to the joint employer doctrine to show joint liability. This doctrine requires evidence of common control or unified operation. 29 U.S.C. § 203(c). In Interrogatory #2, Plaintiffs requested that Defendants identify each and every coworker and indicate whether the person worked under the supervision of Maria Caschetta. In Request #4, Plaintiffs requested each Defendant state whether it has an ownership interest in any defendant or joint venture with any defendant. In Request #13, Plaintiffs requested the identification of the relationship between the Defendant and any person named in its Answers to Interrogatories.

Additionally, Defendants have not provided identifying information for the persons named in its Answers to Interrogatories such as home address, telephone number, job title, current employer, and the employer's current address and telephone number. Defendants have failed to provide a reason for not responding with this information. Information about coworkers, requested in Interrogatory #2, is related to identification of witnesses as to hours worked and patterns of wage payment.

Throughout its responses, Defendants have claimed privilege. However, no privilege log was provided. As to Interrogatory No. 10, Defendant has not provided a response vis-a-vis non-privileged statements.

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

As to the Document Requests, Defendant has withheld apparently numerous documents pending the entry of a Protective Order.

In Document Requests #3-6, Plaintiffs requested any and all statements by each Defendant regarding this matter. A Government Accountability Office Decision indicates that Defendants, when disputing the award of the Walter Reed Contract, made statements about a competitor not factoring the Government Services Act overtime pay requirements in submitting its bid. This information is relevant because it would show that Defendants had knowledge relating to Plaintiffs non-exempt status. Additionally, any e-mails to employees about holiday and vacation pay would fall in this category, but none have been provided.

In Document Request 23, Plaintiffs requested any and all records of hours worked by each Plaintiff. Defendants objected to providing documents derived from official timesheets and any preliminary timesheets. However, these documents are related to the hours worked by the Plaintiffs, each Defendants knowledge of those hours, and each Defendants classification of the Plaintiffs as employees rather than independent contractors.

In Document Request 24, Plaintiffs requested any and all documents relating to the rate of pay of each Plaintiff. Although Defendants produced a payroll log, each has not produced the Service Contract Act provision of the Walter Reed Contract. The prevailing wage determinations in this Contract relate to Defendants knowledge of Plaintiffs' non-exempt and/or employee status.

In Document Requests 33-34, Plaintiffs requested financial statements and profit and loss statements. The documentation is relevant to the issue of joint employer liability, particularly any indicia of unified operation or common control.

June 10, 2008                                                                 Respectfully submitted,

                                                                              _____/s/_____
                                                                              S. Micah Salb
                                                                              Gwenlynn Whittle D'Souza
                                                                              LIPPMAN, SEMSKER & SALB, LLC
                                                                              7979 Old Georgetown Road, Suite 1100
                                                                              Bethesda, Maryland  20814
                                                                              Counsel for Plaintiffs

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906