IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL )<br>)<br>      Plaintiffs, )<br>vs. )<br>)<br>MARIA CASCHETTA, ET AL )<br>)<br>      Defendants. ) | Civil Action No. 1:06CV02031<br>(EGS) |

**JOINT MOTION TO ENLARGE THE SCHEDULING ORDER**

The parties, by counsel, hereby move this Court to enlarge the scheduling order in the above-captioned litigation by an additional seventy-five (75) days for the purpose of responding to discovery and taking depositions. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Respectfully submitted,

_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC 20036
202-463-6036
202-463-6067 (fax)
Counsel for Defendants

_____/s/_____
S. Micah Salb #453197
Gwenlynn Whittle D'Souza #453849
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road, Suite 1100
Bethesda, Maryland 20814
(301) 656-6905
Counsel for Plaintiffs

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHY RADTKE, ET AL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Civil Action No. 1:06CV02031 |
| | ) | (EGS) |
| MARIA CASCHETTA, ET AL | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO ENLARGE THE SCHEDULING ORDER

The parties, by counsel, hereby move this Court to enlarge the scheduling order in the above-captioned litigation by an additional seventy-five (75) days, for the purpose of responding to discovery and taking depositions. In support of this Motion, the parties state as follows:

1. By Order dated April 23, 2008, discovery presently closes on July 7, 2008.

2. The Parties have timely served written discovery and have filed answers and objections. There are two matters currently before the court. First, the Parties disagree whether attorneys should be required to sign the confidentiality agreement. Second, the Parties disagree concerning whether certain information and documents should be provided to the opposing parties. These disputes are currently reported to the Court through status reports.

3. Pursuant to this Court's Scheduling Order, the Parties have requested a teleconference with the Court, which has not been set. The Parties do not want to take depositions until after the Court rules on the above matters because the Parties have not

exchanged confidential information and the Court may require the parties to produce additional documents and information that may be useful at the depositions. In addition, because of work-related travel and other scheduling conflicts including trial and witness availability, the Parties will not be able to complete the depositions before September 19, 2008. The Parties have tentatively scheduled three depositions during the week of August 4, 2008 and three depositions during the week of September 15, 2008.

4. Due to the aforementioned circumstances, the Parties move this Court to expand the current scheduling order by an additional seventy-five (75) days, for the purpose of deciding discovery disputes and taking depositions in this matter.

5. Both Parties consent to the relief requested herein.

6. This is the third request for an extension of discovery deadlines. The Parties submit that such an extension is necessary, given that there are outstanding discovery disputes before the court and the Parties are working cooperatively to accommodate the schedules of the attorneys and key witnesses.

WHEREFORE, for the reasons stated herein, the parties request that this Court enlarge the scheduling order by an additional seventy-five (75) days.

Respectfully submitted,


_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC  20036
202-463-6036
202-463-6067 (fax)
Counsel for Defendants


_____/s/_____
S. Micah Salb #453197
Gwenlynn Whittle D'Souza #453849
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road, Suite 1100
Bethesda, Maryland 20814
(301) 656-6905
Counsel for Plaintiffs

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Civil Action No. 1:06CV02031 |
| ) | (EGS) |
| MARIA CASCHETTA, ET AL ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the parties' Motion to Enlarge the Scheduling Order by an Additional Seventy-Five Days, Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED: that Motion to Enlarge the Scheduling Order by an Additional Seventy-Five Days is HEREBY GRANTED; and it is

FUTHER ORDERED that the Civil Scheduling Order is hereby ENLARGED by an additional seventy-five (75) days, with the following deadlines:

- Discovery closed:                September 19, 2008

So ORDERED this _____ day of _____, 2008.

_____
Judge Emmet G. Sullivan

1