UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY RADTKE, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 06-2031 (EGS) |
| v. | ) ) |
| MARIA CASCHETTA, *et al.*, | ) ) |
| Defendants. | ) ) |

### ORDER

Upon consideration of [40] plaintiffs' motion for a protective order and [41] defendants' response thereto, [42] plaintiffs' status report regarding discovery disputes, and [43] defendants' status report regarding discovery disputes, it is hereby

**ORDERED** that plaintiffs' counsel, in addition to plaintiffs, are directed to sign the confidentiality agreement; and it is

**FURTHER ORDERED** that defendants respond to plaintiffs' interrogatories numbered 2, 4, and 13; and it is

**FURTHER ORDERED** that defendants' respond to plaintiffs' document requests numbered 3, 4, 5, and 6; and it is

**FURTHER ORDERED** that defendants provide identifying information for each person named in its Answers to Interrogatories; and it is

**FURTHER ORDERED** that defendants provide any and all records

of hours worked and rate of pay for each plaintiff; and it is

**FURTHER ORDERED** that plaintiffs respond to defendants' interrogatories numbered 1 through 3, and it is

**FURTHER ORDERED** that plaintiffs respond to defendants' interrogatories requesting that plaintiffs itemize all damages and calculate the amounts plaintiffs claim defendants owe them as compensation under FLSA; and it is

**FURTHER ORDERED** that plaintiffs respond to defendants' interrogatories requesting that plaintiffs describe in detail the facts supporting the various contentions of plaintiffs' complaint; and it is

**FURTHER ORDERED** that defendants' request that plaintiffs provide descriptions of all employment from 2000 and job duties performed for defendants is **DENIED**; and it is

**FURTHER ORDERED** that plaintiffs' document requests numbered 33 and 34 are **DENIED**; and it is

**FURTHER ORDERED** that both parties produce a privilege log by no later than **August 14, 2008.**


   **SO ORDERED.**

**Signed:**   **Emmet G. Sullivan**
         **United States District Judge**
         **July 31, 2008**