IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Civil Action No. 1:06CV02031 |
| ) | (EGS) |
| MARIA CASCHETTA, ET AL ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO ENLARGE THE TIME FOR DEFENDANTS TO
RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants, by counsel and with the consent of counsel for the Plaintiffs, hereby move this Court to enlarge the time for Defendants to respond to Plaintiffs' Amended Complaint. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Pursuant to Local Rule 7(m), undersigned counsel has obtained consent from the Plaintiffs via Micah Salb, Esq.

Respectfully submitted,

_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC  20036
202-463-6036
202-463-6067 (fax)
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHY RADTKE, ET AL ) | | |
| ) | | |
| Plaintiffs, ) | | |
| vs. ) | Civil Action No. 1:06CV02031 | |
| ) | (EGS) | |
| MARIA CASCHETTA, ET AL ) | | |
| ) | | |
| Defendants. ) | | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO ENLARGE THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants, by counsel, hereby move this Court to enlarge the time for Defendants to respond to Plaintiffs' Amended complaint. In support of this Motion, Defendants state as follows:

1. On August 6, 2008, Plaintiffs filed an Amended Complaint.

2. On August 20, 2008, Defendants filed a Motion for Reconsideration of this Court's July 30, 2008 Order granting Plaintiffs leave to file an Amended Complaint.

3. If the Court grants Defendants' Motion for Reconsideration, a response to Plaintiffs' Amended Complaint would not be necessary.

4. Due to the aforementioned circumstances, Defendants move for an enlargement of time to respond to Plaintiffs' Amended Complaint until after the Court rules on Defendants' Motion for Reconsideration.

5. Plaintiffs consent to the relief requested herein.

WHEREFORE, for the reasons stated herein, Defendants request that this Court enlarge the time for Defendants to respond to Plaintiffs' Amended Complaint until after the Court rules on Defendants' Motion for Reconsideration.

Respectfully submitted,

_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC  20036
202-463-6036
202-463-6067 (fax)
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY RADTKE, ET AL )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>MARIA CASCHETTA, ET AL )<br>)<br>Defendants. ) | Civil Action No. 1:06CV02031<br>(EGS) |

**O R D E R**

Upon consideration of Defendants' Consent Motion to Enlarge the Time for Defendants to Respond to Plaintiffs' Amended Complaint, the Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED: that Defendants' Motion to Enlarge the Time for Defendants to Respond to Plaintiffs' Amended Complaint is HEREBY GRANTED; and it is further

ORDERED that if the Court denies Defendants' Motion for Reconsideration, Defendants shall have ten (10) days from the date of the Court's Order to file a response to Plaintiffs' Amended Complaint.

So ORDERED this _____ day of _____, 2008.

_____
Honorable Emmet G. Sullivan
U.S. District Court Judge