**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHY RADTKE, *et al.*, | |
| PLAINTIFF, | |
| v. | **Civil Action No. 1:06CV02031** |
| MARIA CASCHETTA, *et al.* | |
| DEFENDANT. | |

## MOTION TO WITHDRAW APPEARANCE

Please withdraw the appearance of Gwenlynn Whittle D'Souza as counsel on behalf of the Plaintiff, inasmuch as Ms. D'Souza has resigned her employment with the Firm of Lippman, Semsker & Salb, LLC.

WHEREFORE, the undersigned counsel requests:

1) That the Motion be granted;

2) That the appearance of Gwenlynn Whittle D'Souza be withdrawn; and

3) For such other and further relief as the nature of the case may require.

Respectfully submitted,

_____/s/_____
Gwenlynn Whittle D'Souza
4713 Bartram Street
Rockville, Maryland 20853
(301) 452-1888
gwenwdsouza@yahoo.com