**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHY RADTKE, ET AL. | |
| Plaintiffs, | |
| vs. | Civil Action No. 1:06CV02031 (EGS) |
| MARIA CASCHETTA, ET AL. | |
| Defendants. | |

## JOINT MOTION TO ENLARGE THE SCHEDULING ORDER

The Parties, by and through their under-signed counsel, hereby move this Court to enlarge the time specified in the Scheduling Order in the above-captioned matter by an additional ninety days for the purpose of responding to discovery and taking depositions. A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

Respectfully submitted,

/s/
S. Micah Salb #453197
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road, Suite 1100
Bethesda, Maryland  20814
(301) 656-6905
(301) 656-6906
Counsel for Plaintiff

/s/
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC  20036
202-463-6036
202-463-6067 (fax)
Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                    |                                   |
|------------------------------------|-----------------------------------|
| KATHY RADTKE, ET AL.               |                                   |
|             Plaintiffs,            |                                   |
|         vs.                        | Civil Action No. 1:06CV02031 (EGS)|
| MARIA CASCHETTA, ET AL.            |                                   |
|             Defendants.            |                                   |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO ENLARGE THE SCHEDULING ORDER**

The Parties, by and through their under-signed counsel, hereby move this Court to enlarge the time specified in the Scheduling Order in the above-captioned matter by an additional ninety days for the purpose of responding to discovery and taking depositions. In support of this Motion, the Parties state as follows:

1. By ths Court's Order of July 7, 2008, discovery is scheduled to close on September 19, 2008, approximately two weeks hence.

2. Disclosure of documents which the Defendant has identified as confidential was delayed due to protracted discussions regarding the confidentiality agreement which would govern this case. This Court resolved the dispute by Order dated July 31, 2008. Parties have endeavored to exchange confidential information and documents, but this has taken longer than expected, in part due to the summer holidays. Parties cannot conduct depositions without receiving and processing the documents that are presently being exchanged.

3. Furthermore, because many witnesses were unavailable during August for depositions, depositions cannot be completed prior to the September 19, 2008, deadline.

4.      Therefore, the Parties respectfully request that this Court to extend the discovery time by ninety days, and adjust all subsequent dates.

5.      Both Parties consent to the relief requested herein and are working cooperatively to respond to discovery and accommodate the schedules of the witnesses and counsel.

**WHEREFORE**, for the reasons stated herein, the Parties request that this Court enlarge discovery by ninety days.

Respectfully submitted,

/s/
S. Micah Salb #453197
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road, Suite 1100
Bethesda, Maryland 20814
(301) 656-6905
(301) 656-6906
Counsel for Plaintiff

/s/
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC 20036
202-463-6036
202-463-6067 (fax)
Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHY RADTKE, ET AL. | |
| Plaintiffs, | |
| vs. | Civil Action No. 1:06CV02031 (EGS) |
| MARIA CASCHETTA, ET AL. | |
| Defendants. | |

**O R D E R**

Upon consideration of the Parties' Motion to Enlarge the Scheduling Order, it is hereby ORDERED that the Motion to Enlarge the Scheduling Order is HEREBY GRANTED.  Discovery will close November 18, 2008.

So ORDERED this _____ day of _____, 2008.

_____
Judge Emmet G. Sullivan