**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KATHY RADTKE, ET AL.

Plaintiffs,

v.

MARIA CASCHETTA, ET AL.

Defendants

Civil Case No.: 06cv02031 (EGS)

**Table of Exhibits**

***All exhibits are confidential and subject to a protective order except for those marked with an asterisk. Therefore, all exhibits other than the marked exhibits are provided under seal.***

Caschetta deposition . . . . . . . . . . 1

Molina deposition . . . . . . . . . . 2

Caschetta letter to Cunningham, dated November 28, 2002 . . . . . . . . . . 3

Caschetta email to Kwan, dated September 28, 2002 . . . . . . . . . . 4

Caschetta email to Wyant, dated August 31, 2004 . . . . . . . . . . 5

Caschetta letter to Radtke, dated October 27, 2004 . . . . . . . . . . 6

email exchange Kwan and Radtke, dated November 19, 2004 . . . . . . . . . . 7

email thread Warren [Kwan] to Pamela Mizrahi, dated October 25, 2004 . . . . . . . . . . 8

Caschetta letter to Radtke, dated December 7, 2004 . . . . . . . . . . 9

email exchange Radtke to Kwan dated December 23-28, 2005 . . . . . . . . . . 10

email thread between Radtke and Kwan, dated June 17, 2005 . . . . . . . . . . 11

Kreyenbuhl email to Roland and Kwan, dated June 27, 2005 . . . . . . . . . . 12

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

Plaintiff Kathy Radtke's Response to Interrogatories of Defendant Lifecare . . . . . . . . . 13

email exchange, Radtke and Caschetta, dated March 22, 2005 . . . . . . . . . . . . . . . . . . . . 14

email exchange Radtke to Captain Harris, USAF, dated November 8-14, 2005 . . . . . . 15

Radtke Timesheets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Radtke email to Erica Kreyenbuhl, dated January 11, 2005 . . . . . . . . . . . . . . . . . . . . . . 17

Radtke email to Kwan, dated January 12, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Radtke email to Kreyenbuhl, dated March 9, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Email thread between Radtke and Kwan, dated April 29, 2005 through May 3, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Email exchange Mizrahi and Caschetta, dated April 4, 2005 . . . . . . . . . . . . . . . . . . . . . 21

Consulting Agreement between Advanta Medical Solutions, LLC and Carmen Cunningham, RHIT, dated October 15, 2003 . . . . . . . . . . . . . . . . . . . . . . . 22

Consulting Invoices and 1099s . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Plaintiff Carmen Cunningham's Answers to Defendant Caschetta's Interrogatories No. 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

Caschetta email to Hesser and Wyant, dated April 3, 3005 . . . . . . . . . . . . . . . . . . . . . . 25

Mizrahi email to Cunningham, dated April 8, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Cunningham's Interrogatory Responses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Affidavit of Carmen Cunningham . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Cunningham Timesheets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

Collection of 10 Emails Related to Audit of Cunningham Time Records, March 2003-March 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

*DOL Letter FLSA2005-35, dated October 3, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Certificate from the American Academy of Professional Coders of Certified Professional Coder status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

*http://www.aapc.com/certification/cpc.aspx (accessed 1/3/2010) . . . . . . . . . . . . . . . . . 33

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

Advanta Medical Solutions Release . . . . . . . . . . 34

*http://www.ahima.org/certification/rhit/requirements.aspx (accessed 1/3/2010) . . . . . 35

Affidavit of Kathy Radtke . . . . . . . . . . 36

Contract . . . . . . . . . . 37

Collected email correspondence regarding Ms. Radtke at Kaiser Permanente . . . . . . . . 38

Plaintiff's Radtke's Answers to Defendant Caschetta's Interrogatories No. 5 . . . . . . . . 39

Email exchange between Radtke and Kreyenbuhl,
copied to Maria Caschetta, dated June 30, 2005 . . . . . . . . . . 40

Capt. Eugene Harris II email to Radtke, dated November 29, 2005 . . . . . . . . . . 41

Email exchange between Mendez and Mizrahi, dated September 10, 2004 . . . . . . . . . . 42

Radtke Pay Records . . . . . . . . . . 43

Cunningham Pay Records . . . . . . . . . . 44

Mendez Interoffice Memo to Cunningham, dated November 25, 2002 . . . . . . . . . . 45

Collected Emails Summarizing Audit of Radtke's Time Records . . . . . . . . . . 46

Collected emails of the electronic notification of arrival/departure . . . . . . . . . . 47

Caschetta email to Cunningham, dated March 4, 2005 . . . . . . . . . . 48

Mendez letter to MEDCOM CONTRACTING CENTER-NA
re: DADA 15-02-R-00006 . . . . . . . . . . 49

Calculation of Damages suffered by Kathy Radtke . . . . . . . . . . 50

Calculation of Damages Suffered by Carmen Cunningham . . . . . . . . . . 51

*Lifecare Response to Invitation to Bid . . . . . . . . . . 52

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906