**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATHY RADTKE, *et al.*, ) | ) |
| Plaintiffs, ) | ) |
| v. ) | ) Civil Action No. 06-2031 (EGS) |
| MARIA CASCHETTA, *et al.*, ) | ) |
| Defendants. ) | ) |

### ORDER

On December 10, 2010, the Court referred this case to Magistrate Judge Robinson for a Report and Recommendation on the parties' Cross-Motions for Summary Judgment. Magistrate Judge Robinson issued a Report and Recommendation on August 12, 2011. The Court has carefully reviewed the Report and Recommendation and, having received no objections to the Report and Recommendation pursuant to Local Civil Rule 72.3(b), accepts the findings and adopts the recommendations of Magistrate Judge Robinson contained in the Report and Recommendation. Accordingly, it is by the Court hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**; and it is

**FURTHER ORDERED** that Defendants' Cross-Motion for Summary Judgment is **DENIED**; and it is

**FURTHER ORDERED** that the parties shall file a joint status

report, including a recommendation for further proceedings, by no later than **November 22, 2011**.  If the parties cannot agree on a joint recommendation, each party shall file an individual recommendation by that time.  In addition, if at any point in time the parties desire to have a mediator from the District Court's mediation program appointed, the parties shall notify the Court by electronically filing a motion captioned "Joint Motion for Appointment of a Mediator."

    **SO ORDERED.**

**Signed:**    **Emmet G. Sullivan**
            **United States District Judge**
            **November 1, 2011**