**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| KATHY RADTKE, ET AL. | |
| Plaintiffs, | |
| v. | Civil Case No.: 06cv02031 (EGS) |
| MARIA CASCHETTA, ET AL. | |
| Defendants | |

**PLAINTIFFS' PRETRIAL STATEMENT**

Pursuant to Fed. R. Civ. P. 26(a)(3), LCvR 16.5, and this Court's orders, come now Plaintiffs Kathy Radtke and Carmen Cunningham, by and through their undersigned counsel, and Defendants Maria Caschetta, Lifecare Management Partners, and Advanta Medical Solutions, LLC, by and through their undersigned counsel, and file the instant Joint Pretrial Statement.

**1.    Statement of the Case.**

    a.    *Plaintiffs:* This is an action under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., the Maryland State Wage Payment and Collection Act, the Maryland Wage and Hour Law and under the common law tort of Breach of Contract, which arises out of a common nucleus of operative facts, for compensatory damages and equitable relief against Defendants Maria Caschetta, Lifecare Management Partners, and Advanta Medical Solutions, LLC, growing out of Defendants' refusal to pay to Plaintiffs their proper wages, including overtime wages, often failing to pay Plaintiffs at all for the work they performed, and paying them only partially and in an untimely manner when they did pay Plaintiffs.

    b.    *Defendants:* TBD

**2.  Statement of Claims Made by the Parties.**

  a.  *Plaintiffs' Claims:*  Plaintiffs raise four separate claims:

   i.  Violation of Maryland Wage and Hour Law

   ii.  Violation of Maryland Wage Payment and Collection Law

   iii.  Violation of the Fair Labor Standards Act

   iv.  Breach of Contract

  b.  ***Defendants' Claim (counterclaim) Against Plaintiff Cunningham:***  Violation of Non-compete Agreement.

**3.  Statement of Defenses Raised by the Parties.**

  a.  *Defendants' Defenses to Plaintiffs' Claims:*

  b.  *Plaintiffs' Defenses to Defendants' Counterclaims:*

   i.  Failure to demonstrate a protectable interest

   ii.  Failure to present evidence of damages

**4.  Witness Schedule.**

  a.  *Witnesses that both parties shall call:* TBD

  b.  *Plaintiffs' Witnesses:*

   i.  **Kathy Radtke:** Ms. Radtke is expected to testify regarding the nature of the work that she performed for the Defendants, the time spent on her work, and the record-keeping that she performed.  Approx. 1 hour.

   ii.  **Carmen Cunningham:** Ms. Cunningham is expected to testify regarding the nature of the work that she performed for the Defendants, the time spent on her work, and the record-keeping that she performed.  Approx. 1 hour.

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

iii. **Maria Caschetta:** Ms. Caschetta is expected to testify regarding the nature of the work that the Plaintiffs performed for the Defendants, the time spent on that work, and the applicable record-keeping. Approx. 1 hour.

iv. **Joseph Molina:** Mr. Molina is expected to testify regarding the nature of the work that the Plaintiffs performed for the Defendants, the time spent on that work, and the applicable record-keeping. Approx. 1 hour.

v. **Warren Kwan:** Mr. Kwan is expected to testify about the hiring, assignment, and supervision of coders working for Advanta Medical Solutions and Lifecare Management Systems as well as the relationship between Advanta and Life care. Approx. ½ hour.

vi. **Eileen Wyant:** Ms. Wyant is expected to testify about the hiring, pay, assignment, and supervision of Coders, the relationship between Lifecare and Advanta; the recording of Coders' time and calculation of pay. Approx. ½ hour.

vii. **Pamela Mizrahi:** Ms. Mizrahi is expected to testify about the methods for keeping timesheets for Advanta, the connection between Lifecare and Advanta, Ms. Radtke's work at both the Pentagon and Kaiser Permanente, and Ms. Radtke's compensation for her work. Approx. ½ hour.

viii. **Katherine Mendez:** Ms. Mendez is expected to testify about the methods for monitoring and approving timesheets and the connection between Lifecare and Advanta as to management. Approx. ½ hour.

ix. **Erica Kreyenbuhl:** Ms. Kreyenbuhl is expected to testify about the assignment and supervision of coders and, in particular, of the Plaintiffs. Approx. ½ hour.

x. **Diana Brown:** Ms. Brown is expected to testify about the procedures for the supervision of coders, including check in and check out emails. Approx. ½ hour.

