**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

_____

KATHY RADTKE, ET AL.

    Plaintiffs,

v.                                                    Civil Case No.: 06cv02031 (EGS)

MARIA CASCHETTA, ET AL.

    Defendants

## PLAINTIFFS' PRETRIAL STATEMENT

Pursuant to this Court's Order of December 18, 2013, come now Plaintiffs Kathy Radtke and Carmen Cunningham, by and through their undersigned counsel, and, in response to this Court's Show Cause Order, say as follows:

On December 18, 2013, this Court issued an Order as follows:

Plaintiffs are instructed to show cause by 3:00 PM today why they have still failed to file their damage calculations on ECF despite: 1) representing at the pretrial conference that they thought they had already done so as part of their pretrial statement; 2) indicating at the pretrial conference that they would correct their mistake by filing it; and 3) the Courts Order [116], posted on ECF before 1:00 PM yesterday, which ordered plaintiffs to file their damage calculations forthwith. Lest there be any misunderstanding, plaintiffs must immediately file their damage calculations on ECF.

In response, the Plaintiffs explain that after the pretrial conference, Plaintiff's counsel immediately tended to previously-scheduled meetings and other obligations, including addressing other aspects of trial preparation, and did not file their damages calculations because this Court

had directed that a series of documents were to be filed on Friday, December 19, 2013, and so it was that date which Plaintiffs' counsel presumed to be the applicable date.

The Plaintiffs did not comply with this Court's order of December 19, 2013, because counsel were involved in lengthy meetings with other clients yesterday afternoon and therefore were unaware of the Court's Order.

While the Plaintiffs recognize that this prejudiced the Court, it caused no prejudice to the Defendants, to whom the Plaintiff had previously emailed the damages calculations.[1]

The Plaintiffs apologize for these oversights and respectfully state that these oversights are excusable neglect.

          Respectfully submitted,

          /s/ S. Micah Salb, Esq.
          S. Micah Salb, Esq.
          Mary E. Kuntz, Esq.
          LIPPMAN, SEMSKER & SALB, LLC
          7979 Old Georgetown Road
          Suite 1100
          Bethesda, Maryland 20814
          Phone: (301) 656-6905

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent via the Court's ECF system this 18th day of December, 2013, to Alan Lescht, Esq., Defendants' attorney.

          /s/ S. Micah Salb, Esq.
          S. Micah Salb, Esq.

---

[1] The version that the Plaintiffs emailed to the Defendants did not include the interest calculation that is reflected in the version filed in this Court.

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906