CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Kathy Radtke, et al

vs.

Maria Cashetta, et al

Civil/Criminal No.: Civil 06-2031

**FILED**

JAN 1 5 2014

Clerk, U.S. District and Bankruptcy Courts

**NOTE FROM JURY**

The jury has concluded its deliberations

Date: Jan 15, 2014

Time: 4:50 pm

/ FOREPERSON