RADTKE et al.
v.
Caschetta et al.

Civil Case No. 06-cv-2031 (JMF)

Government ____
Plaintiff ✓
Defendant ____
Joint ____

| EXHIBIT NUMBER | DATE | Author | DESCRIPTION OF EXHIBIT Summary | Marked for ID | Received in Evidence | Witness | Exhibits Sent in to Jury (date & time) |
|---|---|---|---|---|---|---|---|
| JEX 1 ✓ | 5/16/2002 | Christopher M. Mendez for Lifecare | Letter to MEDCOM CONTRACTING CENTER-NA re: DADA 15-02-R-00006, containing request for exemption from Service Contract Act. | 1/3/14 | 1/3/14 | Mendez | |
| JEX 2 ✓ | 5/16/2002 | Christopher M. Mendez for Lifecare | Lifecare Response to Invitation to Bid: SF 1449 DADA15-02-R-0008 | 1/14/14 | 1/14/14 | Mendez | |
| JEX 3 ✓ | 5/28/2002 | Contract: DADA15-02-R-0006 | Lifecare Contract for Inhouse Medical Coding at Walter Reed. | 1/3/14 | 1/3/14 | Caschetta | |
| JEX 4 | 6/27/2005 | Erica Kreyenbuhl to Tom Roland; Warren Kwan | Email confirming Radtke's work split between Pentagon and Kaiser. | | | | |
| JEX 5 ✓ | 4/4/2005 | Pamela Mizrahi, Maria Caschetta | Regarding Cunningham's resignation from Lifecare and work for Advanta as contractor. | 1/3/14 | 1/3/14 | Caschetta | |
| JEX 6 ✓ | various | Carmen Cunningham | Collected emails to Caschetta (copied to Brown) with proof of arrival/departure times | 1/14/14 | 1/14/14 | Mizrahi | |
| JEX 7 ✓ | various | Advanta Medical Solutions | Radtke Time Records | 1/14/14 | 1/14/14 | Radtke | |
| PEX 1 | 10/3/2005 | Department of Labor | DOL Letter FLSA2005-35, dated October 3, 2005 | | | | |
| PEX 2 | 1/3/2010 | American Academy of Professional Coders | Certified Professional Coder Academic Requirements and Exam | | | | |
| PEX 3 | 1/3/2010 | American Health Information Management Association | American Health Information Management Association, certification requirements. | | | | |

Government _____
Plaintiff _____
Defendant _____
Joint _____

RADTKE et al.
v.
Caschetta et al.

Civil Case No. 06-cv-2031 (JMF)

| EXHIBIT NUMBER | DATE | Author | DESCRIPTION OF EXHIBIT Summary | Marked for ID | Received in Evidence | Witness | Exhibits Sent in to Jury (date & time) |
|---|---|---|---|---|---|---|---|
| PEX 4 | nd | Ingenix | ICD-9-CM Coding Manual (excerpts) | | | | |
| PEX 5 | nd | | E&M Visit – Coding Audit Template -- 1995 General Multi-System | | | | |
| PEX 6 | 9/14/2004 | Advanta Medical Solutions | Bio of Carmen Cunningham, listing certification | | | | |
| PEX 7 | 9/28/2002 | American Academy of Professional Coders | Certification of CPC Credential | | | | |
| PEX 8 ✓ | 8/31/2004 | Maria Caschetta | email to Kwan (Wyant copied), regarding hiring of Cunningham. | 1/1/14 | | Caschetta | |
| PEX 9 | 10/18/2004 | Warren Kwan, Kathy Radtke | email exchange regarding coding exams. | | | | |
| PEX 10 | 10/22/2004 | Warren Kwan | email setting rates for piece-work. | | | | |
| PEX 11 | 10/25/2004 | Warren Kwan, Pamela Mizrahi | email confirming Radtke start date and piece-work rate | | | | |
| PEX 12 | 12/28/2005 | Kathy Radtke, Warren Kwan | email exchange regarding Radtke Notice of end of employment | | | | |
| PEX 13 ✓ | 6/17/2005 | Kathy Radtke, Warren Kwan | Email regarding work at Pentagon and the expense of metro being unreimbursed. | 1/14/14 | | Caschetta | |
| PEX 14 | 1/11/2005 | Kathy Radtke | Email to Erica Kryenbuhl regarding G codes. | | | | |
| PEX 15 | 1/12/2005 | Kathy Radtke | Conclusion on G codes. (Erica, Warren Kwan) | | | | |
| PEX 16 | | | | | | | |

RADTKE et al.
v.
Caschetta et al.

