**FILED**

**JAN 1 5 2014**

Clerk, U.S. District and
Bankruptcy Courts

<u>Radtke, et al. v. Caschetta, et al.</u>
06-2031

# VERDICT FORM FOR PLAINTIFF KATHY RADTKE

1. Did the defendants establish by a preponderance of the evidence that plaintiff Kathy Radtke was exempted from the overtime requirement of the Fair Labor Standards Act because of the "administrative exemption"?

    \_\_\_\_\_ YES (PROCEED TO QUESTION 2)

    __X__ NO (PROCEED TO QUESTION 2)

2. Did the defendants establish by a preponderance of the evidence that plaintiff Kathy Radtke was exempted from the overtime requirement of the Fair Labor Standards Act because of the "professional exemption"?

    \_\_\_\_\_ YES (YOU ARE DONE: RETURN THE VERDICT TO THE COURT)

    __X__ NO (YOU ARE DONE: RETURN THE VERDICT TO THE COURT)