

FILED

JAN 1 7 2014

U.S. DISTRICT COURT

<u>Radtke, et al. v. Caschetta, et al.</u>
06-2031

## VERDICT FORM FOR PLAINTIFF KATHY RADTKE

1. Did the plaintiffs establish by a preponderance of the evidence that the time plaintiff Radtke spent travelling between the Pentagon and Kaiser Permanente was part of her principal activity?

     __X__ Yes (PROCEED TO QUESTION 2)

     _____ No (PROCEED TO QUESTION 2)

2. Did the plaintiffs establish by a preponderance of the evidence that defendant Caschetta (in her personal capacity) was an employer of plaintiff Radtke?

     _____ Yes (PROCEED TO QUESTION 3)

     __X__ No (PROCEED TO QUESTION 3)

3. Did the plaintiffs establish by a preponderance of the evidence that defendant Caschetta (in her personal capacity) and defendant Advanta were joint employers?

     _____ Yes (PROCEED TO QUESTION 4)

     __X__ No (PROCEED TO QUESTION 4)

4. Did the plaintiffs establish by a preponderance of the evidence that the dispute between plaintiff Radtke and any of the defendants about whether she was owed overtime pay was not "bona fide"?

     _____ Yes (PROCEED TO QUESTION 5)

     __X__ No (PROCEED TO QUESTION 5)

5. Did the plaintiffs establish by a preponderance of the evidence that the defendants who employed plaintiff Radtke acted "willfully" in not paying her overtime pay?

     _____ Yes (YOU ARE DONE: RETURN THE VERDICT TO THE COURT)

     __X__ No (YOU ARE DONE: RETURN THE VERDICT TO THE COURT)