**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATHY RADTKE, ET AL. | |
| Plaintiffs, | |
| v. | Civil Case No.: 06cv02031 (EGS) |
| MARIA CASCHETTA, ET AL. | |
| Defendants | |

## JOINT REPORT REGARDING DAMAGES

Pursuant to this Court's Omnibus Post-Trial Order [docket no. 160], the Parties hereto, by and through their under-signed counsel, hereby advise the Court as follows:[1]

    **A.**    **Overtime Pay Due to Kathy Radtke Ferrara.**

        2004:  Zero
        2005:  $3,199.15
        2006:  $46.51

    **B.**    **Overtime Pay Due to Carmen Cunningham.**

        2004:  $398.87
        2005:  $46.47

Respectfully submitted,

| /s/ S. Micah Salb | /s/ Alan Lescht |
|---|---|
| S. Micah Salb, Esq. | Alan Lescht, Esq. |
| Mary E. Kuntz, Ph.D., Esq. | Susan L. Kruger, Esq. |
| LIPPMAN, SEMSKER & SALB, LLC | ALAN LESCHT & ASSOCIATES, P.C. |
| 7979 Old Georgetown Road | 1050 17th Street, N.W., Suite 400 |
| Suite 1100 | Washington, DC 20036 |
| Bethesda, Maryland 20814 | 202-463-6036 |
| (301) 656-6905 | 202-463-6067 (fax) |
| MSALB@LSSLAWYERS.COM | ALESCHT@MINDSPRING.COM |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

---

[1] This Report is filed without waiver of the Parties' objections to the Omnibus Order or previously made.