December 1, 2006

Alan Lescht, Esq.
1050 17th Street, N.W.
Suite 220
Washington, DC 20036
***VIA FACSIMILE TO (202) 463-6067; ORIGINAL TO FOLLOW VIA U.S. MAIL.***

    Re:    <u>Radtke v. Lifecare</u>;
            Case Number: 1:06CV001563.

Dear Mr. Lescht:

On November 2, 2006, we wrote to Mr. Swerdlin, who formerly represented your clients, regarding settlement of this matter. We have had no response.

We write now to reiterate our settlement demand, because it seems plain to us that your client will spend far more defending this case than the current settlement demand. Furthermore, your client will certainly wish to avoid the steep negative consequences that flow as a result of an adverse result in a Service Contract Act matter. Finally, litigation will rapidly increase the Plaintiffs' attorney's fees, so that the cost of settlement will consistently increase.

Our Clients have instructed us that they will accept a settlement of this matter for payment of $30,000.

Please advise us of your client's interest in settlement.


Very truly yours,
LIPPMAN, SEMSKER & SALB, LLC


_____
by S. Micah Salb, Esq.