ALAN LESCHT & ASSOCIATES, P.C.

1050 17th Street, N.W.
Suite 220
Washington. D.C. 20036

September 9, 2009

S. Micah Salb, Esq.
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road
Suite 1100
Bethesda, MD  20814

  Re: Radtke, et al. v. Caschetta et al.
     For purposes of settlement discussion only

Dear Micah:

  In preparation for depositions, Mr. Molina reviewed a small sample of time records submitted by Carmen Cunningham. We have found some very disturbing discrepancies. Here are two examples: (1) On January 31, 2005, Ms. Cunningham emailed that she arrived at work at 12:30 p.m. and left work at 6:15 p.m.. However, on the payroll timesheet she submitted she certified that she worked 8 hours on January 31, 2005—a discrepancy of 2 hours and 15 minutes. (2) On November 15, 2004, Ms. Cunningham emailed she arrived at 11:30 a.m. and departed at 6:30 p.m.. However, on the payroll timesheet she submitted she certified that she worked 8 hours on November 15, 2004—a discrepancy of 1 hour. These discrepancies and others lead us to believe that Ms. Cunningham overbilled Lifecare for time she did not work and misrepresented her time to Lifecare, thereby giving rise to a potential claim of fraud against her.

  Given the serious nature of this information, and the far reaching implications it may have for all parties and counsel involved in this case, we hereby request an immediate meeting to discuss these issues before any depositions are taken; otherwise, my clients intend to file suit for fraud against Ms. Cunningham next week.

Very truly yours,

*[signature]*

Alan Lescht

TEL 202-463-6036
Fax 202-463-6067
