Radtke et al. v. Caschetta et al.
Expenses

| Bill Date | Desc | Dur/Qty | Rate/Price | Billed Amt | TYPE | |
|---|---|---|---|---|---|---|
| 12/30/2009 | Photocopies - December 2010 | 1558 | $ 0.18 | $ 280.44 | COPIES | * |
| 2/26/2010 | Photocopies - February 2010 | 475 | $ 0.18 | $ 85.50 | COPIES | * |
| 3/1/2011 | Photocopies - February 2011 | 843 | $ 0.18 | $ 151.74 | COPIES | * |
| 1/29/2010 | Photocopies - January 2010 | 2557 | $ 0.18 | $ 460.26 | COPIES | * |
| 1/30/2014 | Photocopies - January 2014 | 3769 | 0.18 | $ 678.42 | COPIES | * |
| 10/16/2009 | Photocopies - June-September 2009 | 730 | $ 0.18 | $ 131.40 | COPIES | * |
| 3/31/2010 | Photocopies - March 2010 | 21 | $ 0.18 | $ 3.78 | COPIES | * |
| 11/30/2009 | Photocopies - October-November 2009 | 1505 | $ 0.18 | $ 270.90 | COPIES | * |
| 1/4/2010 | Deposition Transcript - Caschetta | 1 | $ 1,050.00 | $ 1,050.00 | DEP | * |
| 1/4/2010 | Deposition Transcript - Molina | 1 | $ 721.00 | $ 721.00 | DEP | * |
| 5/23/2008 | Fee for expert reports. | 1 | $ 1,500.00 | $ 1,500.00 | EXPERT | |
| 12/30/2009 | Faxes - December 2009 | 5 | $ 1.00 | $ 5.00 | FAX | |
| 11/30/2009 | Faxes - October-November 2009 | 20 | $ 1.00 | $ 20.00 | FAX | |
| 11/28/2006 | Filing Fee. | 1 | $ 350.00 | $ 350.00 | FIL | * |
| 2/1/2006 | Courier | 1 | $ 20.38 | $ 20.38 | MAIL | |
| 1/31/2006 | Overnight mail | 1 | $ 6.21 | $ 6.21 | MAIL | |
| 1/31/2014 | Overnight mail. | 1 | $ 23.17 | $ 23.17 | MAIL | |
| 1/31/2014 | Overnight mail. | 1 | $ 23.17 | $ 23.17 | MAIL | |
| 8/12/2011 | Overnight mail. | 1 | $ 13.35 | $ 13.35 | MAIL | |
| 3/9/2010 | Overnight mail. | 1 | $ 29.24 | $ 29.24 | MAIL | |
| 11/30/2006 | Overnight mail. | 1 | $ 3.78 | $ 3.78 | MAIL | |
| 4/30/2008 | Postage - April 2008 | 1 | $ 8.41 | $ 8.41 | MAIL | |
| 8/31/2007 | Postage - August 2007 | 1 | $ 0.82 | $ 0.82 | MAIL | |
| 1/4/2007 | Postage - December 2007 | 2 | $ 0.39 | $ 0.78 | MAIL | |
| 2/28/2007 | Postage - February 2007 | 1 | $ 3.30 | $ 3.30 | MAIL | |
| 2/29/2008 | Postage - February 2008 | 1 | $ 8.27 | $ 8.27 | MAIL | |
| 2/1/2007 | Postage - January 2007 | 1 | $ 0.78 | $ 0.78 | MAIL | |
| 1/31/2008 | Postage - January 2008 | 1 | $ 7.74 | $ 7.74 | MAIL | |
| 1/13/2010 | Postage - January 2010 | 1 | $ 8.95 | $ 8.95 | MAIL | |
| 8/4/2008 | Postage - July 2008 | 1 | $ 3.93 | $ 3.93 | MAIL | |
| 6/29/2007 | Postage - June 2007 | 1 | $ 0.97 | $ 0.97 | MAIL | |
| 4/7/2008 | Postage - March 2008 | 1 | $ 2.67 | $ 2.67 | MAIL | |
| 6/1/2007 | Postage - May 2007 | 1 | $ 3.64 | $ 3.64 | MAIL | |
| 12/1/2006 | Postage - November 2006 | 1 | $ 1.98 | $ 1.98 | MAIL | |
| 11/30/2007 | Postage - November 2007 | 1 | $ 2.39 | $ 2.39 | MAIL | |
| 10/31/2007 | Postage - October 2007 | 1 | $ 1.64 | $ 1.64 | MAIL | |
| 11/30/2009 | Postage - October-November 2009 | 1 | $ 0.61 | $ 0.61 | MAIL | |
| 1/1/2007 | Same-day mail delivery | 1 | $ 16.84 | $ 16.84 | MAIL | |
| 7/2/2008 | (Attempted) Service for deposition - Brown | 1 | $ 60.00 | $ 60.00 | SERVE | * |
| 7/2/2008 | (Attempted) Service for deposition - Turpin | 1 | $ 60.00 | $ 60.00 | SERVE | * |
| 1/31/2014 | Service of Process fee for trial - Brown | 1 | $ 115.00 | $ 115.00 | SERVE | * |
| 1/31/2014 | Service of Process fee for trial - Kwan | 1 | $ 32.50 | $ 32.50 | SERVE | * |
| 1/31/2014 | Service of Process fee for trial - Mendez | 1 | $ 135.00 | $ 135.00 | SERVE | * |
| 1/31/2014 | Service of Process fee for trial - Mizrahi | 1 | $ 185.00 | $ 185.00 | SERVE | * |
| 1/31/2014 | Service of Process fee for trial - Wyant | 1 | $ 135.00 | $ 135.00 | SERVE | * |
| 12/17/2007 | Taxicab Fare. | 1 | $ 11.00 | $ 11.00 | TRAVEL | |
| 4/7/2008 | Costs for online legal research - April 2008 | 1 | $ 13.49 | $ 13.49 | WESTLAW | |
| 1/1/2014 | Costs for online legal research - December | 1 | $ 105.45 | $ 105.45 | WESTLAW | |
| 1/5/2007 | Costs for online legal research - December 2007 | 1 | $ 8.61 | $ 8.61 | WESTLAW | |
| 1/1/2014 | Costs for online legal research - December 2014 | 1 | 105.45 | $ 105.45 | WESTLAW | |
| 2/8/2007 | Costs for online legal research - February 2007 | 1 | $ 18.99 | $ 18.99 | WESTLAW | |
| 3/1/2009 | Costs for online legal research - February 2009 | 1 | $ 16.56 | $ 16.56 | WESTLAW | |
| 2/1/2010 | Costs for online legal research - February 2010 | 1 | $ 148.93 | $ 148.93 | WESTLAW | |

