Radtke et al. v. Caschetta et al.
Summary

| Row Labels | Sum of Hours | Sum of No-Bill | Total at Full Laffey Rates |
|---|---|---|---|
| Dr. Kuntz (1-3 years) | 221 | 59.9 | $39,469.50 |
| Dr. Kuntz (4-7 years) | 114.5 | 6 | $32,007.50 |
| Mr. Hellams | 19.9 | 14.2 | $4,975.00 |
| Mr. Murray | 0.7 | 0.4 | $175.00 |
| Mr. Salb | 285 | 38.8 | $128,250.00 |
| Ms. D'Souza | 137.9 | 8 | $34,475.00 |
| Ms. Kay | 27.5 | | $6,875.00 |
| Ms. Tuffet | 7.3 | 0.5 | $1,825.00 |
| Ms. Wu | 17.8 | 0.9 | $4,450.00 |
| Paralegal or Law Clerk | 106.1 | 3.1 | $15,384.50 |
| (blank) | | | |
| **Grand Total** | **937.7** | **131.8** | **$267,886.50** |