5. **Exhibit List.**

   a. *Joint Exhibits:* TBD

   b. *Plaintiffs' Exhibits:*

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

| PEX # | DATE | Author | Summary | Objection | R.Evid. |
|---|---|---|---|---|---|
| 1 | 10/3/2005 | Department of Labor | DOL Letter FLSA2005-35, dated October 3, 2005 | | |
| 2 | 1/3/2010 | American Academy of Professional Coders | Certified Professional Coder Academic Requirements and Exam | | |
| 3 | 1/3/2010 | American Health Information Management Association | American Health Information Management Association, certification requirements | | |
| 4 | | Ingenix | ICD-9-CM Coding Manual (excerpts) | | |
| 5 | No date | | E&M Visit - Coding Audit Template -- 1995 General Multi-System | | |
| 6 | No date | Advanta Medical Solutions | Bio of Carmen Cunningham, listing certification | | |
| 7 | 9/14/2004 | American Academy of Professional Coders | Certification of CPC Credential | | |
| 8 | 11/28/2002 | Maria Caschetta | Letter of Offer from Lifecare to Cunningham | | |
| 9 | 9/28/2002 | Maria Caschetta | Caschetta email to Kwan regarding hiring of Cunningham. | | |
| 10 | 8/31/2004 | Maria Caschetta | Caschetta email regarding 5% increase in Cunningham's pay for merit | | |
| 11 | 10/27/2004 | Maria Caschetta | Letter of Offer from Advanta to Radtke (coding consultant) | | |
| 12 | 11/19/2004 | Warren Kwan, Kathy Radtke | email exchange regarding coding exams. | | |
| 13 | 10/22/2004 | Warren Kwan | email setting rates for piece-work. | | |
| 14 | 10/25/2004 | Warren Kwan, Pamela Mizrahi | email confirming Radtke start date and piece-work rate | | |
| 15 | 12/7/2004 | Maria Caschetta | Letter of Offer to Radtke (Coder) | | |
| 16 | 12/28/2005 | Kathy Radtke, Warren Kwan | email exchange regarding Radtke Notice of end of employment | | |

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD  20814
Tel. (301) 656-6905
Fax (301) 656-6906

| | | | | | |
|---|---|---|---|---|---|
| 17 | 6/17/2005 | Kathy Radtke, Warren Kwan | Email regarding work at Pentagon and the expense of metro being unreimbursed. | | |
| 18 | 6/27/2005 | Erica Kreyenbuhl | Email confirming Radtke's work split between Pentagon and Kaiser. | | |
| 19 | 1/11/2005 | Kathy Radtke | Email regarding G codes. | | |
| 20 | 1/12/2005 | Kathy Radtke | Conclusion on G codes | | |
| 21 | 3/9/2005 | Kathy Radtke | Questions regarding coding. | | |
| 22 | 4/29/2005 - 5/3/2005 | Kathy Radtke, Warren Kwan | Email regarding leave | | |
| 23 | 4/4/2005 | Pamela Mizrahi, Maria Caschetta | Regarding Cunningham's resignation from Lifecare and work for Advanta as contractor. | | |
| 24 | 11/15/2003 | Advanta Medical Solutions, LLC | Consulting Agreement with Carmen Cunningham, with hourly rate | | |
| 25 | 11/1/2003- 11/28/2003 | Advanta Medical Solutions, LLC | Cunningham Consulting Invoices | | |
| 26 | 3/1/2005 | Pamela Mizrahi, Carmen Cunningham | Cunningham notice of resignation | | |
| 27 | various | Pamela Mizrahi | Collection of 10 emails related to audit of Cunningham's time worked | | |
| 28 | various | Pamela Mizrahi, etc. | Collected email correspondence regarding Ms. Radtke's work at Kaiser Permanente | | |
| 29 | 9/10/2004 | Mizrahi | Email from Advanta regarding new payrate for Cunningham | | |
| 30 | 11/25/2002 | Theresa Mendez | Interoffice Memo to Cunningham giving instructions on filling out timesheets. | | |
| 31 | various | Pamela Mizrahi | Collected Emails auditing and correcting Radtke's Time Records | | |
| 32 | various | Carmen Cunningham | Collected emails to Caschetta with proof of arrival/departure times | | |
| 33 | 3/4/2005 | Maria Caschetta | Email to Cunningham regarding quality assurance review of coding. | | |