Civil Case No. 06-cv-2031 (JMF)

Government ___
Plaintiff ___
Defendant ___
Joint ___

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| EXHIBIT NUMBER | DATE | Author | DESCRIPTION OF EXHIBIT Summary | Marked for ID | Received in Evidence | Witness | Exhibits Sent in to Jury (date & time) |
| PEX 17 | 3/9/2005 | Kathy Radtke | Questions Regarding Coding | | | | |
| PEX 18 ✓ | 4/29/2005 - 5/3/2005 | Kathy Radtke, Warren Kwan | Email regarding leave. | | | | |
| PEX 19 ✓ | 10/16/2003 | Advanta Medical Solutions, LLC | Consulting Agreement with Carmen Cunningham, with hourly rate | | | | |
| | 11/1/2003-11/28/2003 | Advanta Medical Solutions, LLC | Cunningham Consulting Invoices | 1/14/14 | 1/15/14 | Caschetta | |
| PEX 20 | 3/1/2005 | Pamela Mizrahi, Carmen Cunningham | Cunningham notice of resignation (Copied to Lisa Plant (Lifecare), Maria Caschetta (Advanta). | 1/14/14 | 1/15/14 | Caschetta | |
| PEX 21 ✓ | various | Pamela Mizrahi, Mendez, Wyant, Radtke, Mizrahi, Kwan, Kryenbuhl, Caschetta | Collection of 10 Emails Related to Audit of Cunningham's time worked | 1/14/14 | 1/15/14 | Caschetta | |
| PEX 22 | various | | Collected email correspondence regarding Ms. Radtke's work at Kaiser Permanente | 1/13/14 | — | | |
| PEX 23 ✓ | 9/10/2004 | Mizrahi | Email from Advanta regarding new payrate for Cunningham | 1/13/14 | 1/14 | | |
| PEX 24 | 11/25/2002 | Theresa Mendez | Interoffice Memo to Cunningham giving instructions on filling out timesheets. | 1/14/14 | 1/15/14 | Caschetta | |
| PEX 25 | various | | Collected Emails auditing and correcting Radtke's Time Records | | | | |
| PEX 26 | 3/4/2005 | Maria Caschetta (Wyant, Kwan copied) | Email to Cunningham regarding quality assurance review of coding. | 1/14/14 | 1/15/14 | Caschetta | |
| PEX 27 | various | Lifecare Management Partners | Cunningham Bonus Records | | | | |
| PEX 28 | | | | | | | |

* With not In by Plaintiff Mizrahi in JMF 3/1/14

RADTKE et al.
v.
Caschetta et al.

Civil Case No. 06-cv-2031 (JMF)

Government ___
Plaintiff ✓
Defendant ___
Joint ___

| EXHIBIT NUMBER | DATE | Author | DESCRIPTION OF EXHIBIT Summary | Marked for ID | Received in Evidence | Witness | Exhibits Sent in to Jury (date & time) |
|---|---|---|---|---|---|---|---|
| PEX 29 | various | Lifecare Management Partners | Cunningham Time Records | 1/3/14 | — | | |
| PEX 30 | various | Lifecare Management Partners | Cunningham Pay Records | 1/3/14 | 1/3/14 | McK... | |
| PEX 31 | various | Advanta Medical Solutions | Radtke Pay Records | 1/15/14 | | McK... | |
| PEX 32 | | | Radtke Damage Calculations | | | | |
| PEX 33 | | | Cunningham Damage Calculations | | | | 1/15/14 |