Radtke et al. v. Caschetta et al.
Expenses

| Bill Date | Desc | Dur/Qty | Rate/Price | Billed Amt | TYPE | |
|---|---|---|---|---|---|---|
| 1/31/2006 | Costs for online legal research - January 2006 | 1 | $ 10.27 | $ 10.27 | WESTLAW | |
| 7/31/2008 | Costs for online legal research - July 2008 | 1 | $ 43.30 | $ 43.30 | WESTLAW | |
| 7/2/2007 | Costs for online legal research - June 2007 | 1 | $ 10.61 | $ 10.61 | WESTLAW | |
| 6/1/2007 | Costs for online legal research - May 2007 | 1 | $ 43.29 | $ 43.29 | WESTLAW | |
| 5/31/2008 | Costs for online legal research - May 2008 | 1 | $ 26.76 | $ 26.76 | WESTLAW | |
| 1/5/2007 | Costs for online legal research - November 2007 | 1 | $ 1.27 | $ 1.27 | WESTLAW | |
| 11/2/2009 | Costs for online legal research - November 2009 | 1 | $ 5.70 | $ 5.70 | WESTLAW | |
| 10/31/2007 | Costs for online legal research - October 2007 | 1 | $ 18.54 | $ 18.54 | WESTLAW | |
| 10/1/2008 | Costs for online legal research - September 2008 | 1 | $ 92.20 | $ 92.20 | WESTLAW | |
| 3/2/2010 | Costs for online legal research- March 2010 | 1 | $ 308.32 | $ 308.32 | WESTLAW | |
| 7/25/2008 | Witness fee for deposition - Brown | 1 | $ 44.19 | $ 44.19 | WITNESS | * |
| 7/25/2008 | Witness fee for deposition - Turpin | 1 | $ 67.27 | $ 67.27 | WITNESS | * |
| 1/1/2014 | Witness fee for trial - Brown (not served) | 0 | $ 83.35 | $ - | WITNESS | * |
| 1/1/2014 | Witness fee for trial - Kwan | 1 | $ 68.56 | $ 68.56 | WITNESS | * |
| 1/1/2014 | Witness fee for trial - Mendez | 1 | $ 68.56 | $ 68.56 | WITNESS | * |
| 1/1/2014 | Witness fee for trial - Mizrahi | 1 | $ 83.35 | $ 83.35 | WITNESS | * |
| 1/1/2014 | Witness fee for trial - Wyant | 1 | $ 68.56 | $ 68.56 | WITNESS | * |
| | Pacer and ECF access | | | $ 166.30 | ECF | |

$ 8,179.49