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

| | | | | | |
|---|---|---|---|---|---|
| 34 | 5/16/2002 | Christopher M. Mendez for Lifecare | Letter to MEDCOM CONTRACTING CENTER-NA re: DADA 15-02-R-00006, containing request for exemption from Service Contract Act | | |
| 35 | 5/16/2002 | Christopher M. Mendez for Lifecare | Lifecare Response to Invitation to Bid: SF 1449 DADA15-02-R-0008 | | |
| 36 | 5/28/2002 | Contract: DADA15-02-R-0006 | Lifecare Contract for In-house Medical Coding at Walter Reed | | |
| 37 | various | Lifecare Management Partners | Cunningham Bonus Records | | |
| 38 | various | Lifecare Management Partners | Cunningham Time Records | | |
| 39 | various | Lifecare Management Partners | Cunningham Pay Records | | |
| 40 | various | Advanta Medical Solutions | Radtke Time Records | | |
| 41 | various | Advanta Medical Solutions | Radtke Pay Records | | |

    c.    *Defendants' Exhibits:* TBD

6. **Deposition Testimony.**

    a. *Plaintiffs' Deposition Designations:* The Plaintiffs do not expect to present any testimony by deposition designation.

    b. *Defendants' Deposition Designations:* TBD.

7. **Itemization of Damages the Parties Seek to Recover.**

    a. *Plaintiffs' damage calculation:* See Attachment 1.

    b. *Defendants' calculation of Plaintiffs' damages:* TBD

    c. *Defendants' relief sought on counterclaims:* TBD

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

8. **Request for Other Relief Sought by the Parties.**

   a. *Plaintiffs:*

   i. Declare Defendants' conduct to be in violation of Plaintiffs' rights under the Fair Labor Standards Act;

   ii. Declare Defendants' conduct to be in violation of Plaintiffs' rights under the Maryland Wage Payment and Collection Law;

   iii. Declare Defendants' conduct to be in violation of Plaintiffs' rights under the Maryland Wage and Hour Law;

   iv. Declare Defendants' conduct to be in violation of Plaintiffs' contract rights;

   v. Declare Defendants' conduct to be a malicious breach of contract;

   vi. Award Plaintiffs their lost wages and benefits;

   vii. Award Plaintiffs liquidated damages of three times the amount of their lost wages and benefits;

   viii. Award Plaintiffs appropriate compensatory damages for the Defendants' malicious breach of contract;

   ix. Award Plaintiffs their costs and attorneys' fees; and

   x. Award Plaintiffs such other and further relief as may be deemed just and proper.

   b. *Defendants:* TBD

9. **Estimate of the Length of Each Party's Case.**

   a. *Plaintiffs:* Three days

   b. *Defendants:* TBD

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

10. **Jury Instructions:** See attached.

11. **Proposed voir dire.**

    a. *Plaintiffs' proposed voir dire:* TBD

    b. *Defendants' proposed voir dire:* TBD

12. **Proposed verdict form.**

    a. *Plaintiffs' verdict form:* TBD

    b. *Defendants' verdict form:* TBD

Respectfully submitted,

  /s/  S. Micah Salb, Esq.
S. Micah Salb, Esq.
Mary E. Kuntz, Esq.
LIPPMAN, SEMSKER & SALB, LLC
7979 Old Georgetown Road
Suite 1100
Bethesda, Maryland 20814
Phone: (301) 656-6905

*Counsel for Plaintiffs*

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 8 -