IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


KATHY RADTKE, ET AL.,

                                 CA No. 06-2031
        Plaintiffs,            Washington, DC
                                   January 14, 2014
      vs.                     9:30 a.m.

MARIA CASCHETTA, ET AL.,        DAY 2

        Defendants.
_____



TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE




APPEARANCES:

For the Plaintiffs:           S. MICAH SALB, ESQUIRE
                              MARY E. KUNTZ, ESQUIRE
                              Lippman, Semsker & Salb, LLC
                              7979 Old Georgetown Road
                              Suite 1100
                              Bethesda, MD  20814
                              (301) 656-6905


For the Defendants:           ALAN LESCHT, ESQUIRE
                              SUSAN L. KRUGER, ESQUIRE
                              Alan Lescht & Associates, P.C.
                              1050 17th Street, N.W.
                              Suite 400
                              Washington, D.C.  20036
                              (202) 463-6036

Court Reporter:                    Lisa M. Foradori, RPR, FCRR
                                   Official Court Reporter
                                   U.S. Courthouse, Room 6706
                                   333 Constitution Avenue, NW
                                   Washington, DC  20001
                                   (202) 354-3269

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT |
|---------|--------|-------|----------|
| **For the Defendants:** | | | |
| JOSEPH C. MOLINA | 6 | 56 | 108 |
| MARIA CASCHETTA | 113 | 142 | 167 |
| | | | |
| **For the Plaintiffs:** | | | |
| KATHY RADTKE FERRARA | 115 | 202 | 203 |

INDEX TO EXHIBITS

| | PAGE |
|---|------|
| Plf. Ex. 19 – Contract | 19 |
| Plf. Ex. 21 – Letter | 23 |
| Deft. Ex. 21 – Letter Agreement | 32 |
| Deft. Ex. 11 – Radtke Resume | 33 |
| Plf. Ex. 18 – Emails | 38 |
| Deft. Ex. 23 – Emails | 40 |
| Plf. Ex. 23 – Emails | 49 |
| Plf. Ex. 8 – Document | 67 |
| Deft. Ex. 14 – Questionnaire | 142 |

1                   P R O C E E D I N G S

2              THE COURT:  There's a matter you wish me to

3    consider?

4              MR. LESCHT:  Yes, Judge.  Yesterday on several

5    occasions, plaintiffs' counsel referenced that our burden of

6    proof in this case on the exemption --

7              THE COURT:  -- clear and convincing evidence.

8    That's incorrect; it's by a preponderance of the evidence.

9              MR. LESCHT:  That's right.  Beyond that, Judge, I

10   went back to look at plaintiffs' proposed jury instructions.

11   Now, the proposed jury instructions were submitted to this

12   court in accordance with Rule 11.  And the proposed jury

13   instruction plaintiffs' counsel submitted states exactly,

14   quote:  The employer has the burden of establishing by a

15   preponderance of the evidence that it is entitled to the

16   benefit of an exemption under the FLSA.  End quote.

17              That's contrary to what Mr. Salb stated on several

18   occasions yesterday.  This is the second time that he's tried

19   to either relieve himself or change a judicial filing that

20   he's made with this Court.  I think it's left the jury with

21   the misunderstanding of what our burden of proof is and I ask

22   for appropriate relief.

23              THE COURT:  Do you ask for a mistrial?

24              MR. LESCHT:  I don't want a mistrial.  I'd ask for

25   sanctions or some finding or a curative instruction or civil

1   contempt because this was his filing.

2          THE COURT:  Mr. Salb.

3          MR. SALB:  This is far from the first time that

4   reference to Rule 11 has been made by my colleague.  The

5   question is whether I acted appropriately.  And I will tell

6   you that clear and convincing came directly from a local case.

7   And if the Court will indulge me a minute, I can identify that

8   case.

9          So, of course, I was unaware of this issue arising

10  this morning.  Had my colleague alerted me to their concern,

11  I could have looked into it.  But there is certainly no

12  sanctionable conduct here.

13         THE COURT:  All right.  We'll take it up after -- I

14  am going to tell the jury right now that I will define the

15  burden of proof.  I caught it as soon as you said it and I was

16  wondering why there was no objection.

17         Bring in the jury.  Good morning, Ms. Caschetta.

18         THE WITNESS:  Hi.

19  Thereupon,

20         MARIA CASCHETTA, resumed the stand,

21  the witness, having been previously sworn, was examined and

22  testified as follows:

23  JURY ESCORTED INTO THE COURTROOM AT 9:35 A.M.

24         THE COURT:  Good morning.  Thank you.  Please be

25  seated.  Nice to see you all again.  Did you enjoy your

1   breakfast?

2            THE JURY:  Yes.  Thank you.

3            THE COURT:  All right.  We're going to commence

4   again.  You're under oath.  Yesterday during his opening

5   statement, Mr. Salb made a statement with reference to the

6   burden of proof and defined it in a certain way.  I told you

7   before he began to speak that what the lawyers say in their

8   statements to you are argument, they're not evidence.

9            I should also point out that I will define the law

10  for you and you must follow my instructions as to what the law

11  is.  So, I will give you instructions very explicitly about

12  the appropriate burden of proof in this case on each issue

13  presented.

14           With that said, let's recommence, Counsel.  Madam

15  Reporter, it would help me if you could read back the last

16  question from yesterday so I get a sense of where we are, and

17  maybe the jury will benefit as well.

18           (Whereupon, the referred-to question was read back

19  by the court reporter).

20  BY MR. LESCHT:

21                  DIRECT EXAMINATION CONTINUED

22   Q.   So, Ms. Caschetta, when we left off you were about to

23  tell us about the work that Ms. Cunningham performed while she

24  was on-site at Walter Reed Medical Center.  In that regard,

25  I'm going to show you what has been admitted into evidence as

1   Defense Exhibit 7.  This is one of Ms. Cunningham's resumes,

2   which actually contains a description of what she did.

3              And can you tell us first, is what she's

4   described here in her resume, Defendants' Exhibit 7, is this

5   accurate?  Is this what Ms. Cunningham did while she was

6   on-site?

7   A.   Yes.

8   Q.   And can you tell us what your understanding is for the

9   tasks involved or the discretion exercised where she says:

10  Responsible for outpatient clinic, professional services

11  coding, auditing of clinical documentation, auditing of coding

12  performed by providers, training of providers and coding

13  staff, coordinating with clinical and reimbursement staff.

14             Just on a day-to-day basis, what is your

15  understanding of the type of work that she was doing and the

16  decisions that she was making?

17  A.   This is a summary of the work she was doing.  And this,

18  you know -- there are some things in here that are not

19  explicitly drawn out.  But this summarized the work.

20  Specifically she would meet with and provide advice to

21  Government officials, which included the military officers in

22  charge of the patient administration directorate, as well as

23  the civilian employees who held supervisory and management

24  positions.

25             So, there was a coding manager who had contract

 1   responsibility, contract monitoring responsibility.  There was

 2   the chief of medical records, who was the department head, who

 3   she interacted with occasionally.  And then there were master

 4   sergeants, like colonels, and colonels who she interacted with

 5   on a more regular basis.

 6          She also coordinated and met with the chief of

 7   the department of surgery who would have been a physician at

 8   that -- a physician, as well as the administration, like the

 9   practice administration staff in the clinics.  I was not there

10   on a daily basis.  For the most part, Ms. Cunningham had to

11   work independently to pull together what the processes and

12   procedures would be in the areas where she was directly

13   providing support, and then provide assistance to those people

14   who were supporting other clinical areas.

15          And that range or responsibility changed over

16   time.  They would wax and wane depending on what clinics were

17   in play, you know, to have coverage, what new areas were going

18   to require coverage.  For example, there was a point in time

19   when the facility asked us if we could provide somebody in the

20   radiology area, and she gave me a heads-up that we were going

21   to need people in that area.

22          So, we had a variety of different people in

23   different specialty areas.  Radiation/oncology, all types of

24   clinical specialties that were covered.  And each time we

25   brought in a specialist in those areas, they knew the

1    specialty generally inside and out and could help support the

2    implementation of the processes and procedures that would have

3    to occur in that area, plus provide the advice and

4    recommendations to the physicians in those areas so they would

5    know what they were looking for in the documentation, and what

6    would ultimately have to go out in the billing.

7              Ms. Cunningham -- when you say discretion, she

8    had to look over the work of other staff, she had to check

9    behind them when things were going out -- they were going to

10   go out for billing.  She may have to make corrections.  She

11   would have to provide them with feedback so they could change

12   their performance.  She would provide feedback -- she would

13   provide feedback to the doctors all the time.  That was a

14   fundamental part of the quote, unquote, medical coding

15   function.

16   Q.   What does that mean to provide feedback to doctors?

17   A.   Well, if you're reviewing the clinical documentation,

18   you might find information that is ambiguously recorded, but

19   you can kind of tell what the physician might have meant.  So,

20   you have to interpret that data and then go back to the

21   doctor, and say, you're missing certain pieces of information

22   here.

23             If you want to support a particular level of

24   evaluation and management service, you would need to

25   explicitly denote these areas of the review or systems; you

1    may have to cover certain areas for physical exam.  You say

2    this in the physical exam, but you don't go far enough to make

3    it -- to make it so that it would be considered comprehensive,

4    instead of limited.  So, you're giving them instruction on how

5    they might tailor what they write in the record so that they

6    can support what they really believe is a level of service

7    they are delivering to the patient.

8       Q.    Now, what let me interrupt you there.  Is that function

9    you've just described, is that something a recent college grad

10   just who has taken a coding class or two can perform?

11      A.    No.  In fact, back in 2002 there wasn't an apprentice

12   level for coding, that came about later on when the

13   professional organization came to grips with the fact that

14   people may be released into the profession who were not --

15   they were not an apprentice.  They couldn't provide that type

16   of insight or guidance, so they created an apprentice level.

17            Ms. Cunningham was far beyond an apprentice

18   level; she was a seasoned professional in this area.  And this

19   is, you know, a professional society; this is not a technical

20   group.  That's the way we always viewed our profession.  This

21   is how we -- you know, they have a standards of ethics and

22   conduct that they have to abide by.

23            But aside, you know, from that, when you look at

24   the quality of the clinical documentation, a coder who is new

25   in this profession -- who is new -- basically relies on what

1   the doctors tells her or him to generate the codes.  And in

2   most cases, the physician will take a Superbill or some type

3   of a document that has codes already recorded on it and he'll

4   just circle the code and that person will then key it into an

5   information system, and maybe they will check -- they check a

6   few items in the record to see, well, is this in the right

7   ballpark, does it look like it's reasonable?

8                So, that type of person is not the same kind of

9   person who we had staffed over at Walter Reed to start up this

10  activity.

11  Q.   Okay.  Can you give the jury some examples of decisions

12  that Ms. Cunningham made during her employment in this

13  position that would have had impacted the business of Walter

14  Reed or would have been considered to be significant?

15  A.   Well, there were a few times when the leadership at

16  Walter Reed needed advice on how to implement a new set of

17  activities so that they could evolve or bring the level of

18  their service at a higher level.  They independently went to

19  Ms. Cunningham and she would -- she prepared data for them or

20  pulled reports together for them and gave that information so

21  that they could then prepare -- or work with her to analyze it

22  and then prepare their briefings and reports to the other

23  management at Walter Reed.

24               I remember specifically her doing this because it

25  came to my attention that she had been asked for some

1    documentation, and I called her and asked her:  Well, do you

2    need any help or assistance in this?  And she told me:  No, I

3    got it taken care of.  I said:  Are you sure?  Yes.

4              There were certain things from the office that we

5    were not privy to.  We didn't know what was going on day in

6    and day out because the staff were there working

7    independently.

8    Q.   So, let me show you now Defendants' Exhibit 6.  This is

9    another resume of Ms. Cunningham.  And in here she talks about

10   supervising a staff of coders.  Now, were there other coders

11   on-site with her while she was working there?

12   A.   Yes, at different times.  When she first started there,

13   there was a small group that got brought on at the same time,

14   and then the group grew and grew.  I did not write this

15   resume, obviously, Ms. Cunningham wrote this resume, and at

16   the time when she put this together, perhaps there were nine

17   people in that area.  There were times when she had like 4, 5,

18   6, 9, 10, 20, and we went all the way up into the 20s in terms

19   of the level of staff at Walter Reed.

20   Q.   And was Ms. Cunningham's -- one of her job duties to

21   review the coding that other people performed to make sure it

22   was right?

23   A.   Yes.

24   Q.   Here she talks about -- the second bullet point is

25   perform data quality reviews on outpatient encounters.  Can

1   you explain what that means?

2       A.    Yes.  It's to either look at the work that another

3   coder had produced or it's to look at the work that a

4   physician produced or a midlevel provider, which would be a

5   nurse practitioner or a physician's assistant, you know, other

6   people who have authority to see and treat patients.  A

7   midwife, for example, who have authority within a scope of

8   practice to see and treat patients.

9            So, she might look at the data quality -- the

10  data quality also meant to look at the quality of the

11  documentation to see if it supported the level of services

12  that the people were billing.

13      Q.    Something that she mentions here is that she oversaw

14  the coding for OIB reimbursement claims.  What does that mean?

15      A.    Well, that's outpatient itemized billing.  Okay.  There

16  were -- a portion of the activities -- well, many of the

17  clinic service visits were for military personnel who were

18  part of the direct -- who get their treatment in the direct

19  care system, and the military is primarily responsible -- the

20  Department of Defense is primarily responsible for their

21  medical care.

22            And then there are beneficiaries of those active

23  duty military, as well as retirees, who will get their care

24  either at Walter Reed or in the -- or in the civilian system.

25  They may have other insurance.  The other insurance takes

1    priority to the military benefits that they had.  So, if they

2    have this other insurance, the military was allowed to bill it

3    to get the reimbursement from them, even though they treated

4    them in the direct care system.

5    Q.   Let me interrupt for a second.  Now, Ms. Cunningham

6    says that she oversaw this, which suggests that she was in

7    charge of this.  What was she doing to oversee it?

8    A.   Well, there were two different things -- multiple

9    things that she did.  One is that she took -- she took the

10   various areas -- she had reports generated that showed which

11   types of services were delivered in a prior or recent prior

12   period, maybe the day before, the week before, et cetera, and

13   these things were eligible to be coded.  She would have those

14   reports generated.  She would distribute the reports among the

15   various parties that needed to perform the coding, and then

16   she would go over to the -- she may go over to the third-party

17   collections area and actually review claims that had been

18   denied, or she would look at the work those people were doing

19   and providing them feedback on things that they were missing.

20            But to oversee the coding for OIB reimbursement,

21   those were the fraction of the claims that dealt with

22   third-party reimbursement.

23   Q.   Okay.  What about -- she says monitor CHI claims.  What

24   is that?

25   A.   I think that's OHI.

1    Q.   Oh, OHI claims.

2    A.   You know, I don't recall what that is.

3    Q.   Okay.

4    A.   It looks like it may be the inpatient professional

5    service claims.  So, you have outpatient professional service

6    claims, which deal with -- oh, other health insurance claims,

7    that's what it is, OHI.  And I'm not sure what category of the

8    claims that is because I didn't deal with that level of

9    reimbursement.

10   Q.   Okay.  So, let me show you the third resume we have

11   from her.  This is Defendants' Exhibit 13.  In here she says

12   that -- again, identifies herself as a supervisor.  And the

13   first bullet point says that she supervised a staff of

14   22 coders.  You say that the number of coders that were

15   working on-site -- it fluctuated during --

16   A.   Yes, they did.

17   Q.   So, you heard the suggestion yesterday that all

18   Ms. Cunningham did was open a book, look at a page and write

19   down a code.  Is that your understanding of the work that she

20   did while she was in your employment over at Walter Reed?

21   A.   That was -- believe me, that was among different tasks

22   that she did, but that was not the essence of her job.

23   Q.   And what was the essence of her job?

24   A.   The essence of her job was to be a senior coder, and in

25   that capacity as a consultant to the hospital and to provide

1   those related administrative services.  But it was not to just

2   look in a book and select the code.

3   Q.    And do you believe that she falls within the

4   administrative exemption?

5   A.    Yes, I do.

6   Q.    Why?

7   A.    Well, first look to the contract itself.  There is a

8   NAICS, N-A-I-C-S, code on the contract, which is under the

9   summary category of professional, scientific and other

10  administrative services, and it falls under office

11  administrative services in particular.  So, when we were

12  considering the staffing of this contract, we looked at what

13  we did in the commercial sector, and coding -- any type of

14  function that relates to coding, billing, being able to run

15  the business of the organization is considered an

16  administrative service.

17          So, furthermore, she met around five or six of

18  the criteria under the exemption.  But, particularly, we knew

19  she was going to be in the type of leadership role at Walter

20  Reed where she was providing guidance and support to

21  physicians, to other professionals, to therapists, to all of

22  the types of people that you see in the military in a

23  hospital-type of environment, plus supporting that

24  implementation of the new processes and procedures.

25          So, sharing -- explaining to military officers as

1    well as civilian personnel, how to apply the Medicare coverage

2    and payment policies, because the military was largely not

3    doing that in the past, they had their own guidelines, and

4    while they tried to incorporate Medicare practices, they were

5    very new at adapting them.

6           And the reason the military wanted to adapt

7    Medicare guidelines is that ultimately they wanted to work out

8    a situation with Medicare where they could get Medicare

9    reimbursement to cover services delivered to the retirees,

10   which they have not been able to do.  But they do follow

11   Medicare practices.  They try to establish frameworks and

12   operations to adapt those practices and then modify them for

13   their unique set of circumstances.

14   Q.   Do you also believe that she falls within the

15   professional exemption?

16   A.   I think -- well, we have -- when we were going into

17   this in 2002, mind you, we were hiring people from our

18   professional organization, our professional societies that we

19   worked with.  And as health information management

20   professionals, we deem them professionals.  In fact, we felt

21   that they fell under the information management category,

22   which used to be IT services, and we usually staffed -- you

23   know, we would provide services under those criteria.  So, to

24   us, they were professionals.

25           And I was a program director for Prince George's

1   community college, and I actually trained a lot of these

2   people before they were put into the profession and then

3   worked out with GW the progression programs for these staff.

4              So, if you look at the tenets of the professional

5   societies, they deem them to be professionals, and we felt

6   that they were truly professionals.  But the fact that they

7   were professionals and had education and training and

8   certification was less of an issue for us than the fact that

9   they were doing independent administrative work, and that they

10  were providing consulting services as well as guidance and

11  advice and operating to perform training and education

12  functions, to the fact of developing the training and

13  educational aspects of these things for physician providers

14  and other midlevel providers.

15  Q.   During the time that Ms. Cunningham worked on the

16  Walter Reed contact, was she on Lifecare's payroll?

17  A.   Yes, she was.  Let me caveat that.  I would say that

18  99 percent of the time she worked on the Walter Reed contract,

19  she was an employee of Lifecare.  When she resigned from

20  Lifecare, we discussed whether she would be available to

21  provide any additional assistance until we got another

22  full-time replacement there who would be suitably

23  knowledgeable to take on everything.

24              And she said at that time she was starting a new

25  position where she was going to be the manager of -- I think

1   it was a dental practice -- it was either a dental or a

2   pediatric, I can't remember where she went now, but she was

3   managing a practice.  And she said that she could -- that she

4   had time and she could come in and provide services, but she

5   wanted to do them under the consulting contract that she had

6   with Advanta Medical Solutions.

7   Q.   Let me show you that contract and it's been marked as

8   Plaintiffs' Exhibit 19.

9   A.   Uh-huh.

10  Q.   Is that the consulting agreement you're referencing?

11  A.   Yes, it is.

12        MR. LESCHT:  Your Honor, I move for admission of

13  Plaintiffs' Exhibit 19.

14        THE COURT:  Since it's plaintiffs' exhibit, I

15  assume there's no objection.  It will be admitted.  Now, this

16  is -- what is the date of this contract, ma'am?

17  PLAINTIFFS' EXHIBIT 19 ADMITTED INTO EVIDENCE

18        THE WITNESS:  Okay.  The date that it was

19  executed -- let me see here -- give me one second.

20        THE COURT:  It looks like --

21        THE WITNESS:  It's the 16th of October 2003.

22        THE COURT:  This is after her resignation?

23        THE WITNESS:  No.  This one predated her

24  resignation.  She had entered into a consulting agreement with

25  Advanta Medical Solutions to provide -- we needed some

1    professional-level services on a contract with the Office of

2    Inspector General and we were looking for people who could

3    provide some consultation support in that contract.  So, we

4    had entered into this at that time, and not knowing whether or

5    not she would actually be doing the reviews -- after it was

6    fleshed out, what types of things had to be done.

7          At some point after that, we had her doing

8    professional -- we put the provisions in here for her to do

9    work at Kaiser Permanente as a coding consultant at Kaiser.

10   BY MR. LESCHT:

11    Q.   So, Ms. Caschetta, can you explain why you and

12   Ms. Cunningham entered into this agreement -- consulting

13   agreement as opposed to an employment agreement or employment

14   arrangement?

15    A.   We were looking for consultants who could work for

16   clients that we had on a short-term basis for a very targeted

17   purpose, and she had expressed that she did do consulting work

18   at the time when we were interviewing her, which predated this

19   by quite a bit.  So, I said, well, at any time later if you

20   wanted to do anything with us, maybe we could enter into a

21   separate agreement for that, but we were separate companies

22   and we made that very clear.

23          In fact, I don't even know if Lifecare was aware

24   that she was in this consulting agreement at that time.  It

25   was just a completely separate company and we had an

1   understanding that -- between she and I -- that if she was

2   doing this work, she would do it under this type of an

3   arrangement.

4   Q.   And can you describe what type of work she did under

5   this consulting agreement?

6   A.   Well, during a part of this period of time she was

7   doing -- she went to Kaiser and she did whatever they asked

8   her to do.  I wasn't directly involved with that.  We had

9   another person in the office, Erica Kryenbuhl, who coordinated

10   that activity, and she was doing a variety of other things for

11   them.  But they all involved reviewing clinical documentation,

12   coding that documentation, or preparing it for some type of a

13   either a third-party reimbursement for their own internal

14   purposes, but I don't recall the details.

15   Q.   Did Kaiser have certain requirements that they had for

16   hiring outside consultants like --

17   A.   Yeah.  This was not -- first off, Kaiser had a very

18   limited number of people who could do this type of work.  And

19   when they got influx of work to do that created a backlog --

20   sometimes they were backlogged one to two years in certain

21   types of things that they needed to have codified.  They

22   sought out consultation support from a firm where the people

23   could just come in and would know what to do.  Somebody that

24   they did not have to sit there and train how to code because

25   that was -- that defeated the entire purpose.  They needed

1    experts to come in and take care of that for them.

2                 And we needed people who could know on-site, who

3    could navigate their way and determine what needed to be done

4    and just do it and work independently.

5    Q.   Okay.  So, Ms. Caschetta, I show what has been marked

6    as Defendants' Exhibit 21.  This looks to be a letter that

7    Ms. Cunningham sent to you resigning her job; is that correct?

8    A.   Yes, from Lifecare.  That is correct.

9                 THE COURT:  What number is that, Counsel?

10                MR. LESCHT:  That's Defendant Exhibit Number 21,

11   Your Honor.

12                THE COURT:  Defense 21.  Thank you.

13                MR. LESCHT:  Your Honor, I move for admission into

14   evidence.

15                THE COURT:  It will be admitted.

16                MR. SALB:  Just an administrative matter.  Our 21

17   is different.

18                THE COURT:  Defendant 21 in my book is a letter

19   dated December 7, 2004, to Radtke from Advanta, which is

20   unsigned.  That doesn't seem to be the right one.

21                MR. SALB:  That's what I have, Your Honor.

22                MR. LESCHT:  Let me show you a copy.  Your Honor,

23   this was under Plaintiffs' Exhibit 21; I'm sorry.

24                MR. SALB:  We have no objection to this document.

25   I don't think it's relevant, but --

1          THE COURT:  All right.  There's no objection.  Take

2   a look at this, Ms. Caschetta, and answer counsel's questions,

3   please.

4   PLAINTIFFS' EXHIBIT 21 ADMITTED INTO EVIDENCE

5          THE WITNESS:  Okay.

6   BY MR. LESCHT:

7    Q.   So, Ms. Caschetta, is this the letter of resignation

8   from Carmen Cunningham?

9    A.   It appears to be, yes.

10   Q.   And she resigns from Lifecare Management Partners,

11  correct?

12   A.   That's correct.

13   Q.   And in it she says she'd like to continue doing any

14  remote work that you may have.  The associations I made during

15  my employment here will truly be memorable for years to come.

16  And she says:  Thank you very much for this opportunity to

17  work here.  I hope to continue working together in the future.

18          Do you see that?

19   A.   Yes.

20   Q.   So, when she left and she gave her resignation, did she

21  leave on good terms?

22   A.   Absolutely on good terms.

23          THE COURT:  Ms. Caschetta, could you walk me and

24  the jury back through the various periods of employment that

25  Ms. Cunningham worked for you, beginning from the first

1    contact with her in 2002?

2            THE WITNESS:  Okay.  When she first -- when she was

3    first introduced to us, and I believe Warren Kwan recruited

4    her, she came on board as an employee of Lifecare.  We

5    recruited her and she was assigned to Lifecare because

6    Lifecare was hiring in the people that they perceived to be

7    the managers initially in the various areas or the people that

8    would be the senior staff in the various areas.  So, we

9    elected to put her on their payroll.

10           THE COURT:  Whose payroll?

11           THE WITNESS:  On Lifecare.  She was hired by

12   Lifecare Management Partners.  And, in fact, Christopher

13   Mendez, who was one of the partners at Lifecare at that time

14   subsequently went out to Walter Reed and introduced himself

15   and met with all of the staff who were there at that time.

16           So, Lifecare actually hired; we supported the

17   recruitment of that hiring.  So, after that point in time, she

18   entered into a consulting agreement with Advanta Medical

19   Solutions, LLC, to do work that was in the private sector.  We

20   utilized her for private sector work for commercial clients

21   that we had, plus, we asked her if she would want to

22   participate on a contract that we held -- a subcontract that

23   we held -- with the Office of Inspector General.

24           So, there were a variety of consulting-type

25   engagements that were in process at that time, and she

1    expressed an interest in doing work in these areas because --

2    she just expressed an interest in doing it.  And then at the

3    end of her employment at Lifecare, she put in this

4    resignation.  And after resigning from Lifecare, there was a

5    person who had been -- who had replaced her position in the

6    third-party collections area.  I believe her name was Wanda

7    Cheatham, and she was -- she came back to help tie up some

8    loose ends, but she did it under the consulting agreement.

9            If fact, when she came back --

10           THE COURT:  With Advanta?

11           THE WITNESS:  With Advanta Medical Solutions.

12           THE COURT:  Work backwards.  She comes to work and

13   goes to work for Lifecare?

14           THE WITNESS:  That's correct.

15           THE COURT:  At that point is she employed by you?

16           THE WITNESS:  No.

17           THE COURT:  She's employed by Lifecare?

18           THE WITNESS:  That is correct.

19           THE COURT:  What is your relationship with Lifecare

20   at that point?

21           THE WITNESS:  As a subcontractor.

22           THE COURT:  Your relationship is a subcontractor?

23           THE WITNESS:  Yes.  My firm was a subcontractor to

24   Lifecare Management Partners.

25           THE COURT:  And that was the status for the period

1    of time she worked at Walter Reed?

2              THE WITNESS:  Yes, sir.

3              THE COURT:  When her employment at Walter Reed

4    ended, did she resign by the document you just saw?

5              THE WITNESS:  This was one of the documents that

6    she submitted for her resignation.  I understand she would

7    have had to fill out paperwork -- other paperwork.

8              THE COURT:  But let's not get into it, let's see if

9    we understand it.  So, she works from 2002 -- is it 2005 to

10   Lifecare?

11             THE WITNESS:  Sir, whatever this document --

12             THE COURT:  This says effective 2005.

13             THE WITNESS:  Yes.

14             THE COURT:  All right.  She undertakes a

15   consultancy relationship with Advanta beginning when?

16             THE WITNESS:  In October of 2003.

17             THE COURT:  So, at that point she's employed by

18   both Lifecare and Advanta.

19             THE WITNESS:  She's not employed by Advanta; she's

20   under an independent contractor arrangement with Advanta.  She

21   was employed by Lifecare as an employee.

22             THE COURT:  But there comes a period of time when

23   she's performing services for Advanta?

24             THE WITNESS:  Yes, sir.

25             THE COURT:  Simultaneously with her employment by

1   Lifecare?

2            THE WITNESS:  Yes, sir, that's correct.

3            THE COURT:  And in that capacity you describe her

4   as a --

5            THE WITNESS:  She was a consultant.

6            THE COURT:  And the terms and conditions of her

7   employment with Advanta, are they set forth in a document that

8   we can look at?

9            THE WITNESS:  She was not employed by Advanta

10  Medical Solutions, sir.  She was under a contract arrangement

11  with Advanta.

12           THE COURT:  Contract between whom and whom?

13           THE WITNESS:  Between Carmen Cunningham as an

14  independent contract and Advanta Medical Solutions, LLC.

15           THE COURT:  Again, is that document among the

16  documents?

17           THE WITNESS:  I believe that that's the consulting

18  agreement that was shown to me a few moments ago.

19           THE COURT:  That is -- what number is that,

20  Counsel?

21           MR. LESCHT:  It's Plaintiffs' Exhibit 19, Your

22  Honor.

23           THE COURT:  Thank you very much.

24           MR. LESCHT:  This is the agreement you're talking

25  about?

```
 1              THE WITNESS:  Yes.

 2              MR. LESCHT:  Plaintiffs' 19 is in.

 3              THE COURT:  Yeah, I think I intended to admit -- I

 4   did admit 19.  If I didn't, I admit it now.

 5              COURTROOM DEPUTY:  Okay.

 6              THE COURT:  So, if you'd look at 19 with us --

 7   would you put that up?

 8              MR. LESCHT:  Sure.

 9              THE COURT:  So, if we look at the last page,

10   Ms. Caschetta, the date is 2003?

11              THE WITNESS:  Yes, sir.

12              THE COURT:  So, this takes us from 2003 to her

13   resignation in 2005?

14              THE WITNESS:  No, beyond that, sir.

15              THE COURT:  That's right.

16              THE WITNESS:  It continues.

17              THE COURT:  This is the consultancy relationship

18   that came into existence?

19              THE WITNESS:  That is correct, sir.

20              THE COURT:  Has the relationship with Lifecare

21   ended when this comes into existence or is it --

22              THE WITNESS:  No.  When this first came into

23   existence in October 2003, Ms. Cunningham was already employed

24   by Lifecare -- by Lifecare.  I don't recall the date that she

25   was employed by Lifecare.  I'd have to see that particular
```

1  document.  But she was employed by Lifecare, I believe it was

2  sometime in 2002.

3          THE COURT:  I believe the document was admitted

4  into evidence yesterday.

5          MR. LESCHT:  Yes, I can show you, Ms. Caschetta,

6  defendant's resume, which is Defendants' Exhibit 13, which

7  states that --

8          THE WITNESS:  Yes.  It was about a year prior,

9  11 months prior she was hired.

10          MR. LESCHT:  It says here that her employment at

11  Walter Reed ended in April of 2005.

12          THE COURT:  I don't know; I'd prefer to look at the

13  contract we saw yesterday between her and Lifecare.

14          MR. LESCHT:  Oh, the contract.

15          THE COURT:  Madam Clerk, do you have that?

16          COURTROOM DEPUTY:  What number is it?

17          THE COURT:  That's --

18          MR. LESCHT:  I have it right here, Judge.  This is

19  Defendants' Exhibit 9.

20          THE COURT:  So, this confirms an offer as of

21  November 28, 2002.

22          THE WITNESS:  Correct.

23          THE COURT:  And can I see the letterhead on top,

24  please?  This is Advanta.

25          THE WITNESS:  Sir, it says right in the first

1   sentence --

2                  THE COURT:  -- acceptance with Lifecare.

3                  THE WITNESS:  -- with Lifecare Management Partners.

4   We were hired by Lifecare to do recruiting for them on this

5   contract.

6                  THE COURT:  It goes on to say:  Advanta Medical

7   Solutions is a business partner of Lifecare Management.

8                  THE WITNESS:  Right.  We were a teaming partner of

9   them under the consider.

10                 THE COURT:  And responsible for staffing and

11  managing all coding engagements.

12                 THE WITNESS:  Uh-huh.

13                 THE COURT:  So, it's still a little confusing to

14  me, but in any event, from November 28, 2002, to what date is

15  she working under this arrangement that is --

16                 THE WITNESS:  Under this arrangement she was

17  working up through, according to this, up through March 31st,

18  2005.

19  BY MR. LESCHT:

20    Q.   And then --

21                 THE COURT:  During that period of time, she also

22  undertook a consulting relationship with Advanta itself?

23                 THE WITNESS:  Yes, sir.

24                 THE COURT:  But as you understood the situation,

25  her relationship with Lifecare was continuing; is that right?

 1           THE WITNESS:  It was continuous.  And, sir, can I

 2  point -- when we were initially talking to Carmen, and that

 3  was myself in particular, spoke to Carmen, I explained to her

 4  that we had very different benefit packages between Lifecare

 5  Management Partners and Advanta Medical Solutions, and it fit

 6  her circumstances best to be employed by Lifecare because

 7  Lifecare held a retirement program, also Lifecare provided a

 8  higher salary level than what we could offer, and Lifecare was

 9  willing to pick up the entire premium of the single -- for a

10  single person's coverage and then supplement her income to

11  cover family coverage.

12           So, it was made very clear that we were two

13  separate companies, and that if she was employed by Lifecare

14  that she would have a completely different benefit package and

15  a different set of arrangements than if she worked directly

16  for my company.  And she understood that completely that it

17  was two separate companies.

18           THE COURT:  Thank you so much.

19  BY MR. LESCHT:

20    Q.   Ms. Caschetta, let's turn our attention now to the

21  other plaintiff, Ms. Radtke.

22    A.   Uh-huh.

23    Q.   Let me show you what is marked as Defendants' Exhibit

24  Number 21.

25           MR. SALB:  I'm sorry.

1        MR. LESCHT:  Twenty-one.

2        THE COURT:  Twenty-one.

3  BY MR. LESCHT:

4   Q.    Is this the letter agreement from Ms. Radtke?

5   A.    This is a letter that was prepared and in the file that

6  we had at the office for Ms. Radtke at the time that she was

7  working for us in a part-time capacity.  She was given this

8  letter when she was going to transition from a part-time

9  position into a full-time position, but I saw no letter in the

10  file where she had actually signed the document.  But this was

11  the last thing that was in our personnel file for Ms. Radtke.

12        MR. LESCHT:  Your Honor, I move for admission of

13  Defense Exhibit 21.

14        THE COURT:  It will be admitted.

15  DEFENDANTS' EXHIBIT 21 ADMITTED INTO EVIDENCE

16  BY MR. LESCHT:

17   Q.    So, this is on Advanta Medical Solutions' letterhead.

18  Is it correct that Ms. Radtke was hired by Advanta?

19   A.    Yes.

20   Q.    And according to this, she has been hired as a coder

21  and would be paid a biweekly salary; is that right?

22   A.    Yes.

23   Q.    It states here that the biweekly salary for this exempt

24  position is $1653.84; is that right?

25   A.    Yes.

1    Q.    $1653.84, is that correct?

2    A.    Yes.

3    Q.    Now, I show you what is marked as Defendants'

4    Exhibit 11.  This is a resume of Ms. Radtke.

5              MR. LESCHT:  Your Honor, I move for admission of

6    Exhibit 11.

7              THE COURT:  It will be admitted.

8    DEFENDANTS' EXHIBIT 11 ADMITTED INTO EVIDENCE

9              MR. SALB:  Your Honor, I don't mean to disrupt, but

10   these admissions are all subject to the objections that we've

11   previously --

12             THE COURT:  They are preserved.

13             MR. SALB:  Thank you.

14   BY MR. LESCHT:

15   Q.    So, Ms. Caschetta -- Ms. Caschetta --

16   A.    Yes.

17   Q.    Can you tell us, what was it about Ms. Radtke that lead

18   you to hire her?

19   A.    Ms. Radtke was recruited by Warren Kwan and Erica

20   Kryenbuhl had reviewed her credentials at the time of her

21   hiring.  The firm hired her because we had a project with a

22   pharmacy benefit manager that was extremely sensitive at the

23   time, and she was available to work on that contract on a

24   part-time -- we only had either consulting or part-time

25   positions available for that work.

1            The reason we wanted to bring her on board is

2     that we were anticipating that Walter Reed and the Pentagon --

3     for the Pentagon location might be coming available.  And we

4     needed a person who had an extremely strong reimbursement and

5     billing management-type background, who also was proficient in

6     professional practice coding and training of health care

7     providers.  Because the individual who would have to staff the

8     Pentagon would be completely by themselves the entire time

9     they were at the Pentagon after they would do a handshake with

10    the outgoing -- the consultant that would be there.

11    Q.   Is the Pentagon a different location from the Walter

12    Reed location that Ms. Cunningham worked at?

13    A.   Yes, it is.

14    Q.   So, what was it about Ms. Radtke's background,

15    experience or previous training or certification that made you

16    think that she'd fit the bill?

17    A.   With Ms. Radtke, her certification was necessary in

18    order to be able to fill the position, but it was less of an

19    issue for us than her breadth of experience that she had had

20    in the professional industry.  So when you look at the fact

21    that she had done professional practice work that she was --

22    she was currently getting her Bachelor's degree in Health

23    Information Administration.

24            If you go back to the first page, what we were

25    really looking for is best summarized there in that we were

1    looking for someone who had a lot of clinical experience.  She

2    had over 15 years of directly relevant experience, and it was

3    clinical experience -- teaching clinical and medical

4    administrative staff, as well as teaching courses, developing

5    course curriculum.

6              So, we were looking for someone who had those

7    knowledge skills and capabilities to handle this type of a

8    role.  So, not only was it important that she had the

9    acknowledge and understanding of third-party billing and

10   insurance requirements across the entire insurance industry,

11   okay, and Medicare and Medicaid, and how to apply it, but also

12   the ability to teach people how to do that.

13             The position at the Pentagon required the

14   individual who was going to be there to do complex cases -- to

15   code the complex cases on behalf of the providers.  But to

16   teach the providers how to do this for themselves.  That was

17   the primary job of that position.  So, when you see that she

18   did do those things, we were really looking very strongly for

19   the management and supervisory skills and the ability to deal

20   with professional staff at their level, okay, so that they

21   would take that person seriously in changing their behavior.

22   Q.    So, you mention the Pentagon.  Is the Pentagon the

23   location that you assigned Ms. Radtke to work at?

24   A.    I believe it was a clinic at the Pentagon location.

25   Q.    And were you present on a day-to-day basis at the

1    Pentagon?

2        A.    I was never at that location while Ms. Radtke was

3    there.

4        Q.    Did Ms. Radtke work independently?

5        A.    Yes.

6        Q.    In what way?

7        A.    She showed up every day there.  She interacted with the

8    Government officials there.  She decided what to do every day

9    that she got there and what needed to be completed.  She

10   determined the training and education schedules.  And when she

11   had a question about something that she wanted to bounce off

12   of another professional member, she would call Erica Kryenbuhl

13   and run things by her to see what her thoughts were.

14             But for the most part -- I mean, for the entire

15   time that she was there, no one else went there from the

16   office.  It was she operating there by herself.  And when she

17   first started there, there was a person, Sandy Tokarcik, who

18   had shown her the systems there, explained to her what she had

19   been doing there.  And that was the level of orientation that

20   she gave her for a couple of weeks.  She went through things

21   so she would know what system -- like information systems they

22   were using, how they were using them, waiting for her to get

23   her clearances so she could get on the systems, the passwords,

24   et cetera, and then Ms. Tokarcik left the project and took a

25   coding -- an interim coding assignment -- coding management

1   assignment from us at another facility.

2      Q.    Did she exercise discretion in the job responsibilities

3   that she performed at the Pentagon?

4      A.    Yes.

5      Q.    In what way?

6      A.    Okay.  She exercised discretion in that she had to

7   determine what cases needed to be reviewed by her versus by

8   the doctors.  She had to determine what areas they required

9   education and training.  She had to determine how to go about

10  capturing the information that was necessary, and when and how

11  to communicate with the administrative officials at that

12  institution.

13     Q.    Okay.

14     A.    And she had to develop her own training and education

15  materials for the physician providers.

16     Q.    I draw your attention to what I've put on the board

17  here.  This talks about her professional experience.  Is this

18  a description of what she did over at the Pentagon?

19     A.    Only part of it.  Sir, she's combined -- she did not

20  put the -- and in this resume version that I'm seeing, she did

21  not list the employers for whom she worked.  Therefore, this

22  is an amalgam of what she may have done for us at Advanta

23  Medical Solutions, what she may have done for other companies

24  after she was employed by us.

25                 So, I would say that it's true that while she was

1   with us she did -- she did do the things that involved the

2   coding for the active duty military clinic at the Pentagon,

3   and she educated physicians and other clinicians.  The first

4   two sentences -- I'm not sure about the third sentence.  If

5   they were doing DME equipment and supplies there, then she

6   would have done a compliance audit of that.  I'm not sure if

7   that was done there.

8           Kaiser -- when she says that she was doing coding

9   there, she is focusing in on the specific types of services

10  that she coded, but she also had to interact with their

11  administrator -- their manager there -- to determine what

12  other things she needed to do and pick up for them so they

13  could get a better capture of the things that they needed for

14  their third-party reimbursement at Kaiser.

15          So, she also would provide advice to Helene

16  Lamana in certain circumstance, and in other cases Helene

17  Lamana would also provide her with information.

18  Q.   Let's stay on the work that she did at the Pentagon.  I

19  show you what has been marked as Plaintiffs' Exhibit 18.

20          MR. LESCHT:  I'd move for admission of Plaintiff'

21  Exhibit 18.

22          THE COURT:  Hearing no objection, it will be

23  admitted.

24  PLAINTIFF'S EXHIBIT 18 ADMITTED INTO EVIDENCE

25

1  BY MR. LESCHT:

2  Q.   This is an e-mail from Ms. Radtke where she identifies

3  a Major Franklin as her supervisor at the Pentagon.  Do you

4  see that?

5  A.   Yes, I do.

6  Q.   Can you explain what that is?

7  A.   Well, there were different -- as I said, different

8  military officers that had contract monitoring

9  responsibilities.  This individual, Major Franklin, may have

10  been the key or most senior person there -- one of the people

11  there with whom she supported -- or for whom she supported.

12  Q.   Did she report to him while she worked there?

13  A.   I believe this may have been a woman, and I believe she

14  did report to that person.

15  Q.   And the second page -- the second page here you see the

16  last -- second to last sentence, it says:  Doctors are

17  learning, and just when I teach them a new crew comes in.

18          Do you see that?

19  A.   Yes, I do.

20  Q.   So, when she says doctors are learning, I presume that

21  she means that she's teaching them.  What was she teaching the

22  doctors at the Pentagon?

23  A.   She was teaching them -- when she would review their

24  clinical documentation, she was looking for gaps in their

25  documentation compared to either what she was observing them

1    do with the patients or what they were telling her they were

2    doing with the patients.  In some cases, the people who worked

3    at these clinic would actually go in and shadow the physicians

4    to see what they were doing so that they could help advise

5    them on how to record their information so that it would best

6    support the codes that they were assigning.

7              In other cases they would just interview them and

8    talk to them to determine what they were doing.  And then she

9    would structure their training so that she would explain to

10   them how to assign an evaluation and management service at the

11   appropriate level and other CPT codes that would reflect

12   procedures that they were generating.

13    Q.   So now I'd like to show you what's marked as

14   Defendants' Exhibit Number 23.

15    A.   And, sir, the procedure coding instruction is not

16   just -- you have to explain to people the structure and the

17   utilization of the class -- the relevant classification

18   systems, which would include CPT, HCPCS and IDC-9-CM.

19              MR. LESCHT:  Your Honor, Exhibit 23 are e-mails

20   from Ms. Radtke, and I move for their admission.

21              THE COURT:  Hearing no objection, they will be

22   admitted.

23   DEFENDANTS' EXHIBIT 23 ADMITTED INTO EVIDENCE

24   BY MR. LESCHT:

25    Q.   Let's start with the second page, Ms. Caschetta.  This

1    is an e-mail from Ms. Radtke to Warren Kwan.  You said Warren

2    worked for you?

3       A.   Yes, that is correct.

4       Q.   So, here she says that -- here she says that she's got

5    a positive response from the physicians.  In fact, Colonel

6    Block wanted to know if he was screwing up.  He's too funny.

7    Anyway, I'm hoping to get a class off the ground for them

8    soon.  I'm working on something for them and I have also

9    e-mailed Maria.  You can go over the agenda with her before

10   she presents the class.  She just wants your professional

11   opinion and input.

12            She has issues associated with the well approach

13   and will approach it from that way and give them an overview

14   of what they -- how they should be doing some things.  Later

15   on she says:  Also, with more Docs coming in, it's an ongoing

16   process and they really seem to want to learn because

17   sometimes they just slap any old thing together and, you know,

18   that is not the way to do things.

19            So, here she's talking about teaching the

20   doctors.  Can you explain to the jury the importance of what

21   she was teaching the doctors and what would happen if there

22   were mistakes made by the doctors in the work they were doing?

23      A.   Yes.  If a physician does not accurately code their

24   services they could be subject to charges of fraud.  Okay.

25   And so her role was extremely important because these

1  physicians were just really learning how to reflect the levels

2  of services they were providing with the coding system as

3  opposed to just putting their time down in a record of how

4  much effort they were putting to a particular case.  So, this

5  was very important for them.

6  And if any of these things would ultimately lead

7  to third-party reimbursement when those physicians -- then it

8  was even that much more important.  The fundamental use of

9  their data when they would be able to code properly, would be

10  that the military would know the level of effort -- more

11  accurately would understand the level of effort required to

12  handle the patient population at the clinic and allocate the

13  appropriate resources to staff that clinic, the physician and

14  midlevel provider resources in that area.

15  Q.   Now, the type of teaching that Ms. Radtke says she was

16  performing, is that the type of teaching that some fresh,

17  young, inexperienced coder could perform?

18  A.   No.

19  Q.   So, on the front page -- on the front page she states

20  that there's -- the next meeting with the doctors this

21  Thursday.   She sees improvement in their E&M coding, but they

22  have a way to go.   What does E&M coding stand for?

23  A.   That is an Evaluation and Management Service in coding.

24  Q.   What is does that mean?

25  A.   When a physician sees a patient and their primary --

1   the primary objective of that visit is to diagnose and/or

2   treat the patient for a clinical condition, it's reflected in

3   a code that's called an Evaluation and Management Service

4   Code.  So, it reflects the level of service that that

5   physician is giving to that patient.

6           And that level is determined, one, by the setting

7   of care.  Is the patient going to be -- is the patient being

8   seen in the outpatient versus inpatient versus emergency

9   department or observation or nursing home setting.  So, you

10  first have to determine what setting of care that the patient

11  is in.  Then you have to determine the level of care.  Is it

12  critical care?  Is it office visit care?  Is it emergency

13  care?  So, you get the level of care.

14          And then once you achieve the level of care, you

15  determine what the chief complaint is of the visit.  From the

16  chief complaint, then you look at the review of the past

17  family and social history.  You look at the review.

18  Q.    Let me stop you there.

19  A.    Go ahead.

20  Q.    I'm interested in knowing, what is it that Ms. Radtke

21  was doing to make sure that these doctors did it right?

22  A.    She was explaining to them the classification system

23  and then how to take what they were doing and where they were

24  doing that service.  And then to be able to determine what

25  level of clinical documentation needed to be present in order

1   to support codes that would be at various levels of resource

2   allocation and reimbursement.

3   Q.   So, if the doctors made mistakes on the E&M coding,

4   what would be the impact to the institution?

5   A.   They would not get the proper resource allocation, so

6   they wouldn't get enough help.  Or what their resources were

7   might be overstated and then some other place in the military

8   would not get sufficient help and they would get too much.

9   And then they would be subject to congressional oversight,

10  complaining that dollars -- taxpayer dollars are not being

11  utilized appropriately.  And if it was for third-party

12  reimbursement, that they would have a false bill if -- you

13  know, going to an insurer.

14  Q.   In the next paragraph, Ms. Radtke wrote that she was

15  working on a new Superbill for them.  What does that mean?

16  A.   Okay.  A Superbill is a document where you try to

17  codify the most typical diagnoses and procedures that that

18  practitioner -- that specific practitioner is handling, and

19  what -- or that group of practitioners, if they're all doing

20  comparable things.

21         And then the coding expert will sit there and

22  they'll go through the types of things that they're seeing

23  either in their data or what they've observed or what they can

24  analyze from the information that they've gathered.  And

25  they'll say, okay, here appears to be the top types of

1   conditions that you're treating.  Here appears to be all the

2   services that you might encompass.  And then they document

3   them on the Superbill so that that provider can easily find

4   the code without having to go through the complexity of

5   utilizing a one-to-three volume set of documents to try to

6   figure out what code to select.

7     Q.   So, essentially she's trying to make the doctor's job

8   easier?

9     A.   That is correct.

10    Q.   Now, Ms. Caschetta, at some point did you discuss with

11  Ms. Radtke the possibility of her working in a location other

12  than the Pentagon?

13    A.   Yes.

14    Q.   Can you explain to the jury what happened?

15    A.   Well, at one point there was interest -- Kaiser

16  Permanente had a need right in the Rockville office for

17  additional services, and Ms. Radtke lived minutes away from

18  this location.  And I had recalled her expressing to Warren

19  Kwan earlier on when he was recruiting her that if we had ever

20  had any extra work to let her know because she'd be interested

21  in doing that if it was convenient.

22          So, I just thought to reach out to her since it

23  was right near her location, would she want to go over there?

24  And she did.  She expressed that she did.  She could just do

25  it after she was at the Pentagon when she came back.  And so

1    she did that for awhile.  And then at some point toward the

2    end of the contract I said, look, you could -- because we were

3    segueing, we needed that -- the award had gone to a different

4    company.

5                    We had said, if you want to go to the Pentagon --

6    I mean -- I'm sorry -- if you want to go to Kaiser and cover

7    the Pentagon, you can do that.  And she said, I can do it, but

8    I can't do it later in the day.  I'm going to have to do it

9    during the normal workday because I'm in school right now and

10   I want to finish up my classes.  And we said, that's fine,

11   whatever you want to do.

12                   So, she decided, with the institution, basically,

13   when she would be coming in or out.  And, actually, again,

14   Erica Kryenbuhl was handling a lot of these discussions.  I

15   handled the initial -- do you want to do this type of

16   discussion -- and let's work this out.  And then from there it

17   got transitioned in terms of what she was actually doing.

18                   But she went to both places.  But she determined

19   when she went to those places.  Sometimes she went to Kaiser

20   first, sometimes she went to the Pentagon first, and that --

21    Q.   Let me ask you.  We heard a little bit of this from

22   Mr. Molina.  He was presented with e-mails from Ms. Cunningham

23   as to when she came in and when she left; I believe similar

24   e-mails from Ms. Radtke on the same thing.

25                   What was the purpose of those e-mails?

1      A.    Okay.  Actually, you'll see those more consistently

2  from Ms. Cunningham than Ms. Radtke.  Ms. Cunningham -- at

3  some point in the contract, and it wasn't in the beginning of

4  the contract for a very long time, but at some point the

5  management at Walter Reed changed over.  We had new military

6  officers there.  And they wanted to know exactly when people

7  were around so that if they had a question they needed to get

8  people together, they could be accessed.

9            Because the people were always moving from one

10  end of the -- you know, from one part of the institution into

11  the other, we had asked them to please let us know, send us an

12  e-mail when you actually get there, and send us an e-mail when

13  you're leaving.  But we didn't tell them, oh, any time you

14  take a break, send us an e-mail, and every time you go to

15  lunch, send us an e-mail.  That wasn't the intent.

16            The intent was to communicate their presence so

17  that if someone was looking for them -- and let's say Diana

18  Brown, who was there on a different floor, needed to know is

19  so-and-so in today -- if that person -- the person was also

20  supposed to go down on the second floor and let them know they

21  were there, to check-in and check-out.

22            But it would also let her know when they were

23  around, and let us know so that if we got a call from some

24  colonel saying, oh, so-and-so isn't here today.  Oh, yes, they

25  are; they're over in this particular area.  So, it was a

1   communication mechanism.

2   Q.    So, let's go back to the work that Ms. Radtke was to do

3   when she was working both at the Pentagon and at Kaiser.

4   A.    Uh-huh.

5   Q.    You say Kaiser was located near her house?

6   A.    Yes.

7   Q.    How close was it to her house?

8   A.    Within minutes of her house.  I mean, I think it was

9   within a few miles of her home.

10   Q.    Did Ms. Radtke ever tell you that she would go home

11   after leaving from the Pentagon?

12   A.    Actually, she told me that it was very convenient going

13   to Kaiser because she took -- I always thought she was driving

14   to the Pentagon and then going home, but she told me that, no,

15   she was in fact taking the Metro.  She would go to the Metro.

16   She would go to the Pentagon.  And then when she would come

17   back, she could either go to lunch, she was going to lunch or

18   to dinner, depending on the time of day, or going home, to do

19   those things.

20            She said it was very convenient because she would

21   go to her house and get something and then go.  So, we said,

22   okay, so you'll just do this during your lunch break.  You can

23   just go there and get something to eat, and she said, yeah,

24   that's fine, that will work out.  So, later in the day our

25   understanding was she was going home and she was having dinner

 1   before she would go to the Pentagon.  And when it was in the

 2   middle of the day, it was our understanding that she was

 3   having lunch and then she was going to Kaiser.

 4      Q.   Okay.  I'm going to show you Plaintiffs' Exhibit

 5   Number 23.

 6           MR. LESCHT:  Your Honor, I move for admission of

 7   Plaintiffs' 23.  These are e-mails from Ms. Radtke.

 8           THE COURT:  I thought they were already admitted.

 9   We looked at them a moment ago.

10           MR. LESCHT:  23?

11           THE COURT:  I thought so.

12           MR. LESCHT:  I think it was 21.

13           THE COURT:  I'm sorry.  Go ahead.  They will be

14   admitted.

15   PLAINTIFFS' EXHIBIT 23 ADMITTED INTO EVIDENCE

16           MR. LESCHT:  Thank you.

17   BY MR. LESCHT:

18      Q.   This is an e-mail from Ms. Radtke to Ms. Kryenbuhl.

19   What I've highlighted here, it says:  I can come to the

20   Pentagon for a couple of hours and leave in plenty of time to

21   go to WRAMC via Metro, and then come back to Kaiser -- excuse

22   me -- come back home and go to Kaiser, but I'm concerned about

23   the time factor.

24           Do you see that?

25      A.   At the bottom of the page; correct?

1    Q.   Yes.  It's the bottom e-mail.  I think it's the third

2    sentence.  If you look at the screen, I have it highlighted in

3    front of you.

4    A.   I'm sorry.

5    Q.   She says:  I can come to the Pentagon.  Later on says:

6    Then come back home and go to Kaiser?

7    A.   Yes, I see that.

8    Q.   Is this the conversation you had with her?  Is this

9    reflected here?

10   A.   This is representative of the understanding that I had

11   from previous conversations with her.

12   Q.   Did Ms. Radtke ever -- did Ms. Radtke keep track of her

13   time like Ms. Cunningham?

14   A.   Yes.

15   Q.   And what was the reason she kept track of her time?

16   A.   For billing purposes.  Just like an attorney, you have

17   to account for all your minutes and all your time where you

18   spend, you know, on a particular job or task so that you can

19   bill for reimbursement from your client.

20   Q.   Okay.  Now, did she ever include computing time on the

21   time sheets?

22   A.   Never.

23   Q.   Now, the work that Ms. Radtke performed over at Kaiser,

24   what was it -- what was it about her that you think that she

25   met the requirements for Kaiser and was able to do the work?

1    A.   Well, because what Kaiser needed to have done resulted

2    in a type of third-party reimbursement, and she had expertise

3    in that area.  I knew she could work independently with little

4    or no direction.  So, it was -- she was perfect for that

5    particular account.  She was a senior person.  And Kaiser

6    liked the fact that we would send them senior people who could

7    just work independently and did not need to be micromanaged.

8    So, she fit that set of requirements.

9    Q.   And what was the type of work that she was doing at

10   Kaiser that needed a senior person or a very experienced

11   person?

12   A.   She was coding for reimbursement from a variety of

13   different sources.  In that coding process she still had to

14   apply the Medicare -- the Medicare guidelines, as well as

15   apply -- be able to synthesize, interpret and apply any unique

16   requirements Kaiser Permanente would have in that coding

17   process.

18              And I believe she may have been involved in some

19   workers' compensation -- reviewing workers' comp cases or

20   other types of special cases that would have to be handled

21   different ways.

22   Q.   Okay.

23   A.   I wasn't as close to the Kaiser work as Erica was.

24   Q.   So, is it your belief that Ms. Radtke was an exempt

25   employee under the administrative exemption?

1    A.    Yes.

2    Q.    Why?

3    A.    Because she exercised discretion in the work that

4 needed to be done.  She was performing the services that would

5 otherwise have to be performed by the institution itself to

6 continue its ongoing business operations.  And she was

7 exercising discretion in achieving that particular position,

8 and she was providing advice and recommendations to clients.

9    Q.    Does your answer apply both to Kaiser and to the

10 Pentagon?

11   A.    It applies to both, yes, sir.  I mean, may I point out

12 that the Kaiser-type of work does not fall under the Service

13 Contract Act either.

14   Q.    Okay.  Now, yesterday we heard from Mr. Molina about

15 the request for waiver of the Service Contract Act?

16   A.    Uh-huh.

17   Q.    I'm going to refer you to Joint Exhibit 2, the second

18 to the last page.  I put a tab here.

19   A.    Okay.

20   Q.    Tell the jury what that document is.

21   A.    This is a document from the contract that was awarded

22 in 2002, and the contracting officer had incorporated on this

23 page the Clause 52.222-48, Exemption from Application of the

24 Service Contract Act Provisions.  They also included, as

25 prescribed in 22.1006(e) -- I don't know if that's an L or a

1   one -- insert the following clause -- they also put the other

2   portion of the exemption.

3           So, essentially they had looked at Mr. Mendez's

4   request for exemption under the Service Contract Act and they

5   incorporated it into the actual contract documents.

6   Q.   And this was for the Walter Reed Medical Center?

7   A.   Yes, sir.

8   Q.   Now, did Ms. Radtke leave on good terms?

9   A.   Yes, she did.

10  Q.   I show you what is marked as Plaintiffs' Exhibit 13.

11  This is an e-mail string from Ms. Radtke.

12          MR. LESCHT:  Your Honor, I move for its admission

13  into evidence.

14          THE COURT:  Admitted.

15  PLAINTIFF'S EXHIBIT 13 ADMITTED INTO EVIDENCE

16  BY MR. LESCHT:

17  Q.   Is this Ms. Radtke's letter letting you know that

18  she'll no longer be working with you?

19  A.   Yes.  This was a letter that she had sent to Warren

20  Kwan who had recruited her, and actually, he was the Director

21  of Federal Operations in that capacity.  And she was writing

22  to him to let him know that she was going to have to leave her

23  position.

24  Q.   She says that you have been wonderful to work with.

25  She thinks the world of you.  What was the reason that she was

1   terminating her employment?

2   A.   She said that the reason that she was terminating her

3   employment was because she had family issues come up and with

4   school and wanting to change classes.  She said that it wasn't

5   an easy decision for her, but it was necessary that she

6   terminate her employment.  It was at the end of the Walter

7   Reed contract, and we had offered to her to continue working

8   at Kaiser.

9   Q.   Now, Ms. Caschetta, do you also believe that the

10  professional exemption applies to Ms. Radtke?

11  A.   I believe the -- I believe -- as I stated before, we

12  were hiring people who had held professional positions, who

13  had been in professional capacities in our, quote, unquote,

14  profession.  I believe she was exempt under the administration

15  part of the Act.

16  Q.   Okay.  All right.  And, Ms. Caschetta, in regards to

17  Advanta and Lifecare, do you hold any equity position in

18  Lifecare?

19  A.   No, I do not.

20  Q.   Are you an officer of Lifecare?

21  A.   No.

22  Q.   Is Joe Molina or anyone from Lifecare an officer or

23  equity holder in Advanta?

24  A.   No.

25  Q.   Are you two separate companies?

1    A.   Yes.

2              MR. LESCHT:  I have no further questions.

3              THE COURT:  What is the nature of Advanta's

4    business structure?  Is it a corporation?

5              THE WITNESS:  No, it's an LLC.

6              THE COURT:  LLC -- what does that stand for?

7              THE WITNESS:  Oh, I'm sorry.  An LLC is a Limited

8    Liability Company and it was formed under the State of

9    Maryland.

10             THE COURT:  Is that the way it's still doing

11   business?

12             THE WITNESS:  Yes, sir.

13             THE COURT:  Are you a principal in it?

14             THE WITNESS:  I am -- we have a little more complex

15   structure.  We have a holding company that -- at the time of

16   this contractor or are you asking me about now?

17             THE COURT:  At the time of the contract.

18             THE WITNESS:  At the time of the contract, Dominion

19   Holding, LLC, had formed various companies, one of them was

20   Advanta Medical Solutions, LLC.  I was employed by Dominion.

21   I was the president of Advanta Medical Solutions in that

22   capacity as its member.  And Advanta Medical Solutions, LLC,

23   was a subcontractor to Lifecare in this effort.

24             THE COURT:  Thank you so much.  We'll take our

25   break right now and reconvene at five minutes to 11:00, ladies

1    and gentlemen.

2              Ms. Caschetta, you're still under oath.  Please do

3    not discuss your testimony.  The jury is again admonished not

4    to discuss the case among themselves.

5    BRIEF RECESS

6                           AFTER RECESS

7              THE COURT:  Please be seated.  Come to order.

8    Cross-examine, Counsel.

9              MR. SALB:  Thank you, Judge.

10                        CROSS-EXAMINATION

11   BY MR. SALB:

12    Q.   I hope you all don't mind if I stand here behind my

13   desk.  Good morning, Ms. Caschetta.  How are you today?

14              Ms. Caschetta, you pointed out the second to last

15   page of Exhibit 3 -- Joint Exhibit 3.  Do you remember -- and

16   you said that that included the exemption language?

17    A.   Yes, sir.

18    Q.   Okay.  But I'm afraid that might have misled the jury

19   into thinking that that had some meaning.

20              THE COURT:  We don't needed editorial comments.

21   Mr. Salb, I don't want editorial comments.

22   BY MR. SALB:

23    Q.   That was not a contract, was it?

24    A.   It was a contract, sir.  We did not type that in there;

25   the Government typed that in there.

1    Q.    This document was signed by Mr. Mendez, right?

2    A.    That is one document that was signed by him.

3    Q.    Uh-huh.  And it was countersigned by the Government?

4    A.    Well, why don't you get the version that was signed by

5  the Government?

6    Q.    Okay.  Answer my question, ma'am.

7    A.    On this particular sheet it was not signed.

8    Q.    Okay.  Also not awarded, correct?

9    A.    This looks like it was the copy sent by Kim Barnes to

10  Christopher Mendez for him to sign.  Why don't you produce the

11  version where she actually signed it?

12            THE COURT:  She who?

13            THE WITNESS:  Kim Barnes was the initial

14  contracting officer.

15  BY MR. SALB:

16    Q.    Ma'am, this document is not a reflection of the awarded

17  contract, is it?

18    A.    It is a reflection of the awarded contract, sir.  It's

19  a --

20    Q.    You're telling me this particular document, these

21  pages, are the awarded contract?

22    A.    Yes.

23    Q.    Even though they were not signed by the United States

24  of America and even though there's no award or effective date?

25    A.    Sir, why don't you produce the one that was signed

1  because all of those versions were provided in discovery.

2  There is one that is signed by Ms. Barnes.

3  Q.   I appreciate that, but with all due respect, you have

4  to answer the question that I ask and not hope for information

5  that you want to see.  And my question is:  Is it your

6  contention that this document, Joint Exhibit Number 3 -- 2,

7  I beg your pardon -- is the binding contract between the

8  Defendants' and the Government?

9  A.   That is the copy of the contract that Ms. Barnes sent

10  to us for signature prior to her signing it, but she prepared

11  those documents.  It has her name typed into it and her typed

12  language in there asking us to sign.  So, I would say that you

13  put into the exhibits the version that was the draft before it

14  got signed by the Government.  All you need to do is look at

15  the version that was signed by the Government, sir; it does

16  exist.

17  Q.   So, we were just looking at Joint Exhibit Number 2.

18  That wasn't an exhibit that I put in.  It's an exhibit that we

19  all agreed on, okay, just to be clear.  And we do agree that

20  that exhibit is not a binding contract.  It has not been

21  signed by the Government, right?

22  A.   Yesterday --

23  Q.   Right, ma'am?  Yes or no.

24  A.   It is the copy -- the reflection of the contract that

25  the Government ultimately signed it.

 1     Q.   Okay.

 2     A.   However, sir, you yesterday asked me --

 3     Q.   This is not --

 4          THE COURT:   Wait a minute.  Let her finish her

 5     answer, please.  Finish, Ms. Caschetta.

 6          THE WITNESS:   Yes.  You asked Mr. Molina if at any

 7     time the Government accepted the exemptions, and you kept

 8     pointing to the letter that Mr. Mendez had written and the

 9     written text that Mr. Molina had put into another document,

10     and I recalled that they had in fact -- that the Government

11     had in fact accepted the exemptions and had put those clauses

12     into the contract.

13          I did not know at the point -- at what version they

14     had done that.  I came in this morning and I asked our counsel

15     for that -- for whatever you had available to see if you had

16     that in front of you.

17          THE COURT:   Okay.

18          MR. SALB:   Your Honor, I move to strike.  That's

19     not responsive.

20          THE COURT:   Overruled.

21     BY MR. SALB:

22     Q.   Ma'am, what is the date written at the bottom of that

23     sheet -- the second to the last sheet?  Shall I show it to

24     you?

25     A.   Yes, please.

1    Q.    What is the date?

2    A.    Okay.  On this particular sheet it says 16 May 2002.

3    Q.    All right.  And what was the date that Mr. Mendez

4    submitted the proposal to the government?

5    A.    16 May 2002.

6    Q.    What, if any, proof do you have that this piece of

7    paper was a piece of paper that was presented to the

8    Defendants' by the Government?

9    A.    Okay.  Go down on the page.  You will see -- this is

10   everywhere where we were supposed to have signed off the -- we

11   were supposed to -- let me look at the bottom, please, all the

12   way down.  The typed-in language at the top of the page was

13   presented to us.  You will notice that it is not left

14   justified.  The 52.222-48 and the clause reference

15   22.106(e)(1).

16         We did not have -- this is the actual

17   documentation that came from the Government with their

18   typewriting equipment that generated this.  And it was

19   their -- and the contracting officer did this in a hurry and

20   she was unable to left justify it and put it on a central

21   justification.  You can see that from left to right.  It's

22   inserted in here and it flows with the rest of the document.

23   Q.    My question is, ma'am:  What proof do you have that

24   this was provided to you by the Government and not simply

25   added to the package by Mr. Mendez?  You have none, do you?

1   A.    I don't understand that question.  I truly don't

2   understand.  Nothing -- if you had something that was the

3   second page from the Government, how would you have proof that

4   that was the contract except that I'm testifying that that is

5   the copy of the contract.  And we provided it to you in

6   discovery.

7   Q.    Okay.  Now, the language that is highlighted reads:

8   The contractor -- excuse me -- if we look at the top, just so

9   that we have -- so that it flows -- the offerer, that's you

10  guys, right?

11  A.    Uh-huh.  Certifies --

12  Q.    Certifies that -- and then we jump down to this spot

13  that is marked with an X, the highlight was mine -- and so the

14  certification is:  The contractor utilizes the same

15  compensation, referring to wage and fringe benefits plan, for

16  all service employees performing work under the contract as

17  the contractor uses for equivalent employees servicing the

18  same equipment of commercial customers.  Correct?

19  A.    Yes, sir.

20  Q.    All right.  And you'll agree, will you not, that our

21  clients were not servicing any equipment.

22  A.    Oh, absolutely, sir.  But let me explain.

23  Q.    Thank you.

24  A.    Let me explain what that --

25          THE COURT:  He got his answer.  Your counsel can

1    take it back on redirect.  He got his answer.  Please,

2    proceed.

3              MR. SALB:  Thank you, Judge.

4    BY MR. SALB:

5      Q.    All right.  Now, please, as you requested, I will show

6    you Exhibit 3.  This is the contract that was accepted,

7    correct?

8      A.    Well, there's the name -- I need to see the entire

9    document, sir.

10     Q.    Oh, you don't have a copy?

11             THE COURT:  I'll give her mine.

12             MR. SALB:  Thank you, Judge.

13             THE COURT:  This is Joint 3.

14             MR. SALB:  Joint 3, Judge.

15             THE WITNESS:  Thank you.

16             THE COURT:  You're welcome.

17   BY MR. SALB:

18     Q.    Okay.  To remind you of the question, the question is:

19   That's the contract that was signed, right?

20     A.    Okay.  What it's missing -- what's not included in this

21   set of documents are the representations and certifications,

22   which are part of the contract.  What the Government returned

23   to us were the clauses that the Government was putting into

24   the IDIQ.

25     Q.    What is an IDIQ?

1    A.    The independent -- I cannot recall what the acronym

2    stands for.

3    Q.    What does it mean?

4    A.    It's an independent delivery order master agreement.

5    Q.    Essentially a contract, right?

6    A.    Right.  But it doesn't always incorporate all of the

7    terms and conditions.  It will have the terms and conditions

8    that were ultimately put down as the scope of work and some of

9    the summary things because this was a commercial buy.  You'll

10   see that if you look at the request for proposal.  They tell

11   you you have to make representations and certifications which

12   would become part of the contract, and that was what was in

13   that previous section, we had to fill that out along with the

14   other provisions.

15   Q.    Okay.  But I just want to make sure that we're clear.

16   This is the contract, right?

17   A.    This is a signed, executed document by the federal

18   government.

19   Q.    Now, why don't you do me a favor, please, and turn to

20   Page 19, or if you prefer, you can look at your monitor.

21   A.    Page 19.  Okay.

22   Q.    Now, unfortunately, the type is small, difficult to

23   read I think on the monitor, so I'm going to read it out loud.

24          Paragraph C.  The contractor shall comply with

25   the five clauses in this Paragraph C, applicable to commercial

1   services, which the contracting officer has indicated as being

2   incorporated in this contract by reference to implement

3   provisions of law or executive orders applicable to

4   acquisitions of commercial items or components.  And then it

5   gives the instruction that the contracting officer should

6   check as appropriate.

7            The first line that is checked says that the

8   Service Contract Act applies, correct?

9   A.    Oh, yes.

10  Q.    And then the fourth line indicates the Fair Labor

11  Standards Act applies, correct?

12  A.    Yes.

13  Q.    Thank you.  Now, Ms. Cunningham was hired in November

14  of 2002, right?

15  A.    Yes.

16  Q.    And when she was hired, she was given a job offer

17  letter, correct?

18  A.    That is correct.

19  Q.    That letter is on Advanta Medical Solutions letterhead,

20  correct?

21  A.    Yes, sir, that is correct.

22  Q.    That letter gave her a job title as senior coder,

23  correct?

24  A.    That is correct.

25  Q.    Now, there came a time when you told Ms. Cunningham

1   that you wanted her to be a supervisor, right?

2   A.   I never -- I don't recall having that discussion with

3   her, sir.

4   Q.   You do agree that she was a supervisor, right?

5   A.   I agree that she was coordinating and managing the work

6   of several staff people, as she reflected in her own resume,

7   which she distributed to multiple different companies and

8   which she used to complete a federal job application.

9   Q.   Okay.  So, the answer is yes, ma'am?

10   A.   Yes, I'm abiding by that, sir.

11   Q.   Thank you.  She was interviewed for the position by

12   you, right?

13   A.   Yeah, I was one of the people who interviewed her.

14   Q.   And by Warren Kwan, right?

15   A.   Yeah, by Warren Kwan initially, yes.

16   Q.   And who does Warren work for?

17   A.   He works for me.

18   Q.   He works for Advanta?

19   A.   Yes.

20   Q.   In fact, Advanta did all of the recruiting for both

21   Advanta and Lifecare, right?

22   A.   The majority of the recruiting was done by Advanta

23   Medical Solutions.

24   Q.   And Advanta did all of the hires for Advanta and

25   Lifecare?

1    A.    No, Advanta hired Advanta Medical Solutions personnel

2  and Lifecare Management Partners executed the paperwork to

3  hire their employees.  We facilitated that process under our

4  agreement with them by assisting with the recruiting, but we

5  did not hire them.  Lifecare hired them.

6    Q.    Take a look, please, at Exhibit 8.

7    A.    Exhibit 8 in here?

8    Q.    There should only be one 8.  The first part of that

9  book has some of exhibits that both sides have put in, and I

10 think those are 1 through 7.  So, you want to look at the set

11 that begins after that.

12   A.    Okay.  So, this is the one that says:  Met with this

13 individual?

14   Q.    Yes.

15   A.    Okay.

16   Q.    So, you're sending an e-mail to -- and this I think has

17 been admitted.

18             MR. SALB:  Plaintiff 8.

19 BY MR. SALB:

20   Q.    Can you identify what this document is, please?

21   A.    Yes.  I recall -- I recall that this document was

22 generated after I met with Carmen.  After Warren had recruited

23 Carmen, but she was available to come in on a Saturday for me

24 to talk to her.  So, I met with her on a Saturday.  When I

25 initially met with her, I thought she would be a good

1    candidate to hire from Advanta -- to hire her at Advanta.  And

2    we -- after further discussion -- we determined that it was

3    best that she be hired by Lifecare, primarily because of

4    benefit packages and other types of things that she would be

5    doing under the project.

6              MR. SALB:  Okay.  We move the admission of 3 --

7    excuse me, Plaintiffs' 8.

8              THE COURT:  Hearing no objection, it will be

9    admitted.

10   JOINT EXHIBIT 8 ADMITTED INTO EVIDENCE

11   BY MR. SALB:

12    Q.   Now, subsequently, Ms. Mizrahi asked you about

13   Ms. Cunningham's rate of pay; do you recall that?

14    A.   Would you show me the particular document you're

15   referring to?

16    Q.   Sure.  Take a look at Joint Exhibit Number 5.

17    A.   Okay.  All right.  Now, I have an E&M worksheet here,

18   Evaluation and Management Services worksheet.  Is that the

19   first Exhibit 5?

20    Q.   Yes.  The joint --

21    A.   I'm sorry; I didn't know.

22    Q.   No problem.

23    A.   Okay.  Yes, I see that.

24    Q.   Now, that was related to when Ms. Cunningham was

25   working for Advanta, right?

1    A.    Actually, she wanted to know that Carmen was going to

2 be leaving.  She wanted to know what rate to be putting down

3 for her under her consulting agreement.

4    Q.    Right.

5    A.    And I recall replying back to her that it was at 33,

6 that she had negotiated a rate like $33 per hour in a

7 consulting capacity.

8    Q.    I'm just asking you to identify the documented and to

9 tell me whether this reflects Ms. Mizrahi asking about

10 Ms. Cunningham's rate.  Is your answer yes?

11    A.    Yes.

12    Q.    Thank you.

13    A.    But it's her rate that's pertaining to --

14         THE COURT:  That's okay.  Let him ask his question.

15 Don't get ahead of him.

16         MR. SALB:  We move for admission of Joint 5.

17         THE COURT:  It will be admitted.

18         MR. SALB:  All right.

19 BY MR. SALB:

20    Q.    Now, you hired a lot of coders, some of whom worked for

21 Advanta and some for Lifecare, right?

22    A.    Yes.  And, sir, I did not personally hire those people.

23    Q.    Advanta did the hiring, right?

24    A.    No, Advanta did the recruiting.  There's a difference.

25    Q.    Sometimes the company that somebody worked for was

1   based on what the company needed, maybe they needed somebody

2   with experience in a particular field or -- field I think is

3   the wrong description, but somebody who might have experience

4   coding in the thoracic arena versus the neurology arena,

5   right?

6       A.   Excuse me.  Yes, sir.

7       Q.   Other times you would let the person who is being hired

8   decide based on which benefits package seemed to be best for

9   them, right?

10      A.   There were a number of factors in determining whether a

11  person would be hired by Lifecare versus hired by Advanta.

12  Those were some of the factors.

13      Q.   So, the answer to my question is yes?

14      A.   Yes.

15      Q.   And there were several employees who worked for both

16  companies, right?

17      A.   There were a small number that worked for both, that is

18  correct.

19      Q.   Now, Mr. Kwan also did the scheduling for both

20  companies, right?

21      A.   No, not exactly.  He did not schedule people for all

22  the employees in all the positions.  What Mr. Kwan did was

23  recruit the individual.  If the customer or somebody at the

24  site had indicated -- and when I say somebody at the site, it

25  could have been another employee, another coding consultant,

1  would have said we need a person here at this clinic, he would

2  tell -- communicate to the person when they would be needed in

3  that clinic.

4           There were times when there had to be

5  clarifications regarding when people would be at different

6  places.  But he did not have a schedule where every week he

7  put down 9:00 to 5:00, you're going to be -- here is where

8  everybody is going to be 9:00 to 5:00.  He didn't do that

9  aspect of scheduling.

10  Q.   I see.  Thank you.  And these employees might be --

11  Advanta employees that might be Lifecare employees, but the

12  job was to make sure that the right person was there to do the

13  work?

14  A.   That is correct.

15  Q.   And there were times -- in fact, Warren Kwan is a very

16  nice guy, easy to talk to, that's part of the reason why he

17  had his job?

18  A.   Some people would say that.

19  Q.   And so people would sometimes call him if they had

20  concerns or problems, right?

21  A.   I would assume so, yes.

22  Q.   And those people who would call him about these

23  concerns would be people who worked for Lifecare and people

24  who worked for Advanta?

25  A.   They may have worked for either company.

1    Q.    Ms. Cunningham had to fill out time sheets and she

2  submitted those; is that right?

3    A.    Yes.

4    Q.    And she submitted those time sheets to both Lifecare

5  and Advanta; is that correct?

6    A.    That is correct, sir.

7    Q.    It would be fair to say that overall Advanta and

8  Lifecare worked together as a team?

9    A.    We were teaming partners, that is correct.

10   Q.    All right.

11   A.    We were their subcontractor; they were the prime

12 contractor.

13   Q.    Now, when Ms. -- strike that.

14         When the time records were submitted to you, you

15 would review them, right?

16   A.    Actually, Ms. Pam Mizrahi generally reviewed the time

17 records when they initially came in and checked them for

18 accuracy.  In fact, many of the people submitted time records

19 on a weekly basis instead of -- you know, weekly because we

20 had to capture and gather statistics from those time sheets.

21         So, the process was that they would submit them.

22 She would review them for accuracy, meaning, they hadn't

23 calculated totals incorrectly because these were manual time

24 sheets.  So, she would look at that.  If she found errors in

25 their tabulations, she would get back to them.  If they had

1   left cells blank, she would get back to them.  There would be

2   a communication of sorts.

3                   At the end of the biweekly pay period, they would

4   submit time sheets to -- if they were employed by Lifecare,

5   they would submit their time sheets to Katherine Mendez.  And

6   Katherine Mendez also did a review of the time sheets, and

7   sometimes she found discrepancies on the time sheets.  And we

8   would communicate that information either back to the employee

9   directly, or would let us know, since we were in

10  administrative contact with them for their statistical

11  reporting purposes.

12   Q.   Okay.  Thank you.  And after those time sheets were

13  reviewed for accuracy, they were then submitted to you and you

14  would sign them, right?

15   A.   Yes.  At some point I would sign off on the time

16  sheets.

17   Q.   Did Ms. Mizrahi review the time sheets for both

18  companies or was it divided with Ms. Mizrahi looking at

19  Advanta and Ms. Mendez looking at Lifecare?

20   A.   I have already stated that Ms. Mizrahi -- that Pam

21  Mizrahi looked at the time sheets of both -- of employees of

22  both companies.

23   Q.   I see.

24   A.   She also looked at the sheets that were submitted by

25  independent contractors who worked under the contract, and she

1    would verify and validate mathematical and data entry
2    recordings.
3       Q.   Okay.  And by the time you signed the time sheets, they
4    were an accurate reflection of the work done and the time
5    spent?
6       A.   Oh, we hoped so, yes.  We trusted that they were
7    because the people were out there as professionals recording
8    their time.  There was nobody standing over them to see, yes,
9    in fact they were there.  They had to be accurately reporting
10   their time, and we had every reason to believe that they were
11   accurately doing that.
12      Q.   And there were times, weren't there, that Ms. Mizrahi
13   would identify a conflict between the time indicated when
14   Ms. Cunningham sent an e-mail in, saying:  I've arrived at
15   such and such a time and left at such and such a time, versus
16   the time that was actually reported on that time sheet, right?
17      A.   I don't think that that was an ongoing thing because
18   the e-mails that were submitted regarding arrival and
19   departure were done more for communication purposes.  I don't
20   recall if she was even copied on those particular e-mails.  I
21   don't recall.
22              Could you look, please, and see if she was?
23   There were times when Diana Brown would call into the office,
24   and say:  Oh, this particular person, you know, has submitted
25   time over here, but I don't think she was here that day.

1    Could you please verify it?  And Ms. Mizrahi may have gone

2    into the records to see if she had some other indication if

3    that person was there because Ms. Brown may not have seen them

4    that day or they didn't sign the book.

5              And this would result from the Government

6    official who was in charge of the contract who maintained the

7    book asking a question when she was trying to sign off on our

8    invoice.  So, that may have occurred at that time.

9    Q.    The time sheets would break out the work done by

10   category, right?

11   A.    Yes.

12   Q.    And those time sheets would also record the number of

13   records that each of the plaintiffs -- each of the coders in

14   fact processed; isn't that right?

15   A.    That is correct.

16   Q.    And those time sheets, I think you've made clear, but I

17   want to make sure it's clear, but I just want to make sure

18   it's clear, those time sheets -- those records -- that data

19   was used for billing the Government, right?

20   A.    The data that was used to bill the Government was the

21   total time.  The incremental allocation of the time was used

22   for statistical reporting purposes at the request of two

23   government officials who asked us if we could do an allocation

24   of the time in different categories, that they needed it for

25   reporting purposes.  And they --

1    Q.   Okay.   Thank you.   Now, we keep talking about coding,

2    and I want to make sure that we all understand what coding is.

3    That we're all on the same page.   It would be fair to say that

4    coding, when broadly defined, includes gathering work papers

5    like a doctor's progress notes or treatment notes, determining

6    the right codes to apply to the patient's treatment, doing

7    data entry to put those codes into the computer system,

8    meeting with doctors to let them know how to record their

9    activities so that they could be billed correctly, and

10   advising department heads about common mistakes or special

11   coding issues that might apply to the work that that

12   department is doing, right?

13   A.   Yes, in part.   In part.

14   Q.   Are there other responsibilities that fall under the

15   rubric of coding?

16   A.   Yeah, it could be providing questions to physicians to

17   have them clarify their clinical documentation.   Have them

18   make additional recordings in the medical record as an

19   addendum.   Those are called generating a physician query, and

20   then have the doctor amend the record as a result of that.

21   And there is a number of other things that can go along with

22   coding, such as extracting from the medical record clinical

23   information or other facts that may have to be used for

24   special study purposes, et cetera.

25                    It's very comparable to what a senior auditor

 1   might do in an accounting firm.  Or like when a person is in
 2   the tax preparation process, when you have senior auditors and
 3   associates in an accounting firm do their work, they are
 4   operating with a set -- a certain set of rules and guidelines.
 5   They apply them; they have the subject matter expertise and
 6   the professional discipline to be able to do that work.
 7        Q.   But a senior auditor -- what is the education
 8   requirement for a senior auditor at an accounting firm?
 9        A.   Well, they -- at an accounting firm, the senior auditor
10   is supposed to have a Bachelor's degree in a financial-related
11   area.  Okay?  But they do not necessarily have to have a CPA.
12   We employ several of those people, sir.
13        Q.   And --
14        A.   And I can tell you that at this point in time, which
15   is 2014, we are paying those individuals salaries that are
16   less than the ones that were being paid to Ms. Cunningham.
17        Q.   Okay.
18        A.   In 2003.
19        Q.   Okay.  Okay.  So, you agree that the education
20   requirement for the job of senior auditor is -- the minimum
21   requirement is much greater than that which is required in
22   order to be a certified coder; isn't that true?
23        A.   No.  Let me clarify that.  To be a --
24        Q.   It's a yes or no question, ma'am.
25        A.   Well, I can't answer that question the way you've posed

1   it.

2           THE COURT:  Madam reporter, would you please read

3   the question again.

4           (Whereupon, the referred-to question was read back

5   by the court reporter).

6           THE COURT:  Can you answer that question yes or no,

7   and then counsel will follow-up or your own lawyer will do it?

8   Try to do it.  Okay?

9           THE WITNESS:  Okay.  I will say that no.  And may I

10  explain why I'll say no.

11          THE COURT:  Please, do so.

12          THE WITNESS:  I will say no because there are also

13  circumstances where a firm can put a person in the position of

14  a senior auditor when they don't have a Bachelor's degree.

15  They can show years of relevant experience and they can

16  perform in that capacity.  I was just addressing -- I was

17  addressing general requirements.

18          THE COURT:  Okay.

19  BY MR. SALB:

20   Q.   So, the common requirement -- the customary requirement

21  would be the Bachelor's degree, right?

22   A.   Today it would be.  In 2003 it may have been different

23  circumstances.

24   Q.   Now, I want to go back to the contract for just a

25  moment.  We've heard a lot about the contract and the

1    approval, but I just want to make it clear -- make sure that

2    it's clear in the record that you are not aware of anything in

3    writing from the Government that confirms what the wage and

4    hour requirement -- that is to say, specifically, the overtime

5    requirement -- was approved -- the request for waiver of any

6    overtime requirements was approved by the Government.

7              The sole basis for your conclusion that it was

8    approved is that the Government signed a contract and returned

9    it to you, correct?

10   A.   Not necessarily.  Okay.  I believe there could be other

11   versions of the contract that do have that documentation in

12   there.  But all I can tell you is that I had conversations

13   with Ms. Barnes and with Vivian Detter after Ms. Barnes, and

14   their understanding was that this is how we were operating.

15   They understood that all along.

16             MR. SALB:  Objection; that's hearsay, Judge, and I

17   move to strike.

18             THE COURT:  No, it's not hearsay.  It's not being

19   offer for the truth of the contents.

20   BY MR. SALB:

21   Q.   Let me repeat my question.  Again, you're not answering

22   the question that I'm asking.  The question that I'm asking

23   is:  Do you agree that there is nothing in writing?

24   A.   I don't agree with that, sir.

25   Q.   What do you have in writing?

1   A.   I was put in a position to answer this question without

2   having all of the documents here in front of me.  If you can

3   give me all the contract documents and all of the amendments,

4   I can look through them, sir.

5   Q.   Ma'am, you have been involved in this litigation for

6   many years; you've worked with your lawyer; we have a set of

7   documents.  We can give you the exhibits that your lawyer

8   wants to put into evidence.  Are you aware of any such

9   document?

10   A.   I believe there is a document that incorporates those

11   clauses, and I believe that those things were incorporated by

12   the Government.  They only returned to certain things that

13   they needed to have in their template.  That's why we

14   submitted it.  We submitted it with our representations and

15   certifications and they came back and they only issued back

16   those things that they needed to have in their paperwork.  But

17   in their file will be our RFP, as well as the documents they

18   sent back to us for signature.

19   Q.   Do you remember when I asked the same question at your

20   deposition?

21   A.   No, I have to see what you're referring to in my

22   deposition.  If you're reading from something, I'd like to see

23   it, please.

24   Q.   Okay.

25        MR. SALB:  This is Page 105 of Mrs. Caschetta's

1   deposition.

2   BY MR. SALB:

3    Q.    Now, start at Page 103, do you see the -- I have to

4   take it out.  I asked you whether there's any document, to

5   your knowledge, from the United States Government that in any

6   way acknowledges that the Service Contract Act doesn't apply

7   in the way that you asked that it not be applied.

8             Do you see that?

9    A.    I see a part of a question.  You're only showing me a

10   fragment of a question.  I don't see the complete document.

11   Q.    Look, please, it begins with the letter Q, and that

12   means that is the beginning of the question, right?

13   A.    I thought you were referring to the top of the page,

14   I'm sorry.

15   Q.    No, no, we started here.  I beg your pardon.  Is there

16   any document, to your knowledge, from the United States

17   Government that in any way -- then it continues on here on

18   Page 104 -- acknowledges that the Service Contract Act doesn't

19   apply in the way that you asked that it not be applied?

20   A.    Okay.

21   Q.    Now, there was some back and forth.

22   A.    Yes.  I recall there being extensive back and forth

23   where you asked me if we wanted to go on all day with the

24   deposition.  And there was a series of questions you had asked

25   me prior to that question that I was trying to answer, and you

1   weren't satisfied in the way in which I was answering the

2   question.

3               THE COURT:  But his question, ma'am, fundamentally,

4   was, do you recall being asked that question and giving that

5   answer?

6               THE WITNESS:  Well --

7               THE COURT:  You're looking at it.

8               THE WITNESS:  Okay.  Obviously, I'm looking at the

9   question with the answer.  But I know that there was other

10  information preceding that that sheds additional light on that

11  question and answer.

12              THE COURT:  Your lawyer can elicit that.  But for

13  the purpose of this narrow -- the simple question, is:  Do you

14  recall giving that -- being asked that question and giving

15  that answer?

16              THE WITNESS:  Yes, I do.

17              THE COURT:  Thank you.

18  BY MR. SALB:

19    Q.   And after some back and forth -- if you look here --

20  that's all I'm trying to find out.  When you say you don't

21  know if any document exists -- then you interrupted, and

22  say -- I know that.  I continued my question:  I understand

23  from that you're saying that you're not aware of any document,

24  but that documents might exist.  And you went on and said that

25  you thought Joe Molina would be the one that would know.  I

1    asked if that's correct, and you said, no.  And then I asked

2    you to explain why what I said is not correct.  And the answer

3    that you gave is --

4           THE COURT:  Read it out loud -- the answer.  You're

5    asking me -- there's a document that exists that has certain

6    attributes to it as though these attributes are necessary to

7    exist.  I'm telling you that Joe Molina himself wrote in

8    certain provisions and certain contracts and that the

9    Government signed the contract with those provisions in it,

10   where he had initialed next to those items.  Those things were

11   accepted by the Government or we would not have accepted the

12   contract.

13          Again, do you recall being asked that question and

14   giving that answer?

15          THE WITNESS:  Oh, yes, absolutely.  And we were

16   referring to a follow-on contract that the Government had

17   executed beyond the initial contract where the Government had

18   not included all of the clauses that we had agreed to perform.

19   And this was a follow-on contract while they were trying to

20   work through the elements of the protest.

21          So, while they were doing that, they had issued

22   this follow-on thing, and then we -- I was answering relating

23   to that part of a contract.  That's why I said Mr. Molina

24   signed multiple contracts.

25

1  BY MR. SALB:

2    Q.   The follow-on contract, are you talking about the

3  contract that you lost?

4    A.   No, that there was a contract -- okay, we had the

5  initial contract, and then they did extensions to that

6  contract.  And then they issued a separate contract during the

7  period before there was a transition, and then they issued a

8  another contract up till the end -- up to the end of the

9  period of performance before all of the matters concerning the

10  protest had been determined.

11    Q.   Is that the 2004 contract that you were referring to,

12  the last one?

13    A.   I'd have to see it, but I believe it is.  It's a

14  contract that was executed after the extensions ran out under

15  the original contract.

16    Q.   Okay.  Well, let's move on for the moment.  We'll come

17  back to it, if we can locate the document based on your

18  description.  Now, you made a reference a moment ago about

19  information that you claim to have received from the contract

20  administrator at the Government, the COTAR, correct?

21    A.   I believe I was referencing to the contracting officer

22  or the contract specialist.

23    Q.   I see.

24    A.   Kim Barnes.

25    Q.   And you would agree that you have nothing in writing

1   with that instruction on it, right?  There's no documentary

2   evidence.  There's no evidence other than your word that you

3   received that instruction; is that right?

4     A.   I don't recall if I had anything in writing at the time

5   or if Ms. Detter following Ms. Barnes had submitted something

6   to us in writing.  Generally, our discussions were verbal,

7   where Ms. Barnes would tell me what to do and I would have to

8   do it.

9             The materials many times came out from the office

10  incomplete or out of format, and I would be instructed --

11  letting her know that something didn't look like it was

12  conforming.  And she would tell me to stay in my line and

13  she'll stay in her line and for me to sign the materials.

14    Q.   Ma'am, I wasn't asking you for a description of the

15  conversations that you claim happened.  I'm trying to find out

16  if there's any evidence to support your claim that those

17  happened.

18            MR. LESCHT:  Objection; her testimony is

19  evidence --

20            THE COURT:  Okay.  Well, the question -- indeed it

21  is.  The objection is overruled.  Go ahead.

22  BY MR. SALB:

23    Q.   Do you remember that I asked you the same question at

24  your deposition?  Do you remember when I asked you whether she

25  ever put that instruction in writing?

1    A.    I recall that we were told to record the information

2    and submit it to her.

3    Q.    Ma'am, that is not my question.  My question is the

4    deposition.

5          THE COURT:  Think about the deposition.  Read the

6    question and the answer as propounded, Counsel.

7    BY MR. SALB:

8    Q.    Did she put that instruction in writing?  Answer:  No.

9    Do you remember that testimony?

10   A.    I remember it now that you're saying that, yes.

11         MR. LESCHT:  What page are you reading from?

12         MR. SALB:  I'm sorry; Page 103.

13         THE WITNESS:  Sir, do I have a copy of the

14   deposition in these documents?

15         THE COURT:  No, the deposition is not in evidence.

16         THE WITNESS:  All right.  Thank you.

17         THE COURT:  But your counsel can, on redirect, ask

18   whatever questions he sees fit.

19         THE WITNESS:  Okay.

20   BY MR. SALB:

21   Q.    Can you please look at defendants' exhibits?

22   A.    I think I have them all here.

23   Q.    No.  We have another copy of the Defendants' 4?

24         THE COURT:  I may have it.  4 did you say?

25         MR. SALB:  Yes, Judge.

1              THE WITNESS:  Thank you.

2              THE COURT:  You're welcome.

3    BY MR. SALB:

4      Q.   I'm sorry for jumping around, hopefully it's not too

5    confusing.  You indicated a moment ago that this last

6    document -- this last contract omitted any requirement that

7    the SCA, Service Contract Act, applies?

8      A.   No, I did not.

9      Q.   Isn't that what you told me a moment ago?

10     A.   No, I did not say that.  I said that there were

11   multiple contracts that were executed between Walter Reed and

12   Lifecare Management Partners.  There were -- this was

13   actually, I believe, another contract that followed this as

14   well.  I'm looking for a document that may have been -- may

15   have been prepared by a contract specialist by the name Vivian

16   Detter, and I'm not seeing that in these materials, sir.

17     Q.   This contract, if you look at Page 1, please.

18     A.   Okay.

19             MR. SALB:  Has this been admitted?

20             THE COURT:  If not, did you wish --

21             MR. SALB:  Yes.

22             THE COURT:  4 is in evidence.  It is in evidence.

23   Thank you.

24   BY MR. SALB:

25     Q.   This is the contract from September of 2004, right?

1    A.    Yeah, let me --

2    Q.    It's on the screen.

3    A.    Sure.  Give me one second, please.  I just want to see

4    something.  Yeah, this is the one that was executed in

5    September 2004.

6    Q.    Now, this was not the first contract, right?

7    A.    That is correct.

8    Q.    The first contract was 2002?

9    A.    Yes.

10    Q.    And there were extensions between then and this

11    Defendants' Exhibit 4, correct?

12    A.    That's correct.  And I believe there was one more

13    contract after that.

14    Q.    I appreciate this.  But the point is that this is not

15    the first draft, the first iteration, the first contract

16    between the Defendants' and the Government, right?

17    A.    That is correct, sir.

18    Q.    All right.  And even though it was not the first draft,

19    it was still necessary to handwrite this request for a waiver

20    in the document, right?

21    A.    We always made sure that the request for the -- or the

22    waiver itself was put into the document.

23    Q.    The waiver did not appear in the document, according to

24    the Government.  That is to say, the Government didn't type it

25    in, right?

1    A.    Not on this one they did not, but --

2    Q.    In fact, the Government indicated in Paragraph C that

3 the Service Contract Act applies, right?  Right?

4    A.    Sir, that is correct.

5    Q.    Thank you.

6    A.    The Service Contract Act always applies in every

7 contract.  What we were doing was asking for an exception to

8 the contract for certain labor -- for the positions we had to

9 clarify to them that we had labor on the contract that we're

10 going to be providing services that were under -- that were

11 performed by exempt personnel.

12   Q.    Those are the technicians who were dealing with

13 machinery, right?

14   A.    No, the Government explained to us -- the Government

15 explained to us that that --

16          MR. LESCHT:  Objection.

17          THE WITNESS:  The Government explained to us --

18          THE COURT:  Let me rule on the objection.  What was

19 your objection, sir?

20          MR. LESCHT:  Objection.

21          THE COURT:  Do you think it was an unfair

22 characterization?

23          MR. LESCHT:  Yeah.

24          THE COURT:  I'll sustain it.  Rephrase the

25 question, sir.  Apparently, I'm talking to the wall.

1   BY MR. SALB:

2     Q.   How many -- from the May -- so, in the May proposal

3   there was only one labor category, right?

4     A.   Which May proposal, sir?

5     Q.   2002.

6     A.   In 2002.  If you look at the documents, we turned in

7   multiple labor categories, and when they came back they had

8   said that the first work order they were going to give us was

9   the medical record coder labor category -- or they didn't even

10  of have it phrased, they just said medical record coder,

11  that's correct.

12    Q.   So --

13    A.   But you'll notice they didn't call them medical record

14  technician, they said medical record coder.

15    Q.   Okay.  Now, you're taking the position that the work

16  that my clients was doing is exempt, right?

17    A.   Yes.

18    Q.   And you know how important those rules are because of

19  what's at stake for an employer who errors, right?

20    A.   That is correct.

21    Q.   And you had experience in this area throughout your

22  work history doing government contracting, right?

23    A.   Absolutely, right.

24    Q.   Not only for your own company but for --

25    A.   Other companies, that's correct.

1    Q.    In fact, you've had responsibilities for wage and hour

2    matters from time to time throughout your work history, right?

3    A.    I wouldn't characterize it that way.   I was an

4    executive of many companies, but I didn't get involved in wage

5    and hour issues, but I do have knowledge of them.

6    Q.    I'm afraid I have to look back at your deposition

7    again.

8    A.    Go ahead.

9    Q.    Do you remember when I asked you as part of the

10   responsibility, Page 15, Line 18.

11          THE COURT:   Please say "quotes and unquotes" so she

12   knows what the question is.   Say "quotes" if you're going to

13   quote.

14   Q.    This is a quote.   Quote.   Question:   As part of the

15   responsibilities allocated to you by your employers in those

16   positions, have you ever had any responsibility, whether

17   direct or indirect, related to ensuring that wage and hour

18   laws were followed by the company?   Do you remember my asking

19   you that question?

20   A.    I recall that question, yes.

21   Q.    And your answer was, Yes?

22   A.    Absolutely, that is correct.

23   Q.    And then do you recall my asking a follow-up question.

24   Quote.   Question:   Can you please describe those

25   responsibilities?   And you answered.   Quote:   I had contracts

1  that were subject to the Service Contract Act that were under

2  my overall direction.  In that regard, we did mapping to the

3  wage determination when that was applicable.  And we also

4  ensured that if a position was exempt or salaried that we were

5  assured that, or had assurances, that we were appropriately

6  classifying personnel.

7           Do you recall giving that answer?

8   A.   Absolutely, yes.

9   Q.   So, in fact, you did have responsibility for ensuring

10  proper --

11          MR. LESCHT:  Objection, Your Honor, that's exactly

12  what she testified --

13          THE COURT:  He never finished the question.  Please

14  finish your question and I'll hear your objection.

15  BY MR. SALB:

16  Q.   You did have responsibility for ensuring compliance

17  with -- making sure that employees were properly classified as

18  exempt?

19  A.   Absolutely, yes.  But, sir, that's not the question you

20  asked me initially.

21  Q.   Now, in making those determinations, you would

22  regularly rely on information that you would get from

23  contracting officers or from consultants or from lawyers,

24  right?

25  A.   Yes -- and controllers, people in the various companies

1   who had responsibilities for those functions.

2   Q.   Now, you did not have anybody working at Advanta who

3   had that responsibility, right?  You had nobody at Advanta who

4   was responsible directly for ensuring compliance with federal

5   wage and hour laws, right?

6   A.   What are you referring to, like an HR person or just

7   the normal --

8   Q.   Anyone whose job responsibilities included doing that?

9   A.   Well, everyone had a responsibility for ensuring that

10  the people were properly doing the jobs and being paid

11  appropriately.

12  Q.   Okay.

13  A.   Yes.

14  Q.   But you did not consult with legal counsel to find out

15  if the medical records coders should have been properly

16  classified as exempt or nonexempt, did you?

17  A.   Okay.  Let me clarify that.  From time to time

18  throughout, you know, my company's existence, I have sought

19  opinions from various parties, I've discussed things with

20  various parties, about how people were being handled and

21  classified.

22          I've looked to my colleagues in other companies

23  to see how they, too, were handling things, how hospitals were

24  handling things.  And it was from that collection of things

25  that we determined that this is the way we were functioning.

1    I started out similarly in this industry, and this is how I

2    always operated.

3      Q.   So, you're saying that it's your understanding that

4    your colleagues in this industry -- in the medical records

5    coding industry agree that medical records coders are exempt?

6      A.   Sir --

7      Q.   Is that what you're saying?

8      A.   Hold on.

9            THE COURT:  Just answer yes or no and then you can

10   give your explanation.  Is that what you are saying?

11           THE WITNESS:  I cannot answer that question yes or

12   no, sir.

13           THE COURT:  All right.  Then don't.  He's asking

14   you -- please repeat the question.  Read back the question.

15           (Whereupon, the referred-to question was read back

16   by the court reporter).

17           THE WITNESS:  It depends on the type of work that

18   an individual is doing and their level of responsibility as to

19   whether that individual is classified as exempt or nonexempt.

20   The job title of the individual does not denote whether they

21   are exempt or nonexempt.

22   BY MR. SALB:

23     Q.   When you competed for this same contract --

24     A.   Uh-huh.

25     Q.   -- did you take the position that the medical records

1    coders were going to be nonexempt?  In other words, did you

2    change from treating them as exempt to nonexempt?

3                  MR. LESCHT:  Objection.

4                  THE COURT:  At what point in time, sir?

5    BY MR. SALB:

6      Q.   When re-competing for this contract?

7                  THE COURT:  When did that occur?

8                  MR. SALB:  2004-2005.

9                  THE COURT:  Well, there's no foundation for the

10   question.  I don't understand.

11   BY MR. SALB:

12     Q.   All right.  There came a time, ultimately, when you

13   re-competed for this contract, right?

14     A.   Yes.

15     Q.   You were not ultimately successful in that?

16                 MR. LESCHT:  Objection.

17                 THE COURT:  No, I'm going allow it, solely for the

18   purpose of understanding the chronology.  Ladies and gentlemen

19   of the jury, the fact that the contract was or was not renewed

20   is irrelevant, but let's just figure out where the timing is.

21   So, there comes a time where you compete, and that doesn't

22   work, but the question is -- when you re-competed, did you do

23   anything with reference to how you coded the people who were

24   working, that you recall?

25                 THE WITNESS:  Okay.  Our staff who were going to be

1    in these comparable --

2              THE COURT:  Talk to them.

3              THE WITNESS:  Okay.  Sorry.  Staff who were in

4    comparable positions for the work that we understood needed to

5    be performed were classified as exempt, and at that time we

6    were the only experts that had people in this field in

7    sufficient numbers in that location.  And we knew what the

8    work was going to entail.  Okay.  Our competition, which was a

9    point of contention in the award decision, our competition did

10   not know, they had absolutely no coders employed by them, and

11   they were simply a government contractor essentially doing the

12   seat management where they were going to hire people in a

13   different capacity.

14             So, when we were filling that position, we

15   understood that we were going to need people to who could work

16   independently, perform the job functions, they had already

17   been there, we had established -- they had established the

18   processes and procedures, and we were going to bring a

19   different level of expertise and performance to the job.

20   Okay.  So, that's at the time of our competition.

21   BY MR. SALB:

22    Q.   All right.  So, your answer is that you recognize that

23   your competition identified these jobs -- medical records

24   jobs -- as nonexempt?

25    A.   Absolutely, yes.  They were matching up to the wage

1   determination, sir.

2    Q.   All right.

3    A.   And not even doing that, that was an element that the

4   Government had to have them correct --

5            THE COURT:  All right.  So it's clear to the jury

6   and to me, frankly, at that point in that subsequent

7   competition, you persisted in your view as to how people would

8   be held in positions like Ms. Radtke and Ms. Cunningham would

9   be classified.

10           THE WITNESS:  Yes.

11           THE COURT:  But your competition did not?

12           THE WITNESS:  Well, at the time I didn't know --

13           THE COURT:  Yes or no and then we'll go on.

14           THE WITNESS:  That was a two-part question that you

15   asked.  The first part of the question is, Yes.  The second

16   part of the question is, I didn't know what the competition

17   was doing at that point in time.

18           THE COURT:  I understand, but there did come a time

19   when you learned?

20           THE WITNESS:  Through looking at the materials that

21   came about later.

22           THE COURT:  But there did come a time when the

23   contract was awarded to someone else?

24           THE WITNESS:  Yes.

25           THE COURT:  When, if at all, did you learn that

1    they had reached different classification decisions as to

2    their employees compared to the way you classified them?

3              THE WITNESS:  When these individuals filed suit and

4    I saw some of the discovery materials.

5              THE COURT:  Thank you.

6    BY MR. SALB:

7     Q.   So, you said that in order to determine that these

8    folks were exempt, one of the things you did was talk with

9    your colleagues, and that's how we started talking about that

10   point.  But you never talked with any consultants on this

11   topic, right?

12    A.   Let me clarify something.  In general, when we operate

13   our business, we have discussions on how we're handling people

14   and how we're doing our business.  That's in general.  For

15   this specific contract, I don't recall speaking to anyone on

16   this specific contract on what we were going to do.

17    Q.   Okay.

18    A.   The Government sought our guidance on how they should

19   proceed with implementing new processes and procedures that

20   they had never done before.  And, in fact, Ms. Pierce had

21   specifically said in their discussions with us that she did

22   not want a typical government contractor coming in here who

23   didn't know what they were doing as industry experts to fill

24   the position.  That is why they gave the contract on a

25   sole-source basis to Lifecare, and they had compared us to

1    another firm they were using out of Atlanta, previously, who

2    had been providing them with individuals as consultants to

3    come in there and do their inpatient coding.  And they were

4    handling them the same way we were handling them.

5    BY MR. SALB:

6        Q.    Now, Ms. Caschetta --

7        A.    Uh-huh.

8        Q.    You had an employee at the job site named Diana Brown,

9    right?

10       A.    Lifecare had hired Diana Brown and she was at the job

11   site.

12       Q.    What was her job?

13       A.    She was also classified as a coder, a senior coder.

14       Q.    And what was her job?

15       A.    Her job was to code inpatient medical records.  It was

16   also to interact with the contracting officers, a technical

17   representative on the project, to make sure that certain needs

18   were being fulfilled on the project.  She also coordinated

19   work of staff.  She made management and supervisory decisions.

20   She also interacted with the office to keep us abreast of

21   progress that was going on day-to-day, and she would advise in

22   matters that were sensitive in nature.

23       Q.    And there was also another person on this contract,

24   Earl Van Dine, who had responsibility for management of

25   contract on the day-to-day basis, right?

```
 1     A.   Earl Van Dine was put on the contract later on when the
 2   contract started doing tasks that involved testing new
 3   systems.  He came on to the project, and he was also a senior
 4   coder who had project management responsibility.  So, he was a
 5   project manager in that capacity.  We call everybody the same
 6   thing, sir.  They're either senior coding consultants, senior
 7   coders, auditors, whatever.  We don't distinguish --
 8     Q.   I'm not asking about title.
 9     A.   Uh-huh.
10     Q.   I'm asking about responsibility.
11     A.   Yes.
12     Q.   So, it was Mr. Van Dine's responsibility to handle
13   different aspects of the management of the contract day to
14   day, correct?
15     A.   Yes, later on in the contract, that is correct.
16     Q.   But in any event, Diana Brown was the key person who
17   was actually the point of contact with the Government
18   officials, correct?
19     A.   I don't recall there being a classification under the
20   contract called key personnel.  There is nothing in the
21   contract, I think, that names a key person or party, to the
22   best of my recollection.  I could be wrong.
23     Q.   Well, then maybe we can refresh your recollection with
24   your deposition.
25     A.   Are you saying key personnel or are you saying she was
```

1    a key person of the team that had that particular -- key

2    personnel means something very specific in government

3    contracting.

4     Q.   Okay.  I'm not saying anything.  I'm asking for your

5    testimony.  And when I asked you this question at your

6    deposition, your answer included the sentence, quote --

7              MR. LESCHT:  Can you give us a page?

8              THE COURT:  Please give the question and the answer

9    in quotes.

10             MR. SALB:  Okay.  It's somewhat lengthy.

11             THE COURT:  I don't care.

12   BY MR. SALB:

13    Q.   Question:  I want to know how you divided the

14   responsibility associated with a medical clinic task as

15   between Advanta and Lifecare.  What did Advanta do for that

16   task?

17             Answer:  Okay.  There was -- you're presuming in

18   your question that there's a division in the coding task, it's

19   a presumption.  You're presuming in your question how -- what

20   was Advanta's job.  Advanta's job in the contract was to

21   support the staffing and to support the management of the

22   coding.  Okay?  The person -- personnel who were brought on

23   the job -- there was personnel on the Lifecare side that were

24   responsible for being the key points of contact with the

25   Government officials and coordinating the overall technical

1    administration of the contract day-to-day, that was Diana

2    Brown.

3    A.    Correct.

4    Q.    Then there was another gentlemen, Earl Van Dine, who

5    was from Advanta, who also handled different aspects of the

6    management of the contract day to day.  But Diana was the key

7    person who was actually the point of contact with the

8    Government officials.

9              And it goes on with other --

10   A.    That's correct.

11   Q.    Okay.  Now, Mr. Van Dine's responsibility related to

12   the introduction of this new inpatient project, right?

13   A.    Sir, what are you reading from?

14   Q.    My notes.

15   A.    Are you reading from something?  Are you talking about

16   IBWA, the inpatient professional practice coding function?

17   Q.    No, the inpatient workload alignment process?

18   A.    That inpatient workload alignment was aligned with

19   IBWA, it was a professional -- it was extracting from the

20   medical records those professional services provided by

21   physicians, and then to be able to capture those and code them

22   with professional practice codes, which are different from the

23   facility coding responsibilities.

24              Yes, that's a different aspect of the project

25   that came later on in its development.

1    Q.   And that was Mr. Van Dine's responsibility, right?

2    A.   Well, when he came on board, he came on board to help

3    launch that, that is correct.

4    Q.   And he worked with Dana Carcamo -- am I pronouncing the

5    name --

6    A.   Dana Carcamo, yes.

7    Q.   Carcamo, right?

8    A.   Uh-huh.

9    Q.   And he basically handled it soup to nuts, right?

10   A.   I have to see what you're referring to because he

11   was -- he was able to help determine what kind of staffing

12   levels were going to be needed, and I'd have to know

13   specifically what you're referring to.  But he did handle that

14   project -- that aspect of the project -- as did other people

15   working with him.

16   Q.   Now, part of the basis of your claim that

17   Ms. Cunningham's work is subject to the exemption is that she

18   attended some meetings, right?

19   A.   No, I didn't say that -- that she had attended some

20   meetings.  I said she regularly met with individuals who were

21   the -- who were officers and others, and she did a variety of

22   different things in those meeting sessions.  Occasionally --

23   the way you're characterizing it is like she went to one

24   meeting a year.

25   Q.   Okay.  Now, you're not aware of any documents that

1    describe the work that Ms. Cunningham did, other than the

2    resumes that you've talked about, right?

3      A.    Okay.  Other than the resumes that she wrote about the

4    work that she had done.

5      Q.    Other than the resumes, you're not aware of any

6    documents, right?

7      A.    Yeah.

8      Q.    To describe the work that she did?

9      A.    That she specifically did?  No, I am not aware of that.

10     Q.    Okay.  But you would agree that doing coding-related

11   tasks accounted for three-quarters or more of Ms. Cunningham's

12   job responsibilities, right?

13     A.    What was put into that classification category, yes.

14   I mean, but there were a number of different functions that

15   were characterized under the rubric of coding.

16     Q.    So, if we -- and you may remember at your deposition I

17   asked --

18     A.    I'm so sorry, but I need to use the restroom.  Would

19   that be possible?

20             THE COURT:  Yes.  Go ahead.  There's one right in

21   the jury room.  We'll wait for you.

22             THE WITNESS:  I'll be right back.

23   OFF THE RECORD

24             THE COURT:  Thank you very much.  Resume your

25   examination, Counsel.

1           MR. SALB:   Thank you, Judge.

2    BY MR. SALB:

3    Q.    I want to go back to Mr. Van Dine for a moment.  Part

4    of what he had to do was to draft policies, right?

5    A.    Yes, sir.

6    Q.    And those were written policies?

7    A.    I believe so.  Sir, I never saw those policies.

8    Q.    Okay.  Almost all of the full time personnel on the

9    Walter Reed contract working for you working under this

10   contract for Lifecare and Advanta, they were all exempt,

11   right?

12   A.    Nearly all, yes, if I recall.

13   Q.    Okay.  And you agree that when coding documents, they

14   weren't inventing a classification system, right?

15   A.    No, of course not.

16   Q.    And we, referring to the world, or at least our western

17   culture in America, we have been coding documents, medical

18   records, for a good long while, right?

19   A.    Under different classification systems, but not under

20   these classification systems.

21   Q.    So, they didn't have to invent an entirely new policy,

22   did they?

23   A.    Policies are different.

24   Q.    I shouldn't have used the world policy.  I beg your

25   pardon.  A whole new practice as it relates to a new method, a

1    rather new thing that had never been done before?

2    A.    Back in 2002 time frame, okay, the Evaluation and

3    Management Services guidelines, which were promulgated by

4    Center for Medicare/Medicaid Services, then called Health Care

5    Financing Administration, was largely misunderstood and

6    misapplied by clinical coders and by physicians and by nurses.

7            So, when you had to introduce these practices

8    into institutions, you had to make sure that you were

9    interpreting the intent of those guidelines in accordance with

10   professional practices and in accordance with the regulatory

11   requirements.  There is a national payment error rate that is

12   staggering.  There is fraud, waste and abuse that centers

13   around the use of these coding and classifications systems.

14           So, when individuals go into their roles, they

15   have to develop compliant practices and they have to abide by

16   compliance policies and procedures.  In some cases, they have

17   to develop what they are.

18   Q.    Okay.  At its core, medical records coding is taking a

19   doctor's note or a nurse practitioner's note or midwife's

20   note, reading about the work that they did, trying to decrypt

21   the doctor's handwriting and what the doctor has written?

22   A.    What the doctor meant -- interpreting it.

23   Q.    What the doctor meant.

24   A.    Uh-huh.

25   Q.    And figuring out which code applies from one of these

1    various coding books, right?

2      A.    Yes.

3      Q.    There are distinctions.   There are differences in how

4    we approach that work if it's for inpatient versus outpatient,

5    for example, right?

6      A.    That's correct.

7      Q.    So that if it's in an inpatient coding task, we might

8    look at the overall patient's conditions and the services

9    provided at that facility for this patient, whereas, if it's

10   for outpatient, there's a much more narrow focus, just looking

11   at if it's a broken leg they put a cast or whatever they did,

12   that just that service that was provided at that moment,

13   right?

14     A.    Yes.

15     Q.    So, there's some distinctions, but at core the task is

16   the same, right?

17     A.    Well, you know how they refer to the art and a science

18   of medicine, okay, there's an art and a science to coding.

19   There are things that can be interpreted in a variety of

20   different ways, different people can look at them and come up

21   with different codes, and then you have to have consensus.

22           So, it's true that the function of coding itself

23   requires that you have a basic baseline knowledge of medical

24   terminology, of the study of diseases and medicine, of

25   pharmacology, and of medical practices of how different

1    procedures are performed, operative procedures, et cetera.

2    So, you have to have that body of knowledge within yourself.

3    And then you take that body of the knowledge -- you review

4    what clinicians are recording.  You interpret their

5    recordings, and you determine if one or more of these codes

6    can characterize those clinical conditions.  Not everybody can

7    do it, that's all I'm saying.

8       Q.   So, after a six-month correspondence course, spending

9    an hour or so at night and then taking a 150-question multiple

10   choice test, somebody who is a registered -- or rather, a

11   certified coder, has the ability to do what you've just

12   described.  Is that your testimony?

13      A.   No, that is not my testimony.

14      Q.   I'm talking about a registered coder?

15      A.   Right.  I'm talking about --

16      Q.   The description of the coder, the registration that

17   appears in the contracts that govern the work that you did?

18      A.   That's correct.

19      Q.   If you have those certifications, that's what you

20   needed, right?

21      A.   Okay.  You needed to have a certification.  But in

22   addition to the certification you had to have experience, and

23   in addition to the experience you had to be able to pass basic

24   competency tests internally.  We screened our applicants

25   because we happen know that the majority of the people who

1    pass the certification exams oftentimes cannot perform at the

2    level that's necessary in an environment like this.  And

3    everybody here has gone through screening exams.

4                So when we are doing -- when we are subjecting

5    people to these types of positions, we are making sure that

6    not only do they have the credentials, that they also have the

7    competency that goes along with those credentials.  I don't

8    want to --

9    Q.   Is the contract --

10   A.   -- minimize what is required to be a competent coder.

11   Okay?  But it's not just the coding function itself that makes

12   a person exempt or nonexempt, it's the collection of functions

13   and the way in which they have to perform, and the services

14   that they have to deliver that make them exempt versus

15   nonexempt.

16   Q.   Okay.  That's a great place to end.  We're finished.

17   Thank you, Judge.

18               THE COURT:  All right.  Let's break for our

19   luncheon recess and resume at 1:40 with your redirect,

20   Mr. Lescht.  Thank you, sir.  Ma'am, you're under oath, please

21   do not discussion the case with anybody, including your

22   lawyers.  The jury is again admonished, do not discuss the

23   case among yourselves or with anyone else.  Thank you.

24   LUNCHEON RECESS AT 12:20 P.M.

25                             AFTER RECESS

1          THE COURT:  Redirect, Mr. Lescht.

2                  REDIRECT EXAMINATION

3  BY MR. LESCHT:

4   Q.    Ms. Caschetta, I want to ask you first about a question

5  you were asked regarding the codes.  I think it's called an

6  NASC [sic} code where Mr. Salb was suggesting or he asked

7  about.  Does this cover technicians or does this cover coders?

8  Can you explain what that meant and what the significance of

9  it is to this case?

10  A.    The NAICS code is the industry classification that is

11  assigned by the Government to the procurement for the majority

12  of services that would be provided under the contract.  And

13  under this procurement, it's classified under professional,

14  scientific and other administrative services, specifically for

15  office administration services.

16  Q.    So, what is the -- what was the -- were the people you

17  were supposed to supply technicians?

18  A.    Well, they were -- they provided for informational

19  purposes what the wage would be if the Government had to fill

20  positions themselves for people to do comparable -- what they

21  said would have been, on their end, what they would have had

22  to do.

23  Q.    And you all determined that you needed different

24  people?

25  A.    Correct.  We determined that the nature of the work

1    that would have to be done would have to be done by a more

2    highly skilled more experienced person.  And the nature of

3    their duties were going to be different than a person who has

4    a job description that falls within that wage determination

5    category.

6        Q.    Now, in regards to your testimony about the

7    communications with the contracting officer about the

8    exemption from the Wage and Hour law.  Was it your -- I

9    believe it was your testimony that you had these conversations

10   with Kim Barnes and Vivian Detter; is that right?

11       A.    Yes.

12       Q.    And how did those conversations go?

13       A.    Well, essentially, it's really up to the contractor how

14   they classify their labor.  Whether you believe your labor is

15   exempt or nonexempt based on the duties and responsibilities

16   you're going to have them perform.  The Government's

17   responsibility is to apply -- to put onto a contract whether

18   or not it could fall under the Service Contract Act given

19   certain provisions of those, like certain types of duties or

20   certain functions that those individuals are going to be

21   performing.

22       Q.    And you requested this verbally?

23       A.    Yeah.  So what we did is we informed them that based on

24   what they had described to us of the work that was going to

25   have to be done -- this was Kim Barnes, basically, that this

1   is not somebody who is a medical record clerk, which was one

2   of the categories they had mentioned, and it's not

3   specifically what a medical record technician would be doing

4   in the traditional medical record department.  And they said,

5   I mean, Kim Barnes said, that's fine, put down in writing what

6   you --

7                    MR. SALB:  Objection; hearsay.

8                    THE COURT:  No, overruled.  It's being offered not

9   for the truth of it's contents but to explain the behavior and

10  why the company reached the decision that it did.  Overruled.

11                   THE WITNESS:  So, we wanted to make sure she was

12  fully aware of how we were intending to staff the project, and

13  that's what we did.  We put it in -- Christopher Mendez put it

14  in writing, and subsequently when Mr. Molina was given a

15  different follow-on contract -- a purchase order to sign,

16  after the initial contract was over, he wrote it in.  He also

17  wrote into the documents.  But that was to make them aware of

18  how we were doing things.  Okay.

19  BY MR. LESCHT:

20   Q.   So, let me just return for a minute to Defendants'

21  Exhibit 5.  This is a letter from Mr. Molina to Vivian Detter.

22  Vivian Detter is the contract representative that you talked

23  about before?

24   A.   Yes.

25   Q.   And I'd just point out here in the second --

1          MR. LESCHT:  Defendants' Exhibit 5 was put in

2   yesterday.

3          THE COURT:  Do you offer it now?

4          MR. LESCHT:  Yes.

5          THE COURT:  It's admitted.

6   BY MR. LESCHT:

7   Q.   Defendants' Exhibit 5.  I have a highlighted portion

8   here where it says:  Please note -- before, though, it states,

9   this is a letter from Mr. Molina to Ms. Detter, it says:  As

10  we discussed on the telephone, please note the handwritten

11  changes on Pages 19 and 20.  Do you see that?

12  A.   Uh-huh.

13  Q.   Do you see that, Ms. Caschetta?

14  A.   Yes, I do.  I'm sorry.

15  Q.   So, Mr. Molina, I take it, was having conversations

16  with Ms. Detter as well?

17  A.   Yes.

18  Q.   And Pages 19 and 20 reflect the handwritten notes where

19  he put in the waiver of the Wage and Hour law, correct?

20  A.   And essentially had told him, write in what your

21  changes are --

22          MR. SALB:  Objection.

23          THE COURT:  All right.  It's not responsive.

24  Sustained.

25  BY MR. LESCHT:

1    Q.    So, let me turn to one -- a different subject.

2    A.    Uh-huh.

3    Q.    You and Mr. Molina were asked about the work -- I'll

4  call it work product that was generated by Ms. Cunningham and

5  Ms. Radtke.  Is there any reason for your company to be given

6  the work product from these medical records?

7    A.    No.  Actually, they would not give us the work product

8  ever because it's supposed to be -- first of all, there is

9  protected health information in some of the materials that are

10  there.  Secondly, the work was done at the site.  The only

11  time we had stuff in our hands is if we were preparing for

12  somebody, a briefing ourselves.  Other than that, the things

13  never left Walter Reed.  They would stay there on-site, like

14  they do on most -- like when you're doing work for a

15  government client, they don't want you necessarily taking the

16  things out of the government offices.

17            MR. LESCHT:  Thank you.  I have no further

18  questions.

19            THE COURT:  You may stand down, ma'am.  Please call

20  your next witness.

21            MR. LESCHT:  We call Carmen Cunningham.

22  Thereupon,

23                      CARMEN CUNNINGHAM,

24  the witness, having been first duly sworn, was examined and

25  testified as follows:

1                      DIRECT EXAMINATION

2    BY MR. LESCHT:

3     Q.   Ms. Cunningham, would you state your name and home

4    address.

5     A.   Carmen Cunningham, 13009 Scalp Duck Court, Upper

6    Marlboro, Maryland  20774.

7     Q.   Ms. Cunningham, I show you what's marked as Defendants'

8    Exhibit 9.  Is this the contract you signed to become employed

9    by Lifecare?

10    A.   It's a little blurry.

11    Q.   It's hard to read on that screen?

12    A.   It is.  Thank you.  It appears to be.

13    Q.   Pursuant to this contract, you went to work for

14   Lifecare, correct?

15    A.   Correct, yes.

16    Q.   I'm going to show you what is marked as Defendants'

17   Exhibit 7.  This is hard to read.

18             THE COURT:  She has a copy of the exhibits right

19   there.

20             THE WITNESS:  Oh, okay.

21             THE COURT:  There are --

22             THE WITNESS:  These folders?

23             THE COURT:  Those large booklets.  You'll see they

24   have labels on the front, one is Defendants' exhibits, the

25   other is plaintiffs' exhibits.

1           THE WITNESS:  Which are you referring to?

2    BY MR. LESCHT:

3    Q.    Defendants' Exhibit 7.

4    A.    7?

5           THE COURT:  7.

6           THE WITNESS:  Yes, I have it.

7    BY MR. LESCHT:

8    Q.    And is this your resume?

9    A.    This appears to be a resume of mine.

10   Q.    Did you graduate from Columbia Union College with a

11   Bachelor of Science in Healthcare Administration?

12   A.    Yes, I did.

13   Q.    Before that did you go to Prince George's County

14   Community College and receive an Associate's degree in Health

15   Information Technology?

16   A.    Yes, I did.

17   Q.    Are you a Registered Health Information Technician?

18   A.    Yes, I am.

19   Q.    And what is required to attain that title?

20   A.    To attain an Associate's degrees program and you'll be

21   eligible to sit for the exam.

22   Q.    And are you required to sit for the exam every couple

23   of years?

24   A.    No.  You sit for the exam once and you are required to

25   get continuing education credits to maintain your credentials.

1    Q.    How many continuing education credits are you required
2  to get?
3    A.    Twenty on a two-year span.
4    Q.    Have you maintained that certification?
5    A.    I have.
6    Q.    And do you have a Certificate in Physician Office
7  Medical Billing?
8    A.    I received that in 1999 after completing my Associate's
9  degree.
10   Q.    And it states here that you're eligible for Certified
11 Coding Specialist and Registered Health Information
12 Administration exams; is that right?
13   A.    Say that again.
14   Q.    If you follow along with me on the top of your resume,
15 the next item underneath Certificate in Physician Office
16 Medical Billing says, eligible for Certified Coding
17 Specialist?
18   A.    Yes.
19   Q.    Did you take those exams?
20   A.    I took the Registered Health Information Administration
21 exam.
22   Q.    So, are you now a Registered Health Information
23 Administrator?
24   A.    No, I'm not.
25   Q.    And below that it says that you went to nursing school

1    for two years; is that right?

2      A.    It is.

3      Q.    Okay.  Now, moving down, from December of 2001 to

4    November 2002, did you work at Howard University Hospital?

5      A.    Yes.

6      Q.    And did you work in the business operations as a

7    financial specialist?

8      A.    Yes.

9      Q.    It states here you were responsible for coding and

10   reviewing documentation of inpatient/outpatient and clinic

11   medical records; is that right?

12     A.    Yes.

13     Q.    And it says here also that you audited claims for

14   correct usage of various acronyms and codes; is that right?

15     A.    Yes.

16     Q.    And you analyzed patient accounts for proper charge

17   entry and account balance; is that right?

18     A.    Yes.

19     Q.    And is everything under your description here for

20   Howard University Hospital, correct?

21     A.    Correct.

22     Q.    And before Howard, it says here you worked for

23   Professional Billing International, Inc., as a compliance

24   officer/health data coder; is that right?

25     A.    Yes.

1  Q.   And here it says that you reviewed, analyzed, audited

2  and reported findings of an internal audit, prepared verbal

3  and written reports from medical personnel and audits, trained

4  medical personnel on proper medical and chart documentation,

5  reviewed physicians' documentation for compliance according to

6  Medicare/Medicaid and commercial insurance guidelines; is that

7  right?

8  A.   Yes.

9  Q.   And is everything under the description for

10  Professional Billing, correct?

11  A.   Yes.

12  Q.   And before that job you worked for Dr. William Ebbs as

13  office manager and benefits coordinator; is that correct?  On

14  the second page -- top of your second page?

15  A.   That's correct.

16  Q.   And here it says that you supervised a support staff of

17  eight and three multi-specialty dentists.  Is that what you

18  did?

19  A.   Yes.

20  Q.   Is everything under that description correct?

21  A.   Yes.

22  Q.   And before you joined Dr. Ebbs, it says for a year --

23  about a little less than a year you worked for Institutional

24  Dental Care in Washington, D.C., as a clinical and dental

25  billing coordinator.  If you read that description, is

1  everything there correct?

2  A.   Correct.

3  Q.   And before that job, it says here, 9/97 to the present

4  you worked at At Your Service as a medical billing/coordinator

5  responsible for third-party billing, claim submission,

6  electronically and manually, verify the proper uses of certain

7  codes, payments posting benefits to the client's account.  Is

8  that an accurate description?

9  A.   That was a discrepancy in my resume that -- I'm not

10  sure.  When I was depo'd on this before, this was not part of

11  my resume.  This appeared on my resume now, but I'm not quite

12  sure how that got on the --

13  Q.   This is your resume?

14  A.   Like I said, when I started, it appeared to be a copy

15  of my resume.

16  Q.   So, below this then we've got from 1/96 to 7/97 that

17  you worked at Madison Dental Associates in Albany, New York,

18  as an assistant office manager/dental assistant?

19  A.   Correct.

20  Q.   Is the description you have there correct?

21  A.   Yes, it is.

22  Q.   Then you have various internships listed?

23  A.   Uh-huh.

24  Q.   Are they accurately reflected here?  It says you worked

25  at Montgomery General Hospital in Olney, that you worked at

1   George Washington University Hospital, at Shady Grove and

2   St. Peters Hospital.  Are these all accurate?

3      A.   They are.

4      Q.   And at the bottom it says that you're a member of the

5   American Health Information Management Association?

6      A.   Yes.

7      Q.   Is that correct?

8      A.   Correct.

9      Q.   So, now let's turn to the description of what you did

10  while you worked for Lifecare.

11     A.   Yes.

12     Q.   Is everything that you've written here correct?

13     A.   Yes, it is.

14     Q.   Okay.  So, can you give a good description of what your

15  responsibilities were for outpatient and clinic professional

16  services coding, auditing of clinical documentation, auditing

17  of coding personnel performed by providers -- I'll break them

18  down since it's a long sentence.

19              Give us a good description of what you did, where

20  it says you were responsible for outpatient clinic

21  professional services coding.

22     A.   Yes.  I will go and capture a medical record from the

23  department in which I was responsible for coding.  I would

24  review that document.  It was broken down into like a SOAP

25  format, which is the subjective, objective, the assessment and

1    the plan.  I will look at the assessment portion of the

2    document, that was the area the provider would give us his

3    diagnoses.  I would then have that diagnosis translated into a

4    numeric code and put that on the form.

5                 I would go back and reassess the exam, the

6    decision making, and provide an E&M level.  And that was the

7    actual code that they used for reimbursement purposes.

8    Q.    What about the services you provided where you

9    described this as auditing of coding performed by providers?

10   A.    That was a validation.  The providers were already --

11   was doing the coding in their departments because they were

12   collecting RVUs.  So, I would actually go into the system and

13   look at the records that they already coded and to see if it

14   matched up with the codes that were in our coding books to

15   make sure that was appropriate.

16   Q.    Now, were you reviewing these to determine if there

17   were errors made?

18   A.    Yes.

19   Q.    And who had prepared those?  Is that the records

20   prepared by the physicians at Walter Reed?

21   A.    Correct.  The providers already would code these

22   documents.

23   Q.    So you were reviewing for accuracy work that was

24   performed by physicians at Walter Reed; is that right?

25   A.    I was reviewing the documentation in the medical record

1  that the providers put in the information system to verify

2  that the codes were what I will have put on the record for

3  accuracy.

4      Q.   And if you found that one of the providers -- one of

5  the doctors there had made a mistake, would you correct it?

6      A.   I would correct that code and release it for billing.

7      Q.   And when you mention the word RVUs, what does that

8  stand for?

9      A.   Relative value unit, and that was something that they

10  used to record their budget for the year -- internal budget

11  for the year.

12      Q.   And how did the medical coding services you provided

13  impact the RVUs of the physicians at Walter Reed?

14      A.   Based on the level of services that were rendered,

15  which was the Evaluation and Management Service code, it was

16  arranged from a 1 through a 5, a 99.211 through 5, and those

17  particular codes had a dollar value attached to it based off

18  of the insurance reimbursement, and that's how the insurance

19  would get paid.

20           So, they would take that -- they had their own

21  formula -- some formula that they already put in the system,

22  and they would times that and they would get a rate or what

23  they would get per year for their department overall.

24      Q.   Now, you've written down here that your work requires

25  providing ongoing feedback to physician providers on areas for

1    improvement with regard to documentation and coding.  Does

2    that mean that -- is that the training that you provided to

3    the doctors as to how they should be doing their work?

4        A.   It wasn't actually training.  What it was is -- since

5    they have such a large turnover with the military

6    installation, there was an influx of new residents, so we had

7    to go back and reintegrate -- teaching facility -- how to

8    apply the GME guidelines, who was a privileged provider, who

9    had the privilege to document and who did not have the

10   privilege to document.

11            All of their records that were coded they used

12   for billing purposes, which a lot of them were not billable

13   accounts, they were just used for RVUs purposes -- for their

14   internal RVUs purposes, and not for actual reimbursement from

15   the insurance company.

16       Q.   Is what you're saying that -- the work that you did in

17   coordination with the doctors there was used by the hospital

18   to determine how much money they needed to put in their budget

19   year over year for the medical services that were given to

20   their patients?

21       A.   You could say that.

22       Q.   Now, you say here that you served as a lead coder to a

23   team of the company's coding specialists.  Now, how many

24   coding specialists did you supervise?

25       A.   I was a lead point of contact.  Supervise -- you can

1    use that term broadly.  I was the point of contact for coders

2    coming on-site, helping them to get acclimated to the process,

3    where to get their CAC card, where to take their picture.  To

4    show them where to find their department, which they were

5    going to work in if they were having problems.  Where the

6    cafeteria was to have lunch.  Where the closest restrooms

7    were.

8            So, I was more of a point of contact in the event

9    that if somebody had a question, we were all colleagues; we

10   were all trained in the same area.  Coding is a very

11   subjective type of profession, so we feed off each other.

12   There was things that I may need answered that I had a

13   question to, and vice versa.

14   Q.    So, were you their supervisor?

15   A.    Again, that term supervisor, I was told that I was to

16   supervise these individuals.

17   Q.    So, let's look now at Defendants' Exhibit 6.

18   A.    Sure.  6.

19   Q.    6.  And Exhibit 6 is another resume.

20   A.    Uh-huh.

21   Q.    And look at the top, it's got your home address and

22   your name.

23   A.    Yes.

24   Q.    And, again, before we turn to Walter Reed's

25   description, you have 2001 to 2002, worked at Howard

1    University Hospital as an AFC Coordinator/Business Operations

2    Financial Specialist, and you've got bullet points there.  Is

3    everything that you've described underneath Howard University

4    Hospital correct?

5      A.    I may have revised my resume because I'm always

6    currently looking for opportunities.  So, yes, I would say.

7      Q.    And then you have a description, again, for

8    Professional Billing International, the job you had before

9    Howard University.  Is what you've written down there in these

10   bullet points accurate?

11     A.    I would say they are.

12     Q.    And the same question in regards to the previous job to

13   that with Ebbs & Associates; is that correct?

14     A.    I would say yes.

15     Q.    And below there it says, again, that you went to

16   Columbia Union College, you received a BS in Healthcare

17   Administration, correct?

18     A.    Yes.

19     Q.    That's accurate.  And then you have down there Prince

20   George's Community College and Maria College where you went

21   for nursing; is that accurate?

22     A.    Yes.

23     Q.    And, now, turn to the first page.  Let's go over what

24   you have written down here for what you did at Walter Reed.

25     A.    Uh-huh.

1    Q.   Well, first thing in bold you have, it says:  Senior

2  Coder/Supervisor.  So, again, I ask you -- were you a

3  supervisor?

4    A.   I was told by Ms. Caschetta that I would supervise a

5  team of coders.

6    Q.   And here -- you say in here in your description that

7  you supervised a staff of nine coders; was that accurate?

8    A.   That's what it says.

9    Q.   Well, Ms. Cunningham, this is your resume written in

10  your own hand.  I'm simply asking if the bullet point that you

11  have down here states that you supervised a staff of nine

12  coders was accurate at the time you wrote it down?

13    A.   That's what it says.

14         MR. LESCHT:  Judge, I'd ask for a yes or no answer.

15         THE COURT:  I think that's fair.  Is that a

16  truthful statement?  Did you supervise a staff of nine coders?

17         THE WITNESS:  I supervised -- I was told that I was

18  going to supervise a staff of nine coders and that I was the

19  point of contact.  So, when you say have I supervised, I was

20  told that I was to supervise a staff of nine coders.

21  BY MR. LESCHT:

22    Q.   Well, Ms. Cunningham, I'll ask the question again.

23  This resume is written by you, and it says that you supervised

24  a staff of nine coders.  Did you supervise a staff of nine

25  coders during the time that you worked at Walter Reed Medical

1    Center?

2       A.    Again, I was told my Ms. Caschetta that I would

3    supervise a staff of nine coders and I did what I was told.

4       Q.    Well, Ms. Cunningham, this resume was not written by

5    Ms. Caschetta, was it?

6       A.    No, it was not.

7       Q.    It was written by you?

8       A.    Yes, it was.

9       Q.    And, in fact, this resume -- under Experience, it says,

10   for your job with Walter Reed, it says 2002 to the present; do

11   you see that?

12      A.    Correct.

13      Q.    So, you prepared this resume from what appears at the

14   time you were actually working at Walter Reed; isn't that

15   right?

16      A.    Yes, it was.

17      Q.    And you wrote down that you supervised a staff of nine

18   coders.  And, again, if you could just give me a yes or no

19   answer, did you in fact supervise a staff of nine coders?

20      A.    It's not a yes or no answer.  I was told by

21   Ms. Caschetta --

22            MR. LESCHT:  Judge, I move to strike as

23   nonresponsive.

24            THE COURT:  Let her finish her answer.

25            THE WITNESS:  I was told by Ms. Caschetta that my

1    responsibilities and my duties would be to supervise the

2    coding staff at Walter Reed Medical Center, and that these

3    will be some of my responsibilities and duties while on-site,

4    along with other responsibilities and duties.

5                  MR. LESCHT:  I move as nonresponsive.

6                  THE COURT:  Well, you have your answer.  Please

7    move on.

8    BY MR. LESCHT:

9     Q.   So, can you tell us what job duties did you do to

10   supervise nine coders?  Did you review their work, schedule

11   them, train them; what did you do?

12    A.   I was a medical coder; I coded a specialty department,

13   general surgery and breast care.  And I also worked in the

14   third-party sector working with the third-party claims, which

15   were all of the billable accounts.

16                 MR. LESCHT:  Judge, I move to strike.

17   BY MR. LESCHT:

18    Q.   I asked:  What do you do as part of the your duties as

19   a supervisor?

20    A.   I was a medical coder.  I coded third-party insurance

21   claims, as well as general surgery, as well as breast care.

22    Q.   Well, Ms. Cunningham, you wrote down that you worked as

23   a supervisor.  I've asked you what you did as a supervisor,

24   and I'll ask again.  What was it -- what were your

25   responsibilities -- what did you perform as a supervisor that

1   you've written down here on your resume that you submitted to

2   other companies seeking to get employment?

3   A.   I helped with the mentoring of other coders.  I had no

4   authority to audit any other coder.  I only performed audits

5   of my own department; I supervised that.  I supervised the

6   ordering of my assessment as far as the outpatient claims for

7   a third-party.  I coded inpatient claims and audited those

8   claims for reimbursement purposes.

9            MR. LESCHT:  Your Honor, I move to strike most of

10   that as nonresponsive.  I just get repeated answers without

11   answering the question that I'm asking.

12            THE COURT:  Motion is granted.  Try again.

13   BY MR. LESCHT:

14   Q.   Okay.  So, let's go down the list here -- we'll get

15   back to supervising, but let's -- the next bullet point is

16   perform data quality reviews on outpatient encounters; did you

17   do that?

18   A.   Yes, that's coding electronic -- a paper record for the

19   specialties that I was in charge of.

20   Q.   What is a data quality review?  Are you reviewing

21   somebody else's work?

22   A.   I'm reviewing the providers' information that they put

23   in their medical record and I'm verifying whether the codes

24   that they chose are actually right.

25   Q.   And the next states that you oversaw the coding for OIB

1    reimbursement claims.  Is that accurate?

2      A.    OHI.  Other insurance health insurance claims, and that

3    is third-party.

4      Q.    Did you oversee the coding for that?

5      A.    I oversaw the actual claims that came through that had

6    edits on -- in the billing department when they had a problem

7    with a bill.  I would see that bill, fix the bill, and have

8    them resubmit the bill for reimbursement.

9      Q.    The next point here you have monitor OHI claims for

10   reimbursement.  Did you do that?

11     A.    That was the reimbursement again for other health

12   insurance.

13     Q.    The next bullet point says that you provided training

14   and teaching to physicians of proper documentation for

15   Evaluation and Management coding.  Is that accurate?

16     A.    I did.  The providers -- that was the verification of

17   when they would enter information to the medical record.  If

18   there was a problem with a trend that I might have been seeing

19   that they forgot to put in a procedure note or if they added

20   something that should not have been there, I would let them

21   know that that needed to be corrected, provide them

22   information based on the conventional coding guidelines from

23   our books to help them to not to continue to make that

24   mistake.

25     Q.    So, did you in fact provide training and teaching to

1   physicians of proper documentation?

2    A.   I provided them with information from our medical

3   coding books.  I provided them with the information that was

4   needed to help them document --

5    Q.   My question is:  As written, did you in fact provide

6   training and teaching to the physicians of proper

7   documentation?

8    A.   Yes, I provided documentation from our coding books.

9    Q.   Okay.  I'm going to stop you there for a second.

10    A.   Sure.

11    Q.   You remember being deposed?

12    A.   Yes.

13    Q.   On Page 79, Line 21, I asked you under oath --

14         THE COURT:  Please use quotes.

15         MR. LESCHT:  Quote.

16         THE COURT:  It's not in the book.

17   BY MR. LESCHT:

18    Q.   Quote:  Did you in fact provide training and teaching

19   to physicians on proper documentation?  Answer:  No, I did

20   not.  End quote.  Which is it?

21    A.   I provided documentation for them from our coding books

22   based on conventional coding guidelines to help them with

23   documenting in the medical record properly.

24    Q.   Well, just about five seconds ago I asked you here if

25   you provided training and teaching to physicians of proper

1    documentations, you said you did.  But when were you deposed

2    under oath previously you said you didn't, so --

3        A.    I may have misunder --

4        Q.    -- were you telling the truth back at the deposition or

5    are you telling the truth today?

6        A.    I may have misunderstood your question back then, it's

7    been such a long time ago.  But I have provided documentation

8    to the providers on documenting in the medical record when

9    there was a question of ambiguous information.

10       Q.    Okay.  So, the next bullet point says that you provided

11   coding support for several multi-specialty providers.  Is that

12   accurate?  Did you do that work?

13       A.    General surgery and breast care.

14       Q.    Are those multi-specialty providers?

15       A.    Those are.

16       Q.    The next bullet point says that you provided

17   assessments and audits for specialty clinics.  Did you do that

18   work?

19       A.    I did.

20       Q.    And, again, at your deposition, Page 80, Line 6, quote,

21   I asked you this question.  Quote:  Did you provide

22   assessments and audits for specialty clinics during the time

23   that you worked at Walter Reed?  Answer:  No, I didn't.

24   Again, were you telling the truth at your deposition?

25       A.    Again, I must have misunderstood your question.  But,

1    yes, part of our --

2              MR. LESCHT:  Judge, I'd like to --

3              THE COURT:  Let her finish her answer and then you

4    can take up -- please, go ahead, Ms. Cunningham.

5              THE WITNESS:  Yes.  Part of our feedback to our

6    providers was to give them feedback on something that we may

7    have been seeing over a period of time.  So, when we do these

8    assessments and audits of these records that these providers

9    were coding, we would give them information on what we were

10   seeing in the record.

11             For instance, a provider may have -- a patient may

12   have came into the door with -- fell down and sprained their

13   ankle -- with a hurt ankle, I should say.  After the doctor

14   has assessed the patient, taken the x-ray, he determined it's

15   a sprained ankle.  Tell the patient to go home with some

16   aspirin and an Ace bandage.

17             But along the side he may have put a note:  Could

18   have been a contusion.  A contusion and a sprained ankle are

19   two separate codes.  So, I would have to get clarification

20   from him.  Is this a contusion or is this a sprained ankle.

21   So, my auditing of his record and providing him with training,

22   per se, I will say, I would need you to be clear, either one

23   or the other, it can't be both.  So, that would be the

24   auditing and the assessment that I performed for that

25   particular specialty.

1   BY MR. LESCHT:

2      Q.   Now, Ms. Cunningham, the knowledge that you put to work

3   in this job that you've just described, it sounds like this

4   comes from all of the relevant work experience that you had,

5   the training, the certifications, that enabled you to make

6   these determinations in order to speak to these physicians and

7   tell them what they were doing was right or wrong; isn't that

8   right?

9      A.   It's what you're trained in from day one.  It's

10  something that -- that's what they train you to do.  It's not

11  something that you don't know how to do.  It's what you're

12  trained to do from taking the course -- going through a

13  program, whether it's a six-month program or a two-year degree

14  program.  That's exactly how they train us to use our coding

15  books, to make a determination with the provider information

16  on what codes to select.

17     Q.   And in your case you had been to nursing school.  You

18  had quite a bit of experience before you joined Lifecare.  You

19  had been at Howard University doing this type of work.  And,

20  so, it sounds to me like it was this experience that you had

21  previous to coming to Lifecare that put you in a position to

22  be able to audit and make assessments as to what was right and

23  what was wrong.

24     A.   That was coding.  That's what coding is.

25     Q.   Let me just back to this question because I don't quite

1    understand why I got a different answer at your deposition,

2    but I'll just read it to you again.  It's Line 80 [sic].

3        A.    Uh-huh.

4        Q.    Line 6.  Question.  Quote:  Did you provide assessments

5    and audits for specialty clinics during the time that you

6    worked at Walter Reed?  Answer:  No, I didn't.

7                    Do you see that?

8        A.    I do.

9        Q.    Okay.  So your testimony today has changed, I guess; is

10   that right?

11       A.    Yes, it has.

12       Q.    All right.  Let's take a look at Defendants'

13   Exhibit 13.  Can you turn to that in your book?

14       A.    I have -- 13 --

15       Q.    You know, 13 has got a lot of documents in it.  Let me

16   hand you a copy of this.

17       A.    Oh, no, no, I got it.

18             THE COURT:  You're looking at your resume.

19             THE WITNESS:  Uh-huh.

20   BY MR. LESCHT:

21       Q.    I'll hand you a copy.

22       A.    I have it.  Is this it?

23       Q.    Yes.

24       A.    Is it the same thing?

25       Q.    I don't know.  It's 13.  Hang on to it.  I have

1    multiple copies.

2    A.    Okay.

3    Q.    So, 13 is another resume of yours?

4    A.    Uh-huh.

5    Q.    And I take it that the name on top with the home

6    address is correct.

7    A.    It is.

8    Q.    And the educational background, is that accurate?

9    A.    It is, yes.

10   Q.    Employment history.  Here it says from April 2005 to

11   the present you have been working at the Washington Dental

12   Studio as an office manager, and you have a series of bullet

13   points there.  Is that all accurate?

14   A.    It is.

15   Q.    Turn to the second page.  You've got Howard University

16   Hospital with a series of bullet points.  Is that all

17   accurate?

18   A.    Yes, it appears to be.

19   Q.    Below that, again, you have a description of the work

20   that you did at Professional Billing; is that accurate?

21   A.    Yes, it appears to be.

22   Q.    Same with Dr. Ebbs?

23   A.    Yes.

24   Q.    And on the last page you've got a series of

25   internships, it looks to be similar to what we saw before, and

1  your memberships.  Is this all accurate?

2    A.   Yes.

3    Q.   So, now let's turn to your description of what you did

4  while you worked for Lifecare.  So, this says here under the

5  top, Senior Coding Supervisor.  Again, I ask you again, were

6  you a supervisor?  Did you supervise people while you worked

7  for Lifecare?

8              MS. KUNTZ:  Objection; asked and answered.

9              THE COURT:  Overruled.

10             THE WITNESS:  I wad told Ms. Caschetta that this

11  will be my title and my responsibility, so I chose to use this

12  on my resume because this is what I was told.

13  BY MR. LESCHT:

14   Q.   So, Ms. Caschetta told you that you were going to be a

15  supervisor; is that what you're saying?

16   A.   Ms. Caschetta told me that I will be a supervisor and

17  these were my job descriptions and responsibility.

18   Q.   And you've written down here -- the first bullet point

19  is supervise a staff of 22 coders; is that right?

20   A.   That's correct.

21   Q.   So, the previous resume where you talked about

22  supervising a staff, this one had 9 people, all right, and now

23  we have a resume that says you supervised 22 people.  So, did

24  the number of people you supervised increase?

25   A.   The number increased because this was a latter part of

1    the contract and more coders were on-site at that time, I'm

2    sure.  So, the number would have fluctuated based on the time

3    span.

4        Q.   What were your duties as a supervisor?

5        A.   My duties, technically, as a supervisor, was that of a

6    medical coder.  I was used by Ms. Caschetta to perform certain

7    acts on-site, and at the latter part of our contract because

8    she was no longer able to come on-site.  I was to act as her

9    liaison to help foster our contract -- to maintain our

10   contract.

11            So, I was a liaison person used by Ms. Caschetta

12   to interact with personnel on the military side to help

13   maintain our contract.

14       Q.   Okay.  So, you've identified yourself as a supervisor

15   on these three resumes, correct?

16       A.   Yes, I have.

17       Q.   And this one says that -- the next bullet point is that

18   you performed data quality reviews on outpatient encounters

19   for third-party insurance; is that accurate?

20       A.   That is coding for reimbursement of claims that was

21   sent out the door for reimbursement where they had problems.

22   When they had problems, I would look at those claims, I would

23   take those claims, fix those claims, and let the biller resend

24   them out for reimbursement.

25       Q.   I understand that, but my question is, is the bullet

1   point as written -- as you've written it -- is that

2   accurate -- is that an accurate description of the type of

3   work that you did?

4       A.   That's what I did.

5       Q.   Okay.  The next thing is that you audited third-party

6   reimbursement claims; is that accurate?

7       A.   I think I answered that question for you already.

8       Q.   Audited?

9       A.   Right.  That's when a claim that was being denied,

10  whether it was for coding purposes or whatever the reason may

11  have been, I audit that claim so that we can resend it back

12  out the door manually because we were probably against timely

13  filing issues.  So, it had to be sent out immediately.

14      Q.   Did you provide training to providers on proper

15  documentation and guidelines as written here in this next

16  bullet point?

17      A.   I provided documentation and training materials to

18  providers on proper documentation and coding guidelines.

19      Q.   Did you provide coding support for multi-specialty

20  providers?

21      A.   I coded breast care and general surgery and other

22  health insurance of third-party claims.

23      Q.   And you maintained Excel spreadsheets to track denials

24  and rejected claims?

25      A.   I did.

1    Q.    You provided weekly reports, correct?

2    A.    To Maria Caschetta.

3    Q.    Now, what we've seen here are three different resumes

4    of yours, and my question is -- is on any of these, unless I

5    missed something, I don't see on any of these a line item that

6    makes it sound like 80 percent of your day was sitting

7    there -- data entry.  Do you have data entry written down on

8    any of these three resumes under the descriptions?

9    A.    Part of the process for us coding that was already

10   incorporated.  If you looked at our time sheet, it had to be

11   broken down, like Ms. Caschetta mentioned earlier, for billing

12   purposes to the Government.  So, they broke down our coding,

13   our data entry, our meetings, our admin time for their

14   purposes, but that was part of our coding.  At one point -- go

15   ahead.

16   Q.    Is what you're saying that the descriptions that you

17   have on these three resumes like this one here and this one

18   here and this one here, this is a better description of the

19   actual work that you were doing while you were on-site at

20   Lifecare?

21   A.    Part of coding, because they had two different

22   information systems, we had to enter our codes into the

23   information system in order to count it for production

24   purposes.  If it wasn't entered into the system, we could not

25   count that record as coded.  So, yes, it was part of our

1   coding procedural set-up by Lifecare/Advanta for us to do on a
2   daily basis.
3     Q.   So, my question was:  Do these three resumes, the
4   descriptions that you have in these three resumes, is this a
5   fair description of the type of work that you did at Walter
6   Reed while you were working for Lifecare?
7     A.   Yes, I was a medical coder.
8     Q.   I show you a document that has been marked as
9   Defendants' Exhibit 14.
10          MR. LESCHT:  Judge, this is part of a big batch.
11  I can hand you the actual document.
12  BY MR. LESCHT:
13    Q.   Ms. Cunningham, this is a document that is entitled
14  Questionnaire for Nonsensitive Positions.  And what I'd like
15  you to do is to turn to the last page, the bottom of the last
16  page.  Do you see a signature there?
17    A.   I do.
18    Q.   Is that your signature?
19    A.   It is.
20    Q.   And above the signature, it states:  Certification that
21  my answers are true.  Do you see that?
22    A.   Yes.
23          MR. LESCHT:  Judge, I move for admission of
24  Defendants' Exhibit 14.
25          THE COURT:  It will be admitted.

1  DEFENDANTS' EXHIBIT 14 ADMITTED INTO EVIDENCE

2  BY MR. LESCHT:

3    Q.   So, I'm going to start with the last page here.  It's a

4  little hard to read, but I'll just read it.  Certification

5  that my answers are true.  Below it, Ms. Cunningham, just read

6  along with me.  It states:  My statement on this form and any

7  attachments to it are true, complete and correct to the best

8  of my knowledge and belief and are made in good faith.  I

9  understand that a knowing and willful false statement on this

10 can be punished by fine or imprisonment or both.

11            Is that correct?

12   A.   Yes, that's what it says.

13   Q.   Now, turn with me to Page 3.  This is employment

14 activities.  Do you see where it says for Number 2?

15   A.   I do.

16   Q.   11/02 to 4/05.

17   A.   Yes.

18   Q.   And this says you worked at Walter Reed?

19   A.   Yes.

20   Q.   And this is during the time that you worked for

21 Lifecare, correct?

22   A.   It was.

23   Q.   And can you read what it says under your position?

24   A.   Coding supervisor.

25            MR. LESCHT:  I have no further questions, Judge.

1                      CROSS-EXAMINATION

2   BY MS. KUNTZ:

3      Q.    Ms. Cunningham, I think we need to straighten out the

4   supervisor issue.

5      A.    Yes.

6      Q.    Could you look back at Defense Exhibit, I think, 14?

7   It's the one he was just looking at.

8      A.    This is 13.

9      Q.    Is it 13?  I'm sorry.

10           THE COURT:  No, it's 14.  Look at the first page.

11  It's 14.

12           THE WITNESS:  Okay.  Yep.

13  BY MS. KUNTZ:

14     Q.    You identified your position while you were at Walter

15  Reed while you were working for Advanta/Lifecare as coding

16  supervisor.  Why did you do that?

17     A.    Because I was told by Ms. Caschetta, one, that I was

18  going to be a coder supervisor.  I was offered a position once

19  Ms. Caschetta was no longer able to come on-site.  I believed

20  that I was a coding supervisor.  She gave me a list of

21  responsibilities, told me this was what I would do, and with

22  that I would be getting compensation for it.  So, with that --

23  I thought that's who I was.

24     Q.    So, you were told you were a coding supervisor and

25  before that your title had been what?

1    A.    Senior coder.

2    Q.    So, you were a senior coder and then you were told by

3  Ms. Caschetta that you were a coding supervisor?

4    A.    Correct.

5    Q.    And that's why you put it on this form?

6    A.    Correct.

7    Q.    Okay.  And when she gave you that job description, did

8  she give that to you in writing?

9    A.    No.

10   Q.    And what did she say your job description was?

11   A.    She told me that I will be assuming the role of

12  supervising a staff of coders.  I will have to maintain my

13  coding in my department.  I will do --

14   Q.    Excuse me; maintain your coding in your department?

15   A.    Yes.  I was still coding for my outpatient clinic,

16  breast care and general surgery.  And, also, I was, which was

17  most importantly, to continue to attend some meetings to help

18  them keep fostering and bridging the gap to collect more

19  clinics to perform coding services for --

20   Q.    We'll go into that in a minute, but tell me what other

21  duties she listed for you.

22   A.    I was a medical coder.  That was it.  I coded my

23  day-to-day coding.  I did my data entry.  I did my

24  verification of my providers.  I would provide them with

25  feedback in the event that they had any questions regarding

1   some of their claims.  A lot of the providers in the

2   department -- once we acquired a clinic, they always had

3   higher RVUs, so they had a higher rate for their internal

4   overhead funding.

5           When a coder went to that department, of course,

6   once we assessed and did our coding, the codes were dropped,

7   which means the RVUs would drop, which means the funding for

8   the year would drop.  They would have a problem with that.

9   So, they wanted to know -- the coder didn't know what she was

10  doing.  The coder decreased our money -- our budget for the

11  year.  So, we don't want a coder in our department because

12  they didn't know what they were doing.

13          So, we had to explain to them, based off of the

14  guidelines in our books, how we reached the level of services

15  that were being performed.  So, we would show them, based off

16  of their documentation that they presented, why we came up

17  with this particular diagnosis and/or evaluation and

18  management code, and showed to them -- if they wanted to get a

19  higher rate of reimbursement or RVUs, per se, that they would

20  have to document according to the guidelines in the book and

21  they can get that higher rate of reimbursement.  Otherwise, we

22  would have to go based on their documentation into the system,

23  and then that would then drop a bill for rate of reimbursement

24  from the insurance companies.

25  Q.   Okay.  So, let's talk about this term "supervisor".

1   You were told you would supervise the work of other coders.

2   Now, was this all of the other coders?

3       A.    This was outpatient, and it was more or less I was a

4   mentor towards these coders.  I would provide them with -- if

5   they had a question about something, if I can get the answer

6   for them.  If I couldn't, I would go to my supervisor, who was

7   Diana Brown.  If not, I would call Maria, but that was to help

8   them get acclimated to Walter Reed, since it was a new job for

9   them.  I supervised, like I said, that term supervisor was

10  bestowed on me in a sense where in order for me to attend some

11  of these meetings, I had to be part of management, per se.

12      Q.    I want to go there, but first let's talk about your

13  relationship with the other coders, the 22 --

14      A.    We were colleagues.

15      Q.    So, with respect to the other coders, you say that you

16  mentored them.  You would answer questions, but would you

17  evaluate their work?

18      A.    No, I didn't evaluate their work.

19      Q.    Did you discuss evaluations of their work with

20  Ms. Caschetta?

21      A.    No.

22      Q.    Did you have any role in hiring them?

23      A.    No.

24      Q.    In terminating them?

25      A.    No.

1    Q.    In recommending them for promotion?

2    A.    No.

3    Q.    Did you discuss their employment with Ms. Caschetta or

4    anyone else in management?

5    A.    No, we were colleagues.

6    Q.    Did you recommend pay raises?

7    A.    No.

8    Q.    Bonuses?

9    A.    No.

10   Q.    Did you review their time sheets?

11   A.    No.

12   Q.    Did you assign them to particular clinics?

13   A.    No.

14   Q.    Did you schedule them?

15   A.    No.

16   Q.    Did you have any decisional role in staffing?

17   A.    No.

18   Q.    Who did do those things?

19   A.    Maria Caschetta and Diana Brown.

20   Q.    Okay.  So, let's talk about these meetings.  Attending

21   some sort of meetings was part of the job duties you were

22   told -- when you were told you were supervisor?

23   A.    I was asked to represent -- to be a representative for

24   Ms. Caschetta during these meetings.

25   Q.    First of all, what were these meetings?

1       A.    These were weekly meetings or biweekly meetings on

2   whenever a meeting wanted to occur in the hallway or cafeteria

3   or if a lieutenant or a colonel or a master sergeant had a

4   question regarding something, they would ask a question.  I

5   was to say to them that I will -- our favorite quote was:  I

6   will research that and get back to you.

7       Q.    And why would you say that?

8       A.    Because I had to take that question back to

9   Ms. Caschetta to tell her what they asked, and then she would

10  give me direction on how to proceed.

11      Q.    So, I'm a little confused.  Were these formal called

12  meetings with agendas or were these hallway encounters?

13      A.    No.  They were formal meetings with agendas.

14      Q.    Let's talk about those, first of all.  Who would attend

15  these meetings?

16      A.    There would be colonels.  There would be the master

17  sergeant, department heads, department managers, myself.

18      Q.    What were the issues?

19      A.    It would be a number of things.  It could be why a

20  clinic was not in compliant.  Why are they trying to pick up

21  other clinics for coding?  Why a particular department had a

22  coder and another department didn't have a coder who was

23  responsible for doing the coding.  Was it going to be on a

24  full-time basis, a part-time basis?  Could the person come and

25  do an assessment of the department.

1              There could be a range of variations, data

2    quality.  Why there was things sitting out on the system that

3    wasn't being coded and why it was sitting there for a long

4    period of time and who was responsible for it.  Who was not

5    responsible for it.  It could have been a range of things.

6    Q.   And you attended these meetings as part of your new

7    supervisory duties?

8    A.   I attended these meetings so that I can get the

9    information about what was going on, the process that was

10   going on on the grounds of Walter Reed, and take that

11   information back to Ms. Caschetta, so then she can formulate

12   whatever process that they needed to formulate to implement

13   into Walter Reed.

14   Q.   So, at the meetings themselves, did you participate in

15   the discussions?

16   A.   As far as asking the questions that was asked of me by

17   Ms. Caschetta.

18   Q.   Explain that to me.

19   A.   There would be an agenda.  Ms. Caschetta would know of

20   the agenda and she would provide me with a list of questions.

21   Q.   How would she provide you with a list of questions?

22   A.   Verbally tell me.

23   Q.   Face-to-face?

24   A.   On the phone.  Ms. Caschetta was no longer allowed

25   on-site of Walter Reed at this point of the contract, so we

1  spoke on the phone a lot.

2  Q.   When you say she would give you a list of questions,

3  would she actually formulate them as full questions?

4  A.   Yes, she would give me a list of questions.  I would

5  write them down.

6  Q.   Okay.  And what would you do with these questions?

7  A.   I would ask these questions in the meeting.

8  Q.   Would you read what you had written down?

9  A.   Yes.

10  Q.   Would you put them in your own words?

11  A.   No, I would read verbatim from what she asked me.

12  Q.   Would you explain what she was asking or would you just

13  read them?

14  A.   I didn't have the power to really explain them.  I

15  would ask the question, I would get the answer verbatim, write

16  it down, and once the meeting was over I would call

17  Ms. Caschetta and give her that information.

18  Q.   Did you have anything else to do with these meetings?

19  A.   Just to attend the meeting.

20  Q.   Did you participate in any of the policy formulation at

21  these meetings?

22  A.   No, I didn't have any power or authority to formulate

23  any policy and procedure.

24  Q.   What if you were asked a question at these meetings,

25  how would you respond?

1    A.   I was told to say that I would research that and get

2  back to you.

3    Q.   Who told you to say that?

4    A.   Ms. Caschetta.

5    Q.   Did it ever happen that this was a hallway meeting

6  where you were asked to respond?

7    A.   Yes.  There was Sergeant First Class Mason who was the

8  NCOC, the noncommissioned officer of MRAD, which is the

9  Medical Record Administration Department.  On the military

10  side, there was a concept that they were trying to put in

11  place for capturing the retirees and their dependents and

12  other health insurance.

13       They were having a really hard time of getting a

14  copy of their insurance card or either getting that

15  information all together.  So, there was a meeting, I'm

16  assuming, between Ms. Caschetta, Elmy Nesfield (phonetic) and

17  Sergeant First Class Mason, who wanted to put together a way

18  to capture this information.  One of the ways of doing this

19  was to ask the front-end people in these clinics when the

20  patient came in, to try to capture it.  They had some form

21  that the military already had installed for them to fill that

22  out.

23       Somehow some way that wasn't happening in the

24  clinics.  So, they then turned to -- well, these patients most

25  likely are on some type of chronic -- have a chronic disease

1    of some sort or may need to get a prescription filled.  So

2    they placed a body in the pharmacy and when that provider -- I

3    mean, that retiree or that dependent came in to get their

4    prescription filled, they would then capture their insurance

5    information.

6              So, when that patient was ever seen again in an

7    outpatient setting, we had their insurance information so,

8    therefore, we were now able to submit for reimbursement.  So,

9    Sergeant First Class Mason asked me to write down an SOP,

10   Standard Operating Procedure, on how this should take place.

11             I told him I could not do that, that I would have

12   to speak to Ms. Caschetta first.  Everything had to be run to

13   or through Ms. Caschetta before I did anything.  So, I said to

14   him, I will call Ms. Caschetta and let her know of your

15   request and I'll get back to you.  Well, I did that, but he

16   felt because it was such a small thing, no big thing, why

17   couldn't I just go ahead and write it down, you know, and give

18   it to him.

19             Again, I had to inform him that I could not just

20   do that, I had to speak to my superior first and get back to

21   you on that.  So I did.  But because of that he felt, well,

22   what are you here for?  I mean, so why are you here?  He

23   actually wanted me out of the department at that time.  And we

24   had a few words.  At this point, he asked Ms. Caschetta to

25   remove me out of the third-party building.

1              Ms. Caschetta informed me that I needed to call

2    Sergeant Mason back and apologize for my behavior and that she

3    would take care of it.  So, I'm assuming that, you know, she

4    took care of it because -- I did apologize to him because I

5    was told to.  And I'm assuming that that process was written

6    down for them to follow through.  But it wasn't that I

7    couldn't write the process because it was real simple, you

8    know, this is what you need to do, one, two and three, but I

9    just didn't have the authority, per se.  I didn't have the

10   go-ahead.  I didn't have the -- I didn't have the authority to

11   do it.

12     Q.    Ms. Cunningham, did you ever write an SOP for anything?

13     A.    I never wrote an SOP for anything.

14     Q.    Is there anything else that you want to tell me about

15   those meetings?

16     A.    Well --

17            THE COURT:  I think that calls for a narrative,

18   Counsel.  Please ask a more precise question, please.

19            MS. KUNTZ:  Okay.

20   BY MS. KUNTZ:

21     Q.    Because there's some question about the jobs that you

22   actually did, I'm going to ask you, when you were a senior

23   coder before you became a supervisor, could you tell me about

24   your day -- a typical day?

25     A.    Yeah.  My typical day started anywhere between, you

1   know, 6:30-7:00 a.m. in the morning.  I'd get on the

2   installation.  I had to go to the seventh floor, which was our

3   on-site office location where the inpatient coders sit and

4   Ms. Brown, who was our project manager, coding supervisor.

5                  There was a book there that we had to actually

6   sign in each morning.  I would sign the book, then from that

7   point I would walk down to general surgery and breast care.

8   I would collect my medical records for that day.  Then I would

9   head down to the second floor, which was the command suite

10  where I sat at amongst all the powers to be, per se, and sit

11  in my cubicle and begin working from my day.

12                 At the close of business, I would shut my

13  computer down, I would record my information, and I would go

14  back up to the seventh floor, record that I'm leaving -- I'm

15  sorry; I should say, I would send my e-mail to -- we had to

16  send -- we had to sign-in in the morning and then we had to go

17  to our computer, our CAC card was only configured to our

18  computer, send my e-mail that I was there to start my day's

19  work.

20                 When I leave for the day, I'd send my log off,

21  head back upstairs to the seventh floor, sign out and leave

22  for the day.  That was a normal day at Walter Reed.

23  Q.    How would you record the work that you had done?

24  A.    It was broken down in several areas.  Our contract was

25  based on production, so we had to record the number of

1    encounters we coded per day along with the amount of hours of

2    data entry, along with if there was any meetings or any down

3    time on our time sheet.

4      Q.    On your time sheets there is something called "record

5    count," can you explain to me what a record count is?

6      A.    A record count was the actual number of records we

7    coded for that day.

8      Q.    Does that mean one medical record would be one record

9    count?

10     A.    Correct.

11     Q.    And about how many would you do in a day?

12     A.    Our quota in the beginning is 88 encounters per day.

13   As the contract went on, I believe it got raised.  I don't

14   know, I think it was 125, I'm not sure, but a minimum that we

15   could code for the day for her to bill out for billable hours

16   and to get a credit for was 88 per day.

17     Q.    When you say quota, what would happen if you didn't do

18   88 per day?

19     A.    Well, you know, it was asked why.  Why couldn't you

20   code 88?  Was there down time with the system?  You had to

21   explain if the quota wasn't met.  Sometimes because they were

22   dealing with some antiquated equipment and since we were

23   working off of paper encounters, and sometimes we had to go

24   back and ask the providers for clarification for ambiguous

25   information, you know, or it could be that you were -- access

1    was denied because you didn't follow through taking your

2    proper on-site BMAR certification, you know, you had to have

3    an explanation why your particular quota wasn't met.

4                Our contract was based on a quota and you had to

5    meet that quota daily.  And if you didn't get it daily, you

6    had to explain why.  And Ms. Brown was the one who would

7    question that.

8    Q.   Ms. Brown?

9    A.   Ms. Brown, because she was the on-site project manager

10   at the time.

11   Q.   Now, did she work for Walter Reed or --

12   A.   No, she was Advanta or Lifecare, I guess.  I'm not sure

13   who she was under, but she worked for Maria Caschetta.

14   Q.   Did she have any other management roles?

15   A.   Who?

16   Q.   Pam Brown?

17   A.   I'm sorry.

18   Q.   Ms. Brown?

19   A.   Ms. Brown was my manager.  She was the one that I

20   reported to.  She was on-site manager.  She also did inpatient

21   coding, but she was the point of contact for us all.

22   Q.   Now, when you did become a supervisory senior coder,

23   did you still have the quota?

24   A.   Absolutely.

25   Q.   Did you meet your quota?

1    A.    Absolutely.

2    Q.    Now, we've heard about the coding process and we've

3    heard it's everything from interpreting the doctor's records

4    to just writing down codes from the book.  Can you succinctly

5    explain to us what you did as a coder?

6    A.    Yes.  I would go and collect the actual paper medical

7    record, which had that particular date of service.

8    Outpatient, we only dealt with a single date of service.  I

9    would review that record.  I would look in the system, there

10   was a system called CHCS, and I don't know what that means.

11   And a system called AHLTA.

12          And the provider would have his codes in AHLTA

13   and we would put our codes in CHCS.  So, I would look at the

14   medical record and view it to make sure that the codes that

15   the provider chose were accurate to what I was going to put on

16   the actual medical records.  So, I would look at the

17   encounter, determine if the actual ICD-9 code was correct, and

18   the level of Evaluation and Management Service was right, and

19   if it was right, I would leave it, and I would hit that data

20   entry button, enter, and it would send it off.

21          If it wasn't, I would go and make the correction

22   and hit enter, and it would send it off.  And that was counted

23   as one encounter being coded.  And I would continue until I

24   reached my particular audit -- I mean, my particular quota on

25   that day until I was completed.  Once that was done, we had to

1    then data entry all of our codes.  If we didn't data entry all

2    those codes on the same day, it wasn't considered a completed

3    file, per se, because they both had to be done simultaneously.

4        Q.   Would you do auditing on the same day?

5        A.   Auditing is a loose term, per se.  It was validation,

6    that's what it was.  We were validating --

7        Q.   Explain what that is.

8        A.   Again, it was -- the providers had already coded these

9    records.  We were validating these codes.  They called it

10   auditing; we called it validating.

11       Q.   And how would you enter that work in your time record?

12       A.   We would enter that as coding.

13       Q.   What about training?

14       A.   The training that we did, again, when there was some

15   ambiguous information on a medical record and we wasn't quite

16   sure, we would go and tell the provider that based off of what

17   he put on this medical record document and what he has -- he

18   coded in the system, because of this information it was quite

19   ambiguous and we needed some clarification.  So, we would

20   provide them with information from out of our coding books as

21   to improve his documentation standards so that we would best

22   be able to take that record and code it properly so that we

23   could send it out the door for reimbursement.

24       Q.   Now we heard that you worked on a Superbill?

25       A.   No, I never worked on a Superbill.  They had

1    Superbills.  It wasn't unheard of for a department to have a

2    Superbill.  But there's no way that you can code from a

3    Superbill.  You need a physician documentation medical record

4    to code -- not a Superbill.  A Superbill is just a list of

5    diagnoses and procedural codes and E&M levels that anyone

6    could come and check off.  It's more like a fee ticket.  After

7    a patient has been seen by a provider for the front end,

8    per se, to use -- to enter this as a complete record to be in

9    compliant with the data quality.  It was more -- I guess it's

10   a statistical purpose tool, but us, as coders, we could not

11   use that document to code.  It wasn't a legal document, per

12   se, for us to code for medical records for reimbursement

13   purposes.

14     Q.   Now, you actually stated earlier that coding is

15   subjective.  Can you explain what part of coding is

16   subjective?

17     A.   Yes.  Just like I gave the example earlier today, a

18   coder can look at a medical record and read through it, and

19   the doctor may say it's a contusion.  And then as you go down

20   the line, he gives an assessment, and says, sprain/contusion.

21   What does that actually mean to a coder?

22            We need a definitive diagnosis after study.  So,

23   when I say it's subjective, one coder may say, I'll code them

24   both.  I'll code a contusion, which is a symptom code, or a

25   sprain, which is an actual diagnosis.  You can't code a

1   symptom code along with a definitive diagnosis on the same

2   encounter unless the provider only gives you symptom codes.

3            So, you have to be clear of exactly what it is

4   the patient, after study, is being treated for.  So, when I

5   say subjective, you would have to go back and query the

6   provider.  I wouldn't even code a record with not having a

7   clear definitive diagnosis because I know I only dealt with

8   third-party insurance claims, and those were sent out the door

9   for reimbursement.  So, I needed to make sure that I provided

10  them with the most accurate information at the time when I

11  coded the record.

12  Q.   So, you are saying that a coder makes judgments, that

13  you decide when to go to the provider for clarification?

14  A.   When the information is ambiguous, you should, as

15  required.  That's one of the standards that is taught to us.

16  When you are unsure and the information is not clear, to get

17  clarification from the provider.

18  Q.   We heard earlier that part of the job of a coder is to

19  interpret what the doctor has done.  Can you explain that to

20  me?

21  A.   Well, interpretation is basically just reading, like I

22  said, the actual medical record, that is the interpretation.

23  I'm reading what the provider said, after study, what is wrong

24  with the patient.  So, the interpretation is earlier the

25  patient came in the door; he fell; the doctor said it's a

1   sprained ankle.  The interpretation is it's a sprained ankle.

2   I interpreted it after the provider told me what the patient

3   came in for.  The interpretation is that the patient was seen

4   because he or she had a sprained ankle.

5      Q.   Now, yesterday we heard that you had reengineered a

6   whole process at Walter Reed.  Can you detail what you did

7   that was new at Walter Reed?

8      A.   I was a medical coder.  I, on a daily basis, will help

9   clear a quota per day of encounters that were -- that needed

10   coding.  I don't know what you mean by reengineer.  I don't

11   know what that means by reengineer.  I didn't do anything

12   different than what I had done from the day that I started on

13   the grounds of Walter Reed.

14            So, when you say I reengineered, what did I

15   reengineer?

16      Q.   Well, tell me, were you -- was any part of the process

17   new at Walter Reed in the course of the time you were there?

18   Did you introduce anything new into the process?

19      A.   I didn't introduce anything new.  They were in the

20   process of trying to capture that OHI, which they always

21   coded --

22      Q.   What is OHI?

23      A.   -- I'm sorry; Other Health Insurance, that was the

24   retirees and their dependents.  So, they were just trying to

25   figure out a way to actually capture all of that for

1    reimbursement.  There was already a coding for inpatient and

2    they were coding for outpatient, but there was coding for

3    relative values.

4            So there wasn't -- sending out the door as often

5    as they wanted to because they wasn't able to capture it all

6    as much as they want.  But once they got the idea of how to

7    actually capture this by placing that person in pharmacy and

8    getting their insurance card.

9            So, yes, it grew because they was able to capture

10   these retirees and their dependents.  So, of course, it raised

11   the bar, you know, the command was happy.  There was a

12   retrieval of money.  It was a win-win situation.  There was

13   nothing different except for producing.  We were on

14   production.  So, we were able to get these claims out the door

15   for reimbursement.

16   Q.   But your specialty was third-party claims, is that

17   right?

18   A.   My specialty was third-party claims.

19   Q.   And third-party claims was a new area that they were

20   working on?

21   A.   That was a new area, correct.

22   Q.   And what did you do to contribute to the developing

23   process for third-party claims at Walter Reed?  Did you help

24   develop that process?

25   A.   No, I was -- I worked as a coder.  When you say help

1   develop, I wasn't in the position to develop any process.

2   Again, Sergeant Mason asked me to write down a standard

3   operation procedure of how things should be done.  That

4   process I'm sure was done; I just with worked the process.

5    Q.    Whose process did you use?

6    A.    The process that was built from Maria Caschetta, Elmy

7   Nesfield (phonetic) was probably part of it, and Sergeant

8   First Class Mason, I'm sure they were the ones that put

9   together how this process should flow.

10           THE COURT:  Counsel, we're going to take our break.

11  Ladies and gentlemen, 3:15, please.  Ms. Cunningham, you're

12  under oath.  Do not discuss your testimony with anyone.  The

13  jury is again reminded not to discuss the case among

14  themselves or with anyone else.  Thank you.

15  BRIEF RECESS

16                         AFTER RECESS

17           THE COURT:  Proceed, Counsel.

18  BY MS. KUNTZ:

19   Q.    Ms. Cunningham, in reviewing your resumes, Defense

20  Exhibits 6 and 7, and I'm not sure I have them all captured

21  here.  Defense counsel asked you if this description for your

22  work at Walter Reed reflected coding.  He also found your

23  answer that you were coding to be nonresponsive to the work.

24           MR. LESCHT:  Objection and move to strike.

25           THE COURT:  Overruled.  The jury heard the

1   testimony and will make their own judgments.  Go ahead.

2   BY MS. KUNTZ:

3     Q.  Let's just look at Exhibit 6 -- Defense Exhibit 6.

4     A.  Uh-huh.

5     Q.  One of the many resumes put in front of you.  And could

6   you point to me what categories include actual coding?

7     A.  The second.

8          THE COURT:  Hold on a second.  Swing that back the

9   other way.  Thank you, sir.

10  BY MS. KUNTZ:

11    Q.  The second.  Are you referring to:  Performed data

12  quality reviews?

13    A.  Uh-huh, that's coding.

14    Q.  And that's coding?

15    A.  Uh-huh.

16    Q.  What else is coding?

17    A.  Monitoring OHI claims for reimbursement.

18    Q.  But overseeing the coding for OHI reimbursement is

19  not --

20    A.  Yeah, that's coding as well.

21    Q.  And what about the next one, after monitor OHI claims?

22    A.  I think that's coding.

23    Q.  How is that coding?

24    A.  Because you have to look at the actual medical record

25  to determine if that claim that went out the door for

1    reimbursement is accurate.  So, you have to go back and get

2    the medical record.

3        Q.   Okay.  And what about the next one?

4        A.   That is actually providing them with information on how

5    to improve documentation for coding, so it --

6        Q.   It's not strictly coding?

7        A.   It's not strictly coding, no.

8        Q.   What about the last one?

9        A.   That's coding support.  That's coding.

10       Q.   Okay.  Now, you were asked if the number of hours that

11   were assigned to coding and data entry on your time sheets,

12   which we asserted just from simple arithmetic with the time

13   sheets added up to 75 percent of the total hours reported,

14   whether that reflected the actual -- your sense of how much

15   time you spent coding.

16       A.   Yeah, I mean, that could be -- that's accurate, because

17   with the two -- like I said, you couldn't do one without the

18   other.  So, we had to code the document and then enter that

19   document into the information system.  So, as part of the

20   function of coding, and it was part of the functions and

21   duties and responsibility as coders that we had to do in order

22   to consider that to be one complete encounter coded.  And, as

23   I said, we were on a production-based contract.  So, if we

24   just did the coding, per se, and not the data entry, we

25   couldn't count that as a coded record.

1    Q.   Now, I took this out, but let me ask another question

2 about these descriptions.  Now, this providing training and

3 teaching and the coding support and the assessments and

4 audits, the last three entries on this.  Was that an unusual

5 thing for medical coders at Walter Reed to do?  Was that you

6 peculiarly or was that typical of the medical coders' duties?

7 Can you explain that?

8    A.   That is typical.  That is a day-to-day functions of

9 actually processing the medical record.  You have to be able

10 to look at a medical record, abstract, per se, data from that

11 and be able to put a numerical with the alpha statement.  So,

12 again, an example would be -- a patient comes into the clinic.

13 I fell down.  My ankle hurts.  The doctor, after study, has

14 wrote up:  I examined the patient.  I took some information

15 about the patient's past medical history or social history.

16 Are you on any type of medication or drugs?  Then he would

17 say:  I'm going to send you for x-ray.  He'll take an x-ray.

18 The x-ray will come back.  The radiologist will say:  Sprained

19 ankle.  The doctor would write down in his assessment:

20 Sprained ankle.  His plan will be to take two aspirins, call

21 your primary care in a week if you're still having pain.

22         That is called assessing a medical record, or if

23 you want to call it auditing a medical record, reviewing a

24 medical record -- you know, any terminology you want to use

25 but it's the same.  You will review that medical record and

1    determine from the provider's information what the diagnosis

2    is.  Code that record with one of our books.  Data enter that

3    information into the information system and move on to the

4    next.

5    Q.    Okay.  But how about if I ask about the provider coding

6    support.  Is that straightforward coding?

7    A.    That's straight -- I provided coding support for that

8    clinic, general surgery, breast care, OHI.

9    Q.    And the training and teaching, was that typical of all

10   coders or was that you peculiarly?

11   A.    No, absolutely all coders, it was part of our

12   description to give feedback, as they say, when you had

13   information that was considered ambiguous that you needed

14   clarification on.  It's called a query of the provider.

15   Q.    And those coders that you mentored also provided this

16   training and teaching?

17   A.    Absolutely, we all had to do it.

18            MS. KUNTZ:  Okay.  Thank you.  That's all, Your

19   Honor.

20            THE COURT:  Redirect?

21            MR. LESCHT:  Yes.

22                      REDIRECT EXAMINATION

23   BY MR. LESCHT:

24   Q.    All right.  Ms. Cunningham, it sounds to me like you

25   would be okay with these resumes, in particular the

1   description of what you did for Lifecare, as long as we take

2   out the line that says "Supervisor," right?  Here it says:

3   Supervised a staff of nine coders.  I'm not going to ask you

4   those questions, we've been through this already.

5                It sounds like from what I'm hearing on your

6   answers to your lawyer's questions is that everything else is

7   right except for the supervisor; is that right?

8                MS. KUNTZ:  Objection.  Mischaracterizes the

9   testimony.

10               THE COURT:  Overruled, it's cross-examination.

11  BY MR. LESCHT:

12   Q.   Is that right, Ms. Cunningham?

13   A.   Is what right?

14   Q.   Let's look at this resume here.  All three of the

15  resumes say that you're a supervisor.  And in answering your

16  lawyer's questions, it sounds to me like everything you're

17  saying here is accurate, except for the fact of what you've

18  written down here that you were a supervisor; is that right?

19   A.   The word "supervisor," again, I was will say is used

20  broadly.

21   Q.   Well, you said -- you've testified that it's

22  inaccurate; is it right?

23   A.   I didn't --

24               MS. KUNTZ:  Objection; mischaracterizes.

25               THE COURT:  Overruled.

1            THE WITNESS:  I didn't testify that it was

2    inaccurate.  I testified saying that I was told by

3    Ms. Caschetta that I will supervisor -- I believed that when

4    she told me -- when she verbally told me this was an offer she

5    was presenting me with.  I believed her when she said these

6    would be my duties and my responsibilities.  I added these to

7    my resume thinking that these were the duties and things that

8    I was going to be required to do.

9            As time went on, I realized that was not the case,

10   that Ms. Caschetta misled me by saying these will be some of

11   the duties and requirements that I would do.  I felt, however,

12   I had already put this on my resume.  I felt that I had the

13   privilege to use this information since I was told these were

14   my duties.  When it --

15   BY MR. LESCHT:

16    Q.   Let me stop you there.

17    A.   Okay.

18    Q.   So, you're saying that you wrote down that you're a

19   supervisor because Ms. Caschetta misled you to believe that

20   you would be a supervisor; is that what you're saying?

21    A.   Ms. Caschetta gave me duties, gave me tasks to perform

22   that lead me to believe that this is what I was doing.

23    Q.   So, you got three resumes, each of which say that you

24   supervised?

25    A.   Yes.

1    Q.   This one -- it says you supervised 22 people.  And now

2  you're saying that you didn't supervise 22 people.  Is that

3  what you're saying?

4    A.   What I'm saying to you is this is probably latter of

5  the contract, these people probably came on-site.  She said to

6  me:  You will be responsible to supervise these coders once

7  they come on-site.  I was to supervise, as she said, and I

8  believed that is what I was doing when these coders came

9  on-site.  Once I realized that that wasn't the case because

10  these coders didn't come to me for me to supervise them.

11  Diana Brown was the person of contact and was able --

12              MR. LESCHT:  Your Honor --

13              THE COURT:  Shh, Shh, let her finish.

14              THE WITNESS:  Diana Brown was the point of contact

15  and was the one who put these people in clinics, gave them

16  direction of what they needed to do, how they were to do it.

17  They may have come to me for direction, and I probably have --

18  I gave them some direction as far as mentoring them.  But I

19  had, actually, no power, per se, to make any judgment calls on

20  these coders that were on-site.

21  BY MR. LESCHT:

22    Q.   So, what you're saying, if I understand you correctly,

23  is that it says here that you're a supervisor, but you really

24  weren't a supervisor?

25    A.   I was a supervisor in title only.

```
 1      Q.   And here is another resume that you prepared that says

 2   that you were a supervisor, and here in court you're saying

 3   that you weren't a supervisor, only in title only?

 4      A.   In title only.

 5      Q.   And here again is another resume that you put seeking

 6   another job.  And you're saying, again, that you supervised

 7   and you were responsible for the whole work being done, but

 8   you really weren't a supervisor, you're just a supervisor in

 9   name only?

10      A.   The work was being done.

11      Q.   But you're saying that you didn't supervise anyone?

12      A.   I done the work.

13      Q.   I understand that.  And then I guess -- let's address

14   this federal application that you put in.

15      A.   Uh-huh.

16      Q.   This one says that if you don't tell the truth you can

17   be subject to crime and imprisonment?

18      A.   Uh-huh.

19      Q.   In here you wrote down:  Coding supervisor?

20      A.   Uh-huh.

21      Q.   Did you lie about that?

22      A.   No.

23      Q.   Isn't it a fact that you changed your story here in

24   trial today because you want to backtrack from being a

25   supervisor because that is inconsistent with the contention
```

1  you're making in this lawsuit.  Because if you are in fact a

2  supervisor exercising discretion, you're not entitled to

3  overtime.

4           MR. SALB:  Objection.

5           THE COURT:  Overruled.

6           MR. SALB:  That's not a statement of the law, Your

7  Honor.

8           THE COURT:  I don't care if it's a statement of

9  law; it's cross-examination.  Please be seated.

10           THE WITNESS:  No.  Like I said, I was offered a

11  position from Ms. Caschetta.  I believed her when she told me:

12  I will make you a supervisor.  These are your

13  responsibilities.  I had revised my resume to reflect the

14  position that I thought I was going to actually work in the

15  capacity of, instead, I did the work.  She never gave me my

16  offer letter.  She never gave me the compensation for it.

17           When I questioned her about it, it became -- the

18  Government is still working it out, and as soon as we get it

19  worked out I will compensate you for it.  At that point I felt

20  it was in my best interest to resign from the company because

21  I felt that I was being misled on taking on a role and the

22  title and the responsibility and was not being compensated for

23  it.

24  BY MR. LESCHT:

25    Q.   And you resigned from the company in April of '05; is

1   that right?

2     A.   Correct.

3     Q.   And another interesting fact -- turn to the last page,

4   Ms. Cunningham, of this federal application that you swore to

5   tell the truth on?

6     A.   Uh-huh.  Wait a second, let me find it.  Okay.

7     Q.   Dated November 7th of 2005.  So, that was some -- I

8   don't know, what -- eight months after you left the employment

9   of Lifecare, you're saying that you decide to lie on this

10  document after you left because Ms. Caschetta told you --

11            MS. KUNTZ:  Objection.

12            THE COURT:  Overruled.

13  BY MR. LESCHT:

14    Q.   -- that you were going to be a supervisor?  Is that why

15  you lied on this document?

16    A.   It's not a lie.

17    Q.   It's not a lie?

18    A.   Ms. Caschetta -- as I said, I was lead to believe that

19  was my title.  I used that title because Ms. Caschetta said

20  that I will be compensated for that.  And as time went on, I

21  was not, therefore, I chose to resign from the company because

22  I was being misled by Ms. Caschetta.

23    Q.   Okay.  So, today I guess in court you're telling us

24  that you included this title on all of these resumes, on this

25  federal application, because Ms. Caschetta told you that you

1    were going to be a supervisor?  This is your testimony?

2        A.    She verbally -- yes.

3        Q.    Yes.  Do you remember swearing to tell the truth at the

4    deposition that I took, I asked you certain questions?

5        A.    Yes.

6        Q.    And I presented you with this very resume that we had

7    obtained, and I asked you a question on Page 74, Line 6.  I

8    presented this resume to you, just like today --

9        A.    Is it in this book?

10       Q.    No, this is a deposition.  I'm going to read you the

11   question and answer.  Line 6.  Question:  Did you supervise a

12   staff of nine coders?  Answer:  No.  So, I asked you:  Why

13   does it say that?  Your answer, quote, your answer:  That's a

14   good question.  I don't know.  End quote.

15            Nothing in here about Maria Caschetta telling you

16   that you would be a supervisor in name only.  In fact, there's

17   not a reference to that in this entire deposition transcript

18   that you gave.  The only reference to that -- to that

19   explanation is here in court being presented with these

20   resumes and this federal application that you swore to tell

21   the truth about.

22            I believed that you were a supervisor.  Isn't it

23   a fact, Ms. Cunningham, that you're changing your tune here in

24   court because you know if the jury finds that you're a

25   supervisor, as you've written down here, you're not entitled

1   to any overtime?

2     A.    No.

3           MR. LESCHT:  I have no further questions.

4           THE COURT:  All right.  You may stand down,

5   Ms. Cunningham.  You may call your next witness.

6           MR. LESCHT:  We call Ms. Radtke.

7           THE COURT:  Ms. Radtke.

8   Thereupon,

9                 KATHY RADTKE FERRARA,

10  the witness, having been first duly sworn, was examined and

11  testified as follows:

12                 DIRECT EXAMINATION

13  BY MR. LESCHT:

14    Q.    Ms. Radtke, do you refer Ferrara or Radtke?

15    A.    Ferrara.

16    Q.    Miss or Mrs.?

17    A.    Mrs.

18    Q.    Mrs. Ferrara, state your name and home address.

19    A.    Kathy Ferrara, 11226 Troy Road, Rockville, Maryland

20  20852.

21    Q.    Mrs. Ferrara, I'm going to show you what is marked as

22  Defendants' Exhibit 11.

23    A.    Okay.

24    Q.    I'll hand you a copy.

25    A.    Thank you.

1    Q.    This is a resume of yours; is that right?

2    A.    Yes, it is.

3          MR. LESCHT:  Judge, I'll move for entry into

4    evidence of Defense Exhibit 11.

5          THE COURT:  It will be admitted.

6          MR. LESCHT:  Thank you.

7    BY MR. LESCHT:

8    Q.    Mrs. Ferrara, can you take us through -- what is your

9    educational background and certifications?

10   A.    At the present time or the time when I was working for

11   Mrs. Caschetta?

12   Q.    If it's updated from what's written down here, it's on

13   the last page.  You can go through what's updated so that we

14   can get an accurate description.  I've got down here:

15   Education.  That you went to medic school in Towson, Maryland?

16   A.    That's correct.

17   Q.    And you got a certificate as a medical assistant?

18   A.    That's correct.

19   Q.    That is in 1980?

20   A.    Yes.

21   Q.    Then below that it says:  AAPC-ISP Pro-Fee Coding

22   Certificate 2004?

23   A.    That is correct.

24   Q.    What does that mean?

25   A.    That means that I completed an independent study

1    program for the American Academy of Professional Coders, what

2    they call the organization, and I completed that program and

3    then I took -- sat for the exam -- the CPC exam.

4        Q.   Now, medic school, how long did you go there for?

5        A.   It was a six-month program.

6        Q.   You got a certificate as a medical assistant?

7        A.   Yes, I did.

8        Q.   And it says, also, that you went to Stevens College in

9    Columbia, Missouri?

10       A.   Yes, I did.

11       Q.   Did you graduate with a degree?

12       A.   Yes, I did.

13       Q.   What was your degree?

14       A.   I have a Bachelor of Science degree in Health

15   Information Management.

16       Q.   That's related to medical coding services?

17       A.   It is, yes.

18       Q.   Now, under professional education and affiliations,

19   right above there, you've got that you are a Certified Medical

20   Assistant, and you got that certificate in 1996; is that

21   right?

22       A.   Yes.  I have let that lapse since.  I have not done

23   that work in quite a number of years.

24       Q.   And then below it that says that you're certified in

25   CPR?

1    A.   Yes, I used to be.  I haven't been in awhile.

2    Q.   And American Association of Professional Coders.  Is

3 that a professional association for coding?

4    A.   It's just an association for coding.  They hold the

5 credentials.  That's what they call it.

6    Q.   And then below that it says AHIMA; what is that?

7    A.   Yes, that's the American Health Information Management

8 Association.

9    Q.   And then looks like your first job that you have listed

10 here -- you worked for Doctors Health in Baltimore, Maryland,

11 for a little over two years; is that right?

12   A.   Yes.

13   Q.   And you were an intake coordinator for Care Management

14 Utilization Review responsible for processing calls from

15 physician offices, insurance companies -- oh, I'm sorry --

16 below that you were at Doctors Health Account Representative

17 for two years?

18   A.   Yes.

19   Q.   You did both jobs?

20   A.   I did.  I transferred from one job to the other.

21   Q.   So what kind of work did you do?

22   A.   I was a payment poster for them.  I posted payments

23 that came in from the insurance companies.  And then I went

24 from that function to medical billing.  And I was the sole

25 biller for a cardiology practice.  And then after that I

1    transferred into the utilization review department as an

2    intake coordinator, and I just took phone calls and

3    information and that sort of thing.

4      Q.    And then you left there to go to Baltimore Heart

5    Associates; is that right?

6      A.    Yes.

7      Q.    And you worked as a patient account representative?

8      A.    Yeah, I was -- it was like a front desk sort of job,

9    but it was working with billing and that sort of thing.

10     Q.    So, at least from '96 to '99 you're continuously in the

11   medical field; is that right?

12     A.    Yeah.

13     Q.    You're utilizing the training you got with your

14   Bachelor's degree?

15     A.    No, I didn't get my Bachelor's degree to until 2009.

16     Q.    2009?

17     A.    That's correct.

18     Q.    But were you utilizing the medical assistant degree, I

19   guess?

20     A.    Not really.  I mean, I wasn't working in the

21   clinical -- as a clinical function.

22     Q.    So then -- going along here, it looks like you then

23   went to work for Maryland General Hospital Practice Management

24   for about six months?

25     A.    Yes.

1    Q.    Is that right?

2    A.    Yes.

3    Q.    And this is a little bit different.  It says that you

4    were responsible for batch control audits and staff training

5    specific to coding and billing procedures.  Was this the first

6    job you got that was pertinent to coding and medical coding?

7    A.    Right.  It was the beginning of that career move for

8    me, yes.

9    Q.    Then you left that job to go to an OB-GYN practice

10   where you worked for two years as financial coordinator?

11   A.    Uh-huh, at Sinai Hospital.

12   Q.    At a hospital?

13   A.    It was at Sinai Hospital -- Sinai Hospital faculty

14   practice.

15   Q.    So, what is a financial coordinator?

16   A.    All I did really was help the patients with their

17   insurance information and if they had any billing issues, that

18   sort of thing.  I had one -- like a front desk person that

19   worked with me, and they would take all the information and

20   then I would enter it into the system and just help the

21   patients if they had problems.  I worked with an oncologist --

22   a GYN oncologist.  So, I did a lot of billing with the

23   patients.

24   Q.    Was this good background for the type of coding work

25   that you ultimately performed?

1    A.   I didn't code for them.

2    Q.   I'm saying, the skills that you gained, though, didn't

3  you learn about medical terminology at all of these jobs?

4    A.   I learned medical terminology when I was a medical

5  assistant.

6    Q.   So, then the next job you had was as a medical biller

7  for Cardiac Associates?

8    A.   That's correct.

9    Q.   And here you followed up on claims and procedures -- I

10 guess you were responsible for the medical billing for this

11 practice in Rockville?

12   A.   There was many of us.  It was a huge practice and there

13 were quite a few in the billing department.

14   Q.   Okay.  Then you left there and went to Capital Medical

15 Group?

16   A.   Yes.

17   Q.   It looks like you were there for about a year and a

18 half as medical billing manager?

19   A.   Yes, I was.

20   Q.   Now, as manager, does that mean you were in charge of

21 medical billing?

22   A.   I had three employees -- if you want to call it that.

23 And I was just responsible for making sure that all of the

24 follow-up was done on the claims, and any appeals that needed

25 to be made into the insurance companies, I was responsible for

1    that and I was responsible for doing the month-end closing of

2    the computer system and that sort of thing.

3      Q.    So, you were still working with doctors, and here it

4    says that you were responsible for coding and documentation

5    review; is that right?

6      A.    Yes, I was.

7      Q.    So, you got back into the coding.

8      A.    Uh-huh.

9      Q.    After you left that job, you went to Maxum Staffing, it

10   looks like for about seven months as a medical billing temp;

11   is that right?

12     A.    Yeah, I decided I wanted to go back to college, and so

13   I had to circle over.  And so when I went back to college, I

14   decided to do something temporary for awhile until I got my

15   feet wet back in school again and back into that rhythm.

16     Q.    So, the college degree that you got in Health

17   Information Administration, is that where -- did you learn

18   about coding professional services there?

19     A.    It was a part of it, yes.

20     Q.    It was.  Okay.

21     A.    A very small part, yes.

22     Q.    But up to this point in time, you had a number of years

23   of practical experience in medical officers, both in claims

24   and billing --

25     A.    Off and on.

1    Q.    -- and went back to college to learn more, right?   To

2    improve and get a better job, I take it.

3    A.    I was certified before, that's how I started to work

4    for Mrs. Caschetta.   I had two years of documented experience,

5    and so I was able to take the exam, that's what you need in

6    order to get certified.   And so I did that, and then I went to

7    work for Mrs. Caschetta.

8    Q.    So, it looks like before you went to work for Advanta

9    you had about eight years of practical experience, maybe more?

10   A.    More billing than coding.   More billing than coding.

11   Q.    But you said that you were certified.   Was that

12   something that Maria and Advanta were looking for?

13   A.    They were looking for certified coders.

14   Q.    What's the difference between a certified coder and one

15   who is not certified?

16   A.    That's the difference, the certification.   And maybe if

17   they decide to take a course.   I could have -- maybe I could

18   have sat for the exam without it; it just depends.

19   Q.    Okay.

20   A.    But I chose to go back to school and learn a little bit

21   more.   Not really go to school.   It was a six-month course

22   that I just took at home and I had modules and I did those.

23   Q.    You were able to take it at home because of all the

24   practical work experience you had?

25   A.    No.   This is just a program that -- you know, the

1    affiliation that I belonged to at the time offered.

2    Q.   So, here where it says contract coder, is this -- at

3    least for a portion of this -- is this the work that you did

4    for Advanta?

5    A.   Yes.

6    Q.   It says that your duties include, but not limited to

7    E&M coding for active-duty military clinic at the Pentagon?

8    A.   Yes.

9    Q.   That is when you were working for Advanta?

10   A.   Yes.

11   Q.   And could you give me a description of what would be

12   entailed for an E&M coding for an active duty military clinic?

13   A.   Well, in my particular situation with the Pentagon, I

14   would receive a cartload of charts every day, and within those

15   charts were the encounters.  There was one encounter for a

16   visit, just like Ms. Cunningham explained.  That each

17   individual day is a different encounter.

18        So, I would take those records and I would look

19   up that encounter in the computer system.  It had already been

20   coded by the physician, so again, I had to match that with the

21   information in the book and make sure that the documentation

22   that the doctor had written actually matched everything in the

23   system, in accordance to our book.

24   Q.   And if the doctor's coding was inaccurate, you were

25   responsible for catching that and changing it, correct?

1    A.    I was responsible for changing it, yes.

2    Q.    And surely there were occasions when you found

3  mistakes, right?

4    A.    Yes.

5    Q.    And it says here, the second line says that you were

6  responsible for educating physicians and other clinicians and

7  proper coding of visits, procedures and diagnoses.  Is that

8  correct?

9    A.    Yes.  And the only education that I really provided

10  there was like maybe two times that I may have spoken with the

11  physicians to help them, because they were concerned that they

12  weren't receiving the RVUs.  As it was explained before, that

13  the RVUs had gone down based on what we were finding in the

14  medical record or what I was finding in the medical record.

15  And so I would actually explain to them why I found what I

16  found and how I found it and how I went about -- how I went

17  about finding that.

18    Q.    So, did you have classes set up for the doctors?

19    A.    I had -- it was like a meeting; I was told I had to do

20  that.  Maria asked me to do that for the providers, and so --

21  or Mrs. Caschetta, I'm sorry -- and asked me to do that for

22  the providers.  And I just -- I would ask for them to come and

23  meet me and I might get one.  You know, they weren't as

24  responsive as -- there were a few that were really interested

25  in learning that, but then there were a few that really --

1    they either didn't have the time or they were going on leave

2    or they were going on deployment or --

3    Q.    I'm going to show you what I marked -- it's in evidence

4    as Defendants' Exhibit 23.  I'll just give it to you.

5    A.    Oh, okay.  Thank you.

6    Q.    This is an e-mail that you had sent?

7    A.    Uh-huh.

8    Q.    Go to the second page.  I'm going to put it up here.

9    A.    Uh-huh.

10   Q.    It's hard to read here.  It's talking about -- you say

11   that you're hoping to get a class off the ground for them

12   soon.  You're working on something for them.  You have issues

13   isolated and will approach it from that way as well, giving

14   them an overview of how they should be doing some things.

15   They aren't terrible but there are a few learning curve

16   issues.  I presume by "them" you're talk about the doctors?

17   A.    The providers.

18   Q.    The doctors.  And it sounds like you're talking about

19   preparing an agenda and a training and teaching the doctors

20   how they should be doing their coding; isn't that right?

21   A.    Well, it's not quite that simple.  What I would do

22   is -- you know, their job was to practice medicine.  They

23   wanted to practice medicine and take care of their patients,

24   that was their main focus.  And so when it came to capturing

25   their services, like an amount of money -- if you want to call

```
 1   it money or reimbursement or RVUs or however you want to look

 2   at it.

 3            You know, they didn't -- they would look at it as

 4   though -- well, I spent all day with that patient, when in

 5   fact that is not really a part of what goes into it according

 6   to the books.  So, we follow the guidelines in the books, and

 7   even though they may feel that they spent a lot of time with

 8   that particular patient, and indeed they may have, but if

 9   their documentation doesn't reflect that -- if the written

10   record didn't reflect that then we had to make changes and

11   informed them of those changes.

12   Q.   If you look at the last paragraph, though, you wrote

13   down here, quote:  Any down time I have is spent on the

14   physician's record card and the agenda for the training.

15            Do you see that?

16   A.   We had a report card that we were required to, at the

17   Pentagon, to give them, to let them know if they were

18   improving in their RVUs.  So, that is basically what it was.

19   Q.   You wrote here:  Any down time you have is spent on

20   training, so obviously training the physicians was an

21   important factor of what you were doing at the --

22   A.   Actually, not training necessarily the physicians.  I

23   had training I had to do as well.  So, it wasn't always

24   training just for the physicians.  And as I said, you know,

25   you could try to ask them to meet you or come to your cubicle
```

1  or whatever to try to explain something to them or questions

2  that they may have, and they would come to see me at any time.

3  So, my area was always accessible to them.  So, they would

4  always come to me and ask me questions.

5  Q.  Here where I highlighted, you've written -- quote:

6  Also, with more Docs coming in, it is an ongoing process and

7  they really seem to want to learn.

8  A.  They do.  And they are constantly changing.

9  THE COURT:  Don't talk over each other, please.

10  THE WITNESS:  I'm sorry.

11  BY MR. LESCHT:

12  Q.  I think what you meant here is that they're learning

13  from you, right?

14  A.  Well, I wouldn't say that they're learning from me

15  specifically.  I mean, I don't know how much more I can teach

16  them.  They've gone to medical school and gotten an advanced

17  degree.  I'm somebody who is just looking at their

18  documentation, their written medical record, and making

19  suggestions as to how they, you know, add -- I don't want to

20  say add, because I never told them what to add, that was up to

21  them.  I'm not a physician.  I can't make that determination.

22  Q.  But you're in that position and knew more about the

23  medical coding than they did.  Isn't that the reason you were

24  sent out there in the first place?

25  A.  That's the reason why all coders are in the positions

1   that they're in.

2   Q.   You know coding and they know medicine.  Now, if you

3   take a look at the first page, you write here where I have it

4   highlighted:  I wanted to let you know that the next meeting

5   with the doctors is this Thursday at 1:00 p.m.

6   A.   Uh-huh.

7   Q.   The next meeting.  Now, like the way you wrote this, it

8   doesn't sound like this was the one and only meeting that you

9   had.  You're telling her, here is the next meeting.  And you

10  wrote the second sentence.  I see an improvement in their E&M

11  coding.  Is that correct?

12  A.   There was one meeting -- if you want to call it a

13  meeting -- there was one where I had a few physicians show up.

14  The next one, I did like a -- I wanted to do a follow-up with

15  them, and at that point in time nobody showed up that day.

16  So, I mean, there wasn't any -- you know, I would do it if

17  they had -- there was an interest.  If they wanted to do it,

18  we would do it.  If they didn't, I couldn't make them go.

19  Q.   You see an improvement in their E&M --

20  A.   I had seen an improvement in the few physicians that

21  were really interested because they -- you know, I was trying

22  to share with them the guidelines in the book and show them

23  how to use the book and how to help them with that -- so, they

24  would ask me.

25  Q.   Okay.  But, Mrs. Ferrara, to be clear.  It doesn't say

1   here that there was only one doctor that showed up and no one

2   here is interested in learning how to improve their E&M

3   coding, does it?

4   A.   Well, doctors could be two doctors, I mean, and that's

5   what I had.  I had Dr. Barry and I had Dr. Perry.

6   Q.   But --

7   A.   That was it.

8   Q.   But it says -- and the next paragraph talks about you

9   working on a new Superbill for them and have asked them which

10  diagnoses they need to see on the Superbill so they can be

11  incorporated on the template?

12  A.   They gave me --

13  Q.   Is that right; you worked on a Superbill?

14  A.   They gave me a list of common codes that were used and

15  asked me to put them together on a Superbill -- it's a billing

16  function.

17  Q.   Going back to the description here --

18  A.   Uh-huh.

19  Q.   -- it says here you had to teach the doctors on coding

20  in accordance with DOD guidelines --

21  A.   Uh-huh.

22  Q.   -- as well as federal guidelines.  Now, is there a

23  difference in terms of the way the military, DOD codes, as

24  opposed to how the private sector codes --

25  A.   Yes.  There is a hierarchy -- there's a hierarchy of

1    codes.  The military has their guidelines and then there are

2    the federal guidelines, and then they fall to CMS after that.

3    They have a set of things that they want to add to the federal

4    guidelines, and that's what the military guidelines are.

5        Q.    And the military guidelines on coding, does it involve

6    different terminology?

7        A.    I would say other than the acronyms that the military

8    uses, no.

9        Q.    But the military uses a lot of acronyms?

10       A.    They use a lot acronyms, yes, they certainly do.

11       Q.    And I take it that you had to be knowledgeable about

12   all of these acronyms?

13       A.    I didn't know what all the acronyms were.

14       Q.    But you certainly had to learn it in order to teach the

15   doctors how to code better?

16       A.    Well, the coding piece is not part of the acronyms.  I

17   mean, you're asking me about terminology in the military and

18   their terminology in the military exists of a lot of acronyms.

19   Whereas, the medical terminology is medical terminology and

20   that doesn't change.

21       Q.    And then the next sentence here you have:  Compliance

22   audit project for DME equipment and supplies.  What does that

23   mean?

24       A.    They had an area where they actually provided DME, you

25   know, equipment -- like wheelchairs or braces or that sort of

1    thing, durable medical equipment.  But I don't remember doing

2    that for the military.

3       Q.    Okay.  So, what did you have to do in terms of doing

4    the audit?  It says here you performed an audit?

5       A.    You would just make sure that the documentation in the

6    medical record was the same, you know, that what was provided

7    to the patient was provided in the assessment or the plan for

8    the patient in the medical record.

9       Q.    Now, when you worked at the Pentagon, you worked

10   independently, didn't you?

11      A.    No, not really.  I mean, I worked -- I was the only

12   coder there, but I was under supervision --

13      Q.    Well --

14      A.    -- from Major Franklin.

15      Q.    He worked for the Pentagon, doesn't he?

16      A.    She.

17      Q.    She -- I'm sorry.

18      A.    She's retired now, but yes.

19      Q.    You worked -- you were the only person from Advanta

20   working at the Pentagon; isn't that right?

21      A.    That's because that's all they wanted was one person.

22      Q.    Okay.  So the answer is, Yes?

23      A.    Yes, the answer is, Yes.

24      Q.    And you worked on your own under the supervision, as

25   you say, of Major Franklin, who worked for the Government?

1    A.    She was partly -- and then I would call the office,

2    too, if I had questions.

3    Q.    And you considered her, Major Franklin, to be your

4    supervisor?

5    A.    She was there on-site.  It was Major Franklin and the

6    colonel and lieutenant colonel and everybody that was above

7    me, you know, in that particular area, because they all made

8    decisions and --

9    Q.    But you were the senior-most person in regards to

10   medical coding services in this department, weren't you?

11   A.    I was the only person, so that was it.

12   Q.    You were the person that Advanta determined was

13   skilled, educated and trained enough to be able to work on

14   their own in the medical setting interacting with doctors in

15   the military?

16   A.    Well, I've interacted with doctors since 1980.

17   Q.    And that's exactly why they selected you for this job

18   because of your experience and background?

19   A.    Well, I don't know about that, because my experience in

20   the medical -- as a medical assistant, certainly is not going

21   to help me as a coder as far as -- because being in the back

22   office, we never cared about the codes really.  But the

23   medical terminology piece is probably what helped me more than

24   anything, but everybody has to learn that if they want to

25   code.

1    Q.   I'm going to show you what's marked as Plaintiffs'

2  Exhibit 18.

3    A.   Is that in this book?

4    Q.   I'll give it to you.

5    A.   All right.  Thank you.

6    Q.   I believe this is already admitted into evidence.  So,

7  Plaintiffs' 18, front page is an e-mail from you where you

8  identify Major Franklin as your supervisor.

9    A.   Yes.

10   Q.   Do you see that?

11   A.   Yes.

12   Q.   And, now, if you turn to the second page, you've

13  written here:  Doctors are learning, and just when I teach

14  them a new crew comes in.

15   A.   Uh-huh.

16   Q.   Oh, well, it's a good thing that I like to teach them

17  and they seem to like to learn.

18   A.   That's if they ask me questions.  If they come to ask

19  me questions, I was happy to tell them what I had in the book

20  there that I could share with them.

21   Q.   Well, Mrs. Ferrara, this doesn't sound like you had one

22  doctor you had to like chase around to come to a class of

23  yours?

24   A.   I may have only --

25   Q.   This is teaching the doctors and they like to --

1    A.    The ones that were taught -- the ones that wanted to

2   learn, liked to learn, and there were only two of them.

3   Well -- and the colonel, the colonel he would come and ask me

4   questions now and again, but not very often.

5    Q.    Well, you never wrote that in any of these e-mails that

6   there was only one or two people that you had to chase around?

7    A.    Doctors is plural.  Two is plural, right?

8    Q.    Okay.  Back to your resume.

9    A.    Uh-huh.

10    Q.    You also describe work that you performed for Kaiser?

11    A.    Uh-huh.

12    Q.    So, Kaiser, as I understand it, is located in Rockville

13   on Executive Boulevard.

14    A.    Yes, they are.

15    Q.    And Kaiser -- Executive Boulevard is pretty close to

16   where you live, isn't that --

17    A.    Not far.

18    Q.    Five minutes maybe?

19    A.    More like 10, but yeah.

20    Q.    Okay.  So, when you went to the Pentagon -- when you

21   were working at the Pentagon, I take it it was up to you what

22   time you arrived or left; is that right?

23    A.    No, the Pentagon had -- the clinic had specific hours,

24   so I couldn't be there past 4:30 because there wasn't anyone

25   there.  So, I would usually arrive about 8:00 a.m. and, you

1  know, then I'd work my day until 4:30 and go home.

2  Q.   And Ms. Caschetta was not at the Pentagon with you?

3  A.   No.  No, she did not come.

4  Q.   So you're there on your own.  And then at some point in

5  time you also worked at Kaiser Permanente on Executive

6  Boulevard?

7  A.   Yes.

8  Q.   So, when you worked at the Pentagon, as I understand

9  it, you drive to the Twinbrook Metro station?

10  A.   Yes.

11  Q.   And then take the Metro back and forth?

12  A.   Uh-huh.

13  Q.   Is that right?

14  A.   Yes.

15  Q.   And you kept track of your time?

16  A.   Uh-huh.

17  Q.   Right.  And I'll show you what has been admitted into

18  evidence as Defendants' Exhibit Number 21.

19  A.   Okay.  Thank you.

20  Q.   And, Mrs. Ferrara, for want of a better word, the

21  contract that you had with Advanta --

22  A.   Uh-huh.  That looks like it.

23  Q.   And this --

24  A.   -- offer letter.

25  Q.   Offer letter.  And this says that you'll be a -- you'll

1    receive a biweekly salary and the position is exempt; do you

2    see that?

3        A.    Yes, I do.

4        Q.    And you were paid every two weeks by Advanta, correct?

5        A.    Yes, I was.

6                    THE COURT:  May I see the date of that letter,

7    Counsel?

8                    MR. LESCHT:  (Indicating.)

9                    THE COURT:  Thank you.

10   BY MR. LESCHT:

11       Q.    Now, when you worked exclusively at the Pentagon, did

12   you ever put down on your time sheets the commute from your

13   house to the Pentagon or from the Pentagon back to your house?

14       A.    No.

15       Q.    And then when you were asked about the possibility of

16   working at Kaiser, which is very close to your house, were you

17   excited about the prospect of working five minutes from your

18   house?

19       A.    Ms. Caschetta and I had a lengthy phone conversation

20   about this particular endeavor.

21       Q.    I was just asking if you were happy about working close

22   to home?

23       A.    I wasn't unhappy about it, but it, you know, it wasn't

24   something that I was elated about, you know.

25       Q.    One would expect that you'd be happy --

1    A.    -- it's nice to be able to work close to home -- I'm

2    sorry.  Go ahead.

3    Q.    All right.  So then at some point you decided to work

4    mornings at the Pentagon and afternoons at Kaiser; is that

5    right?

6    A.    That was decided for me; I didn't get to decide that.

7    Q.    But you did?

8    A.    Yes, but I did.

9    Q.    All right.  Now, the work that you did at Kaiser was

10   medical coding for a variety of their clinics under

11   multi-specialties; is that right?

12   A.    No.  What I did was I worked with the motor vehicle

13   accidents and some workmen's compensation, and it was mostly

14   physical therapy claims that I worked on.

15   Q.    And like your job at the Pentagon, you were working at

16   Kaiser -- you were placed -- you were like embedded in their

17   offices working alongside the Kaiser people, right?

18   A.    I was working with the Kaiser people.  There were some

19   other Advanta people there too.

20   Q.    And then in the job at Kaiser like the job at the

21   Pentagon, you reported, for want of a better word, to somebody

22   that worked for Kaiser?

23   A.    Yes, I did.

24   Q.    Helene Lamana?

25   A.    Helene Lamana.

1   Q.   So, when you worked -- I'll ask you questions about the
2   period of time that you worked these two spots.

3   A.   Okay.

4   Q.   You would take the train from Twinbrook to the Pentagon
5   and the train back to Twinbrook, right -- get your car, and
6   then go have lunch and then go to Kaiser.  Is that right?

7   A.   I always had -- I had to be at Kaiser by 2:00.  So, by
8   the time I got back to Twinbrook there wasn't much time in
9   between.  So, I would run over to, you know, maybe through the
10  drive-thru or run over to Whole Foods and grab a salad and go
11  right to Kaiser and go to work.

12  Q.   Well, didn't you on occasion, or frequently, stop at
13  your house and go home?

14  A.   No, I didn't have time to go home.

15  Q.   Well, I'll show you what's been marked as Plaintiffs'
16  Exhibit Number 23.

17  A.   Thank you.

18  Q.   In particular, if you go look at the -- if you look at
19  the screen, I've highlighted a sentence on the bottom, and you
20  write here --

21          MR. SALB:  What page are you on?

22          MR. LESCHT:  Plaintiffs' Exhibit Number 23.

23          MR. SALB:  It's a multi-page --

24          MR. LESCHT:  This is --

25          MR. SALB:  What's the Bates number?  What is the

 1   number at the --

 2            MR. LESCHT:  This is an e-mail string dated

 3   June 30, 2005, that Ms. Radtke sent to Erica Kryenbuhl.  And

 4   here, Mrs. Ferrara, you wrote, quote:  I can come to Pentagon

 5   for couple of hours and leave in plenty of time to go to WRAMC

 6   via Metro and then come back home and go to Kaiser, but I'm

 7   concerned about the time factor.  End quote.

 8            Do you see that?

 9            THE WITNESS:  I understand what you're saying, but

10   I didn't have time in between to do those things.

11   BY MR. LESCHT:

12   Q.   But this is --

13   A.   That was -- that was a speculation on my part to say,

14   well, I could do that, but that didn't mean that that's what

15   happened.

16   Q.   And didn't you --

17   A.   -- that was prior to that.

18   Q.   Well, you wrote that -- your intention was, at least at

19   this point in time, was that when you came back from the Metro

20   from the Pentagon that you would go home because you lived so

21   close to the Kaiser location?

22   A.   That was because of this meeting.  That was because of

23   the meeting but not any other time, but I never got to do

24   that.

25   Q.   Didn't you tell Ms. Caschetta that you went home for

1   lunch all the time?

2     A.   No, I did not.

3     Q.   Well, couldn't you have?  It was two minutes from --

4     A.   No, I didn't have time.

5     Q.   So, during the time that you commuted from the Pentagon

6   back, right?

7     A.   Uh-huh.

8     Q.   Isn't it true that you would have had to come back to

9   Rockville to come home anyway from the Pentagon?

10     A.   I would have, but I had to be home -- I had to be at

11   Kaiser by 2:00 o'clock.

12     Q.   And did you include the commuting time from your home

13   to the Pentagon and from the Pentagon to home when you were

14   working at Kaiser on the time sheets that you submitted to

15   them?

16           MR. SALB:  Objection; relevance.

17           THE COURT:  Overruled.

18           THE WITNESS:  No, I did not.

19   BY MR. LESCHT:

20     Q.   Isn't it a fact that Advanta paid you for all of the

21   time that you submitted on your time sheets?

22     A.   For all the time that I submitted on my time sheets, I

23   suppose they did.

24     Q.   And isn't it a fact that this contract that I showed

25   you before has not been breached by Advanta?

1    A.    I don't know that.

2    Q.    Was it your contention that they breached the written

3  contract of some sort?

4    A.    I don't know that.

5              MR. LESCHT:  I have no further questions, Judge.

6              THE COURT:  Your witness.

7                          CROSS-EXAMINATION

8  BY MS. KUNTZ:

9    Q.    Ms. Ferrara, the time sheets --

10    A.    Yes.

11    Q.    Yes, ma'am.  There were places to record all of the

12  work you did specifically, coding, training, we've been

13  through this, right?

14    A.    Yes, ma'am.

15    Q.    Was there a place to record travel time?

16    A.    No, ma'am.

17    Q.    Was there any place to record miscellaneous?

18    A.    No.

19    Q.    So, the time sheets did not provide a place for you to

20  record?

21    A.    No, ma'am, they did not.

22              MS. KUNTZ:  Thank you.  That's all, Your Honor.

23              THE COURT:  You may stand down.  I'm sorry; do you

24  have any redirect?

25              MR. LESCHT:  We can take a break for a minute.

```
 1              THE COURT:  I'm sorry; do you want to take five

 2     minutes right now?

 3              MR. LESCHT:  Yeah, that would be great.

 4              THE COURT:  We'll take a brief recess, ladies and

 5     gentlemen.  You may stand down, Mrs. Ferrara.

 6              THE WITNESS:  Thank you.

 7              THE COURT:  You're welcome.  4:15, please.

 8              MR. SALB:  I'm sorry; is the witness excused?

 9              MR. LESCHT:  No, I may have -- two minutes.

10              THE COURT:  Mrs. Ferrara, take your seat.  That's

11     okay.  4:15, ladies and gentlemen.

12     BRIEF RECESS

13                           AFTER RECESS

14              THE COURT:  All right, Counsel.

15                      REDIRECT EXAMINATION

16     BY MR. LESCHT:

17      Q.   Mrs. Ferrara, just to confirm, you were on the Advanta

18     payroll, you were never on the Lifecare payroll, correct?

19      A.   That's correct.

20      Q.   You were never --

21              MS. KUNTZ:  Objection; beyond the scope.

22              THE COURT:  I'll permit it.

23     BY MR. LESCHT:

24      Q.   You didn't know Joe Molina before?

25      A.   No, sir.
```

1    Q.   So, you said before about your time sheets, that there

2    was no place to enter the commuting time and that's why you

3    didn't enter it.  I just pulled out Joint Exhibit 7, which

4    includes a bunch of your time sheets.  I want to show you one

5    and it looks to me like there's lots of spaces to enter it.

6    A.   Okay, let me see.

7    Q.   Aren't there a lot of blanks here where the time could

8    be entered?

9    A.   This is all record count.  It's not -- this is not --

10        THE COURT:  Folks, folks, why don't you show it to

11   the jury so they know what you're talking about.

12        THE WITNESS:  Sorry.

13   BY MR. LESCHT:

14   Q.   Okay.  So, this is your time sheet, correct?

15   A.   Yes, it is.

16   Q.   Look at all those blanks on the left-hand side,

17   couldn't you have just written it in if you wanted it?

18   A.   It doesn't have a specific place for it, so I wouldn't

19   have written it in.

20   Q.   There's a place for vacation time, holiday time, sick

21   time?

22   A.   Right.

23   Q.   You could have just handwritten it in any place,

24   couldn't you?

25   A.   I don't know that I could have.

1    Q.    Nothing stopped you from doing it?

2    A.    Nothing stopped me from doing it, that's true, but I

3    don't know that I could have done it -- whether it would have

4    been accepted or not.

5    Q.    Here is another one it.  It's got time for down time,

6    an entry for down time?

7    A.    Okay.

8    Q.    Couldn't you have included it in down time?

9    A.    It wouldn't be considered down time.  Down time would

10   be if the system was down or if there was a problem in that

11   manner, that's what down time refers to.

12   Q.    Regardless, you never submitted this on your time

13   sheets, right?

14   A.    I was never told that I could do it.

15            MR. LESCHT:  Okay.  I have no further questions.

16            THE COURT:  All right.  Thank you, again,

17   Mrs. Ferrara, you I may step down.  You may call your next

18   witness.

19            MR. LESCHT:  Your Honor, we rest.

20            THE COURT:  All right.  Defendants' have rested.  I

21   think we should adjourn for the day.  You had other witnesses

22   on your witness list but you're not going to call them?

23   All right.  So, Defendants' have rested.

24            I have some legal matters to take up with counsel

25   right now, but I'm going to excuse you for the day because we

1    don't know what's going to happen next until I talk to

2    counsel.  So, have a pleasant evening, see you tomorrow

3    morning.  Okay.

4             Do not discuss this case with anybody who wants to

5    discuss it with you.  Do not investigate the matter on the

6    Internet in any way.

7    JURY ESCORTED OUT OF THE COURTROOM AT 4:20 P.M.

8             THE COURT:  All right.  Defendants having rested.

9    Plaintiffs?

10            MR. SALB:  Your Honor, you'll be surprised to know

11   that I would like to make a motion for judgment.

12            THE COURT:  All right.

13            MR. SALB:  The first issue that I'd like to raise

14   with the Court deals with the question of travel time, which

15   is one of the factual issues that I think the Court has or

16   intends for the jury to decide.  We know that the Code of

17   Federal Regulations requires that an employee be compensated

18   for all time.

19            We also note that 29 CFR 790.6 provides that,

20   quote:  Periods of time between the commencement of the

21   employee's first principal activity and the completion of his,

22   presumably also hers, last principal activity on any workday,

23   must be included in the computation of hours worked.

24            There's no dispute but that Ms. Radtke was assigned

25   to work at two different work locations.  That she traveled

1    between the two.  That she worked from a particular time until

2    a particular time, and that she's entitled to be paid for all

3    of that time.

4          Now, obviously, this doesn't get to the broader

5    question as to whether there's an exemption that applies, but

6    just as it relates to the travel time issue.  There's no jury

7    question.  There's no evaluation for the jury to make because

8    there's no evidence to rebut these basic principles.

9          Second, the questions that we've got here are

10   whether the administrative or the professional exemptions

11   apply as to the plaintiffs.  So, there are two exemptions that

12   are claimed and there are two plaintiffs.  I think it's

13   easiest to start with Ms. Radtke's case because there's simply

14   no evidence in the record that indicates that she was doing

15   any work that would be subject to the exemption.

16         The professional exemption, of course, requires a

17   level of learning that the defendants simply have not even

18   presented.  There is no dispute.  The only evidence here is

19   that the education that she had was an Associate's degree, a

20   certification, a six-month training course.  The education

21   that she had was not a learned one.  It was not intellectual

22   study.

23         If we look at numerous cases, Your Honor, dealing

24   with this question, time after time the professional exemption

25   is strictly limited to highly educated, skilled people, like

1    nurses and doctors and lawyers.  The Roney case decided in

2    this court is one such example.

3              Now, this would apply to both plaintiffs, not

4    just Ms. Radtke.  The professional exemption is unsupported.

5    The regulations define the exemption to apply to someone whose

6    primary duty consists of the performance of work requiring

7    knowledge of an advanced type in a field of science or

8    learning customarily acquired by a prolonged course of

9    specialized intellectual instruction and study.

10             All of those pieces of the definition must be

11   present; we can't pick and choose; we can't say, oh, well, it

12   was advanced -- knowledge of an advanced type, or it was in a

13   field of science.  Though, in point of fact, the work that our

14   clients were doing -- was doing -- did not require knowledge

15   of an advanced type.  And it was not in a field of science or

16   learning customarily acquired by a prolonged course of

17   specialized intellectual instruction and study.

18             Indeed, there are cases that say, look, if you

19   don't have a Bachelor's degree, forget it.  But even if you

20   have a Bachelor's degree, that doesn't necessarily mean that

21   there's an exemption because it has to be specialized and

22   intellectual.  Liberal arts is used in some cases to describe

23   the standard.

24             Now, it's also important to pay attention to the

25   word customarily because the Defendants' here have made quite

1    a big deal about the requirements that they purportedly had.

2    Now, setting aside for a moment the evidentiary questions,

3    which we'll come to in a moment.  We know from the language in

4    the contract that what was required was a medical coder.  That

5    what was required was certification.  And the certification

6    does not require the level of education or training required

7    for the professional exemption.

8              I'd particularly like to highlight the case of

9    Powell versus American Red Cross, 518 F.Supp.2d 24.  That's a

10   decision of this court, where the Court found that an

11   employee, who was a registered nurse, is not subject to the

12   professional exemption simply because she's a nurse.  The

13   Department of Labor lists nurse as typically exempt because of

14   their education.  But the exemption the Court noted was

15   something that applies to the job being done.

16             So, the position taken by the Defendants' that

17   regardless of the jobs requirements because the plaintiffs

18   purportedly had more advanced training, they were exempt, does

19   not apply.  As I said, this professional exemption is clearly

20   inapplicable as to both of the plaintiffs.

21             I'd also like to mention two other cases that I

22   think are particularly instructive.  One is Vela versus City

23   of Houston, 276 F.3d 659, in particular Page 675, that is a

24   Fifth Circuit case from 2001.  The Court held there that

25   determination of the professional exemption is based solely on

1    education and the exercise of professional judgment on the

2    job, not particularly anything remarkable there.  That's the

3    uniform view.

4              But what's interesting is how it distinguished

5    EMTs and paramedics, who were not exempt, from nurses, who

6    were exempt.  It focused on educational requirements.  Nothing

7    remarkable there.  But particularly interesting is that

8    paramedics had to have 800 hours of substantial and rigorous

9    training, but it simply didn't hold a candle to the

10   requirements of the exempt employee.

11             The other case to mention also deals -- also

12   comes out of the Fifth Circuit, that's mere coincidence

13   because the Fifth Circuit law, as I understand it, is no

14   different from our own, it's the Owsley case, 187 F.3d 521 at

15   525.  It's almost the converse, because that case held that an

16   athletic trainer, whom we might presume to be nonexempt, were

17   exempt, because they were required to obtain a university

18   degree and to undergo a specialized training in subjects such

19   as human anatomy, physiology and sports medicine.  By reading

20   the decision you can see the details there that highlight the

21   sort of education that is required for the professional

22   exemption.

23             Now, that leaves the administrative exemption.

24   The Defendants' have talked about a lot of factors, Your

25   Honor.  They have talked about how skilled the plaintiffs have

1   been in identifying the work that was done from the doctors'

2   notes.  They have talked about the plaintiffs' ability to seek

3   clarification from physicians.  They have talked about how

4   skilled the plaintiffs were at their job, among other factors,

5   none of which relates to the applicability of the professional

6   exemption.

7          A court reporter, highly trained and skilled,

8   might be very experienced, might be very good, might be very

9   fast.  Those are not the factors that determine if the court

10  reporter is exempt or not exempt.  The test as to the

11  administrative exemption relates to whether employees are

12  performing duties as to setting policies and running the

13  business.

14         I think it was the Roney case that drew that

15  distinction in particular, that's 790 F.Supp 23, the District

16  of Columbia, 1992.  But there are numerous cases that make it

17  clear that the focus is on the policy setting role of the

18  administrative exempt employee.  One of the leading cases is

19  Bratt versus County of Los Angeles, 912 F.2d 1066, pinpoint

20  1070, Ninth Circuit, 1990.

21         Maybe I have to talk about -- stop talking about

22  the qualifications of the court reporter.  The Court there

23  said the test -- this is a quote:  The test is whether the

24  activities are directly related to management policies or

25  general business operations.  The District Court correctly

1    captured the essence of this requirement by interpreting it to

2    mean the running of a business and not merely the day-to-day

3    carrying out of its affairs.  Roney cited that.  Not merely

4    the day-to-day carrying out of its affairs.

5              What the plaintiffs were doing related to the

6    daily carrying out of the affairs of the business -- Walter

7    Reed, Kaiser Permanente, the Pentagon -- and not to the

8    running of the business.  The Defendants' have the burden of

9    proof.  Parenthetically, it was our circuit court -- I have to

10   look on my computer for the citation -- made reference to the

11   clear and convincing standard, that I mistakenly used earlier,

12   to indicate that our circuit has not determined what the

13   applicable standard is in that particular case -- I think it

14   was the Red Cross case -- no, it wasn't the Red Cross case.

15             THE LAW CLERK:  I think it was the Geico case.

16             MR. SALB:  The Geico case.  Thank you, sir.  So,

17   you're familiar with that.  So, we know that -- because we

18   heard from the plaintiffs, and indeed from Ms. Caschetta --

19   that Ms. Cunningham was spending three quarters of her time

20   doing medical records coding, and that Ms. Radtke was spending

21   90 percent or more of her time doing medical records coding.

22   We know that those do not meet the definition of an

23   administrative exception.  The defendants have not met their

24   burden.

25             I haven't spoken about the additional requirement

1   for the administrative exemption, that the plaintiffs have to

2   exercise discretion and independent judgment, though that

3   factor is no less compelling.  Because, without question, as

4   it relates to Ms. Radtke, there was never even a suggestion

5   that she exercised -- I'm sorry -- that there was evidence to

6   support the conclusion that she exercised discretion.

7           Deciding to come to work, deciding even when to

8   come to work, deciding whether to do this task or that task

9   first, these are not the discretion referred to in the law.

10  And we're familiar, of course, with the applicable law there,

11  29 CFR 541.202(b).

12          The same is true for Ms. Cunningham.  There's no

13  indication, even as to the exaggerated explanations or

14  conclusory statements regarding Ms. Cunningham's actual job

15  responsibilities, even there there was no testimony that what

16  she was doing, as a practical matter, feet on the ground, what

17  she was actually doing on a daily basis required discretion

18  and the exercise of judgment, first and foremost, because the

19  Defendants' did not dispute that three quarters or more of her

20  time was spent doing medical records coding.

21          At Ms. Caschetta's deposition I asked --

22  85 percent?  She essentially conceded the point, even if we

23  use a broad definition of coding.  And we know that the law

24  says that the focus is on the primary duty.  We count the

25  hours.  Count the time.  85 percent.  75 percent.  So,

1    clearly, we don't meet the discretion or judgment standard

2    there.  But even as it relates to these other things that Ms.

3    Caschetta testified to, that she has not testified as to

4    anything that specifically required discretion or judgment.

5           Therefore, Your Honor, we move for a directed

6    verdict.

7           THE COURT:  Counsel?

8           MR. LESCHT:  Plaintiffs' counsel ignores the facts

9    that we've heard the last two days.  All of the facts indicate

10   that the two plaintiffs worked independently, exercised

11   discretion in their decisions, and their decisions impacted in

12   a significant manner on the business of the places they were

13   embedded.  Their work quintessentially fit within the

14   administrative exemption.

15          Secondly, I reached the same conclusion on the

16   professional exemption.  Plaintiffs' counsel ignores the

17   testimony that he's heard.  Ms. Radtke -- excuse me --

18   Ms. Ferrara testified she was an extremely experienced person,

19   a BS degree in Health Information, many certifications, worked

20   in the medical field for some 15 years before she came to work

21   for Advanta, worked on her own.

22          In her own words, the only coder there without any

23   supervision from anybody, reporting to Major Franklin, who

24   works at the Pentagon, who doesn't know about coding.  She

25   trained the doctors; she corrected the doctors; she was in

1    charge of the coding function.

2              The same with respect to Ms. Cunningham.

3    Ms. Cunningham performed significant work, in her own words.

4    We've seen her resumes.  And I submit, Judge, that her

5    testimony with regard to the resumes and the application for

6    federal employment, as contrasted with her deposition

7    testimony, shows that she either wasn't telling the truth here

8    or she wasn't telling the truth at the deposition.

9              And a reasonable person can easily conclude that

10   the position taken in her resume is an inconvenient fact that

11   she wanted to try to destroy here, because if the jury finds

12   that she's a supervisor, then she's not going to receive

13   overtime.  And, in our opinion, what she's done is give false

14   testimony concerning the material matter with the intent --

15   with the intent to provide false testimony.  This was not a

16   result of confusion.  She wasn't confused about anything.  It

17   wasn't a mistake.  And it certainly wasn't a faulty memory.

18   What she did was nothing short of perjury.

19             We feel that you should dismiss her case in its

20   entirety because no reasonable juror could believe anything

21   that comes out of her mouth.

22             THE COURT:  All right.  The Court rules as follows:

23   The question of travel time I think is premature, that goes to

24   damages and I'm going to deny that motion, but leave to --

25   with leave to renew it.  In reference to the other motion, I'm

1    going to deny it as well.  I've reviewed the evidence and I

2    thought about it, and I find that constraining in the light

3    favorable to the party that has the burden of proof and

4    allowing for the judgment of credibility, that is for the

5    jury.

6              I find that a reasonable person could return a

7    verdict in the defendants' favor based on the evidence I've

8    heard.  I will not at this point dismiss Ms. Cunningham's case

9    because of any alleged perjury on her part.  The question of

10   credibility is for the jury.

11             All right.  Having denied those motions, does the

12   plaintiffs now wish to present evidence on the availability of

13   exemptions?  Not now, but is that the next phase of this case?

14             MR. SALB:  Yes, Judge.

15             THE COURT:  So, tomorrow morning you will begin

16   with your witnesses?

17             MR. SALB:  Yes, Judge.

18             THE COURT:  Thank you very much, Counsel.

19             MR. SALB:  Thank you, Judge.

20             MR. LESCHT:  Thank you.

21   COURT ADJOURNED AT 4:40 P.M.

22

23

24

25

1

2                     C E R T I F I C A T E

3          I, Lisa M. Foradori, RPR, FCRR, certify that

4    the foregoing is a correct transcript from the record of

5    proceedings in the above-titled matter.

6

7

8

9    Date:_____          _____

10                                  Lisa M. Foradori, RPR, FCRR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| $ | Case 1:06-cv-02031-JMF | Document 26 | Filed 08/04/14 | Page 218 of 247 |

**$** Case 1:06-cv-02031-JMF

**$1653.84 [2]** 32/24 33/1
**$33 [1]** 68/6

**'**
**'05 [1]** 172/25
**'96 [1]** 179/10
**'99 [1]** 179/10

**0**
**02 [1]** 142/16
**05 [1]** 142/16
**06-2031 [1]** 1/3

**1**
**1/96 [1]** 119/16
**10 [2]** 12/18 195/19
**103 [2]** 80/3 85/12
**104 [1]** 80/18
**105 [1]** 79/25
**1050 [1]** 1/21
**1066 [1]** 211/19
**1070 [1]** 211/20
**108 [1]** 3/4
**11 [9]** 3/16 4/12 5/4 29/9 33/4 33/6 33/8
  175/22 176/4
**11/02 [1]** 142/16
**1100 [1]** 1/17
**11226 [1]** 175/19
**113 [1]** 3/5
**115 [1]** 3/8
**11:00 [1]** 55/25
**125 [1]** 155/14
**12:20 [1]** 108/24
**13 [11]** 15/11 29/6 53/10 53/15 135/13
  135/14 135/15 135/25 136/3 143/8
  143/9
**13009 [1]** 114/5
**14 [8]** 1/4 3/21 141/9 141/24 142/1
  143/6 143/10 143/11
**142 [2]** 3/5 3/21
**15 [3]** 35/2 90/10 214/20
**150-question [1]** 107/9
**16 [2]** 60/2 60/5
**167 [1]** 3/5
**16th [1]** 19/21
**17th [1]** 1/17
**18 [7]** 3/17 38/19 38/21 38/24 90/10
  194/2 194/7
**187 [1]** 210/14
**19 [13]** 3/13 3/13 19/8 19/13 19/17
  27/21 28/2 28/4 28/6 63/20 63/21
  112/11 112/18
**1980 [2]** 176/19 193/16
**1990 [1]** 211/20
**1992 [1]** 211/16
**1996 [1]** 177/20
**1999 [1]** 116/8
**1:00 p.m [1]** 189/5
**1:40 [1]** 108/19

**2**
**20 [3]** 12/18 112/11 112/18
**20001 [1]** 2/4
**2001 [3]** 117/3 124/25 209/24
**2002 [18]** 10/11 17/17 24/1 26/9 29/2
  29/21 30/14 52/22 60/2 60/5 64/14 87/8
  89/5 89/6 105/2 117/4 124/25 127/10
**2003 [7]** 19/21 26/16 28/10 28/12 28/23
  76/18 77/22
**20036 [1]** 1/22
**2004 [5]** 22/19 83/11 86/25 87/5 176/22
**2004-2005 [1]** 94/8

**2005 [9]** 26/9 26/12 28/13 29/11 30/18
  94/8 136/16 173/7 200/3
**2009 [2]** 179/15 179/16
**2014 [2]** 1/4 76/15
**202 [3]** 1/23 2/4 3/8
**203 [1]** 3/8
**2031 [1]** 1/3
**20774 [1]** 114/6
**20814 [1]** 1/18
**20852 [1]** 175/20
**20s [1]** 12/18
**21 [15]** 3/14 3/15 22/6 22/10 22/12
  22/16 22/18 22/23 23/4 31/24 32/13
  32/15 49/12 131/13 196/18
**22 [6]** 15/14 137/19 137/23 146/13
  170/1 170/2
**22.1006 [1]** 52/25
**22.106 [1]** 60/15
**23 [14]** 3/14 3/18 3/19 40/14 40/19
  40/23 49/5 49/7 49/10 49/15 186/4
  199/16 199/22 211/15
**24 [1]** 209/9
**276 [1]** 209/23
**28 [1]** 30/14
**29 [2]** 206/19 213/11
**2:00 [1]** 199/7
**2:00 o'clock [1]** 201/11

**3**
**30 [1]** 200/3
**301 [1]** 1/18
**31st [1]** 30/17
**32 [1]** 3/15
**3269 [1]** 2/4
**33 [2]** 3/16 68/5
**333 [1]** 2/3
**354-3269 [1]** 2/4
**38 [1]** 3/17
**3:15 [1]** 163/11

**4**
**4/05 [1]** 142/16
**40 [1]** 3/18
**400 [1]** 1/22
**463-6036 [1]** 1/23
**48 [2]** 52/23 60/14
**49 [1]** 3/19
**4:15 [2]** 203/7 203/11
**4:20 P.M [1]** 206/7
**4:30 [2]** 195/24 196/1
**4:40 P.M [1]** 216/21

**5**
**518 [1]** 209/9
**52.222-48 [2]** 52/23 60/14
**521 [1]** 210/14
**525 [1]** 210/15
**541.202 [1]** 213/11
**56 [1]** 3/4
**5:00 [2]** 70/7 70/8

**6**
**6036 [1]** 1/23
**656-6905 [1]** 1/18
**659 [1]** 209/23
**67 [1]** 3/20
**6706 [1]** 2/3
**675 [1]** 209/23
**6905 [1]** 1/18
**6:30-7:00 a.m [1]** 154/1

**7**
**7/97 [1]** 119/16
**74 [1]** 174/7

**75 percent [2]** 165/13 213/25
**79 [1]** 131/13
**790 [1]** 211/15
**790.6 [1]** 206/19
**7979 [1]** 1/17
**7th [1]** 173/7

**8**
**80 [2]** 132/20 135/2
**80 percent [1]** 140/6
**800 [1]** 210/8
**85 [2]** 213/22 213/25
**88 [4]** 155/12 155/16 155/18 155/20
**8:00 a.m [1]** 195/25

**9**
**9/97 [1]** 119/3
**90 percent [1]** 212/21
**912 [1]** 211/19
**96 [1]** 119/16
**97 [2]** 119/3 119/16
**99 [1]** 18/18
**99.211 [1]** 122/16
**9:00 [2]** 70/7 70/8
**9:30 [1]** 1/5
**9:35 [1]** 5/23

**A**
**a.m [4]** 1/5 5/23 154/1 195/25
**AAPC [1]** 176/21
**AAPC-ISP [1]** 176/21
**abide [2]** 10/22 105/15
**abiding [1]** 65/10
**ability [4]** 35/12 35/19 107/11 211/2
**able [26]** 16/14 17/10 34/18 42/9 43/24
  50/25 51/15 76/6 101/21 102/11 107/23
  134/22 138/8 143/19 152/8 158/22
  162/5 162/9 162/14 166/9 166/11
  170/11 183/5 183/23 193/13 198/1
**about [112]** 6/11 6/22 6/23 10/12 12/9
  12/24 14/23 27/25 29/8 33/17 34/14
  36/11 37/9 37/17 38/4 41/19 49/22
  50/24 52/14 55/16 67/12 68/9 70/22
  75/1 75/10 77/25 83/2 83/18 85/5 92/20
  96/21 97/9 99/8 99/10 101/15 103/2
  103/3 105/20 107/14 107/15 109/4
  109/7 110/6 110/7 111/23 113/3 118/23
  121/8 131/24 137/17 145/25 146/5
  146/12 147/20 148/14 149/9 153/14
  153/21 153/23 155/11 157/2 158/13
  164/21 165/3 165/8 166/2 166/15 167/5
  167/5 171/21 172/17 174/15 174/21
  179/24 181/3 181/17 182/10 182/18
  183/9 185/16 185/17 186/10 186/16
  186/18 188/22 190/8 191/11 191/17
  193/19 193/22 195/25 197/15 197/17
  197/20 197/21 197/23 197/24 199/1
  200/7 204/1 204/11 209/1 210/24
  210/25 211/2 211/3 211/21 211/21
  212/25 214/24 215/16 216/2
**above [4]** 141/20 177/19 193/6 217/5
**above-titled [1]** 217/5
**abreast [1]** 98/20
**absolutely [13]** 23/22 61/22 82/15 89/23
  90/22 91/8 91/19 95/10 95/25 156/24
  157/1 167/11 167/17
**abstract [1]** 166/10
**abuse [1]** 105/12
**Academy [1]** 177/1
**acceptance [1]** 30/2
**accepted [6]** 59/7 59/11 62/6 82/11
  82/11 205/4
**access [1]** 155/25
**accessed [1]** 47/8

**A**     Case 1:06-cv-02031-JMF     Document 116-1 Filed 04/14/247

**accessible** [1] 188/3
**accidents** [1] 198/13
**acclimated** [2] 124/2 146/8
**accordance** [5] 4/12 105/9 105/10 184/23 190/20
**according** [6] 30/17 32/20 87/23 118/5 145/20 187/5
**account** [6] 50/17 51/5 117/17 119/7 178/16 179/7
**accounted** [1] 103/11
**accounting** [4] 76/1 76/3 76/8 76/9
**accounts** [3] 117/16 123/13 128/15
**accuracy** [5] 71/18 71/22 72/13 121/23 122/3
**accurate** [27] 7/5 73/4 119/8 120/2 125/10 125/19 125/21 126/7 126/12 130/1 130/15 132/12 136/8 136/13 136/17 136/20 137/1 138/19 139/2 139/2 139/6 157/15 160/10 165/1 165/16 168/17 176/14
**accurately** [5] 41/23 42/11 73/9 73/11 119/24
**Ace** [1] 133/16
**achieve** [1] 43/14
**achieving** [1] 52/7
**acknowledge** [1] 35/9
**acknowledges** [2] 80/6 80/18
**acquired** [3] 145/2 208/8 208/16
**acquisitions** [1] 64/4
**acronym** [1] 63/1
**acronyms** [8] 117/14 191/7 191/9 191/10 191/12 191/13 191/16 191/18
**across** [1] 35/10
**act** [15] 52/13 52/15 52/24 53/4 54/15 64/8 64/11 80/6 80/18 86/7 88/3 88/6 91/1 110/18 138/8
**acted** [1] 5/5
**active** [4] 13/22 38/2 184/7 184/12
**active-duty** [1] 184/7
**activities** [5] 11/7 13/16 75/9 142/14 211/24
**activity** [4] 11/10 21/10 206/21 206/22
**acts** [1] 138/7
**actual** [17] 53/5 60/16 121/7 123/14 130/5 140/19 141/11 155/6 157/6 157/16 157/17 159/25 160/22 164/6 164/24 165/14 213/14
**actually** [42] 7/2 14/17 18/1 20/5 24/16 32/10 40/3 46/13 46/17 47/1 47/12 48/12 53/20 57/11 68/1 71/16 73/16 86/13 99/17 101/7 113/7 121/12 123/4 127/14 129/24 150/3 152/23 153/22 154/5 159/14 159/21 161/25 162/7 165/4 166/9 170/19 172/14 184/22 185/15 187/22 191/24 213/17
**adapt** [2] 17/6 17/12
**adapting** [1] 17/5
**add** [4] 188/19 188/20 188/20 191/3
**added** [4] 60/25 130/19 165/13 169/6
**addendum** [1] 75/19
**addition** [2] 107/22 107/23
**additional** [5] 18/21 45/17 75/18 81/10 212/25
**address** [5] 114/4 124/21 136/6 171/13 175/18
**addressing** [2] 77/16 77/17
**adjourn** [1] 205/21
**ADJOURNED** [1] 216/21
**admin** [1] 140/13
**administration** [14] 7/22 8/8 8/9 34/23 54/14 101/1 105/5 109/15 115/11 116/12 116/20 125/17 151/9 182/17

**administrative** [19] 5/6 16/1 16/4 16/10 15/11 16/16 18/9 22/16 35/4 37/11 51/25 72/10 109/14 207/10 210/23 211/11 211/18 212/23 213/1 214/14
**administrator** [3] 38/11 83/20 116/16
**admission** [11] 19/12 22/13 32/12 33/5 38/20 40/20 49/6 53/12 67/6 68/16 141/23
**admissions** [1] 33/10
**admit** [3] 28/3 28/4 28/4
**admitted** [30] 6/25 19/15 19/17 22/15 23/4 29/3 32/14 32/15 33/7 33/8 38/23 38/24 40/22 40/23 49/8 49/14 49/15 53/14 53/15 66/16 67/6 67/9 67/10 68/17 86/19 112/5 141/25 142/1 176/5 194/6 196/17
**admonished** [2] 56/3 108/22
**advanced** [6] 188/16 208/7 208/12 208/12 208/15 209/18
**Advanta** [70] 19/6 19/25 22/19 24/18 25/10 25/11 26/15 26/18 26/19 26/20 26/23 27/7 27/9 27/11 27/14 29/24 30/6 30/22 31/5 32/17 32/18 37/22 54/17 54/23 55/20 55/21 55/22 64/19 65/18 65/20 65/21 65/22 65/24 65/24 66/1 66/1 67/1 67/1 67/25 68/21 68/23 68/24 69/11 70/11 70/24 71/5 71/7 72/19 92/2 92/3 100/15 100/15 101/5 104/10 141/1 143/15 156/12 183/8 183/12 184/4 184/9 192/19 193/12 196/21 197/4 198/19 201/20 201/25 203/17 214/21
**Advanta or** [1] 156/12
**Advanta's** [3] 55/3 100/20 100/20
**Advanta/Lifecare** [1] 143/15
**advice** [6] 7/20 9/3 11/16 18/11 38/15 52/8
**advise** [2] 40/4 98/21
**advising** [1] 75/10
**AFC** [1] 125/1
**affairs** [3] 212/3 212/4 212/6
**affiliation** [1] 184/1
**affiliations** [1] 177/18
**afraid** [2] 56/18 90/6
**after** [40] 5/13 19/22 20/5 20/7 24/17 25/4 34/9 37/24 45/25 48/11 56/6 66/11 66/22 66/22 67/2 72/12 78/13 81/19 83/14 87/13 107/8 108/25 111/16 116/8 133/13 156/6 159/22 160/4 160/23 161/2 163/16 164/21 166/13 173/8 173/10 178/25 182/9 191/2 203/13 207/24
**afternoons** [1] 198/4
**again** [44] 5/25 6/4 15/12 27/15 46/13 56/3 77/3 78/21 82/13 90/7 108/22 116/13 124/15 124/24 125/7 125/15 126/2 126/22 127/2 127/18 128/24 129/12 130/11 132/20 132/24 132/25 135/2 136/19 137/5 137/5 152/6 152/19 158/8 158/14 163/2 163/13 166/12 168/19 171/5 171/6 182/15 184/20 195/4 205/16
**against** [1] 139/12
**agenda** [5] 41/9 149/19 149/20 186/19 187/14
**agendas** [2] 148/12 148/13
**ago** [7] 27/18 49/9 83/18 86/5 86/9 131/24 132/7
**agree** [11] 58/19 61/20 65/4 65/5 76/19 78/23 78/24 83/25 93/5 103/10 104/13
**agreed** [2] 58/19 82/18
**agreement** [17] 3/15 19/10 19/24 20/12 20/13 20/13 20/21 20/24 21/5 24/18 25/8 27/18 27/24 32/4 63/4 66/4 68/3 154/25 156/20 163/2 163/13 166/12
**ahead** [12] 43/19 49/13 68/15 84/21

90/8 103/29 183/4 149/15 152/1 153/19 164/1 198/2
**AHIMA** [1] 178/6
**AHLTA** [2] 157/11 157/12
**aided** [1] 2/24
**AL** [2] 1/3 1/6
**ALAN** [2] 1/20 1/21
**Albany** [1] 119/17
**alerted** [1] 5/10
**aligned** [1] 101/18
**alignment** [2] 101/17 101/18
**all** [128] 5/13 5/25 6/3 8/23 9/13 12/18 15/17 16/21 21/11 23/1 24/15 26/14 30/11 33/10 44/19 45/1 50/17 50/17 54/16 56/12 58/1 58/3 58/14 58/19 60/3 60/11 61/16 61/20 62/5 63/6 65/20 65/24 67/17 68/18 69/21 69/22 71/10 75/2 75/3 78/12 78/15 79/2 79/3 79/3 80/23 81/20 82/18 83/9 85/16 85/22 87/18 93/13 94/12 95/22 96/2 96/5 96/25 104/8 104/10 104/12 107/7 108/18 109/23 112/23 113/8 120/2 123/11 124/9 124/10 128/15 134/4 135/12 136/13 136/16 137/1 137/22 146/2 147/25 148/14 151/15 154/10 156/21 158/1 158/1 161/25 162/5 163/20 167/9 167/11 167/17 167/18 167/24 168/14 173/24 175/4 180/16 180/19 181/3 181/23 183/23 187/4 188/25 191/12 191/13 192/21 193/7 194/5 198/3 198/9 201/1 201/20 201/22 202/11 202/22 203/14 204/9 204/16 205/16 205/20 205/23 206/8 206/12 206/18 207/2 208/10 214/9 215/22 216/11
**alleged** [1] 216/9
**allocate** [1] 42/12
**allocated** [1] 90/15
**allocation** [4] 44/2 44/5 74/21 74/23
**allow** [1] 94/17
**allowed** [2] 14/2 149/24
**allowing** [1] 216/4
**almost** [2] 104/8 210/15
**along** [12] 63/13 75/21 78/15 108/7 116/14 128/4 133/17 142/6 155/1 155/2 160/1 179/22
**alongside** [1] 198/17
**alpha** [1] 166/11
**already** [18] 11/3 28/23 49/8 72/20 95/16 121/10 121/13 121/21 122/21 139/7 140/9 151/21 158/8 162/1 168/4 169/12 184/19 194/6
**also** [50] 6/9 8/6 13/10 17/14 30/21 31/7 34/5 35/11 38/10 38/15 38/17 41/8 41/15 47/19 47/22 52/24 53/1 54/9 57/8 69/19 72/6 72/24 74/12 77/12 91/3 98/13 98/16 98/18 98/20 98/23 99/3 101/5 108/6 111/16 117/13 128/13 144/16 156/20 163/22 167/15 177/8 188/6 195/10 196/5 206/19 206/22 208/24 209/21 210/11 210/11
**always** [14] 10/20 47/9 48/13 63/6 87/21 88/6 93/2 125/5 145/2 161/20 187/23 188/3 188/4 199/7
**am** [5] 5/14 55/14 102/4 103/9 115/18
**amalgam** [1] 37/22
**ambiguous** [6] 132/9 155/24 158/15 158/19 160/14 167/13
**ambiguously** [1] 9/18
**amend** [1] 75/20
**amendments** [1] 79/3
**America** [2] 57/24 104/17
**American** [5] 120/5 177/1 178/2 178/7 209/9

**A**    Case 1:06-cv-02031-JMF

**among [7]**  14/14 15/21 27/15 56/4 108/23 163/13 211/4
**amongst [1]**  154/10
**amount [2]**  155/1 186/25
**analyze [2]**  11/21 44/24
**analyzed [2]**  117/16 118/1
**anatomy [1]**  210/19
**and/or [2]**  43/1 145/17
**Angeles [1]**  211/19
**ankle [11]**  133/13 133/13 133/15 133/18 133/20 161/1 161/1 161/4 166/13 166/19 166/20
**another [24]**  12/9 13/2 18/21 21/9 36/12 37/1 59/9 69/25 69/25 83/8 85/23 86/13 98/1 98/23 101/4 124/19 136/3 148/22 166/1 171/1 171/5 171/6 173/3 205/5
**answer [51]**  23/2 52/9 57/6 58/4 59/5 61/25 62/1 65/9 68/10 69/13 76/25 77/6 79/1 80/25 81/5 81/9 81/11 81/15 82/2 82/4 82/14 85/6 85/8 90/21 91/7 93/9 93/11 95/22 100/6 100/8 100/17 126/14 127/19 127/20 127/24 128/6 131/19 132/23 133/3 135/1 135/6 146/5 146/16 150/15 163/23 174/11 174/12 174/13 174/13 192/22 192/23
**answered [4]**  90/25 124/12 137/8 139/7
**answering [5]**  78/21 81/1 82/22 129/11 168/15
**answers [4]**  129/10 141/21 142/5 168/6
**anticipating [1]**  34/2
**antiquated [1]**  155/22
**any [67]**  12/2 16/13 18/21 20/19 23/13 30/14 41/17 42/6 45/20 47/13 51/15 54/17 59/6 60/6 61/21 78/5 79/8 80/4 80/5 80/16 80/17 81/21 81/23 84/16 86/6 90/16 97/10 99/16 102/25 103/5 113/5 129/4 140/4 140/5 140/8 142/6 144/25 146/22 147/16 150/20 150/22 150/23 155/2 155/2 156/14 161/16 163/1 166/16 166/24 170/19 175/1 180/17 181/24 187/13 187/19 188/2 189/16 195/5 200/23 202/17 202/24 204/23 206/6 206/22 207/15 214/22 216/9
**anybody [4]**  92/2 108/21 206/4 214/23
**anyone [10]**  54/22 92/8 97/15 108/23 147/4 159/5 163/12 163/14 171/11 195/24
**anything [18]**  20/20 78/2 84/4 94/23 100/4 150/18 152/13 153/12 153/13 153/14 161/1 161/18 161/19 193/24 210/2 214/4 215/16 215/20
**anyway [2]**  41/7 201/9
**anywhere [1]**  153/25
**apologize [2]**  153/2 153/4
**Apparently [1]**  88/25
**appeals [1]**  181/24
**appear [1]**  87/23
**APPEARANCES [1]**  1/14
**appeared [2]**  119/11 119/14
**appears [9]**  23/9 44/25 45/1 107/17 114/12 115/9 127/13 136/18 136/21
**applicability [1]**  211/5
**applicable [5]**  63/25 64/3 91/3 212/13 213/10
**applicants [1]**  107/24
**application [7]**  52/23 65/8 171/14 173/4 173/25 174/20 215/5
**application that [1]**  173/4
**applied [2]**  80/7 80/19
**applies [10]**  52/11 54/10 64/8 64/11 86/7 88/3 88/6 105/25 207/5 209/15
**apply [17]**  17/1 35/11 5+/14 51/15 51/15 52/9 75/6 75/1 176/5 80/6 80/19 110/17 123/8 207/11 208/3 208/5 209/19
**appreciate [2]**  58/3 87/14
**apprentice [4]**  10/11 10/15 10/16 10/17
**approach [4]**  41/12 41/13 106/4 186/13
**appropriate [6]**  4/22 6/12 40/11 42/13 64/6 121/15
**appropriately [4]**  5/5 44/11 91/5 92/11
**approval [1]**  78/1
**approved [3]**  78/5 78/6 78/8
**April [3]**  29/11 136/10 172/25
**are [113]**  6/8 6/16 7/18 7/18 10/7 12/3 13/22 27/7 33/10 33/12 39/16 39/20 40/19 44/10 47/25 49/7 54/20 54/25 55/13 55/16 56/13 57/21 62/21 62/22 66/10 75/14 75/19 76/3 76/15 76/15 77/12 78/2 79/8 82/6 83/2 85/11 88/12 89/18 92/6 93/5 93/10 93/21 99/25 99/25 101/13 101/15 101/15 101/22 104/23 105/17 106/3 106/3 106/19 107/1 107/4 108/4 108/4 108/5 110/20 112/21 113/9 114/21 115/1 115/17 115/22 115/24 116/1 116/22 119/24 120/2 120/3 125/11 129/20 129/24 132/5 132/14 132/15 133/18 140/3 141/21 142/5 142/7 142/8 148/20 151/25 152/22 152/22 160/12 160/16 164/11 166/16 172/1 172/12 177/19 186/15 188/8 188/25 191/1 191/4 194/13 195/14 199/21 207/9 207/11 207/12 207/12 208/18 209/22 211/9 211/11 211/16 211/24 213/9
**area [19]**  8/20 8/21 9/3 10/18 12/17 14/17 25/6 42/14 47/25 51/3 76/11 89/21 121/2 124/10 162/19 162/21 188/3 191/24 193/7
**areas [15]**  8/12 8/14 8/17 8/23 8/25 9/4 9/25 10/1 14/10 24/7 24/8 25/1 37/8 122/25 154/24
**aren't [2]**  186/15 204/7
**arena [2]**  69/4 69/4
**argument [1]**  6/8
**arising [1]**  5/9
**arithmetic [1]**  165/12
**around [7]**  16/17 47/7 47/23 86/4 105/13 194/22 195/6
**arranged [1]**  122/16
**arrangement [6]**  20/14 21/3 26/20 27/10 30/15 30/16
**arrangements [1]**  31/15
**arrival [1]**  73/18
**arrive [1]**  195/25
**arrived [2]**  73/14 195/22
**art [2]**  106/17 106/18
**arts [1]**  208/22
**as [213]**  5/15 5/15 5/22 6/10 6/17 6/25 7/22 7/22 8/8 8/8 13/23 13/23 15/12 15/25 16/25 17/1 17/19 18/10 18/10 19/7 20/9 20/13 22/6 24/4 25/21 26/1 27/4 27/13 29/20 30/24 31/23 32/20 33/3 35/4 35/4 38/19 39/3 39/7 40/13 42/2 46/23 51/14 51/14 51/23 51/23 52/24 53/10 54/11 55/22 61/16 62/5 63/8 64/1 64/6 64/22 65/6 71/8 73/7 75/18 75/20 75/22 79/17 79/17 82/6 85/6 86/13 90/9 90/14 91/17 92/16 93/18 93/19 94/2 95/5 95/24 96/7 97/1 97/23 98/2 98/13 100/14 102/14 104/25 112/9 112/16 113/25 114/7 114/16 117/6 117/23 118/12 118/24 119/4 119/18 121/9 123/3 123/22 125/1 127/22 128/5 128/18 128/18 128/21 128/21 128/21 128/21 128/22 128/23
**128/25 129/6 129/6 129/10 131/5 134/22 136/12 136/4 138/5 138/8 138/14 139/1 139/1 139/15 140/25 141/8 143/15 149/6 149/16 149/16 150/3 155/13 157/5 157/23 158/12 158/20 159/8 159/10 159/19 160/14 162/4 162/5 162/6 162/6 162/25 164/20 165/19 165/21 165/22 165/25 167/12 168/1 168/1 169/9 170/7 170/18 170/18 172/18 172/18 173/8 173/20 174/25 175/11 175/21 176/17 177/6 179/1 179/7 179/21 180/10 181/6 181/18 181/20 182/10 185/12 185/23 185/24 186/4 186/13 187/3 187/23 187/24 188/19 190/22 190/22 190/23 192/24 193/20 193/21 193/21 193/21 194/1 194/8 195/12 196/8 196/18 199/15 207/5 207/6 207/11 209/13 209/19 209/20 210/13 210/19 211/10 211/12 213/3 213/13 213/16 214/2 214/3 215/6 215/22 216/1**
**aside [2]**  10/23 209/2
**ask [31]**  4/21 4/23 4/24 46/21 58/4 68/14 85/17 109/4 126/2 126/14 126/22 128/24 137/5 148/4 150/7 150/15 151/19 153/18 153/22 155/24 166/1 167/5 168/3 185/22 187/25 188/4 189/24 194/18 194/18 195/3 199/1
**asked [59]**  8/19 11/25 12/1 21/7 24/21 47/11 59/2 59/6 59/14 67/12 74/23 79/19 80/4 80/7 80/19 80/23 80/24 81/4 81/14 82/1 82/1 82/13 84/23 84/24 90/9 91/20 96/15 100/5 103/17 109/5 109/6 113/3 128/18 128/23 131/13 131/24 132/21 137/8 147/23 148/9 149/16 150/11 150/24 151/6 152/9 152/24 155/19 163/2 163/21 165/10 174/4 174/7 174/12 185/20 185/21 190/9 190/15 197/15 213/21
**asking [22]**  55/16 58/12 68/8 68/9 74/7 78/22 78/22 82/5 84/14 88/7 90/18 90/23 93/13 99/8 99/10 100/4 126/10 129/11 149/16 150/12 191/17 197/21
**aspect [3]**  70/9 101/24 102/14
**aspects [3]**  18/13 99/13 101/5
**aspirin [1]**  133/16
**aspirins [1]**  166/20
**asserted [1]**  165/12
**assessed [2]**  133/14 145/6
**assessing [1]**  166/22
**assessment [8]**  120/25 121/1 129/6 133/24 148/25 159/20 166/19 192/7
**assessments [6]**  132/17 132/22 133/8 134/22 135/4 166/3
**assign [2]**  40/10 147/12
**assigned [5]**  24/5 35/23 109/11 165/11 206/24
**assigning [1]**  40/6
**assignment [2]**  36/25 37/1
**assistance [3]**  8/13 12/2 18/21
**assistant [9]**  13/5 119/18 119/18 176/17 177/6 177/20 179/18 181/5 193/20
**assisting [1]**  66/4
**Associate's [4]**  115/14 115/20 116/8 207/19
**associated [2]**  41/12 100/14
**associates [6]**  1/21 76/3 119/17 125/13 179/5 181/7
**association [5]**  120/5 178/2 178/3 178/4 178/8
**associations [1]**  23/14
**assume [2]**  19/15 70/21
**assuming [4]**  144/11 151/16 153/3 153/5

## A    Case 1:06-cv-02031-JMF

**assurances** [1] 91/5
**assured** [1] 91/5
**athletic** [1] 210/16
**Atlanta** [1] 98/1
**attached** [1] 122/17
**attachments** [1] 142/7
**attain** [2] 115/19 115/20
**attend** [4] 144/17 146/10 148/14 150/19
**attended** [4] 102/18 102/19 149/6 149/8
**Attending** [1] 147/20
**attention** [4] 11/25 31/20 37/16 208/24
**attorney** [1] 50/16
**attributes** [2] 82/6 82/6
**audit** [9] 38/6 118/2 129/4 134/22
139/11 157/24 191/22 192/4 192/4
**audited** [5] 117/13 118/1 129/7 139/5
139/8
**auditing** [11] 7/11 7/11 120/16 120/16
121/9 133/21 133/24 158/4 158/5
158/10 166/23
**auditor** [6] 75/25 76/7 76/8 76/9 76/20
77/14
**auditors** [2] 76/2 99/7
**audits** [8] 118/3 129/4 132/17 132/22
133/8 135/5 166/4 180/4
**authority** [6] 13/6 13/7 129/4 150/22
153/9 153/10
**availability** [1] 216/12
**available** [6] 18/20 33/23 33/25 34/3
59/15 66/23
**Avenue** [1] 2/3
**award** [3] 46/3 57/24 95/9
**awarded** [6] 52/21 57/8 57/16 57/18
57/21 96/23
**aware** [9] 20/23 78/2 79/8 81/23 102/25
103/5 103/9 111/12 111/17
**away** [1] 45/17
**awhile** [3] 46/1 178/1 182/14

## B

**Bachelor** [2] 115/11 177/14
**Bachelor's** [8] 34/22 76/10 77/14 77/21
179/14 179/15 208/19 208/20
**back** [76] 4/10 6/15 6/18 9/20 10/11
23/24 25/7 25/9 34/24 45/25 48/2 48/17
49/21 49/22 50/6 62/1 68/5 71/25 72/1
72/8 77/4 77/24 79/15 79/15 79/18
80/21 80/22 81/19 83/17 89/7 90/6
93/14 93/15 103/22 104/3 105/2 121/5
123/7 129/15 132/4 132/6 134/25
139/11 143/6 148/6 148/8 149/11 151/2
152/15 152/20 153/2 154/14 154/21
155/24 160/5 164/8 165/1 166/18 182/7
182/12 182/13 182/15 182/15 183/1
183/20 190/17 193/21 195/8 196/11
197/13 199/5 199/8 200/6 200/19 201/6
201/8
**background** [6] 34/5 34/14 136/8 176/9
180/24 193/18
**backlog** [1] 21/19
**backlogged** [1] 21/20
**backtrack** [1] 171/24
**backwards** [1] 25/12
**balance** [1] 117/17
**ballpark** [1] 11/7
**Baltimore** [2] 178/10 179/4
**bandage** [1] 133/16
**bar** [1] 162/11
**Barnes** [12] 57/9 57/13 58/2 58/9 78/13
78/13 83/24 84/5 84/7 110/10 110/25
111/5
**Barry** [1] 190/5

**based** [20] 69/16 69/8 83/17 110/15
110/23 125/14 127/17 130/22 131/22
138/2 145/13 145/15 145/22 154/25
156/4 158/16 165/23 185/13 209/25
216/7
**baseline** [1] 106/23
**basic** [3] 106/23 107/23 207/8
**basically** [6] 10/25 46/12 102/9 110/25
160/21 187/18
**basis** [15] 7/14 8/5 8/10 20/16 35/25
71/19 78/7 97/25 98/25 102/16 141/2
148/24 148/24 161/8 213/17
**batch** [2] 141/10 180/4
**Bates** [1] 199/25
**be** [221]
**became** [2] 153/23 172/17
**because** [104] 5/1 11/24 12/6 15/8 17/2
21/24 24/5 25/1 31/6 33/21 34/7 41/16
41/25 45/20 46/2 46/9 47/9 48/13 48/20
51/1 52/3 54/3 58/1 63/9 67/3 71/19
71/23 73/7 73/17 74/3 77/12 89/18
102/10 107/25 113/8 121/11 125/5
134/25 137/12 137/25 138/7 139/12
140/21 143/17 145/11 148/8 152/16
152/21 153/4 153/4 153/7 153/21
155/21 156/1 156/9 158/3 158/18 160/7
161/4 162/5 162/9 164/24 165/16
169/19 170/9 171/24 171/25 172/1
172/20 173/10 173/19 173/21 173/25
174/24 183/23 185/11 188/20 189/21
192/21 193/7 193/18 193/19 193/21
195/24 200/20 200/22 200/22 205/25
207/7 207/13 208/21 208/25 209/12
209/13 209/17 210/13 210/15 210/17
212/17 213/3 213/18 215/11 215/20
216/9
**become** [3] 63/12 114/8 156/22
**been** [58] 5/4 5/21 6/25 8/7 11/14 11/25
14/17 17/10 19/7 22/5 25/5 32/20 36/19
38/19 39/10 39/13 51/18 53/24 54/13
58/20 66/17 69/25 77/22 79/5 83/10
86/14 86/15 86/19 92/15 95/17 98/2
104/17 105/1 109/21 113/24 130/18
130/20 132/7 133/7 133/18 134/17
134/19 136/11 139/11 141/8 143/25
149/5 159/7 168/4 175/10 178/1 184/19
196/17 199/15 201/25 202/12 205/6
211/1
**before** [35] 1/10 6/7 14/12 14/12 18/2
41/9 49/1 54/11 58/13 83/7 83/9 97/20
105/1 111/23 112/8 115/13 117/22
118/12 118/22 119/3 119/10 124/24
125/8 134/18 136/25 143/25 152/13
153/23 183/3 183/8 185/12 201/25
203/24 204/1 214/20
**beg** [3] 58/7 80/15 104/24
**began** [1] 6/7
**begin** [2] 154/11 216/15
**beginning** [6] 23/25 26/15 47/3 80/12
155/12 180/7
**begins** [2] 66/11 80/11
**behalf** [1] 35/15
**behavior** [3] 35/21 111/9 153/2
**behind** [2] 9/9 56/12
**being** [32] 16/14 43/7 44/10 64/1 69/7
76/16 78/18 80/22 81/4 81/14 82/13
92/10 92/20 98/18 99/19 100/24 111/8
131/11 139/9 145/15 149/3 157/23
160/4 171/7 171/10 171/24 172/21
172/22 173/22 174/19 193/21 209/15
**belief** [2] 51/24 142/8
**believe** [35] 10/6 15/21 16/3 17/14 24/3
25/6 27/17 29/1 29/3 35/24 39/13 39/13
46/23 51/18 54/9 54/11 54/11 54/14

73/19 78/19 79/10 79/11 83/13 83/21
86/19 97/12 104/7 110/9 110/14 155/13
169/19 169/22 173/18 194/6 215/20
**believed** [6] 143/19 169/3 169/5 170/8
172/11 174/22
**belonged** [1] 184/1
**below** [9] 116/25 119/16 125/15 136/19
142/5 176/21 177/24 178/6 178/16
**beneficiaries** [1] 13/22
**benefit** [6] 4/16 6/17 31/4 31/14 33/22
67/4
**benefits** [5] 14/1 61/15 69/8 118/13
119/7
**best** [9] 31/6 34/25 40/5 67/3 69/8 99/22
142/7 158/21 172/20
**bestowed** [1] 146/10
**Bethesda** [1] 1/18
**better** [6] 38/13 140/18 183/2 191/15
196/20 198/21
**between** [18] 21/1 27/12 27/13 29/13
31/4 58/7 73/13 86/11 87/10 87/16
100/15 151/16 153/25 183/14 199/9
200/10 206/20 207/1
**beyond** [5] 4/9 10/17 28/14 82/17
203/21
**big** [3] 141/10 152/16 209/1
**bill** [11] 14/2 34/16 44/12 50/19 74/20
130/7 130/7 130/7 130/8 145/23 155/15
**billable** [3] 123/12 128/15 155/15
**billed** [1] 75/9
**biller** [3] 138/23 178/25 181/6
**billing** [36] 9/6 9/10 13/12 13/15 16/14
34/5 35/9 50/16 74/19 116/7 116/16
117/23 118/10 118/25 119/4 119/5
122/6 123/12 125/8 130/6 136/20
140/11 178/24 179/9 180/5 180/17
180/22 181/10 181/13 181/18 181/21
182/10 182/24 183/10 183/10 190/15
**billing/coordinator** [1] 119/4
**binding** [2] 58/7 58/20
**bit** [5] 20/19 46/21 134/18 180/3 183/20
**biweekly** [5] 32/21 32/23 72/3 148/1
197/1
**blank** [1] 72/1
**blanks** [2] 204/7 204/16
**Block** [1] 41/6
**blurry** [1] 114/10
**BMAR** [1] 156/2
**board** [5] 24/4 34/1 37/16 102/2 102/2
**body** [3] 107/2 107/3 152/2
**bold** [1] 126/1
**Bonuses** [1] 147/8
**book** [19] 15/18 16/2 22/18 66/9 74/4
74/7 131/16 135/13 145/20 154/5 154/6
157/4 174/9 184/21 184/23 189/22
189/23 194/3 194/19
**booklets** [1] 114/23
**books** [12] 106/1 121/14 130/23 131/3
131/8 131/21 134/15 145/14 158/20
167/2 187/6 187/6
**both** [22] 26/18 46/18 48/3 52/9 52/11
65/20 66/9 69/15 69/17 69/19 71/4
72/17 72/21 72/22 133/23 142/10 158/3
159/24 178/19 182/23 208/3 209/20
**bottom** [7] 49/25 50/1 59/22 60/11 120/4
141/15 199/19
**Boulevard** [3] 195/13 195/15 196/6
**bounce** [1] 36/11
**braces** [1] 191/25
**Bratt** [1] 211/19
**breached** [2] 201/25 202/2
**breadth** [1] 34/19
**break** [8] 47/14 48/22 55/25 74/9 108/18
120/17 163/10 202/25

**B**    Case 1:06-cv-02031-JMF    Document 22-1    Filed 08/04/14    Page 222 of 247

**breakfast [1]** 6/1
**breast [7]** 128/13 128/21 132/13 139/21 144/16 154/7 167/8
**bridging [1]** 144/18
**brief [4]** 56/5 163/15 203/4 203/12
**briefing [1]** 113/12
**briefings [1]** 11/22
**bring [4]** 5/17 11/17 34/1 95/18
**broad [1]** 213/23
**broader [1]** 207/4
**broadly [3]** 75/4 124/1 168/20
**broke [1]** 140/12
**broken [4]** 106/11 120/24 140/11 154/24
**brought [3]** 8/25 12/13 100/22
**Brown [18]** 47/18 73/23 74/3 98/8 98/10 99/16 101/2 146/7 147/19 154/4 156/6 156/8 156/9 156/16 156/18 156/19 170/11 170/14
**BS [2]** 125/16 214/19
**budget [4]** 122/10 122/10 123/18 145/10
**building [1]** 152/25
**built [1]** 163/6
**bullet [15]** 12/24 15/13 125/2 125/10 126/10 129/15 130/13 132/10 132/16 136/12 136/16 137/18 138/17 138/25 139/16
**bunch [1]** 204/4
**burden [9]** 4/5 4/14 4/21 5/15 6/6 6/12 212/8 212/24 216/13
**business [17]** 11/13 16/15 30/7 52/6 55/4 55/11 97/13 97/14 117/6 125/1 154/12 211/13 211/25 212/2 212/6 212/8 214/12
**button [1]** 157/20
**buy [1]** 63/9

**C**

**CA [1]** 1/3
**CAC [2]** 124/3 154/17
**cafeteria [2]** 124/6 148/2
**calculated [1]** 71/23
**call [26]** 36/12 47/23 70/19 70/22 73/23 89/13 99/5 113/4 113/19 113/21 146/7 150/16 152/14 153/1 166/20 166/23 175/5 175/6 177/2 178/5 181/22 186/25 189/12 193/1 205/17 205/22
**called [14]** 12/1 43/3 75/19 99/20 105/4 109/5 148/11 155/4 157/10 157/11 158/9 158/10 166/22 167/14
**calls [4]** 153/17 170/19 178/14 179/2
**came [37]** 5/6 10/12 10/13 11/25 24/4 25/7 25/9 28/18 28/22 45/25 46/23 59/14 60/17 64/25 71/17 75/15 84/9 89/7 94/12 96/21 99/3 101/25 102/2 102/2 130/5 133/12 145/16 151/20 152/3 160/25 161/3 170/5 170/8 178/23 186/24 200/19 214/20
**can [85]** 5/7 7/3 7/8 9/19 10/6 10/10 11/11 12/25 20/11 21/4 27/8 29/5 29/23 31/1 33/17 39/6 41/9 41/20 44/23 45/3 45/14 46/7 46/7 48/22 49/19 50/5 50/18 60/21 61/25 63/20 66/20 75/21 76/14 77/6 77/13 77/15 77/15 78/12 79/2 79/4 79/7 81/12 83/17 85/17 85/21 90/24 93/9 99/23 100/7 106/19 106/20 107/6 107/6 109/8 120/14 123/25 128/9 133/4 135/13 139/11 141/11 142/10 142/23 145/21 146/5 149/8 149/11 155/5 157/4 159/2 159/15 159/18 160/19 161/6 166/7 171/16 176/8 176/13 176/14 188/15 190/10 200/4 202/25 210/20 215/9

**can't [8]** 19/2 46/8 76/25 133/23 159/25 215/17
**candidate [1]** 67/1
**candle [1]** 210/9
**cannot [3]** 63/1 93/11 108/1
**capabilities [1]** 35/7
**capacities [1]** 54/13
**capacity [10]** 15/25 27/3 32/7 53/21 55/22 68/7 77/16 95/13 99/5 172/15
**Capital [1]** 181/14
**capture [12]** 38/13 71/20 101/21 120/22 151/18 151/20 152/4 161/20 161/25 162/5 162/7 162/9
**captured [2]** 163/20 212/1
**capturing [3]** 37/10 151/11 186/24
**car [1]** 199/5
**Carcamo [3]** 102/4 102/6 102/7
**card [6]** 124/3 151/14 154/17 162/8 187/14 187/16
**Cardiac [1]** 181/7
**cardiology [1]** 178/25
**care [31]** 12/3 13/19 13/21 13/23 14/4 22/1 34/6 43/7 43/10 43/11 43/12 43/12 43/13 43/13 43/14 100/11 105/4 118/24 128/13 128/21 132/13 139/21 144/16 153/3 153/4 154/7 166/21 167/8 172/8 178/13 186/23
**cared [1]** 193/22
**career [1]** 180/7
**Carmen [10]** 23/8 27/13 31/2 31/3 66/22 66/23 68/1 113/21 113/23 114/5
**carrying [3]** 212/3 212/4 212/6
**cartload [1]** 184/14
**CASCHETTA [80]** 1/6 3/5 5/17 5/20 6/22 20/11 22/5 23/2 23/7 23/23 28/10 29/5 31/20 33/15 33/15 40/25 45/10 54/9 54/16 56/2 56/13 56/14 59/5 98/6 109/4 112/13 126/4 127/2 127/5 127/21 127/25 137/10 137/14 137/16 138/6 138/11 140/2 140/11 143/17 143/19 144/3 146/20 147/3 147/19 147/24 148/9 149/11 149/17 149/19 149/24 150/17 151/4 151/16 152/12 152/13 152/14 152/24 153/1 156/13 163/6 169/3 169/10 169/19 169/21 172/11 173/10 173/18 173/19 173/22 173/25 174/15 176/11 183/4 183/7 185/21 196/2 197/19 200/25 212/18 214/3
**Caschetta's [2]** 79/25 213/21
**case [30]** 4/6 5/6 5/8 6/12 42/4 56/4 108/21 108/23 109/9 134/17 163/13 169/9 170/9 206/4 207/13 208/1 209/8 209/24 210/11 210/14 210/15 211/14 212/13 212/14 212/14 212/15 212/16 215/19 216/8 216/13
**cases [16]** 11/2 35/14 35/15 37/7 38/16 40/2 40/7 51/19 51/20 105/16 207/23 208/18 208/22 209/21 211/16 211/18
**cast [1]** 106/11
**catching [1]** 184/25
**categories [4]** 74/24 89/7 111/2 164/6
**category [8]** 15/7 16/9 17/21 74/10 89/3 89/9 103/13 110/5
**caught [1]** 5/15
**caveat [1]** 18/17
**cells [1]** 72/1
**Center [5]** 6/24 53/6 105/4 127/1 128/2
**centers [1]** 105/12
**central [1]** 60/20
**certain [20]** 6/6 9/21 10/1 12/4 21/15 21/20 38/16 76/4 79/12 82/5 82/8 82/8 88/8 98/17 110/19 110/19 110/20 119/6 138/6 174/4
**certainly [5]** 5/11 191/10 191/14 193/20

**can [1]** 19/2 46/8 76/25 133/23 159/25 215/17
**138/21 208/11 208/11**
**Certificate 2004 [1]** 176/22
**certification [15]** 18/8 34/15 34/17 61/14 107/21 107/22 108/1 116/4 141/20 142/4 156/2 183/16 207/20 209/5 209/5
**certifications [7]** 62/21 63/11 79/15 107/19 134/5 176/9 214/19
**certified [12]** 76/22 107/11 116/10 116/16 177/19 177/24 183/3 183/6 183/11 183/13 183/14 183/15
**Certifies [2]** 61/11 61/12
**certify [1]** 217/3
**cetera [4]** 14/12 36/24 75/24 107/1
**CFR [2]** 206/19 213/11
**change [5]** 4/19 9/11 54/4 94/2 191/20
**changed [4]** 8/15 47/5 135/9 171/23
**changes [4]** 112/11 112/21 187/10 187/11
**changing [5]** 35/21 174/23 184/25 185/1 188/8
**characterization [1]** 88/22
**characterize [2]** 90/3 107/6
**characterized [1]** 103/15
**characterizing [1]** 102/23
**charge [7]** 7/22 14/7 74/6 117/16 129/19 181/20 215/1
**charges [1]** 41/24
**chart [1]** 118/4
**charts [2]** 184/14 184/15
**chase [2]** 194/22 195/6
**CHCS [2]** 157/10 157/13
**Cheatham [1]** 25/7
**check [7]** 9/8 11/5 11/5 47/21 47/21 64/6 159/6
**check-in [1]** 47/21
**check-out [1]** 47/21
**checked [2]** 64/7 71/17
**CHI [1]** 14/23
**chief [4]** 8/2 8/6 43/15 43/16
**choice [1]** 107/10
**choose [1]** 208/11
**chose [5]** 129/24 137/11 157/15 173/21 183/20
**Christopher [3]** 24/12 57/10 111/13
**chronic [2]** 151/25 151/25
**chronology [1]** 94/18
**circle [2]** 11/4 182/13
**circuit [6]** 209/24 210/12 210/13 211/20 212/9 212/12
**circumstance [1]** 38/16
**circumstances [4]** 17/13 31/6 77/13 77/23
**citation [1]** 212/10
**cited [1]** 212/3
**City [1]** 209/22
**civil [1]** 4/25
**civilian [3]** 7/23 13/24 17/1
**claim [8]** 83/19 84/15 84/16 102/16 119/5 139/9 139/11 164/25
**claimed [1]** 207/12
**claims [39]** 13/14 14/17 14/21 14/23 15/1 15/5 15/6 15/6 15/8 117/13 128/14 128/21 129/6 129/7 129/8 130/1 130/2 130/5 130/9 138/20 138/22 138/23 138/23 139/6 139/22 139/24 145/1 160/8 162/14 162/16 162/18 162/19 162/23 164/17 164/21 181/9 181/24 182/23 198/14
**clarification [7]** 133/19 155/24 158/19 160/13 160/17 167/14 211/3
**clarifications [1]** 70/5
**clarify [5]** 75/17 76/23 88/9 92/17 97/12

**class [10]** 10/10 40/17 41/7 41/10 151/7 151/17 152/9 163/8 186/11 194/22

**classes [3]** 46/10 54/4 185/18

**classification [9]** 40/17 43/22 97/1 99/19 103/13 104/14 104/19 104/20 109/10

**classifications [1]** 105/13

**classified [9]** 91/17 92/16 92/21 93/19 95/5 96/9 97/2 98/13 109/13

**classify [1]** 110/14

**classifying [1]** 91/6

**clause [3]** 52/23 53/1 60/14

**clauses [5]** 59/11 62/23 63/25 79/11 82/18

**clear [20]** 4/7 5/6 20/22 31/12 58/19 63/15 74/16 74/17 74/18 78/1 78/2 96/5 133/22 160/3 160/7 160/16 161/9 189/25 211/17 212/11

**clearances [1]** 36/23

**clearly [2]** 209/19 214/1

**clerk [2]** 29/15 111/1

**client [2]** 50/19 113/15

**client's [1]** 119/7

**clients [6]** 20/16 24/20 52/8 61/21 89/16 208/14

**clinic [21]** 7/10 13/17 35/24 38/2 40/3 42/12 42/13 70/1 70/3 100/14 117/10 120/15 120/20 144/15 145/2 148/20 166/12 167/8 184/7 184/12 195/23

**clinical [21]** 7/11 7/13 8/14 8/24 9/17 10/24 21/11 35/1 35/3 35/3 39/24 43/2 43/25 75/17 75/22 105/6 107/6 118/24 120/16 179/21 179/21

**clinicians [3]** 38/3 107/4 185/6

**clinics [12]** 8/9 8/16 132/17 132/22 135/5 144/19 147/12 148/21 151/19 151/24 170/15 198/10

**close [8]** 48/7 51/23 154/12 195/15 197/16 197/21 198/1 200/21

**closest [1]** 124/6

**closing [1]** 182/1

**CM [1]** 40/18

**CMS [1]** 191/2

**code [43]** 11/4 15/19 16/2 16/8 21/24 35/15 41/23 42/9 43/3 43/4 45/4 45/6 98/15 101/21 105/25 109/6 109/10 121/4 121/7 121/21 122/6 122/15 145/18 155/15 155/20 157/17 158/22 159/2 159/4 159/11 159/12 159/23 159/24 159/24 159/25 160/1 160/6 165/18 167/2 181/1 191/15 193/25 206/16

**coded [22]** 14/13 38/10 94/23 121/13 123/11 128/12 128/20 129/7 139/21 140/25 144/22 149/3 155/1 155/7 157/23 158/8 158/18 160/11 161/21 165/22 165/25 184/20

**coder [51]** 10/24 13/3 15/24 32/20 42/17 64/22 76/22 89/9 89/10 89/14 98/13 98/13 99/4 107/11 107/14 107/16 108/10 117/24 123/22 126/2 128/12 128/20 129/4 138/6 141/7 143/18 144/1 144/2 144/22 145/5 145/9 145/10 145/11 148/22 148/22 153/23 156/22 157/5 159/18 159/21 159/23 160/12 160/18 161/8 162/25 183/14 184/2 192/12 193/21 209/4 214/22

**Coder/Supervisor [1]** 126/2

**coders [52]** 12/10 12/10 15/14 15/14 68/20 74/13 92/15 93/5 94/1 95/10 99/7 105/6 109/7 124/1 126/5 126/7 126/12 126/16 126/18 126/20 126/24 126/25 127/3 127/18 127/19 128/10 129/3

137/19 138/1 141/12 146/1 146/8 146/14 218/8
149/13 148/15 154/3 159/10 165/21 166/5 167/10 167/11 167/15 168/3 170/6 170/8 170/10 170/20 174/12 177/1 178/2 183/13 188/25

**coders' [1]** 166/6

**codes [35]** 11/1 11/3 40/6 40/11 44/1 75/6 75/7 101/22 106/21 107/5 109/5 117/14 119/7 121/14 122/2 122/17 129/23 133/19 134/16 140/22 145/6 157/4 157/12 157/13 157/14 158/1 158/2 158/9 159/5 160/2 190/14 190/23 190/24 191/11 193/22

**codified [1]** 21/21

**codify [1]** 44/17

**coding [180]** 7/11 7/11 7/12 7/25 9/14 10/10 10/12 13/2 13/14 14/15 14/20 16/13 16/14 20/9 21/12 30/11 34/6 36/25 36/25 36/25 38/2 38/8 40/15 42/2 42/21 42/22 42/22 44/3 44/21 51/12 51/13 51/16 69/4 69/25 75/1 75/2 75/4 75/11 75/15 75/22 93/5 98/3 99/6 100/18 100/22 101/16 101/23 103/10 103/15 104/13 104/17 105/13 105/18 106/1 106/7 106/18 106/22 108/11 116/11 116/16 117/9 120/16 120/17 120/21 120/23 121/9 121/11 121/14 122/12 123/1 123/23 123/24 124/10 128/2 129/18 129/25 130/4 130/15 130/22 131/3 131/8 131/21 131/22 132/11 133/9 134/14 134/24 134/24 137/5 138/20 139/10 139/18 139/19 140/9 140/12 140/14 140/21 141/1 142/24 143/15 143/20 143/24 144/3 144/13 144/14 144/15 144/19 144/23 145/6 148/21 148/23 154/4 156/21 157/2 158/12 158/20 159/14 159/15 161/10 162/1 162/2 162/2 163/22 163/23 164/6 164/13 164/14 164/16 164/18 164/20 164/22 164/23 165/5 165/6 165/7 165/9 165/9 165/11 165/15 165/20 165/24 166/3 167/5 167/6 167/7 171/19 176/21 177/16 178/3 178/4 180/5 180/6 180/6 180/24 182/4 182/7 182/18 183/10 183/10 184/7 184/12 184/24 185/7 186/20 188/23 189/2 189/11 190/3 190/19 191/5 191/16 193/10 198/10 202/12 212/20 212/21 213/20 213/23 214/24 215/1

**coding-related [1]** 103/10

**coincidence [1]** 210/12

**colleague [2]** 5/4 5/10

**colleagues [6]** 92/22 93/4 97/9 124/9 146/14 147/5

**collect [3]** 144/18 154/8 157/6

**collecting [1]** 121/12

**collection [2]** 92/24 108/12

**collections [2]** 14/17 25/6

**college [12]** 10/9 18/1 115/10 115/14 125/16 125/20 125/20 177/8 182/12 182/13 182/16 183/1

**colonel [7]** 41/5 47/24 148/3 193/6 193/6 195/3 195/3

**colonels [3]** 8/4 8/4 148/16

**COLUMBIA [5]** 1/1 115/10 125/16 177/9 211/16

**combined [1]** 37/19

**come [41]** 19/4 21/23 22/1 23/15 48/16 49/19 49/21 49/22 50/5 50/6 54/3 56/7 66/23 83/16 96/18 96/22 98/3 106/20 138/8 143/19 148/24 159/6 166/18 170/7 170/10 170/17 185/22 187/25 188/2 188/4 194/7 194/18 194/22 195/3 196/3 200/4 200/6 201/8 201/9 209/3 213/7

**comes [10]** 25/12 26/22 28/21 39/17 94/21 134/4 166/12 194/14 210/12 215/21

**coming [7]** 34/3 41/15 46/13 97/22 124/2 134/21 188/6

**command [2]** 154/9 162/11

**commence [1]** 6/3

**commencement [1]** 206/20

**comments [2]** 56/20 56/21

**commercial [7]** 16/13 24/20 61/18 63/9 63/25 64/4 118/6

**common [3]** 75/10 77/20 190/14

**communicate [4]** 37/11 47/16 70/2 72/8

**communication [3]** 48/1 72/2 73/19

**community [3]** 18/1 115/14 125/20

**commute [1]** 197/12

**commuted [1]** 201/5

**commuting [2]** 201/12 204/2

**comp [1]** 51/19

**companies [20]** 20/21 31/13 31/17 37/23 54/25 55/19 65/7 69/16 69/20 72/18 72/22 89/25 90/4 91/25 92/22 129/2 145/24 178/15 178/23 181/25

**company [16]** 20/25 31/16 46/4 55/8 55/15 68/25 69/1 70/25 89/24 90/18 111/10 113/5 123/15 172/20 172/25 173/21

**company's [2]** 92/18 123/23

**comparable [5]** 44/20 75/25 95/1 95/4 109/20

**compared [3]** 39/25 97/2 97/25

**compelling [1]** 213/3

**compensate [1]** 172/19

**compensated [3]** 172/22 173/20 206/17

**compensation [5]** 51/19 61/15 143/22 172/16 198/13

**compete [1]** 94/21

**competed [3]** 93/23 94/13 94/22

**competency [2]** 107/24 108/7

**competent [1]** 108/10

**competing [1]** 94/6

**competition [7]** 95/8 95/9 95/20 95/23 96/7 96/11 96/16

**complaining [1]** 44/10

**complaint [2]** 43/15 43/16

**complete [5]** 65/8 80/10 142/7 159/8 165/22

**completed [5]** 36/9 157/25 158/2 176/25 177/2

**completely [4]** 20/25 31/14 31/16 34/8

**completing [1]** 116/8

**completion [1]** 206/21

**complex [3]** 35/14 35/15 55/14

**complexity [1]** 45/4

**compliance [7]** 38/6 91/16 92/4 105/16 117/23 118/5 191/21

**compliant [3]** 105/15 148/20 159/9

**comply [1]** 63/24

**components [1]** 64/4

**comprehensive [1]** 10/3

**computation [1]** 206/23

**computer [8]** 2/24 75/7 154/13 154/17 154/18 182/2 184/19 212/10

**computer-aided [1]** 2/24

**computing [1]** 50/20

**conceded [1]** 213/22

**concept [1]** 151/10

**concern [1]** 5/10

**concerned [3]** 49/22 185/11 200/7

**concerning [2]** 83/9 215/14

**concerns [2]** 70/20 70/23

**conclude [1]** 215/9

**conclusion [3]** 78/7 213/6 214/15
**conclusory [1]** 213/14
**condition [1]** 43/2
**conditions [6]** 27/6 45/1 63/7 63/7 106/8 107/6
**conduct [2]** 5/12 10/22
**configured [1]** 154/17
**confirm [1]** 203/17
**confirms [2]** 29/20 78/3
**conflict [1]** 73/13
**conforming [1]** 84/12
**confused [2]** 148/11 215/16
**confusing [2]** 30/13 86/5
**confusion [1]** 215/16
**congressional [1]** 44/9
**consensus [1]** 106/21
**consider [3]** 4/3 30/9 165/22
**considered [7]** 10/3 11/14 16/15 158/2 167/13 193/3 205/9
**considering [1]** 16/12
**consistently [1]** 47/1
**consists [1]** 208/6
**constantly [1]** 188/8
**Constitution [1]** 2/3
**constraining [1]** 216/2
**consult [1]** 92/14
**consultancy [2]** 26/15 28/17
**consultant [5]** 15/25 20/9 27/5 34/10 69/25
**consultants [6]** 20/15 21/16 91/23 97/10 98/2 99/6
**consultation [2]** 20/3 21/22
**consulting [16]** 18/10 19/5 19/10 19/24 20/12 20/17 20/24 21/5 24/18 24/24 25/8 27/17 30/22 33/24 68/3 68/7
**consulting-type [1]** 24/24
**contact [13]** 18/16 24/1 72/10 99/17 100/24 101/7 123/25 124/1 124/8 126/19 156/21 170/11 170/14
**contains [1]** 7/2
**contempt [1]** 5/1
**contention [4]** 58/6 95/9 171/25 202/2
**contents [2]** 78/19 111/9
**continue [7]** 23/13 23/17 52/6 54/7 130/23 144/17 157/23
**continued [2]** 6/21 81/22
**continues [2]** 28/16 80/17
**continuing [3]** 30/25 115/25 116/1
**continuous [1]** 31/1
**continuously [1]** 179/10
**contract [143]** 3/13 7/25 8/1 16/7 16/8 16/12 18/18 19/5 19/7 19/16 20/1 20/3 24/22 27/10 27/12 27/14 29/13 29/14 30/5 33/23 39/8 46/2 47/3 47/4 52/13 52/15 52/21 52/24 53/4 53/5 54/7 55/17 55/18 56/23 56/24 57/17 57/18 57/21 58/7 58/9 58/20 58/24 59/12 61/4 61/5 61/16 62/6 62/19 62/22 63/5 63/12 63/16 64/2 64/8 72/24 76/24 77/24 77/25 78/8 78/11 79/3 80/6 80/18 82/9 82/12 82/16 82/17 82/19 82/23 83/2 83/3 83/4 83/5 83/6 83/6 83/8 83/11 83/14 83/15 83/19 83/22 86/6 86/7 86/13 86/15 86/17 86/25 87/6 87/8 87/13 87/15 88/3 88/6 88/7 88/8 88/9 91/1 93/23 94/6 94/13 94/19 96/23 97/15 97/16 97/24 98/23 98/25 99/1 99/2 99/13 99/15 99/20 99/21 100/20 101/1 101/6 104/9 104/10 108/9 109/12 110/17 110/18 111/15 111/16 111/22 114/8 114/13 138/1 138/7 138/9 138/10 138/13 149/25 154/24 155/13 156/4 165/23

**contracting [11]** 52/22 57/14 60/19 64/14 64/5 83/21 89/22 91/23 98/16 100/3 110/7
**contractor [10]** 26/20 55/16 61/8 61/14 61/17 63/24 71/12 95/11 97/22 110/13 72/25
**contractors [1]** 72/25
**contracts [5]** 82/8 82/24 86/11 90/25 107/17
**contrary [1]** 4/17
**contrasted [1]** 215/6
**contribute [1]** 162/22
**control [1]** 180/4
**controllers [1]** 91/25
**contusion [6]** 133/18 133/18 133/20 159/19 159/20 159/24
**convenient [3]** 45/21 48/12 48/20
**conventional [2]** 130/22 131/22
**conversation [2]** 50/8 197/19
**conversations [6]** 50/11 78/12 84/15 110/9 110/12 112/15
**converse [1]** 210/15
**convincing [3]** 4/7 5/6 212/11
**coordinated [3]** 8/6 21/9 98/18
**coordinating [3]** 7/13 65/5 100/25
**coordination [1]** 123/17
**coordinator [8]** 118/13 118/25 119/4 125/1 178/13 179/2 180/10 180/15
**Coordinator/Business [1]** 125/1
**copied [1]** 73/20
**copies [1]** 136/1
**copy [14]** 22/22 57/9 58/9 58/24 61/5 62/10 85/13 85/23 114/18 119/14 135/16 135/21 151/14 175/24
**core [2]** 105/18 106/15
**corporation [1]** 55/4
**correct [104]** 22/7 22/8 23/11 23/12 25/14 25/18 27/2 28/19 29/22 32/18 33/1 41/3 45/9 49/25 57/8 61/18 62/7 64/8 64/11 64/17 64/18 64/20 64/21 64/23 64/24 69/18 70/14 71/5 71/6 71/9 74/15 78/9 82/1 82/2 83/20 87/7 87/11 87/12 87/17 88/4 89/11 89/20 89/25 90/22 96/4 99/14 99/15 99/18 101/3 101/10 102/3 106/6 107/18 109/25 112/19 114/14 114/15 117/14 117/20 117/21 118/10 118/13 118/15 118/20 119/1 119/2 119/19 119/20 120/7 120/8 120/12 121/21 122/5 122/6 125/4 125/13 125/17 127/12 136/6 137/20 138/15 140/1 142/7 142/11 142/21 144/4 144/6 155/10 157/17 162/21 173/2 176/16 176/18 176/23 179/17 181/8 184/25 185/8 189/11 197/4 203/18 203/19 204/14 217/4
**corrected [2]** 130/21 214/25
**correction [1]** 157/21
**corrections [1]** 9/10
**correctly [3]** 75/9 170/22 211/25
**correspondence [1]** 107/8
**COTAR [1]** 83/20
**could [73]** 5/11 6/15 8/19 9/1 9/11 11/17 11/21 17/8 19/3 19/4 20/2 20/20 21/8 21/23 22/2 22/3 23/23 31/8 36/23 38/13 40/4 41/24 42/17 45/24 46/2 47/8 48/17 51/3 51/6 69/25 73/22 74/1 74/23 75/9 75/16 78/10 95/15 99/22 110/18 123/21 127/18 133/17 140/24 143/6 148/19 148/24 149/1 149/5 152/11 152/19 153/23 155/15 155/25 158/23 159/6 159/10 164/5 165/16 183/17 183/17 184/11 187/25 190/4 194/20 200/14 204/7 204/23 204/25 205/3 205/14 215/20 216/6

**couldn't [13]** 210/15 146/6 152/17 153/7 155/19 165/17 165/25 189/18 195/24 201/3 204/17 204/24 205/8
**counsel [25]** 4/5 4/13 6/14 22/9 27/20 56/8 59/14 61/25 77/7 85/6 85/17 92/14 103/25 153/18 163/10 163/17 163/21 197/7 203/14 205/24 206/2 214/7 214/8 214/16 216/18
**counsel's [1]** 23/2
**count [10]** 140/23 140/25 155/5 155/5 155/6 155/9 165/25 204/9 213/24 213/25
**counted [1]** 157/22
**countersigned [1]** 57/3
**County [2]** 115/13 211/19
**couple [4]** 36/20 49/20 115/22 200/5
**course [15]** 5/9 35/5 104/15 107/8 134/12 145/5 161/17 162/10 183/17 183/21 207/16 207/20 208/8 208/16 213/10
**courses [1]** 35/4
**court [29]** 1/1 2/2 2/2 4/12 4/20 5/7 6/19 77/5 93/16 114/5 171/2 173/23 174/19 174/24 206/14 206/15 208/2 209/10 209/10 209/14 209/24 211/7 211/9 211/22 211/22 211/25 212/9 215/22 216/21
**Courthouse [1]** 2/3
**COURTROOM [1]** 5/23 206/7
**cover [6]** 10/1 17/9 31/11 46/6 109/7 109/7
**coverage [5]** 8/17 8/18 17/1 31/10 31/11
**covered [1]** 8/24
**CPA [1]** 76/11
**CPC [1]** 177/3
**CPR [1]** 177/25
**CPT [2]** 40/11 40/18
**created [2]** 10/16 21/19
**credentials [5]** 33/20 108/6 108/7 115/25 178/5
**credibility [2]** 216/4 216/10
**credit [1]** 155/16
**credits [2]** 115/25 116/1
**crew [2]** 39/17 194/14
**crime [1]** 171/17
**criteria [2]** 16/18 17/23
**critical [1]** 43/12
**cross [10]** 3/2 56/8 56/10 143/1 168/10 172/9 202/7 209/9 212/14 212/14
**cross-examination [5]** 56/10 143/1 168/10 172/9 202/7
**Cross-examine [1]** 56/8
**cubicle [1]** 154/11 187/25
**culture [1]** 104/17
**Cunningham [59]** 6/23 7/5 8/10 9/7 10/17 11/12 11/19 12/9 12/15 14/5 15/18 18/15 20/12 22/7 23/8 23/25 27/13 28/23 34/12 46/22 47/2 47/2 50/13 64/13 64/25 67/24 71/1 73/14 76/16 96/8 103/1 113/4 113/21 113/23 114/3 114/5 114/7 126/9 126/22 127/4 128/22 133/4 134/2 141/13 142/5 143/3 153/12 163/11 163/19 167/24 168/12 173/4 174/23 175/5 184/16 212/19 213/12 215/2 215/3
**Cunningham's [8]** 7/1 12/20 67/13 68/10 102/17 103/11 213/14 216/8
**curative [1]** 4/25
**currently [2]** 34/22 125/6
**curriculum [1]** 35/5
**curve [1]** 186/15
**customarily [3]** 208/8 208/16 208/25
**customary [1]** 77/20
**customer [1]** 69/23

**C** Case 1:06-cv-02031-JMF

**customers** [1] 61/18

**D**

**D.C** [2] 1/22 118/24
**daily** [7] 8/10 141/2 156/5 156/5 161/8 212/6 213/17
**damages** [1] 215/24
**Dana** [2] 102/4 102/6
**data** [30] 9/20 11/19 12/25 13/9 13/10 42/9 44/23 73/1 74/18 74/20 75/7 117/24 129/16 129/20 138/18 140/7 140/7 140/13 144/23 149/1 155/2 157/19 158/1 158/1 159/9 164/11 165/11 165/24 166/10 167/2
**date** [13] 19/16 19/18 28/10 28/24 30/14 57/24 59/22 60/1 60/3 157/7 157/8 197/6 217/9
**dated** [3] 22/19 173/7 200/2
**day** [64] 1/6 7/14 7/14 12/5 12/6 14/12 35/25 35/25 36/7 36/8 46/8 48/18 48/24 49/2 73/25 74/4 80/23 98/21 98/21 98/25 98/25 99/13 99/14 101/1 101/1 101/6 101/6 134/9 140/6 144/23 144/23 153/24 153/24 153/25 154/8 154/1 154/20 154/22 154/22 155/1 155/7 155/11 155/15 155/16 155/16 155/18 157/25 158/2 158/4 161/9 161/12 166/8 166/8 184/14 184/17 187/4 189/15 196/1 205/21 205/25 212/2 212/2 212/4 212/4
**day's** [1] 154/18
**day-to-day** [9] 7/14 35/25 98/21 98/25 101/1 144/23 166/8 212/2 212/4
**days** [1] 214/9
**DC** [2] 1/4 2/4
**deal** [4] 15/6 15/8 35/19 209/1
**dealing** [3] 88/12 155/22 207/23
**deals** [2] 206/14 210/11
**dealt** [3] 14/21 157/8 160/7
**December** [2] 22/19 117/3
**December 7, 2004** [1] 22/19
**decide** [6] 69/8 160/13 173/9 183/17 198/6 206/16
**decided** [7] 36/8 46/12 182/12 182/14 198/3 198/6 208/1
**deciding** [3] 213/7 213/7 213/8
**decision** [6] 54/5 95/9 111/10 121/6 209/10 210/20
**decisional** [1] 147/16
**decisions** [7] 7/16 11/11 97/1 98/19 193/8 214/11 214/11
**decreased** [1] 145/10
**decrypt** [1] 105/20
**deem** [2] 17/20 18/5
**defeated** [1] 21/25
**Defendant** [2] 22/10 22/18
**defendant's** [1] 29/6
**defendants** [6] 1/7 1/20 3/3 206/8 207/17 212/23
**defendants'** [41] 7/4 12/8 15/11 22/6 29/6 29/19 31/23 32/15 33/3 33/8 40/14 40/23 58/8 60/8 85/21 85/23 87/11 87/16 111/20 112/1 112/7 114/7 114/16 114/24 115/3 124/17 135/12 141/9 141/24 142/1 175/22 186/4 196/18 205/20 205/23 208/25 209/16 210/24 212/8 213/19 216/7
**Defense** [9] 7/1 13/20 22/12 32/13 143/6 163/19 163/21 164/3 176/4
**define** [3] 5/14 6/9 208/5
**defined** [2] 6/6 75/4
**definition** [3] 208/10 212/22 213/23

**definitive** [3] 159/22 160/1 160/7
**Dell** [4] 9/15 3/15 3/18 5/21
**degree** [20] 34/22 76/10 77/14 77/21 115/14 116/9 134/13 177/11 177/13 177/14 179/14 179/15 179/18 182/16 188/17 207/19 208/19 208/20 210/18 214/19
**degrees** [1] 115/20
**deliver** [1] 108/14
**delivered** [2] 14/11 17/9
**delivering** [1] 10/7
**delivery** [1] 63/4
**denials** [1] 139/23
**denied** [4] 14/18 139/9 156/1 216/11
**denote** [2] 9/25 93/20
**dental** [7] 19/1 19/1 118/24 118/24 119/17 119/18 136/11
**dentists** [1] 118/17
**deny** [2] 215/24 216/1
**department** [30] 8/2 8/7 13/20 43/9 75/10 75/12 111/4 120/23 122/23 124/4 128/12 129/5 130/6 144/13 144/14 145/2 145/5 145/11 148/17 148/17 148/21 148/22 148/25 151/9 152/23 159/1 179/1 181/13 193/10 209/13
**departments** [1] 121/11
**departure** [1] 73/19
**dependent** [1] 152/3
**dependents** [3] 151/11 161/24 162/10
**depending** [2] 8/16 48/18
**depends** [2] 93/17 183/18
**deployment** [1] 186/2
**depo'd** [1] 119/10
**deposed** [2] 131/11 132/1
**deposition** [23] 79/20 79/22 80/1 80/24 84/24 85/4 85/5 85/14 85/15 90/6 99/24 100/6 103/16 132/4 132/20 132/24 135/1 174/4 174/10 174/17 213/21 215/6 215/8
**describe** [7] 21/4 27/3 90/24 103/1 103/8 195/10 208/22
**described** [7] 7/4 10/9 107/12 110/24 121/9 125/3 134/3
**description** [32] 7/2 37/18 69/3 83/18 84/14 107/16 114/4 117/19 118/9 118/20 118/25 119/8 119/20 120/9 120/14 120/19 124/25 125/7 126/6 136/19 137/3 139/2 140/18 141/5 144/7 144/10 163/21 167/12 168/1 176/14 184/11 190/17
**descriptions** [5] 137/17 140/8 140/16 141/4 166/2
**desk** [3] 56/13 179/8 180/18
**destroy** [1] 215/11
**detail** [1] 161/6
**details** [2] 21/14 210/20
**determination** [6] 91/3 96/1 110/4 134/15 188/21 209/25
**determinations** [2] 91/21 134/6
**determine** [19] 22/3 37/7 37/8 37/9 38/11 40/8 43/10 43/11 43/15 43/24 97/7 102/11 107/5 121/16 123/18 157/17 164/25 167/1 211/9
**determined** [11] 36/10 43/6 46/18 67/2 83/10 92/25 109/23 109/25 133/14 193/12 212/12
**determining** [2] 69/10 75/5
**Detter** [8] 78/13 84/5 86/16 110/10 111/21 111/22 112/9 112/16
**develop** [6] 37/14 105/15 105/17 162/24 163/1 163/1
**developing** [3] 18/12 35/4 162/22
**development** [1] 101/25
**diagnose** [1] 43/1

**diagnoses** [5] 44/17 121/3 159/5 185/7 190/19
**diagnosis** [7] 121/3 145/17 159/22 159/25 160/1 160/7 167/1
**Diana** [11] 47/17 73/23 98/8 98/10 99/16 101/1 101/6 146/7 147/19 170/11 170/14
**did** [225]
**didn't** [61] 12/5 15/8 28/4 47/13 67/21 70/8 74/4 84/11 87/24 89/9 89/13 90/4 96/12 96/16 97/23 102/19 104/21 132/2 132/23 135/6 145/9 145/12 146/18 148/22 150/14 150/22 153/9 153/9 153/10 153/10 155/17 156/1 156/5 158/1 161/11 161/19 168/23 169/1 170/2 170/10 171/11 179/15 181/1 181/2 186/1 187/3 187/10 189/18 191/13 192/10 198/6 199/12 199/14 200/10 200/14 200/16 200/25 201/4 203/24 204/3 210/9
**difference** [4] 68/24 183/14 183/16 190/23
**differences** [1] 106/3
**different** [49] 8/22 8/23 12/12 14/8 15/21 22/17 31/4 31/14 31/15 34/11 39/7 39/7 46/3 47/18 51/13 51/21 65/7 70/5 74/24 77/22 95/13 95/19 97/1 99/13 101/5 101/22 101/24 102/22 103/14 104/19 104/23 106/20 106/20 106/21 106/25 109/23 110/3 111/15 113/1 135/1 140/3 140/21 161/12 162/13 180/3 184/17 191/6 206/25 210/14
**difficult** [1] 63/22
**Dine** [4] 98/24 99/1 101/4 104/3
**Dine's** [3] 99/12 101/11 102/1
**dinner** [2] 48/18 48/25
**direct** [8] 3/2 6/21 13/18 13/18 14/4 90/17 114/1 175/12
**directed** [1] 214/5
**direction** [6] 51/4 91/2 148/10 170/16 170/17 170/18
**directly** [8] 5/6 8/12 21/8 31/15 35/2 72/9 92/4 211/24
**director** [2] 17/25 53/20
**directorate** [1] 7/22
**discipline** [1] 76/6
**discovery** [3] 58/1 61/6 97/4
**discrepancies** [1] 72/7
**discrepancy** [1] 119/9
**discretion** [14] 7/9 9/7 37/2 37/6 52/3 52/7 172/2 213/2 213/6 213/9 213/17 214/1 214/4 214/11
**discuss** [10] 45/10 56/3 56/4 108/22 146/19 147/3 163/12 163/13 206/4 206/5
**discussed** [3] 18/20 92/19 112/10
**discussion** [4] 46/16 65/2 67/2 108/21
**discussions** [5] 46/14 84/6 97/13 97/21 149/15
**disease** [1] 151/25
**diseases** [1] 106/24
**dismiss** [2] 215/19 216/8
**dispute** [3] 206/24 207/18 213/19
**disrupt** [1] 33/9
**distinction** [1] 211/15
**distinctions** [2] 106/3 106/15
**distinguish** [1] 99/7
**distinguished** [1] 210/4
**distribute** [1] 14/14
**distributed** [1] 65/7
**DISTRICT** [4] 1/1 1/1 211/15 211/25
**divided** [2] 72/18 100/13
**division** [1] 100/18
**DME** [3] 38/5 191/22 191/24

**D**

**do [191]** 4/23 12/1 16/3 16/5 17/10
17/10 17/14 19/5 20/8 20/17 20/20 21/2
21/8 21/18 21/19 21/23 22/4 23/18
24/19 29/15 30/4 34/9 35/12 35/14
35/16 35/18 36/8 38/1 38/12 39/3 39/5
39/18 39/19 40/1 41/18 45/24 46/7 46/7
46/8 46/8 46/11 46/15 46/15 48/2 48/18
48/22 49/24 50/25 54/9 54/17 54/19
56/2 56/15 58/14 58/19 60/6 60/23
60/25 63/19 65/4 67/13 70/8 70/12
74/23 76/1 76/3 76/6 76/11 77/7 77/8
77/11 78/11 78/23 78/25 79/19 80/3
80/8 81/4 81/13 81/16 82/13 84/7 84/8
84/23 84/24 85/9 85/13 88/21 90/5 90/9
90/18 90/23 91/7 94/22 97/16 98/3
100/15 104/4 107/7 107/11 108/6
108/21 108/22 109/20 109/22 112/3
112/11 112/13 112/14 113/14 116/6
127/10 128/9 128/11 128/18 128/18
129/17 130/10 132/12 132/17 133/7
134/10 134/11 134/12 135/7 135/8
140/7 141/1 141/3 141/15 141/16
141/17 141/21 142/14 142/15 143/16
143/21 144/13 147/18 148/25 150/6
150/18 152/11 152/20 153/8 153/11
155/11 155/17 158/4 161/11 162/22
163/12 165/17 165/21 166/5 167/17
169/8 169/11 170/16 170/16 174/3
175/14 178/21 182/14 185/19 185/20
185/21 186/21 187/15 187/23 188/8
189/14 189/16 189/17 189/18 191/10
192/3 194/10 197/1 197/3 200/8 200/10
200/14 200/23 202/23 203/1 205/14
206/4 206/5 212/22 213/8
**Docs [2]** 41/15 188/6
**doctor [14]** 9/21 75/20 105/21 105/22
105/23 133/13 159/19 160/19 160/25
166/13 166/19 184/22 190/1 194/22
**doctor's [6]** 45/7 75/5 105/19 105/21
157/3 184/24
**doctors [37]** 9/13 9/16 11/1 37/8 39/16
39/20 39/22 41/20 41/21 41/22 42/20
43/21 44/3 75/8 122/5 123/3 123/17
178/10 178/16 182/3 185/18 186/16
186/18 186/19 189/5 190/4 190/4
190/19 191/15 193/14 193/16 194/13
194/25 195/7 208/1 214/25 214/25
**doctors' [1]** 211/1
**document [56]** 3/20 11/3 22/24 26/4
26/11 27/7 27/15 29/1 29/3 32/10 44/16
45/2 52/20 52/21 57/1 57/2 57/16 57/20
58/6 59/9 60/22 62/9 63/17 66/20 66/21
67/14 79/9 79/10 80/4 80/10 80/16
81/21 81/23 82/5 83/17 86/6 86/14
87/20 87/22 87/23 120/24 121/2 123/9
123/10 131/4 141/8 141/11 141/13
145/20 158/17 159/11 159/11 165/18
165/19 173/10 173/15
**documentary [1]** 84/1
**documentation [40]** 7/11 9/5 9/17 10/24
12/1 13/11 21/11 21/12 39/24 39/25
43/25 60/17 75/17 78/11 117/10 118/4
118/5 120/16 121/25 123/1 130/14
131/1 131/7 131/8 131/19 131/21 132/7
139/15 139/17 139/18 145/16 145/22
158/21 159/3 165/5 182/4 184/21 187/9
188/18 192/5
**documentations [1]** 132/1
**documented [2]** 68/8 183/4
**documenting [2]** 131/23 132/8
**documents [20]** 26/5 27/16 45/5 53/5
58/11 62/21 79/2 79/3 79/7 79/17 81/24
85/14 89/6 102/25 103/6 104/13 104/17
111/17 112/22 135/15
**DOD [2]** 190/20 190/23
**does [29]** 9/16 11/7 13/14 41/23 42/22
42/24 44/15 52/9 52/12 55/6 58/15 63/3
65/16 93/20 109/7 109/7 122/7 123/1
155/8 159/21 174/13 176/24 181/20
190/3 191/5 191/22 209/6 209/18
216/11
**doesn't [15]** 22/20 63/6 80/6 80/18
94/21 187/9 189/8 189/25 191/20
192/15 194/21 204/18 207/4 208/20
214/24
**doing [81]** 7/15 7/17 11/24 14/7 14/18
17/3 18/9 20/5 20/7 21/2 21/7 21/10
23/13 25/1 25/2 36/19 38/5 38/8 40/2
40/4 40/8 41/14 41/22 43/21 43/23
43/24 44/19 45/21 46/17 51/9 55/10
67/5 73/11 75/6 75/12 82/21 88/7 89/16
89/22 92/8 92/10 93/18 95/11 96/3
96/17 97/14 97/23 99/2 103/10 108/4
111/3 111/18 113/14 121/11 123/3
134/7 134/19 140/19 145/10 145/12
148/23 151/18 169/22 170/8 182/1
186/14 186/20 187/21 192/1 192/3
205/1 205/2 207/14 208/14 208/14
212/5 212/20 212/21 213/16 213/17
213/20
**dollar [1]** 122/17
**dollars [2]** 44/10 44/10
**Dominion [2]** 55/18 55/20
**don't [65]** 4/24 10/2 15/2 20/23 21/14
22/25 28/24 29/12 33/9 52/25 56/12
56/20 56/21 57/4 57/10 57/25 61/1 61/1
62/10 63/19 65/2 68/15 73/17 73/19
73/21 73/25 77/14 78/24 80/10 81/20
84/4 93/13 94/10 97/15 99/7 99/19
100/11 108/7 113/15 134/11 134/25
135/25 140/5 145/11 155/13 157/10
161/10 161/10 171/16 172/8 173/8
174/14 188/9 188/15 188/19 192/1
193/19 202/1 202/4 204/10 204/25
205/3 206/1 208/19 214/1
**done [37]** 20/6 22/3 34/21 37/22 37/23
38/6 38/7 51/1 52/4 59/14 65/22 73/4
73/19 74/9 97/20 103/4 105/1 110/1
110/1 110/25 113/10 154/23 157/25
158/3 160/19 161/12 163/3 163/4 171/7
171/10 171/12 177/22 181/24 205/3
209/15 211/1 215/13
**door [9]** 133/12 138/21 139/12 158/23
160/8 160/25 162/4 162/14 164/25
**door with [1]** 133/12
**down [68]** 15/19 42/3 47/20 60/9 60/12
61/12 63/8 68/2 70/7 111/5 113/19
117/3 120/18 120/24 122/24 125/9
125/19 125/24 126/11 126/12 127/17
128/22 129/1 129/14 133/12 137/18
140/7 140/11 140/12 150/5 150/8
150/16 152/9 152/17 153/6 154/7 154/9
154/13 154/24 155/2 155/20 157/4
159/19 163/2 166/13 166/19 168/18
169/18 171/19 174/25 175/4 176/12
176/14 185/13 187/13 187/13 187/19
197/12 202/23 203/5 205/5 205/6 205/8
205/9 205/9 205/10 205/11 205/17
**Dr [5]** 118/12 118/22 136/22 190/5
190/5
**draft [4]** 58/13 87/15 87/18 104/4
**draw [1]** 37/16
**drawn [1]** 7/19
**drew [1]** 211/14
**drive [2]** 196/9 199/10
**drive-thru [1]** 199/10

**driving [1]** 48/13
**drop [3]** 145/7 145/8 145/23
**dropped [2]** 145/6
**drugs [1]** 166/16
**Duck [1]** 114/5
**due [1]** 58/3
**duly [2]** 113/24 175/10
**durable [1]** 192/1
**during [16]** 6/4 11/12 15/15 18/15 21/6
23/14 30/21 46/9 48/22 83/6 126/25
132/22 135/5 142/20 147/24 201/5
**duties [23]** 12/20 110/3 110/15 110/19
128/1 128/3 128/4 128/9 128/18 138/4
138/5 144/21 147/21 149/7 165/21
166/6 169/6 169/7 169/11 169/14
169/21 184/6 211/12
**duty [6]** 13/23 38/2 184/7 184/12 208/6
213/24

**E**

**e-mail [16]** 39/2 41/1 47/12 47/12 47/14
47/15 49/18 50/1 53/11 66/16 73/14
154/15 154/18 186/6 194/7 200/2
**e-mailed [1]** 41/9
**e-mails [8]** 40/19 46/22 46/24 46/25
49/7 73/18 73/20 195/5
**each [9]** 6/12 8/24 74/13 74/13 124/11
154/6 169/23 184/16 188/9
**Earl [3]** 98/24 99/1 101/4
**earlier [7]** 45/19 140/1 159/14 159/17
160/18 160/24 212/11
**easier [1]** 45/8
**easiest [1]** 207/13
**easily [2]** 45/3 215/9
**easy [2]** 54/5 70/16
**eat [1]** 48/23
**Ebbs [4]** 118/12 118/22 125/13 136/22
**editorial [2]** 56/20 56/21
**edits [1]** 130/6
**educated [3]** 38/3 193/13 207/25
**educating [1]** 185/6
**education [18]** 18/7 18/11 36/10 37/9
37/14 76/7 76/19 115/25 116/1 176/15
177/18 185/9 207/19 207/20 209/6
209/14 210/1 210/21
**educational [4]** 18/13 136/8 176/9 210/6
**effective [2]** 26/12 57/24
**effort [4]** 42/4 42/10 42/11 55/23
**eight [3]** 118/17 173/8 183/9
**either [17]** 4/19 13/2 13/24 19/1 21/13
33/24 39/25 44/23 48/17 52/13 70/25
72/8 99/6 133/22 151/14 186/1 215/7
**elated [1]** 197/24
**elected [1]** 24/9
**electronic [1]** 129/18
**electronically [1]** 119/6
**element [1]** 96/3
**elements [1]** 82/20
**elicit [1]** 81/12
**eligible [4]** 14/13 115/21 116/10 116/16
**Elmy [2]** 151/16 163/6
**else [9]** 36/15 96/23 108/23 147/4
150/18 153/14 163/14 164/16 168/6
**else's [1]** 129/21
**Emails [3]** 3/17 3/18 3/19
**embedded [2]** 198/16 214/13
**emergency [2]** 43/8 43/12
**employ [1]** 76/12
**employed [16]** 25/15 25/17 26/17 26/19
26/21 27/9 28/23 28/25 29/1 31/6 31/13
37/24 55/20 72/4 95/10 114/8
**employee [11]** 18/19 24/4 26/21 51/25
69/25 72/8 98/8 206/17 209/11 210/10
211/18

**E**

**employee's [1]** 206/21
**employees [14]** 7/23 61/16 61/17 66/3 69/15 69/22 70/10 70/11 70/11 72/21 91/17 97/2 181/22 211/11
**employer [2]** 4/14 89/19
**employers [2]** 37/21 90/15
**employment [20]** 11/12 15/20 20/13 20/13 23/15 23/24 25/3 26/3 26/25 27/7 29/10 54/1 54/3 54/6 129/22 136/10 142/13 147/3 173/8 215/6
**EMTs [1]** 210/5
**enabled [1]** 134/5
**encompass [1]** 45/2
**encounter [7]** 157/17 157/23 160/2 165/22 184/15 184/17 184/19
**encounters [9]** 12/25 129/16 138/18 148/12 155/1 155/12 155/23 161/9 184/15
**end [16]** 4/16 25/3 46/2 47/10 54/6 72/3 83/8 83/8 108/16 109/21 131/20 151/19 159/7 174/14 182/1 200/7
**endeavor [1]** 197/20
**ended [3]** 26/4 28/21 29/11
**ends [1]** 25/8
**engagements [2]** 24/25 30/11
**enjoy [1]** 5/25
**enough [3]** 10/2 44/6 193/13
**ensured [1]** 91/4
**ensuring [5]** 90/17 91/9 91/16 92/4 92/9
**entail [1]** 95/8
**entailed [1]** 184/12
**enter [14]** 20/20 130/17 140/22 157/20 157/22 158/11 158/12 159/8 165/18 167/2 180/20 204/2 204/3 204/5
**entered [6]** 19/24 20/4 20/12 24/18 140/24 204/8
**entire [7]** 21/25 31/9 34/8 35/10 36/14 62/8 174/17
**entirely [1]** 104/21
**entirety [1]** 215/20
**entitled [5]** 4/15 141/13 172/2 174/25 207/2
**entries [1]** 166/4
**entry [15]** 73/1 75/7 117/17 140/7 140/7 140/13 144/23 155/2 157/20 158/1 158/1 165/11 165/24 176/3 205/6
**environment [2]** 16/23 108/2
**equipment [8]** 38/5 60/18 61/18 61/21 155/22 191/22 191/25 192/1
**equity [2]** 54/17 54/23
**equivalent [1]** 61/17
**Erica [6]** 21/9 33/19 36/12 46/14 51/23 200/3
**error [1]** 105/11
**errors [3]** 71/24 89/19 121/17
**ESCORTED [2]** 5/23 206/7
**ESQUIRE [4]** 1/15 1/16 1/20 1/20
**essence [4]** 15/22 15/23 15/24 212/1
**essentially [7]** 45/7 53/3 63/5 95/11 110/13 112/20 213/22
**establish [1]** 17/11
**established [2]** 95/17 95/17
**establishing [1]** 4/14
**et [6]** 1/3 1/6 14/12 36/24 75/24 107/1
**ethics [1]** 10/21
**evaluate [1]** 146/17 146/18
**evaluation [11]** 9/24 40/10 42/23 43/3 67/18 105/2 122/15 130/15 145/17 157/18 207/7
**evaluations [1]** 146/19
**even [19]** 14/3 20/23 42/8 57/23 57/24 73/20 87/18 89/9 96/3 160/6 187/7
**evening [1]** 206/2
**event [4]** 30/14 99/16 124/8 144/25
**ever [11]** 45/19 48/10 50/12 50/20 84/25 90/16 113/8 151/5 152/6 153/12 197/12
**every [9]** 36/7 36/8 47/14 70/6 73/10 88/6 115/22 184/14 197/4
**everybody [6]** 70/8 99/5 107/6 108/3 193/6 193/24
**everyone [1]** 92/9
**everything [12]** 18/23 117/19 118/9 118/20 119/1 120/12 125/3 152/12 157/3 168/6 168/16 184/22
**everywhere [1]** 60/10
**evidence [37]** 4/7 4/8 4/15 6/8 6/25 19/17 22/14 23/4 29/4 32/15 33/8 38/24 40/23 49/15 53/13 53/15 67/10 79/8 84/2 84/2 84/16 84/19 85/15 86/22 86/22 142/1 176/4 186/3 194/6 196/18 207/8 207/14 207/18 213/5 216/1 216/7 216/12
**evidentiary [1]** 209/2
**evolve [1]** 11/17
**Ex [9]** 3/13 3/14 3/15 3/16 3/17 3/18 3/19 3/20 3/21
**exactly [7]** 4/13 47/6 69/21 91/11 134/14 160/3 193/17
**exaggerated [1]** 213/13
**exam [11]** 10/1 10/2 115/21 115/22 115/24 116/21 121/5 177/3 177/3 183/5 183/18
**examination [12]** 6/21 56/10 103/25 109/2 114/1 143/1 167/22 168/10 172/9 175/12 202/7 203/15
**examine [1]** 56/8
**examined [4]** 5/21 113/24 166/14 175/10
**example [6]** 8/18 13/7 106/5 159/17 166/12 208/2
**examples [1]** 11/11
**exams [4]** 108/1 108/3 116/12 116/19
**Excel [1]** 139/23
**except [4]** 61/4 162/13 168/7 168/17
**exception [2]** 88/7 212/23
**excited [1]** 197/17
**exclusively [1]** 197/11
**excuse [7]** 49/21 61/8 67/7 69/6 144/14 205/25 214/17
**excused [1]** 203/8
**executed [7]** 19/19 63/17 66/2 82/17 83/14 86/11 87/4
**executive [5]** 64/3 90/4 195/13 195/15 196/5
**exempt [28]** 32/23 51/24 54/14 88/11 89/16 91/4 91/18 92/16 93/5 93/19 93/21 94/2 95/5 97/8 104/10 108/12 108/14 110/15 197/1 209/13 209/18 210/5 210/6 210/10 210/17 211/10 211/10 211/18
**exemption [32]** 4/6 4/16 16/4 16/18 17/15 51/25 52/23 53/2 53/4 54/10 56/16 102/17 110/8 207/5 207/15 207/16 207/24 208/4 208/5 208/21 209/7 209/12 209/14 209/19 209/25 210/22 210/23 211/6 211/11 213/1 214/14 214/16
**exemptions [5]** 59/7 59/11 207/10 207/11 216/13
**exercise [4]** 37/2 210/1 213/2 213/18
**exercised [7]** 7/9 37/6 52/3 213/5 213/6 214/10
**exercising [2]** 52/7 172/2
**exhibit [69]** 7/1 7/4 12/8 15/11 19/8 20/17 20/19 21/3 21/4 21/17 21/18 21/20 213/13 213/22 214/2

19/13 19/14 19/17 22/6 22/10 22/23 23/4 29/21 29/6 25/19 31/23 32/13 32/15 33/4 33/6 33/8 38/19 38/21 38/24 40/14 40/19 40/23 49/4 49/15 52/17 53/10 53/15 56/15 56/15 58/6 58/17 58/18 58/18 58/20 62/6 66/6 66/7 67/10 67/16 67/19 87/11 111/21 112/1 112/7 114/8 114/17 115/3 124/17 124/19 135/13 141/9 141/24 142/1 143/6 164/3 164/3 175/22 176/4 186/4 194/2 196/18 199/16 199/22 204/3
**exhibits [9]** 3/11 58/13 66/9 79/7 85/21 114/18 114/24 114/25 163/20
**exist [3]** 58/16 81/24 82/7
**existence [4]** 28/18 28/21 28/23 92/18
**exists [3]** 81/21 82/5 191/18
**expect [1]** 197/25
**experience [22]** 34/15 34/19 35/1 35/2 35/3 37/17 69/2 69/3 77/15 89/21 107/22 107/23 127/9 134/4 134/18 134/20 182/23 183/4 183/9 183/24 193/18 193/19
**experienced [4]** 51/10 110/2 211/8 214/18
**expert [1]** 44/21
**expertise [3]** 51/2 76/5 95/19
**experts [3]** 22/1 95/6 97/23
**explain [27]** 13/1 20/11 39/6 40/9 40/16 41/20 45/14 61/22 61/24 77/10 82/2 109/8 111/9 145/13 149/18 150/12 150/14 155/5 155/21 156/6 157/5 158/7 159/15 160/19 166/7 185/15 188/1
**explained [7]** 31/3 36/18 88/14 88/15 88/17 184/16 185/12
**explaining [2]** 16/25 43/22
**explanation [3]** 93/10 156/3 174/19
**explanations [1]** 213/13
**explicitly [3]** 6/11 7/19 9/25
**expressed [4]** 20/17 25/1 25/2 45/24
**expressing [1]** 45/18
**extensions [3]** 83/5 83/14 87/10
**extensive [1]** 80/22
**extra [1]** 45/20
**extracting [2]** 75/22 101/19
**extremely [4]** 33/22 34/4 41/25 214/18

**F**

**F.2d [1]** 211/19
**F.3d [2]** 209/23 210/14
**F.Supp [1]** 211/15
**F.Supp.2d [1]** 209/9
**FACCIOLA [1]** 1/10
**face [2]** 149/23 149/23
**Face-to-face [1]** 149/23
**facilitated [1]** 66/3
**facility [5]** 8/19 37/1 101/23 106/9 123/7
**fact [41]** 10/11 10/13 17/20 18/6 18/8 18/12 20/23 24/12 25/9 34/20 41/5 48/15 51/6 59/10 59/11 65/20 70/15 71/18 73/9 74/14 88/2 90/1 91/9 94/19 97/20 127/9 127/19 130/25 131/5 131/18 168/17 171/23 172/1 173/3 174/16 174/23 187/5 201/20 201/24 208/13 215/10
**factor [4]** 49/23 187/21 200/7 213/3
**factors [5]** 69/10 69/12 210/24 211/4 211/9
**facts [3]** 75/23 214/8 214/9
**factual [1]** 206/15
**faculty [1]** 180/13
**fair [5]** 64/10 71/7 75/3 126/15 141/5
**faith [1]** 142/8
**fall [4]** 52/12 75/14 110/18 191/2
**falls [4]** 16/3 16/10 17/14 110/4

**false [4]** 44/12 142/9 215/13 215/15
**familiar [2]** 212/17 213/10
**family [3]** 31/11 43/17 54/3
**far [8]** 5/3 10/2 10/17 129/6 149/16 170/18 193/21 195/17
**fast [1]** 211/9
**faulty [1]** 215/17
**favor [2]** 63/19 216/7
**favorable [1]** 216/3
**favorite [1]** 148/5
**FCRR [2]** 2/2 217/3 217/10
**federal [13]** 53/21 63/17 65/8 92/4 171/14 173/4 173/25 174/20 190/22 191/2 191/3 206/17 215/6
**fee [2]** 159/6 176/21
**feed [1]** 124/11
**feedback [10]** 9/11 9/12 9/13 9/16 14/19 122/25 133/5 133/6 144/25 167/12
**feel [2]** 187/7 215/19
**feet [2]** 182/15 213/16
**fell [4]** 17/21 133/12 160/25 166/13
**felt [8]** 17/20 18/5 152/16 152/21 169/11 169/12 172/19 172/21
**FERRARA [18]** 3/8 175/9 175/14 175/15 175/18 175/19 175/21 176/8 189/25 194/21 196/20 200/4 202/9 203/5 203/10 203/17 205/17 214/18
**few [11]** 11/6 11/15 27/18 48/9 152/24 181/13 185/24 185/25 186/15 189/13 189/20
**field [8]** 69/2 69/2 95/6 179/11 208/7 208/13 208/15 214/20
**Fifth [3]** 209/24 210/12 210/13
**figure [3]** 45/6 94/20 161/25
**figuring [1]** 105/25
**file [5]** 32/5 32/10 32/11 79/17 158/3
**filed [1]** 97/3
**filing [3]** 4/19 5/1 139/13
**fill [7]** 26/7 34/18 63/13 71/1 97/23 109/19 151/21
**filled [2]** 152/1 152/4
**filling [1]** 95/14
**financial [5]** 76/10 117/7 125/2 180/10 180/15
**financial-related [1]** 76/10
**Financing [1]** 105/5
**find [9]** 9/18 45/3 81/20 84/15 92/14 124/4 173/6 216/2 216/6
**finding [4]** 4/25 185/13 185/14 185/17
**findings [1]** 118/2
**finds [2]** 174/24 215/11
**fine [4]** 46/10 48/24 111/5 142/10
**finish [6]** 41/10 59/4 59/5 91/14 127/24 133/3 170/13
**finished [2]** 91/13 108/16
**firm [9]** 21/22 25/23 33/21 76/1 76/3 76/8 76/9 77/9 77/13 98/1
**first [53]** 5/3 7/3 12/12 15/13 16/7 21/17 23/25 24/2 24/3 28/22 29/25 34/24 36/17 38/3 43/10 46/20 46/20 64/7 66/8 67/19 87/6 87/8 87/15 87/15 87/15 87/18 89/8 96/15 109/4 113/8 113/24 125/23 126/1 137/18 143/10 146/12 147/25 148/14 151/7 151/17 152/9 152/12 152/20 163/8 175/10 178/9 180/5 188/24 189/3 206/13 206/21 213/9 213/18
**fit [5]** 31/5 34/16 51/8 85/18 214/13
**five [7]** 16/17 55/25 63/25 131/24 195/18 197/17 203/1
**fix [2]** 130/7 138/23
**fleshed [1]** 20/6

**floor [6]** 47/18 47/20 154/2 154/9 154/12 154/21
**flow [1]** 163/9
**flows [2]** 60/22 61/9
**FLSA [1]** 4/16
**fluctuated [2]** 15/15 138/2
**focus [4]** 106/10 186/24 211/17 213/24
**focused [1]** 210/6
**focusing [1]** 38/9
**folders [1]** 114/22
**folks [3]** 97/8 204/10 204/10
**follow [15]** 6/10 17/10 77/7 82/16 82/19 82/22 83/2 90/23 111/15 116/14 153/6 156/1 181/24 187/6 189/14
**follow-on [5]** 82/16 82/19 82/22 83/2 111/15
**follow-up [4]** 77/7 90/23 181/24 189/14
**followed [3]** 86/13 90/18 181/9
**following [4]** 53/1 84/5
**follows [4]** 5/22 113/25 175/11 215/22
**Foods [1]** 199/10
**Foradori [2]** 2/2 217/3 217/10
**foregoing [1]** 217/4
**foremost [1]** 213/18
**forget [1]** 208/19
**forgot [1]** 130/19
**form [4]** 121/4 142/6 144/5 151/20
**formal [2]** 148/11 148/13
**format [2]** 84/10 120/25
**formed [2]** 55/8 55/19
**formula [2]** 122/21 122/21
**formulate [4]** 149/11 149/12 150/3 150/22
**formulation [1]** 150/20
**forth [5]** 27/7 80/21 80/22 81/19 196/11
**foster [1]** 138/9
**fostering [1]** 144/18
**found [9]** 71/24 72/7 122/4 163/22 185/2 185/15 185/16 185/16 209/10
**foundation [1]** 94/9
**fourth [1]** 64/10
**fraction [1]** 14/21
**fragment [1]** 80/10
**frame [1]** 95/14
**frameworks [1]** 17/11
**Franklin [8]** 39/3 39/9 192/14 192/25 193/3 193/5 194/8 214/23
**frankly [1]** 96/6
**fraud [2]** 41/24 105/12
**frequently [1]** 199/12
**fresh [1]** 42/16
**fringe [1]** 61/15
**from 2001 [1]** 209/24
**from 2002 [1]** 26/9
**from 2003 [1]** 28/12
**front [12]** 42/19 42/19 50/3 59/16 79/2 114/24 151/19 159/7 164/5 179/8 180/18 194/7
**front-end [1]** 151/19
**fulfilled [1]** 98/18
**full [5]** 18/22 32/9 104/8 148/24 150/3
**full-time [3]** 18/22 32/9 148/24
**fully [1]** 111/12
**function [9]** 9/15 10/8 16/14 101/16 106/22 108/11 165/20 178/24 179/21 190/16 215/1
**functioning [1]** 92/25
**functions [8]** 18/12 92/1 95/16 103/14 108/12 110/20 165/20 166/8
**fundamental [2]** 9/14 42/8
**fundamentally [1]** 81/3
**funding [2]** 145/4 145/7
**funny [1]** 41/6
**further [7]** 55/2 67/2 113/17 142/25

**175/3 202/5 205/15
**furthermore [1]** 16/17
**future [1]** 23/17

**G**

**gained [1]** 181/2
**gap [1]** 144/18
**gaps [1]** 39/24
**gather [1]** 71/20
**gathered [1]** 44/24
**gathering [1]** 75/4
**gave [19]** 8/20 11/20 23/20 36/20 64/22 82/3 97/24 143/20 144/7 159/17 169/21 169/21 170/15 170/18 172/15 172/16 174/18 190/12 190/14
**Geico [2]** 212/15 212/16
**general [15]** 20/2 24/23 77/17 97/12 97/14 119/25 128/13 128/21 132/13 139/21 144/16 154/7 167/8 179/23 211/25
**generally [3]** 9/1 71/16 84/6
**generate [1]** 11/1
**generated [5]** 14/10 14/14 60/18 66/22 113/4
**generating [2]** 40/12 75/19
**gentlemen [6]** 56/1 94/18 101/4 163/11 203/5 203/11
**George [1]** 120/1
**George's [3]** 17/25 115/13 125/20
**Georgetown [1]** 1/17
**get [92]** 6/16 13/18 13/23 14/3 17/8 26/8 36/22 36/23 38/13 41/7 43/13 44/5 44/6 44/8 44/8 47/7 47/12 48/21 48/23 57/4 68/15 71/25 72/1 90/4 91/22 115/25 116/2 122/19 122/22 122/23 124/2 124/3 129/2 129/10 129/14 133/19 145/18 145/21 146/5 146/8 148/6 149/8 150/15 151/1 152/1 152/3 152/15 152/20 154/1 155/16 156/5 160/16 162/14 165/1 172/18 176/14 179/15 183/2 183/6 185/23 186/11 198/6 199/5 207/4
**getting [5]** 34/22 143/22 151/13 151/14 162/8
**give [31]** 6/11 11/11 19/19 41/13 62/11 79/3 79/7 87/3 89/8 93/10 100/7 100/8 113/7 120/14 120/19 121/2 127/18 133/6 133/9 144/8 148/10 150/2 150/4 150/17 152/17 167/12 184/11 186/4 187/17 194/4 215/13
**given [6]** 32/7 64/16 110/18 111/14 113/5 123/19
**gives [3]** 64/5 159/20 160/2
**giving [8]** 10/4 43/5 81/4 81/14 81/14 82/14 91/7 186/13
**GME [1]** 123/8
**go [92]** 9/6 9/10 9/20 10/2 14/16 14/16 34/24 37/9 40/3 41/9 42/22 43/19 44/22 45/4 45/23 46/5 46/6 47/14 47/20 48/2 48/10 48/15 48/16 48/17 48/21 48/21 48/23 49/1 49/13 49/21 49/22 50/6 60/9 75/21 77/24 80/23 84/21 90/8 96/13 103/20 104/3 105/14 110/12 115/13 120/22 121/5 121/12 123/7 125/23 129/14 133/4 133/15 140/14 144/20 145/22 146/6 146/12 152/17 153/10 154/2 154/13 154/16 155/23 157/6 157/21 158/16 159/19 160/5 160/13 164/1 165/1 176/13 177/4 179/4 180/9 182/12 183/20 183/21 186/8 189/18 196/1 198/2 199/6 199/6 199/10 199/11 199/13 199/14 199/18 200/5 200/6 200/20
**go-ahead [1]** 153/10

**G**   Case 1:06-cv-02031-JMF   Document 91   Filed 08/04/14   ...

**goes [6]** 25/13 30/6 101/9 108/7 187/5 215/23
**going [82]** 5/14 6/3 6/25 8/17 8/20 9/9 9/9 12/5 16/19 17/16 18/25 32/8 35/14 43/7 44/13 46/8 48/12 48/14 48/17 48/18 48/25 49/3 49/4 52/17 53/22 63/23 68/1 70/7 70/8 88/10 89/8 90/12 94/1 94/17 94/25 95/8 95/12 95/15 95/18 97/16 98/21 102/12 110/3 110/16 110/20 110/24 114/16 124/5 126/18 131/9 134/12 137/14 142/3 143/18 148/23 149/9 149/10 153/22 157/15 163/10 166/17 168/3 169/8 172/14 173/14 174/1 174/10 175/21 179/22 186/1 186/2 186/3 186/8 190/17 193/20 194/1 205/22 205/25 206/1 215/12 215/24 216/1
**gone [5]** 46/3 74/1 108/3 185/13 188/16
**good [15]** 5/17 5/24 23/21 23/22 53/8 56/13 66/25 104/18 120/14 120/19 142/8 174/14 180/24 194/16 211/8
**got [37]** 12/3 12/13 18/21 21/19 36/9 41/4 46/17 47/23 58/14 61/25 62/1 119/12 119/16 124/21 125/2 135/1 135/15 135/17 136/15 136/24 155/13 162/6 169/23 176/14 176/17 177/6 177/19 177/20 179/13 180/6 182/7 182/14 182/16 199/8 200/23 205/5 207/9
**gotten [1]** 188/16
**govern [1]** 107/17
**government [58]** 7/21 36/8 56/25 57/3 57/5 58/8 58/14 58/15 58/21 58/25 59/7 59/10 60/4 60/8 60/17 60/24 61/3 62/22 62/23 63/18 74/5 74/19 74/20 74/23 78/3 78/6 78/8 79/12 80/5 80/17 82/9 82/11 82/16 82/17 83/20 87/16 87/24 87/24 88/2 88/14 88/14 88/17 89/22 95/11 96/4 97/18 97/22 99/17 100/2 100/25 101/8 109/11 109/19 113/15 113/16 140/12 172/18 192/25
**Government's [1]** 110/16
**grab [1]** 199/10
**grad [1]** 10/9
**graduate [2]** 115/10 177/11
**granted [1]** 129/12
**great [2]** 108/16 203/3
**greater [1]** 76/21
**grew [3]** 12/14 12/14 162/9
**grips [1]** 10/13
**ground [2]** 41/7 186/11 213/16
**grounds [2]** 149/10 161/13
**group [5]** 10/20 12/13 12/14 44/19 181/15
**Grove [1]** 120/1
**guess [7]** 135/9 156/12 159/9 171/13 173/23 179/19 181/10
**guidance [4]** 10/16 16/20 18/10 97/18
**guidelines [23]** 17/3 17/7 51/14 76/4 105/3 105/9 118/6 123/8 130/22 131/22 139/15 139/18 145/14 145/20 187/6 189/22 190/20 190/22 191/1 191/2 191/4 191/4 191/5
**guy [1]** 70/16
**guys [1]** 61/10
**GW [1]** 18/3
**GYN [2]** 180/9 180/22

**H**

**had [278]**
**hadn't [1]** 71/22
**half [1]** 181/18

**hallway [3]** 148/2 148/12 151/5
**hand [8]** 126/10 135/16 135/21 141/11 175/24 204/16
**handle [4]** 35/7 42/12 99/12 102/13
**handled [5]** 46/15 51/20 92/20 101/5 102/9
**handling [7]** 44/18 46/14 92/23 92/24 97/13 98/4 98/4
**hands [1]** 113/11
**handshake [1]** 34/9
**handwrite [1]** 87/19
**handwriting [1]** 105/21
**handwritten [3]** 112/10 112/18 204/23
**Hang [1]** 135/25
**happen [5]** 41/21 107/25 151/5 155/17 206/1
**happened [4]** 45/14 84/15 84/17 200/15
**happening [1]** 151/23
**happy [4]** 162/11 194/19 197/21 197/25
**hard [5]** 114/11 114/17 142/4 151/13 186/10
**has [41]** 4/14 5/4 6/25 10/10 11/3 22/5 28/20 32/20 38/19 41/12 58/11 58/20 64/1 66/9 66/16 73/24 82/5 86/19 105/21 107/11 108/3 110/3 114/18 133/14 135/9 135/11 135/15 141/8 158/17 159/7 160/19 166/13 191/1 193/24 196/17 201/25 206/15 208/21 212/12 214/3 216/3
**have [289]**
**have 2001 [1]** 124/25
**haven't [1]** 178/1 212/25
**having [15]** 5/21 45/4 48/25 49/3 65/2 79/2 112/15 113/24 124/5 151/13 160/6 168/21 175/10 206/8 216/11
**HCPCS [1]** 40/18
**he [51]** 6/7 41/6 45/19 46/22 53/20 61/25 62/1 65/17 65/18 69/21 70/1 70/6 70/6 70/8 70/16 82/10 85/18 91/13 99/3 99/3 99/4 102/2 102/2 102/4 102/9 102/10 102/11 102/13 104/4 109/6 111/16 111/16 112/19 133/14 133/17 143/7 152/15 152/21 152/22 152/24 158/17 158/17 158/17 159/20 160/25 161/4 163/22 166/16 192/15 192/15 195/3
**he'll [2]** 11/3 166/17
**he's [5]** 4/18 4/20 41/6 93/13 214/17
**head [3]** 8/2 154/9 154/21
**heads [3]** 8/20 75/10 148/17
**heads-up [1]** 8/20
**health [24]** 15/6 17/19 34/6 34/22 105/4 113/9 115/14 115/17 116/11 116/20 116/22 117/24 120/5 130/2 130/11 139/22 151/12 161/23 177/14 178/7 178/10 178/16 182/16 214/19
**Healthcare [2]** 115/11 125/16
**hear [1]** 91/14
**heard [14]** 15/17 46/21 52/14 77/25 157/2 157/3 158/24 160/18 161/5 163/25 212/18 214/9 214/17 216/8
**hearing [4]** 38/22 40/21 67/8 168/5
**hearsay [3]** 78/16 78/18 111/7
**Heart [1]** 179/4
**held [8]** 7/23 24/22 24/23 31/7 54/12 96/8 209/24 210/15
**Helene [4]** 38/15 38/16 198/24 198/25
**help [24]** 6/15 9/1 12/2 25/7 40/4 44/6 44/8 102/2 102/11 130/23 131/4 131/22 138/9 138/12 144/17 146/7 161/8 162/23 162/25 180/16 180/20 185/11 189/23 193/21
**helped [2]** 129/3 193/23
**helping [1]** 124/2

**her [143]** 7/2 51/1 11/19 11/21 11/24 12/14 12/1 12/11 02/20 15/11 15/22 15/23 15/24 19/22 19/23 20/7 20/8 20/18 21/8 22/7 23/20 24/1 24/4 24/5 24/9 24/20 24/21 25/3 25/5 25/6 26/3 26/6 26/25 27/3 27/6 28/12 29/10 29/13 30/25 31/3 31/6 31/10 33/18 33/20 33/20 33/21 34/1 34/17 34/19 34/22 36/13 36/13 36/18 36/18 36/20 36/22 36/23 37/7 37/14 37/17 38/17 39/3 40/1 41/9 41/25 45/11 45/18 45/19 45/20 45/22 45/23 47/22 48/5 48/7 48/8 48/9 48/21 50/8 50/11 50/12 50/15 50/24 53/20 53/22 54/1 54/2 54/5 54/6 54/7 58/10 58/11 58/11 59/4 59/4 62/11 64/22 65/1 65/3 65/6 65/13 66/24 66/24 66/25 67/1 68/3 68/3 68/5 68/13 84/11 84/13 84/18 85/2 98/12 98/14 98/15 127/24 127/24 133/3 133/3 138/8 148/9 150/17 152/14 155/15 169/5 170/13 172/11 172/17 189/9 193/3 212/19 212/21 213/19 214/21 214/22 215/3 215/4 215/4 215/6 215/10 215/19 215/21 216/9
**here [121]** 5/12 7/4 7/18 9/22 12/9 12/24 13/13 15/11 19/19 20/8 23/15 23/17 29/10 29/18 32/23 37/17 39/15 41/4 41/4 41/19 44/25 45/1 47/24 49/19 50/9 52/18 56/12 60/22 66/7 67/17 70/1 70/7 73/25 73/25 79/2 80/15 80/17 81/19 85/22 97/22 108/3 111/25 112/8 116/10 117/9 117/13 117/19 117/22 118/1 118/16 119/3 119/24 120/12 122/24 123/22 125/24 126/6 126/6 126/11 129/1 129/14 130/9 131/24 136/10 137/4 137/18 139/15 140/3 140/17 140/18 140/18 142/3 152/22 152/22 163/21 168/2 168/14 168/17 168/18 170/23 171/1 171/2 171/5 171/19 171/23 174/15 174/19 174/23 174/25 176/12 176/14 178/10 179/22 181/9 182/3 184/2 185/5 186/8 186/10 187/13 187/19 188/5 188/12 189/3 189/9 190/1 190/2 190/17 190/19 191/21 192/4 194/13 199/20 200/4 204/7 205/5 207/9 207/18 208/25 215/7 215/11
**hers [1]** 206/22
**hi [2]** 15/12 36/16
**Hi [1]** 5/18
**hierarchy [2]** 190/25 190/25
**higher [6]** 11/18 31/8 145/3 145/3 145/19 145/21
**highlight [3]** 61/13 209/8 210/20
**highlighted [7]** 49/19 50/2 61/7 112/7 188/5 189/4 199/19
**highly [3]** 110/2 207/25 211/7
**him [19]** 11/1 39/12 53/22 53/22 57/2 57/10 68/14 68/15 70/19 70/22 102/15 112/20 133/20 133/21 152/11 152/14 152/18 152/19 153/4
**himself [3]** 4/19 24/14 82/7
**hire [7]** 33/18 66/3 66/5 67/1 67/1 68/22 95/12
**hired [17]** 24/11 24/16 29/9 30/4 32/18 32/20 33/21 64/13 64/16 66/1 66/5 67/3 68/20 69/7 69/11 69/11 98/10
**hires [1]** 65/24
**hiring [8]** 17/17 21/16 24/6 24/17 33/21 54/12 68/23 146/22
**his [14]** 5/1 6/4 61/25 62/1 68/14 70/17 81/3 121/2 133/21 157/12 158/21 166/19 166/20 206/21
**history [6]** 43/17 89/22 90/2 136/10 166/15 166/15

**hit** [2]  157/19 157/22
**hold** [5]  54/17 93/8 164/8 178/4 210/9
**holder** [1]  54/23
**holding** [2]  55/15 55/19
**holiday** [1]  204/20
**home** [27]  43/9 48/9 48/10 48/14 48/18
48/25 49/22 50/6 114/3 124/21 133/15
136/5 175/18 183/22 183/23 196/1
197/22 198/1 199/13 199/14 200/6
200/20 200/25 201/9 201/10 201/12
201/13
**Honor** [24]  19/12 22/11 22/13 22/21
22/22 27/22 32/12 33/5 33/9 40/19 49/6
53/12 59/18 91/11 129/9 167/19 170/12
172/7 202/22 205/19 206/10 207/23
210/25 214/5
**HONORABLE** [1]  1/10
**hope** [3]  23/17 56/12 58/4
**hoped** [1]  73/6
**hopefully** [1]  86/4
**hoping** [2]  41/7 186/11
**hospital** [16]  15/25 16/23 117/4 117/20
119/25 120/1 120/2 123/17 125/1 125/4
136/16 179/23 180/11 180/12 180/13
180/13
**hospital-type** [1]  16/23
**hospitals** [1]  92/23
**hour** [9]  68/6 78/4 90/1 90/5 90/17 92/5
107/9 110/8 112/19
**hours** [10]  49/20 155/1 155/15 165/10
165/13 195/23 200/5 206/23 210/8
213/25
**house** [9]  48/5 48/7 48/8 48/21 197/13
197/13 197/16 197/18 199/13
**Houston** [1]  209/23
**how** [86]  10/4 10/21 11/16 17/1 21/24
35/11 35/12 35/16 36/22 37/9 37/10
40/5 40/10 41/14 42/1 42/3 43/23 48/7
56/13 61/3 75/8 78/14 89/2 89/18 92/20
92/23 92/23 93/1 94/23 96/7 97/9 97/13
97/14 97/18 100/13 100/19 106/3
106/17 106/25 110/12 110/13 111/12
111/18 116/1 119/12 122/12 122/18
123/3 123/7 123/18 123/23 134/11
134/14 145/14 148/10 149/21 150/25
152/10 154/23 155/11 158/11 162/6
163/3 163/9 164/23 165/4 165/4 167/5
170/16 177/4 183/3 185/16 185/16
185/16 186/14 186/20 188/15 188/19
189/23 189/23 190/2 190/24 191/15
210/4 210/25 211/3
**Howard** [8]  117/4 117/20 117/22 124/25
125/3 125/9 134/19 136/15
**however** [3]  59/2 169/11 187/1
**HR** [1]  92/6
**huge** [1]  181/12
**huh** [41]  19/9 30/12 31/22 48/4 52/16
57/3 61/11 93/24 98/7 99/9 102/8
105/24 112/12 113/2 119/23 124/20
125/25 135/3 135/19 136/4 164/4
164/13 164/15 171/15 171/18 171/20
173/6 180/11 182/8 186/7 186/9 189/6
190/18 190/21 194/15 195/9 195/11
196/12 196/16 196/22 201/7
**human** [1]  210/19
**hurry** [1]  60/19
**hurt** [1]  133/13
**hurts** [1]  166/13

**I**

**I'd** [18]  4/24 28/25 29/12 38/20 40/13
79/22 83/13 102/12 111/25 126/14

**I'll** [23]  62/11 77/10 88/24 91/14 103/22
113/3 120/17 126/22 128/24 135/2
135/21 142/4 152/15 159/23 159/24
175/24 176/3 186/4 194/4 196/17 199/1
199/15 203/22
**I'll just** [1]  142/4
**I'm** [101]  6/25 15/7 22/23 31/25 37/20
38/4 38/6 41/7 41/8 43/20 46/6 46/8
46/9 49/4 49/13 49/22 50/4 52/17 55/7
56/18 61/4 63/23 65/10 67/21 68/8
78/22 78/22 80/14 81/8 81/20 82/7
84/15 85/12 86/4 86/14 86/16 88/25
90/6 94/17 99/8 99/10 100/4 100/4
103/18 107/7 107/14 107/15 112/14
114/16 116/24 119/9 119/11 125/5
126/10 129/11 129/22 129/23 131/9
138/1 142/3 143/9 148/11 151/15 153/3
153/5 153/22 154/14 154/14 155/14
156/12 156/17 160/23 161/23 163/4
163/8 163/20 166/17 168/3 168/5 170/4
174/10 175/21 178/15 181/2 185/21
186/3 186/8 188/10 188/17 188/21
192/17 194/1 198/1 200/6 202/23 203/1
203/8 205/25 213/5 215/24 215/25
**I've** [11]  37/16 49/19 73/14 92/19 92/22
128/23 176/14 193/16 199/19 216/1
216/7
**IBWA** [2]  101/16 101/19
**ICD** [1]  157/17
**ICD-9** [1]  157/17
**IDC** [1]  40/18
**IDC-9-CM** [1]  40/18
**idea** [1]  162/6
**identified** [3]  95/23 138/14 143/14
**identifies** [2]  15/12 39/2
**identify** [5]  5/7 66/20 68/8 73/13 194/8
**identifying** [1]  211/1
**IDIQ** [2]  62/24 62/25
**ignores** [2]  214/8 214/16
**immediately** [1]  139/13
**impact** [2]  44/4 122/13
**impacted** [2]  11/13 214/11
**implement** [3]  11/16 64/2 149/12
**implementation** [2]  9/2 16/24
**implementing** [1]  97/19
**importance** [1]  41/20
**important** [7]  35/8 41/25 42/5 42/8
89/18 187/21 208/24
**importantly** [1]  144/17
**imprisonment** [2]  142/10 171/17
**improve** [4]  158/21 165/5 183/2 190/2
**improvement** [5]  42/21 123/1 189/10
189/19 189/20
**improving** [1]  187/18
**in 2002** [7]  10/11 17/17 24/1 29/2 52/22
89/6 105/2
**In 2003** [1]  76/18
**inaccurate** [3]  168/22 169/2 184/24
**inapplicable** [1]  209/20
**Inc** [1]  117/23
**include** [5]  40/18 50/20 164/6 184/6
201/12
**included** [10]  7/21 52/24 56/16 62/20
82/18 92/8 100/6 173/24 205/8 206/23
**includes** [2]  75/4 204/4
**including** [1]  108/21
**income** [1]  31/10
**incomplete** [1]  84/10
**inconsistent** [1]  171/25
**inconvenient** [1]  32/13
**incorporate** [2]  17/4 63/6
**incorporated** [6]  52/22 53/5 64/2 79/11

**incorporates** [1]  79/10
**incorrect** [1]  4/8
**incorrectly** [1]  71/23
**increase** [1]  137/24
**increased** [1]  137/25
**incremental** [1]  74/21
**indeed** [4]  84/20 187/8 208/18 212/18
**independent** [8]  18/9 26/20 27/14 63/1
63/4 72/25 176/25 213/2
**independently** [10]  8/11 11/18 12/7 22/4
36/4 51/3 51/7 95/16 192/10 214/10
**INDEX** [1]  3/11
**indicate** [2]  212/12 214/9
**indicated** [5]  64/1 69/24 73/13 86/5 88/2
**indicates** [2]  64/10 207/14
**Indicating** [1]  197/8
**indication** [2]  74/2 213/13
**indirect** [1]  90/17
**individual** [9]  34/7 35/14 39/9 66/13
69/23 93/18 93/19 93/20 184/17
**individuals** [7]  76/15 97/3 98/2 102/20
105/14 110/20 124/16
**indulge** [1]  5/7
**industry** [7]  34/20 35/10 93/1 93/4 93/5
97/23 109/10
**inexperienced** [1]  42/17
**influx** [2]  21/19 123/6
**inform** [1]  152/19
**information** [68]  9/18 9/21 11/5 11/20
17/19 17/21 34/23 36/21 37/10 38/17
40/5 44/24 58/4 72/8 75/23 81/10 83/19
85/1 91/22 113/9 115/15 115/17 116/11
116/20 116/22 120/5 122/1 129/22
130/17 130/22 131/2 131/3 132/9 133/9
134/15 140/22 140/23 149/9 149/11
150/17 151/15 151/18 152/5 152/7
154/13 155/25 158/15 158/18 158/20
160/10 160/14 160/16 165/4 165/19
166/14 167/1 167/3 167/3 167/13
169/13 177/15 178/7 179/3 180/17
180/19 182/17 184/21 214/19
**informational** [1]  109/18
**informed** [3]  110/23 153/1 187/11
**initial** [5]  46/15 57/13 82/17 83/5 111/16
**initialed** [1]  82/10
**initially** [6]  24/7 31/2 65/15 66/25 71/17
91/20
**inpatient** [15]  15/4 43/8 98/3 98/15
101/12 101/16 101/17 101/18 106/4
106/7 117/10 129/7 154/3 156/20 162/1
**inpatient/outpatient** [1]  117/10
**input** [1]  41/11
**insert** [1]  53/1
**inserted** [1]  60/22
**inside** [1]  9/1
**insight** [1]  10/16
**Inspector** [2]  20/2 24/23
**installation** [2]  123/6 154/2
**installed** [1]  151/21
**instance** [1]  133/11
**instead** [3]  10/4 71/19 172/15
**institution** [5]  37/12 44/4 46/12 47/10
52/5
**Institutional** [1]  118/23
**institutions** [1]  105/8
**instructed** [1]  84/10
**instruction** [11]  4/13 4/25 10/4 40/15
64/5 84/1 84/3 84/25 85/8 208/9 208/17
**instructions** [4]  4/10 4/11 6/10 6/11
**instructive** [1]  209/22
**insurance** [28]  13/25 13/25 14/2 15/6
35/10 35/10 118/6 122/18 122/18
123/15 128/20 130/2 130/2 130/12

**I** Case 1:06-cv-02031-JMF

**insurance... [14]** 138/19 139/22 145/24 151/12 151/14 152/4 152/7 160/8 161/23 162/8 178/15 178/23 180/17 181/25
**insurer [1]** 44/13
**intake [2]** 178/13 179/2
**intellectual [4]** 207/21 208/9 208/17 208/22
**intended [1]** 28/3
**intending [1]** 111/12
**intends [1]** 206/16
**intent [5]** 47/15 47/16 105/9 215/14 215/15
**intention [1]** 200/18
**interact [3]** 38/10 98/16 138/12
**interacted [5]** 8/3 8/4 36/7 98/20 193/16
**interacting [1]** 193/14
**interest [5]** 25/1 25/2 45/15 172/20 189/17
**interested [5]** 43/20 45/20 185/24 189/21 190/2
**interesting [3]** 173/3 210/4 210/7
**interim [1]** 36/25
**internal [5]** 21/13 118/2 122/10 123/14 145/3
**internally [1]** 107/24
**International [2]** 117/23 125/8
**Internet [1]** 206/6
**internships [2]** 119/22 136/25
**interpret [4]** 9/20 51/15 107/4 160/19
**interpretation [5]** 160/21 160/22 160/24 161/1 161/3
**interpreted [2]** 106/19 161/2
**interpreting [4]** 105/9 105/22 157/3 212/1
**interrupt [2]** 10/8 14/5
**interrupted [1]** 81/21
**interview [1]** 40/7
**interviewed [2]** 65/11 65/13
**interviewing [1]** 20/18
**introduce [3]** 105/7 161/18 161/19
**introduced [2]** 24/3 24/14
**introduction [1]** 101/12
**invent [1]** 104/21
**inventing [1]** 104/14
**investigate [1]** 206/5
**invoice [1]** 74/8
**involve [1]** 191/5
**involved [8]** 7/9 21/8 21/11 38/1 51/18 79/5 90/4 99/2
**irrelevant [1]** 94/20
**is [549]**
**is 2003 [1]** 28/10
**is 2014 [1]** 76/15
**isn't [15]** 47/24 74/14 76/22 86/9 127/14 134/7 171/23 174/22 186/20 188/23 192/20 195/16 201/8 201/20 201/24
**isolated [1]** 186/13
**ISP [1]** 176/21
**issue [7]** 5/9 6/12 18/8 34/19 143/4 206/13 207/6
**issued [4]** 79/15 82/21 83/6 83/7
**issues [10]** 41/12 54/3 75/11 90/5 139/13 148/18 180/17 186/12 186/16 206/15
**it [522]**
**it's [107]** 4/8 4/20 11/7 13/2 13/3 19/7 19/14 19/21 22/25 27/21 30/13 37/25 41/15 43/2 50/1 50/1 55/5 55/10 57/18 58/18 60/21 62/20 63/4 68/13 74/17 74/18 75/25 76/24 78/2 78/18 78/18 83/13 86/4 87/2 93/3 96/5 100/10

100/18 106/4 106/7 106/9 106/11 106/22 108/11 108/12 109/5 109/13 110/13 111/2 111/8 111/9 112/5 112/23 113/8 114/10 114/11 120/18 124/21 127/20 131/16 132/6 133/14 134/9 134/9 134/10 134/11 134/13 135/2 135/25 142/3 143/7 143/10 143/11 157/3 159/6 159/9 159/19 159/23 160/25 161/1 165/6 165/7 166/25 167/14 168/10 168/21 172/8 172/9 173/16 173/17 176/12 176/12 178/4 186/3 186/10 186/10 186/21 190/15 194/16 198/1 199/23 204/9 205/5 207/12 208/24 210/14 210/15
**item [2]** 116/15 140/5
**itemized [1]** 13/15
**items [3]** 11/6 64/4 82/10
**iteration [1]** 87/15
**its [8]** 52/6 53/12 55/22 101/25 105/18 212/3 212/4 215/19
**itself [6]** 16/7 30/22 52/5 87/22 106/22 108/11

**J**

**January [1]** 1/4
**job [60]** 12/20 15/22 15/23 15/24 22/7 35/17 37/2 45/7 50/18 64/16 64/22 65/8 70/12 70/17 76/20 92/8 93/20 95/16 95/19 98/8 98/10 98/12 98/14 98/15 100/20 100/20 100/23 103/12 110/4 118/12 119/3 125/8 125/12 127/10 128/9 134/3 137/17 144/7 144/10 146/8 147/21 160/18 171/6 178/9 178/20 179/8 180/6 180/9 181/6 182/9 183/2 186/22 193/17 198/15 198/20 198/20 209/15 210/2 211/4 213/14
**jobs [7]** 92/10 95/3 95/24 153/21 178/19 181/3 209/17
**Joe [4]** 54/22 81/25 82/7 203/24
**JOHN [1]** 1/10
**joined [2]** 118/22 134/18
**joint [11]** 52/17 56/15 58/6 58/17 62/13 62/14 67/10 67/16 67/20 68/16 204/3
**JOSEPH [1]** 3/4
**JUDGE [25]** 1/11 4/4 4/9 29/18 56/9 62/3 62/12 62/14 78/16 85/25 104/1 108/17 126/14 127/22 128/16 133/2 141/10 141/23 142/25 176/3 202/5 215/4 216/14 216/17 216/19
**judgment [8]** 170/19 206/11 210/1 213/2 213/18 214/1 214/4 216/4
**judgments [2]** 160/12 164/1
**judicial [1]** 4/19
**jump [1]** 61/12
**jumping [1]** 86/4
**June [1]** 200/3
**June 30 [1]** 200/3
**juror [1]** 215/20
**jury [31]** 4/10 4/11 4/12 4/20 5/14 5/17 5/23 6/17 11/11 23/24 41/20 45/14 52/20 56/3 56/18 94/19 96/5 103/21 108/22 163/13 163/25 174/24 204/11 206/7 206/16 206/7 207/7 215/11 216/5 216/10
**just [191]** 7/14 10/9 10/10 11/4 16/1 20/25 21/23 22/4 22/16 25/2 26/4 39/17 40/7 40/16 41/10 41/17 42/1 42/3 45/22 45/24 48/22 48/23 50/16 51/7 58/17 58/19 61/8 63/15 68/8 74/17 77/16 77/24 78/1 87/3 89/10 92/6 93/9 94/20 106/10 106/12 107/11 108/11 111/20 111/25 123/13 127/18 129/10 131/24 134/3 134/25 135/2 142/4 142/5 143/7 150/12 150/19 152/17 152/19 153/9

157/4 159/4 159/17 160/21 161/24 163/4 165/23 165/12 165/24 171/8 174/8 178/4 179/2 180/20 181/23 183/18 183/22 183/25 184/16 185/22 186/4 187/24 188/17 192/5 194/13 197/21 203/17 204/3 204/17 204/23 207/6 208/4
**justification [1]** 60/21
**justified [1]** 60/14
**justify [1]** 60/20

**K**

**Kaiser [47]** 20/9 20/9 21/7 21/15 21/17 38/8 38/14 45/15 46/6 46/19 48/3 48/5 48/13 49/3 49/21 49/22 50/6 50/23 50/25 51/1 51/5 51/10 51/16 51/23 52/9 52/12 54/8 195/10 195/12 195/15 196/5 197/16 198/4 198/9 198/16 198/17 198/18 198/20 198/22 199/6 199/7 199/11 200/6 200/21 201/11 201/14 212/7
**Kaiser-type [1]** 52/12
**Katherine [2]** 72/5 72/6
**KATHY [4]** 1/3 3/8 175/9 175/19
**keep [4]** 50/12 75/1 98/20 144/18
**kept [3]** 50/15 59/7 196/15
**key [10]** 11/4 39/10 99/16 99/20 99/21 99/25 100/1 100/1 100/24 101/6
**Kim [6]** 57/9 57/13 83/24 110/10 110/25 111/5
**kind [4]** 9/19 11/8 102/11 178/21
**knew [5]** 8/25 16/18 51/3 95/7 188/22
**know [116]** 7/18 8/17 9/5 10/19 10/21 10/23 12/5 13/5 15/2 17/23 20/23 21/23 22/2 29/12 36/21 41/6 41/17 42/10 44/13 45/20 47/6 47/10 47/11 47/18 47/20 47/22 47/23 50/18 52/25 53/17 53/22 59/13 67/21 68/1 68/2 71/19 72/9 73/24 75/8 81/9 81/21 81/22 81/25 84/11 89/18 92/18 95/10 96/12 96/16 97/23 100/13 102/12 106/17 107/25 130/21 134/11 135/15 135/25 145/9 145/9 145/12 149/19 152/14 152/17 153/3 153/8 154/1 155/14 155/10 155/25 156/2 157/10 160/7 161/10 161/11 162/11 166/24 173/8 174/14 174/24 183/25 185/23 186/22 187/3 187/17 187/24 188/15 188/19 189/2 189/2 189/4 189/16 189/21 191/13 191/25 192/6 193/7 193/19 196/1 197/23 197/24 199/9 202/1 202/4 203/24 204/11 204/25 205/3 206/1 206/10 206/16 209/3 212/17 212/22 213/23 214/24
**knowing [3]** 20/4 43/20 142/9
**knowledge [12]** 35/7 80/5 80/16 90/5 106/23 107/2 107/3 134/2 142/8 208/7 208/12 208/14
**knowledgeable [2]** 18/23 191/11
**knows [1]** 90/12
**KRUGER [1]** 1/20
**Kryenbuhl [6]** 21/9 33/20 36/12 46/14 49/18 200/3
**KUNTZ [1]** 1/16
**Kwan [10]** 24/3 33/19 41/1 45/19 53/20 65/14 65/15 69/19 69/22 70/15

**L**

**labels [1]** 114/24
**labor [9]** 64/10 88/8 88/9 89/3 89/7 89/9 110/14 110/14 209/13
**ladies [5]** 55/25 94/18 163/11 203/4 203/11
**Lamana [4]** 38/16 38/17 198/24 198/25

**L**   Case 1:06-cv-02031-JMF

**language [5]** 56/16 58/12 60/12 61/7 209/3
**lapse [1]** 177/22
**large [2]** 114/23 123/5
**largely [2]** 17/2 105/5
**last [22]** 6/15 28/9 32/11 39/16 39/16 52/18 56/14 59/23 83/12 86/5 86/6 136/24 141/15 141/15 142/3 165/8 166/4 173/3 176/13 187/12 206/22 214/9
**later [10]** 10/12 20/19 41/14 46/8 48/24 50/5 96/21 99/1 99/15 101/25
**latter [3]** 137/25 138/7 170/4
**launch [1]** 102/3
**law [11]** 6/9 6/10 64/3 110/8 112/19 172/6 172/9 210/13 213/9 213/10 213/23
**laws [2]** 90/18 92/5
**lawsuit [1]** 172/1
**lawyer [4]** 77/7 79/6 79/7 81/12
**lawyer's [2]** 168/6 168/16
**lawyers [4]** 6/7 91/23 108/22 208/1
**lead [6]** 33/17 42/6 123/22 123/25 169/22 173/18
**leadership [2]** 11/15 16/19
**leading [1]** 211/18
**learn [12]** 41/16 96/25 181/3 182/17 183/1 183/20 188/7 191/14 193/24 194/17 195/2 195/2
**learned [3]** 96/19 181/4 207/21
**learning [12]** 39/17 39/20 42/1 185/25 186/15 188/12 188/14 190/2 194/13 207/17 208/8 208/16
**least [4]** 104/16 179/10 184/3 200/18
**leave [11]** 23/21 49/20 53/8 53/22 154/20 154/21 157/19 186/1 200/5 215/24 215/25
**leaves [1]** 210/23
**leaving [4]** 47/13 48/11 68/2 154/14
**left [19]** 4/20 6/22 23/20 36/24 46/23 60/13 60/20 60/21 72/1 73/15 113/13 173/8 173/10 179/4 180/9 181/14 182/9 195/22 204/16
**left-hand [1]** 204/16
**leg [1]** 106/11
**legal [3]** 92/14 159/11 205/24
**lengthy [2]** 100/10 197/19
**LESCHT [4]** 1/20 1/21 108/20 109/1
**less [6]** 18/8 34/18 76/16 118/23 146/3 213/3
**let [48]** 10/8 12/8 14/5 15/10 18/17 19/7 19/19 22/22 31/23 43/18 45/20 46/21 47/11 47/20 47/22 47/23 53/22 59/4 60/11 61/22 61/24 68/14 69/7 72/9 75/8 76/23 78/21 87/1 88/18 92/17 97/12 111/20 113/1 127/24 130/20 133/3 134/25 135/15 138/23 152/14 166/1 169/16 170/13 173/6 177/22 187/17 189/4 204/6
**let's [26]** 6/14 26/8 26/8 31/20 38/18 40/25 46/16 47/17 48/2 83/16 94/20 108/18 120/9 124/17 125/23 129/14 129/15 135/12 137/3 145/25 146/12 147/20 148/14 164/3 168/14 171/13
**letter [22]** 3/14 3/15 22/6 22/18 23/7 32/4 32/5 32/8 32/24 52/9 53/17 59/8 64/17 64/19 64/22 80/11 111/21 112/9 172/16 196/24 196/25 197/6
**letterhead [3]** 29/23 32/17 64/19
**letting [2]** 53/17 84/11
**level [32]** 9/23 10/6 10/12 10/16 10/18 11/17 11/18 12/19 13/11 15/8 20/1 31/8

35/20 36/19 40/15 42/19 42/1 48/4 43/6 43/11 43/13 43/14 45/25 93/18 95/19 108/2 121/6 122/14 145/14 157/18 207/17 209/6
**levels [4]** 42/1 44/1 102/12 159/5
**Liability [1]** 55/8
**liaison [3]** 138/9 138/11
**Liberal [1]** 208/22
**lie [4]** 171/21 173/9 173/16 173/17
**lied [1]** 173/15
**lieutenant [2]** 148/3 193/6
**Lifecare [79]** 18/19 18/20 20/23 22/8 23/10 24/4 24/5 24/6 24/11 24/12 24/13 24/16 25/3 25/4 25/13 25/17 25/19 25/24 26/10 26/18 26/21 27/1 28/20 28/24 28/24 28/25 29/1 29/13 30/2 30/3 30/4 30/7 30/25 31/4 31/6 31/7 31/7 31/8 31/13 54/17 54/18 54/20 54/22 55/23 65/21 65/25 66/2 66/5 67/3 68/21 69/11 70/11 70/23 71/4 71/8 72/4 72/19 86/12 97/25 98/10 100/15 100/23 104/10 114/9 114/14 120/10 134/18 134/21 137/4 137/7 140/20 141/1 141/6 142/21 143/15 156/12 168/1 173/9 203/18
**Lifecare's [1]** 18/16
**Lifecare/Advanta [1]** 141/1
**light [2]** 81/10 216/2
**like [76]** 8/4 8/8 11/7 12/17 15/4 19/20 21/16 23/13 36/21 40/13 50/13 50/16 57/9 68/6 75/5 76/1 79/22 84/11 92/6 96/8 102/23 108/2 110/19 113/13 113/14 119/14 120/24 133/2 134/3 134/20 140/6 140/11 140/17 141/14 146/9 159/6 159/17 160/21 165/17 167/24 168/5 168/16 172/10 174/8 178/9 179/8 179/22 180/18 181/17 182/10 183/8 184/16 185/10 185/19 186/18 186/25 189/7 189/8 189/14 191/25 194/16 194/17 194/21 194/22 194/25 195/19 196/22 198/15 198/16 198/20 204/5 206/11 206/13 207/25 209/8 209/21
**liked [2]** 51/6 195/2
**likely [1]** 151/25
**limited [5]** 10/4 21/18 55/7 184/6 207/25
**line [15]** 57/4 64/10 84/12 84/13 90/10 131/13 132/20 135/2 135/4 140/5 159/20 168/2 174/7 174/11 185/5
**Lippman [1]** 1/16
**Lisa [2]** 2/2 217/3 217/10
**list [10]** 37/21 129/14 143/20 149/20 149/21 150/2 150/4 159/4 190/14 205/22
**listed [3]** 119/22 144/21 178/9
**lists [1]** 209/13
**litigation [1]** 79/5
**little [11]** 30/13 46/21 51/3 55/14 114/10 118/23 142/4 148/11 178/11 180/3 183/20
**live [1]** 195/16
**lived [2]** 45/17 200/20
**LLC [9]** 1/16 24/19 27/14 55/5 55/6 55/7 55/19 55/20 55/22
**local [1]** 5/6
**locate [1]** 83/17
**located [2]** 48/5 195/12
**location [12]** 34/3 34/11 34/12 35/23 35/24 36/2 45/11 45/18 45/23 95/7 154/3 200/21
**locations [1]** 206/25
**log [1]** 154/20
**long [7]** 47/4 104/18 120/18 132/7 149/3 168/1 177/4

**longer [4]** 53/18 188/8 143/19 149/24
**look [79]** 4/10 9/8 16/23 11/7 13/2 13/3 13/9 13/10 14/18 15/18 16/2 16/7 18/4 23/2 27/8 28/6 28/9 29/12 34/20 43/16 43/17 46/2 50/2 58/14 60/11 61/8 63/10 63/20 66/6 66/10 67/16 71/24 73/22 79/4 80/11 81/19 84/11 85/21 86/17 89/6 90/6 106/8 106/20 121/1 121/13 124/17 124/21 135/12 138/22 143/6 143/10 157/9 157/13 157/16 159/18 164/3 164/24 166/10 168/14 184/18 187/1 187/3 187/12 189/3 199/18 199/18 204/16 207/23 208/18 212/10
**looked [8]** 5/11 16/12 49/9 53/3 72/21 72/24 92/22 140/10
**looking [23]** 9/5 20/2 20/15 34/25 35/1 35/6 35/18 39/24 47/17 58/17 72/18 72/19 81/7 81/8 86/14 96/20 106/10 125/6 135/18 143/7 183/12 183/13 188/17
**looks [12]** 15/4 19/20 22/6 57/9 136/25 178/9 179/22 181/17 182/10 183/8 196/22 204/5
**loose [2]** 25/8 158/5
**Los [1]** 211/19
**lost [1]** 83/3
**lot [16]** 18/1 35/1 46/14 68/20 77/25 123/12 135/15 145/1 150/1 180/22 187/7 191/9 191/10 191/18 204/7 210/24
**lots [1]** 204/5
**loud [2]** 63/23 82/4
**lunch [8]** 47/15 48/17 48/17 48/22 49/3 124/6 199/6 201/1
**luncheon [2]** 108/19 108/24

**M**

**ma'am [18]** 19/16 57/6 57/16 58/23 59/22 60/23 65/9 76/24 79/5 81/3 84/14 85/3 108/20 113/19 202/11 202/14 202/16 202/21
**machinery [1]** 88/13
**Madam [3]** 6/14 29/15 77/2
**made [21]** 4/20 5/4 6/5 11/12 20/22 23/14 31/12 34/15 41/22 44/3 74/16 83/18 87/21 98/19 121/17 122/5 142/8 181/25 193/7 208/25 212/10
**Madison [1]** 119/17
**MAGISTRATE [1]** 1/11
**mail [16]** 39/2 41/1 47/12 47/12 47/14 47/15 49/18 50/1 53/11 66/16 73/14 154/15 154/18 186/6 194/7 200/2
**mailed [1]** 41/9
**mails [8]** 40/19 46/22 46/24 46/25 49/7 73/18 73/20 195/5
**main [1]** 186/24
**maintain [5]** 115/25 138/9 138/13 144/12 144/14
**maintained [3]** 74/6 116/4 139/23
**Major [8]** 39/3 39/9 192/14 192/25 193/3 193/5 194/8 214/23
**majority [3]** 65/22 107/25 109/11
**make [39]** 9/10 10/2 10/3 12/21 43/21 45/7 63/11 63/15 70/12 74/17 74/17 75/2 75/18 78/1 78/1 98/17 105/8 108/14 111/11 111/17 121/15 130/23 134/5 134/15 134/22 157/14 157/21 160/9 164/1 170/19 172/12 184/21 187/10 188/21 189/18 192/5 206/11 207/7 211/16
**makes [3]** 108/11 140/6 160/12
**making [5]** 7/16 91/17 91/21 108/5 121/6 172/1 181/23 188/18
**management [42]** 7/23 9/24 11/23 17/19

**management...** **[38]** 17/21 23/10 24/12 25/24 30/3 30/7 31/5 34/5 35/19 36/25 40/10 42/23 43/3 47/5 66/2 67/18 86/12 95/12 98/19 98/24 99/4 99/13 100/21 101/6 105/3 120/5 122/15 130/15 145/18 146/11 147/4 156/14 157/18 177/15 178/7 178/13 179/23 211/24
**management-type [1]** 34/5
**manager [14]** 7/25 18/25 33/22 38/11 99/5 118/13 119/18 136/12 154/4 156/9 156/19 156/20 181/18 181/20
**manager/dental [1]** 119/18
**managers [2]** 24/7 144/17
**managing [3]** 19/3 30/11 65/5
**manner [2]** 205/11 214/12
**manual [1]** 71/23
**manually [2]** 119/6 139/12
**many [12]** 13/16 71/18 79/6 84/9 89/2 90/4 116/1 123/23 155/11 164/5 181/12 214/19
**mapping [1]** 91/2
**March [1]** 30/17
**MARIA [13]** 1/6 3/5 5/20 41/9 125/20 140/2 146/7 147/19 156/13 163/6 174/15 183/12 185/20
**marked [15]** 19/7 22/5 31/23 33/3 38/19 40/13 53/10 61/13 114/7 114/14 141/8 175/21 186/3 194/1 199/15
**Marlboro [1]** 114/6
**MARY [1]** 1/16
**Maryland [6]** 55/9 114/6 175/19 176/15 178/10 179/23
**Mason [6]** 151/7 151/17 152/9 153/2 163/2 163/8
**master [4]** 8/3 63/4 148/3 148/16
**match [1]** 184/20
**matched [2]** 121/14 184/22
**matching [1]** 95/25
**material [1]** 215/14
**materials [8]** 37/15 84/9 84/13 86/16 96/20 97/4 113/9 139/17
**mathematical [1]** 73/1
**matter [7]** 4/2 22/16 76/5 206/5 213/16 215/14 217/5
**matters [4]** 83/9 90/2 98/22 205/24
**Maxum [1]** 18/0
**may [56]** 9/10 10/1 10/14 13/25 14/16 15/4 23/14 37/22 37/23 39/9 39/13 51/18 52/11 60/2 60/5 70/25 74/1 74/3 74/8 75/23 77/9 77/22 85/24 86/14 86/14 89/2 89/2 89/4 103/16 113/19 124/12 125/5 132/3 132/6 133/6 133/11 133/11 133/17 139/10 152/1 159/19 159/23 170/17 175/4 175/5 185/10 187/7 187/8 188/2 194/24 197/6 202/23 203/5 203/9 205/17 205/17
**maybe [13]** 6/17 11/5 14/12 20/20 69/1 99/23 183/9 183/16 183/17 185/10 195/18 199/9 211/21
**MD [1]** 1/18
**me [139]** 4/2 5/7 5/10 6/15 8/20 10/8 12/2 12/8 14/5 15/10 15/21 18/17 19/7 19/19 19/19 22/22 23/23 27/18 30/14 31/23 43/18 46/21 48/12 48/14 49/22 55/16 57/20 59/2 60/11 61/8 61/22 61/24 63/19 65/17 66/23 67/7 67/14 68/9 69/6 76/23 78/21 79/2 79/3 80/9 80/23 80/25 82/5 84/7 84/12 84/13 86/9 87/1 87/3 88/18 91/20 92/17 96/6 97/12 111/20 113/1 116/14 127/18 134/20 134/25 135/15 137/16 142/6 142/13 143/20 143/21 144/11 144/14 144/20

146/10 146/10 148/10 149/16 149/18 149/20 149/22 150/4 150/11 152/9 152/23 152/25 153/1 153/14 153/23 155/5 160/20 161/2 161/16 163/2 164/6 166/1 167/24 168/16 169/4 169/4 169/5 169/10 169/16 169/21 169/21 169/22 170/6 170/10 170/10 170/17 172/11 172/15 172/16 173/6 180/8 180/19 184/11 185/20 185/21 185/23 188/2 188/4 188/4 188/14 189/24 190/12 190/14 190/15 191/17 193/7 193/21 193/23 194/18 194/19 195/3 198/6 204/5 204/6 205/2 214/17
**mean [32]** 9/16 13/14 33/9 36/14 42/24 44/15 46/6 48/8 52/11 63/3 103/14 111/5 123/2 152/3 152/22 155/8 157/24 159/21 161/10 165/16 176/24 179/20 181/20 188/15 189/16 190/4 191/17 191/23 192/11 200/14 208/20 212/2
**meaning [2]** 36/19 71/22
**means [9]** 13/1 39/21 80/12 100/2 145/7 145/7 157/10 161/11 176/25
**meant [6]** 9/19 13/10 105/22 105/23 109/8 188/12
**mechanical [1]** 2/24
**mechanism [1]** 48/1
**medic [2]** 176/15 177/4
**Medicaid [3]** 35/11 105/4 118/6
**medical [130]** 6/24 8/2 9/14 13/21 19/6 19/25 24/18 25/11 27/10 27/14 30/6 31/5 32/17 35/3 37/23 53/6 55/20 55/21 55/22 64/19 65/23 66/1 75/18 75/22 89/9 89/10 89/13 89/14 92/15 93/4 93/5 93/25 95/23 98/15 100/14 101/20 104/17 105/18 106/23 106/25 111/1 111/3 111/4 113/6 116/7 116/16 117/11 118/3 118/4 118/14 119/4 120/22 121/25 122/12 123/19 126/25 128/2 128/12 128/20 129/23 130/17 131/2 131/23 132/8 138/6 141/7 144/22 151/9 154/8 155/8 157/6 157/14 157/16 158/15 158/17 159/3 159/12 159/18 160/22 161/8 164/24 165/2 166/5 166/6 166/9 166/10 166/15 166/22 166/23 166/24 166/25 176/17 177/6 177/16 177/19 178/24 179/11 179/18 180/6 181/3 181/4 181/4 181/6 181/10 181/14 181/18 181/21 182/10 182/23 185/14 185/16 188/18 188/23 191/19 191/19 192/1 192/6 192/8 193/10 193/14 193/20 193/20 193/23 198/10 209/4 212/20 212/21 213/20 214/20
**Medicare [11]** 17/1 17/4 17/7 17/8 17/8 17/11 35/11 51/14 51/14 105/4 118/6
**Medicare/Medicaid [2]** 105/4 118/6
**medication [1]** 166/16
**medicine [6]** 106/18 106/24 186/22 186/23 189/2 210/19
**meet [7]** 7/20 156/5 156/25 185/23 187/25 212/22 214/1
**meeting [19]** 42/20 75/8 102/22 102/24 148/2 150/7 150/16 150/19 151/5 151/15 185/19 189/4 189/7 189/8 189/9 189/12 189/13 200/22 200/23
**meetings [22]** 102/18 102/20 140/13 144/17 146/11 147/20 147/21 147/24 147/25 148/1 148/1 148/12 148/13 148/15 149/6 149/8 149/14 150/18 150/21 150/24 153/15 155/2
**member [3]** 36/12 55/22 120/4
**memberships [1]** 137/1
**memorable [1]** 23/15
**memory [1]** 215/17
**Mendez [10]** 24/13 57/1 57/10 59/8 60/3

60/25 72/5 72/6 72/19 111/13
**Mendez's [1]** 53/9
**mention [4]** 35/22 122/7 209/21 210/11
**mentioned [2]** 111/2 140/11
**mentions [1]** 13/13
**mentor [1]** 146/4
**mentored [2]** 146/16 167/15
**mentoring [2]** 129/3 170/18
**mere [1]** 210/12
**merely [2]** 212/2 212/3
**met [12]** 8/6 16/17 24/15 50/25 66/12 66/22 66/24 66/25 102/20 155/21 156/3 212/23
**method [1]** 104/25
**Metro [7]** 48/15 48/15 49/21 196/9 196/11 200/6 200/19
**MICAH [1]** 1/15
**micromanaged [1]** 51/7
**middle [1]** 49/2
**midlevel [3]** 13/4 18/14 42/14
**midwife [1]** 13/7
**midwife's [1]** 105/19
**might [21]** 9/18 9/19 10/5 13/9 34/3 44/7 45/2 56/18 69/3 70/10 70/11 75/11 76/1 81/24 106/7 130/18 185/23 210/16 211/8 211/8 211/8
**miles [1]** 48/9
**military [31]** 7/21 13/17 13/19 13/23 14/1 14/2 16/22 16/25 17/2 17/6 38/2 39/8 42/10 44/7 47/5 123/5 138/12 151/9 151/21 184/7 184/12 190/23 191/1 191/4 191/5 191/7 191/9 191/17 191/18 192/2 193/15
**mind [2]** 17/17 56/12
**mine [3]** 61/13 62/11 115/9
**minimize [1]** 108/10
**minimum [2]** 76/20 155/14
**minute [5]** 5/7 59/4 111/20 144/20 202/25
**minutes [9]** 45/17 48/8 50/17 55/25 195/18 197/17 201/3 203/2 203/9
**misapplied [1]** 105/6
**miscellaneous [1]** 202/17
**mischaracterizes [2]** 168/8 168/24
**misled [5]** 56/18 169/10 169/19 172/21 173/22
**Miss [1]** 175/16
**missed [1]** 140/5
**missing [3]** 9/21 14/19 62/20
**Missouri [1]** 177/9
**mistake [3]** 122/5 130/24 215/17
**mistakenly [1]** 212/11
**mistakes [4]** 41/22 44/3 75/10 185/3
**mistrial [2]** 4/23 4/24
**misunder [1]** 132/3
**misunderstanding [1]** 4/21
**misunderstood [3]** 105/5 132/6 132/25
**Mizrahi [9]** 67/12 68/9 71/16 72/17 72/18 72/20 72/21 73/12 74/1
**modify [1]** 17/12
**modules [1]** 183/22
**MOLINA [15]** 3/4 46/22 52/14 54/22 59/6 59/9 81/25 82/7 82/23 111/14 111/21 112/9 112/15 113/3 203/24
**moment [10]** 49/9 77/25 83/16 83/18 86/5 86/9 104/3 106/12 209/2 209/3
**moments [1]** 27/18
**money [5]** 123/18 145/10 162/12 186/25 187/1
**monitor [5]** 14/23 63/20 63/23 130/9 164/21
**monitoring [3]** 8/1 39/8 164/17
**Montgomery [1]** 119/25
**month [6]** 107/8 134/13 177/5 182/1

**month... [2]** 183/21 207/20
**month-end [1]** 182/1
**months [4]** 29/9 173/8 179/24 182/10
**more [33]** 8/5 41/15 42/8 42/10 47/1
55/14 73/19 87/12 103/11 106/10 107/5
110/1 110/2 124/8 138/1 144/18 146/3
153/18 159/6 159/9 183/1 183/9 183/10
183/10 183/21 188/6 188/15 188/22
193/23 195/19 209/18 212/21 213/19
**morning [10]** 5/10 5/17 5/24 56/13 59/14
154/1 154/6 154/16 206/3 216/15
**mornings [1]** 198/4
**most [11]** 8/10 11/2 36/14 39/10 44/17
113/14 129/9 144/17 151/24 160/10
193/9
**mostly [1]** 198/13
**motion [4]** 129/12 206/11 215/24 215/25
**motions [1]** 216/11
**motor [1]** 198/12
**mouth [1]** 215/21
**move [24]** 19/12 22/13 32/12 33/5 38/20
40/20 49/6 53/12 59/18 67/6 68/16
78/17 83/16 127/22 128/5 128/7 128/16
129/9 141/23 163/24 167/3 176/3 180/7
214/5
**moving [2]** 47/9 117/3
**Mr [20]** 4/17 5/2 46/22 52/14 56/21 59/6
59/9 82/23 99/12 101/11 102/1 104/3
108/20 109/1 109/6 111/14 111/21
112/9 112/15 113/3
**Mr. [8]** 6/5 53/3 57/1 59/8 60/3 60/25
69/19 69/22
**Mr. Kwan [2]** 69/19 69/22
**Mr. Mendez [4]** 57/1 59/8 60/3 60/25
**Mr. Mendez's [1]** 53/3
**Mr. Salb [1]** 6/5
**MRAD [1]** 151/8
**Mrs [8]** 79/25 175/16 175/17 176/11
183/4 183/7 185/21 205/17
**Mrs. [10]** 175/18 175/21 176/8 189/25
194/21 196/20 200/4 203/5 203/10
203/17
**Mrs. Ferrara [10]** 175/18 175/21 176/8
189/25 194/21 196/20 200/4 203/5
203/10 203/17
**Ms [209]** 5/17 6/22 6/23 7/1 7/5 8/10 9/7
10/17 11/12 11/19 12/9 12/15 12/20
14/5 15/18 18/15 20/11 20/12 22/5 22/7
23/2 23/7 23/23 23/25 28/10 28/23 29/5
31/20 31/21 32/4 32/6 32/11 32/18 33/4
33/15 33/15 33/17 33/19 34/12 34/14
34/17 35/23 36/2 36/4 36/24 39/2 40/20
40/25 41/1 42/15 43/20 44/14 45/10
45/11 45/17 46/22 46/24 47/2 47/2 47/2
48/2 48/10 49/7 49/18 49/18 50/12
50/12 50/13 50/23 51/24 53/8 53/11
53/17 54/9 54/10 54/16 56/2 56/13
56/14 58/2 58/9 59/5 64/13 64/25 67/12
67/13 67/24 68/9 68/10 71/1 71/13
71/16 72/17 72/18 72/19 72/20 73/12
73/14 74/1 74/3 76/16 78/13 78/13 84/5
84/5 84/7 96/8 96/8 97/20 98/6 102/17
103/1 103/11 109/4 112/9 112/13
112/16 113/4 113/5 114/3 114/7 126/4
126/9 126/22 127/2 127/4 127/5 127/21
127/25 128/22 133/4 134/2 137/10
137/14 137/16 138/6 138/11 140/11
141/13 142/5 143/3 143/17 143/19
144/3 146/20 147/3 147/24 148/9
149/11 149/17 149/19 149/24 150/17
151/4 151/16 152/12 152/13 152/14
152/24 153/1 153/12 154/4 156/6 156/8
166/9 156/18 156/19 163/11 163/14
167/24 168/12 169/3 169/10 169/19
169/21 172/11 173/4 173/10 173/18
173/19 173/22 173/25 174/23 175/5
175/6 175/7 175/14 184/16 196/2
197/19 200/3 200/25 202/9 206/24
207/13 208/4 212/18 212/19 212/20
213/4 213/12 213/14 213/21 214/2
214/17 214/18 215/2 215/3 216/8
**much [16]** 23/16 27/23 31/18 42/4 42/8
44/8 55/24 76/21 103/24 106/10 123/18
162/6 165/14 188/15 199/8 216/18
**multi [6]** 118/17 132/11 132/14 139/19
198/11 199/23
**multi-page [1]** 199/23
**multi-specialties [1]** 198/11
**multi-specialty [4]** 118/17 132/11
132/14 139/19
**multiple [7]** 14/8 65/7 82/24 86/11 89/7
107/9 136/1
**must [4]** 6/10 132/25 206/23 208/10
**my [98]** 5/4 5/10 6/10 11/25 22/18 23/15
25/23 31/16 46/10 56/12 57/6 58/5
60/23 69/13 78/21 79/21 81/22 84/12
85/3 85/3 89/16 90/18 90/23 91/2 92/18
92/22 99/22 101/14 107/13 116/8 119/9
119/11 119/11 119/15 125/5 127/2
127/25 128/1 128/3 129/5 129/6 131/5
133/21 137/11 137/11 137/12 137/17
138/5 138/25 140/4 141/3 141/21 142/5
142/6 142/8 144/12 144/13 144/15
144/22 144/23 144/23 144/24 144/6
152/20 153/2 153/25 154/8 154/11
154/11 154/12 154/13 154/15 154/18
154/18 154/20 156/19 157/24 157/24
162/18 166/13 169/6 169/6 169/7
169/12 169/14 172/13 172/15 172/20
173/19 179/15 182/14 184/13 188/3
193/19 196/1 200/13 201/22 212/10
**myself [2]** 31/3 148/17

**N**

**N-A-I-C-S [1]** 16/8
**N.W [1]** 1/21
**NAICS [2]** 16/8 109/10
**name [11]** 25/6 58/11 62/8 86/15 102/5
114/3 124/22 136/5 171/9 174/16
175/18
**named [1]** 98/8
**names [1]** 99/21
**narrative [1]** 153/17
**narrow [2]** 81/13 106/10
**NASC [1]** 109/6
**national [1]** 105/11
**nature [4]** 55/3 98/22 109/25 110/2
**navigate [1]** 22/3
**NCOC [1]** 151/8
**near [2]** 45/23 48/5
**Nearly [1]** 104/12
**necessarily [5]** 76/11 78/10 113/15
187/22 208/20
**necessary [6]** 34/17 37/10 54/5 82/6
87/19 108/2
**need [19]** 8/21 9/24 12/2 45/16 51/7
58/14 62/8 70/1 95/15 103/18 124/12
133/22 143/3 152/1 153/8 159/3 159/22
183/5 190/10
**needed [42]** 11/16 14/15 19/25 21/21
21/25 22/2 22/3 34/4 36/9 37/7 38/12
38/13 43/25 44/6 47/7 47/18 51/1 51/10
52/4 56/20 69/1 69/1 70/2 74/24 79/13
79/16 95/4 102/12 107/20 107/21
109/23 123/18 130/21 131/4 149/12
153/1 158/19 160/9 161/9 167/13
170/16 181/21
**needs [1]** 98/17
**negotiated [1]** 68/6
**Nesfield [2]** 151/16 163/7
**neurology [1]** 69/4
**never [22]** 36/2 50/22 65/2 91/13 97/10
97/20 104/7 105/1 113/13 153/13
158/25 172/15 172/16 188/20 193/22
195/5 200/23 203/18 203/20 205/12
205/14 213/4
**new [29]** 8/17 10/24 10/25 11/16 16/24
17/5 18/24 39/17 44/15 47/5 97/19 99/2
101/12 104/21 104/25 104/25 105/1
119/17 123/6 146/8 149/6 161/7 161/17
161/18 161/19 162/19 162/21 190/9
194/14
**next [28]** 42/20 44/14 82/10 113/20
116/15 129/15 129/25 130/9 130/13
132/10 132/16 138/17 139/5 139/15
164/21 165/3 167/4 175/5 181/6 189/4
189/7 189/9 189/14 190/8 191/21
205/17 206/1 216/13
**nice [3]** 5/25 70/16 198/1
**night [1]** 107/9
**nine [14]** 12/16 126/7 126/11 126/16
126/18 126/20 126/24 126/24 127/3
127/17 127/19 128/10 168/3 174/12
**Ninth [1]** 211/20
**no [147]** 1/3 5/11 5/16 10/11 12/2 19/15
19/23 22/24 23/1 25/16 28/14 28/22
32/9 36/15 38/22 40/21 42/18 48/14
51/4 53/18 54/19 54/21 54/24 55/2 55/5
57/24 58/23 66/1 67/8 67/22 68/24
69/21 76/23 76/24 77/6 77/9 77/10
77/12 78/18 79/21 80/15 80/15 82/1
83/4 84/1 84/2 85/8 85/15 85/23 86/8
86/10 88/14 93/9 93/12 94/9 94/17
95/10 96/13 101/17 102/19 103/9
104/15 107/13 111/8 113/7 113/17
115/24 116/24 126/14 127/6 127/18
127/20 129/3 131/19 132/23 135/6
135/17 135/17 138/8 142/25 143/10
143/19 144/9 146/18 146/21 146/23
146/25 147/2 147/5 147/7 147/9 147/11
147/13 147/15 147/17 148/13 149/24
150/11 150/22 152/16 156/12 158/25
159/2 162/25 165/7 167/11 170/19
171/22 172/10 174/10 174/12 175/2
175/3 179/15 183/25 190/1 191/8
192/11 195/23 196/3 196/3 197/14
198/12 199/14 201/2 201/4 201/18
202/5 202/16 202/18 202/21 203/9
203/25 204/2 205/15 206/24 207/6
207/7 207/8 207/14 207/18 210/13
214/21 213/3 213/12 213/15 215/20
**nobody [3]** 73/8 92/3 189/15
**noncommissioned [1]** 151/8
**none [2]** 60/25 211/5
**nonexempt [10]** 92/16 93/19 93/21 94/1
94/2 95/24 108/12 108/15 110/15
210/16
**nonresponsive [4]** 127/23 128/5 129/10
163/23
**Nonsensitive [1]** 141/14
**normal [3]** 46/9 92/7 154/22
**not [214]** 6/8 7/18 8/9 10/14 10/15 10/19
11/8 12/5 12/14 15/7 15/22 16/1 17/2
17/10 20/4 20/5 21/17 21/24 26/8 26/19
27/9 35/8 37/19 37/21 38/4 38/6 40/15
41/18 41/23 44/5 44/8 44/10 51/7 52/12
54/19 56/3 56/3 56/23 56/24 57/7 57/8
57/16 57/23 58/4 58/20 58/20 59/3
59/13 59/19 60/13 60/16 60/24 61/20
61/21 62/20 66/5 68/22 69/21 69/21

**N**

not... [155] 70/6 74/3 76/11 78/2 78/10 78/18 78/18 78/21 80/7 80/19 81/23 82/2 82/11 82/18 85/3 85/15 86/4 86/8 86/10 86/16 86/20 87/6 87/14 87/18 87/23 88/1 88/1 89/24 91/19 92/2 92/14 93/20 94/15 94/19 95/10 96/3 96/11 97/22 99/8 100/4 102/25 103/5 103/9 104/15 104/19 107/6 107/13 108/6 108/11 108/21 108/22 110/18 111/1 111/2 111/8 112/23 113/7 116/24 119/9 119/10 119/11 123/9 123/12 123/14 127/4 127/6 127/20 130/20 130/23 131/16 131/20 134/10 140/24 146/7 148/20 149/4 152/11 152/19 155/14 156/12 159/4 159/10 160/6 160/16 163/12 163/13 163/20 164/19 165/6 165/7 165/24 168/3 169/9 172/2 172/6 172/22 173/16 173/17 173/21 174/17 174/25 177/22 179/20 183/15 183/21 184/6 186/21 187/5 187/22 188/21 191/16 192/11 193/20 195/4 195/17 196/2 196/3 200/23 201/2 201/18 201/25 202/19 202/21 204/9 204/9 205/4 205/22 206/4 206/5 207/17 207/21 207/21 208/3 208/14 208/15 209/6 209/11 209/19 210/2 210/5 211/9 211/10 212/2 212/3 212/7 212/12 212/22 212/23 213/9 213/19 214/3 215/12 215/15 216/8 216/13

note [8] 105/19 105/19 105/20 112/8 112/10 130/19 133/17 206/19

noted [1] 209/14

notes [5] 75/5 75/5 101/14 112/18 211/2

nothing [10] 61/2 78/23 83/25 99/20 162/13 174/15 205/1 205/2 210/6 215/18

notice [2] 60/13 89/13

November [5] 29/21 30/14 64/13 117/4 173/7

November 2002 [1] 117/4

November 28 [1] 30/14

November 28, 2002 [1] 29/21

November 7th [1] 173/7

now [98] 4/11 5/14 10/8 12/8 12/10 14/5 19/2 19/15 28/4 31/20 33/3 40/13 42/15 45/10 46/9 50/20 52/3 52/14 53/8 54/9 55/16 55/25 61/7 62/5 63/19 63/22 64/13 64/25 67/12 67/17 67/24 68/20 69/19 71/13 75/1 77/24 80/3 80/21 83/18 85/10 87/6 89/15 91/21 92/2 98/6 101/11 102/16 102/25 110/6 112/3 116/22 117/3 119/11 120/9 121/16 122/24 123/22 123/23 124/17 125/23 134/2 137/3 137/22 140/3 142/13 146/2 152/8 156/11 156/22 157/2 158/24 159/14 161/5 165/10 166/1 166/2 170/1 177/4 177/18 181/20 189/2 189/7 190/22 192/9 192/18 194/12 195/4 197/11 198/9 203/2 205/25 207/4 208/3 208/24 209/2 210/23 216/12 216/13

number [32] 15/14 21/18 22/9 22/10 27/19 29/16 31/24 40/14 49/5 58/6 58/17 67/16 69/10 69/17 74/12 75/21 103/14 137/24 137/25 138/2 142/14 148/19 154/25 155/6 165/10 177/23 182/22 196/18 199/16 199/22 199/25 200/1

numbers [1] 95/7

numeric [1] 121/4

numerical [1] 166/11

numerous [2] 207/23 211/16

nurse [5] 13/5 105/19 209/11 209/12

209/13

nurses [3] 105/6 208/1 210/5

nursing [4] 43/9 116/25 125/21 134/17

nuts [1] 102/9

NW [1] 2/3

**O**

o'clock [1] 201/11

oath [6] 6/4 56/2 108/20 131/13 132/2 163/12

OB [1] 180/9

OB-GYN [1] 180/9

objection [28] 5/16 19/15 22/24 23/1 38/22 40/21 67/8 78/16 84/18 84/21 88/16 88/18 88/19 88/20 91/11 91/14 94/3 94/16 111/7 112/22 137/8 163/24 168/8 168/24 172/4 173/11 201/16 203/21

objections [1] 33/10

objective [2] 43/1 120/25

observation [1] 43/9

observed [1] 44/23

observing [1] 39/25

obtain [1] 210/17

obtained [1] 174/7

obviously [4] 12/15 81/8 187/20 207/4

occasion [1] 199/12

occasionally [2] 8/3 102/22

occasions [3] 4/5 4/18 185/2

occur [3] 9/3 94/7 148/2

occurred [1] 74/8

October [3] 19/21 26/16 28/23

October 2003 [2] 19/21 28/23

of 2001 [1] 117/3

of 2002 [1] 64/14

of 2003 [1] 26/16

of 2004 [1] 86/25

off [20] 6/22 21/17 36/11 41/7 60/10 72/15 74/7 103/23 122/17 124/11 145/13 145/15 154/20 155/23 157/20 157/22 158/16 159/6 182/25 186/11

offer [9] 29/20 31/8 64/16 78/19 112/3 169/4 172/16 196/24 196/25

offered [5] 54/7 111/8 143/18 172/10 184/1

offerer [1] 61/9

office [21] 12/4 16/10 20/1 21/9 24/23 32/6 36/16 43/12 45/16 73/23 84/9 98/20 109/15 116/6 116/15 118/13 119/18 136/12 154/3 193/1 193/22

officer [11] 52/22 54/20 54/22 57/14 60/19 64/1 64/5 83/21 110/7 117/24 151/8

officer/health [1] 117/24

officers [8] 7/21 16/25 39/8 47/6 91/23 98/16 102/21 182/23

offices [3] 113/16 178/15 198/17

official [1] 2/2 74/6

officials [7] 7/21 36/8 37/11 74/23 99/18 100/25 101/8

often [2] 162/4 195/4

oftentimes [1] 108/1

oh [19] 15/1 15/6 29/14 47/13 47/24 47/24 55/7 61/22 62/10 64/9 73/6 73/24 82/15 114/20 135/17 178/15 186/5 194/16 208/11

OHI [11] 14/25 15/1 15/7 130/2 130/9 161/20 161/22 164/17 164/18 164/21 167/8

OIB [3] 13/14 14/20 129/25

okay [131] 11/11 13/15 14/23 15/3 15/10 19/18 22/5 23/5 24/2 28/5 31/5 35/20 37/6 37/13 41/24 44/16 44/25 47/1 48/22 49/4 50/20 51/22 52/14 52/19

54/16 56/18 57/6 57/8 58/19 59/1 59/17 60/2 60/9 61/7 62/18 62/20 63/15 63/21 65/9 66/12 66/15 67/6 67/17 67/23 68/14 72/12 73/3 75/1 76/11 76/17 76/19 76/19 77/8 77/9 77/18 78/10 79/24 80/20 81/8 83/4 83/16 84/20 85/19 86/18 89/15 92/12 92/17 94/25 95/3 95/8 95/20 97/17 100/4 100/10 100/17 100/22 101/11 102/25 103/3 103/10 104/8 104/13 105/2 105/18 106/18 107/21 108/11 108/16 111/18 114/20 117/3 120/14 129/14 131/9 132/10 135/9 136/2 138/14 139/5 143/12 144/7 145/25 147/20 150/6 153/19 165/3 165/10 167/5 167/18 167/25 169/17 173/6 173/23 175/23 181/14 182/20 183/19 186/5 189/25 192/3 192/22 195/8 195/20 196/19 199/3 203/11 204/6 204/14 205/7 205/15 206/3

old [2] 1/17 41/17

Olney [1] 119/25

omitted [1] 86/6

on-site [23] 6/24 7/6 12/11 15/15 22/2 113/13 124/2 128/3 138/1 138/7 138/8 140/19 143/19 149/25 154/3 156/2 156/9 156/20 170/5 170/7 170/9 170/20 193/5

once [10] 43/14 115/24 143/18 145/2 145/6 150/16 157/25 162/6 170/6 170/9

oncologist [2] 180/21 180/22

oncology [1] 8/23

one [94] 7/1 12/20 14/9 19/19 19/23 21/20 22/20 24/13 26/5 32/1 32/2 36/15 39/10 43/6 45/5 45/15 47/9 47/10 53/1 55/19 57/2 57/25 58/2 65/13 66/8 66/12 81/25 83/12 87/3 87/4 87/12 88/1 89/3 97/8 102/23 103/20 105/25 107/5 111/1 113/1 114/24 122/4 122/4 133/22 134/9 137/22 138/17 140/14 140/17 140/17 140/18 143/7 143/17 151/18 153/8 155/8 155/8 156/6 156/19 157/23 159/23 160/15 164/5 164/21 165/3 165/8 165/17 166/22 167/2 170/1 170/15 171/16 178/20 180/18 183/14 184/15 185/23 189/8 189/12 189/13 189/14 190/1 190/1 192/21 194/21 195/6 197/25 204/4 205/5 206/15 207/21 208/2 209/22 211/18

one-to-three [1] 45/5

ones [4] 76/16 163/8 195/1 195/1

ongoing [5] 41/15 52/6 73/17 122/25 188/6

only [35] 33/24 35/8 37/19 66/8 79/12 79/15 80/9 89/3 89/24 95/6 108/6 113/10 129/4 154/17 157/8 160/2 160/7 170/25 171/3 171/3 171/4 171/9 174/16 174/18 185/9 189/8 190/1 192/11 192/19 193/11 194/24 195/2 195/6 207/18 214/22

open [1] 15/18

opening [1] 6/4

operate [1] 97/12

operated [1] 93/2

operating [5] 18/11 36/16 76/4 78/14 152/10

operation [1] 163/3

operations [6] 17/12 52/6 53/21 117/6 125/1 211/25

operative [1] 107/1

opinion [2] 41/11 215/13

opinions [1] 92/19

opportunities [1] 125/6

opportunity [1] 23/16

**opposed [3]** 20/13 42/3 190/24
**order [14]** 34/18 43/25 56/7 63/4 76/22 89/8 97/7 111/15 134/6 140/23 146/10 165/21 183/6 191/14
**ordering [1]** 129/6
**orders [1]** 64/3
**organization [4]** 10/13 16/15 17/18 177/2
**orientation [1]** 36/19
**original [1]** 83/15
**other [80]** 8/14 9/8 11/22 12/10 12/21 13/5 13/25 13/25 14/2 15/6 16/9 16/21 18/14 21/10 26/7 31/21 37/23 38/3 38/12 38/16 40/7 40/11 44/7 45/11 47/11 51/20 53/1 63/14 67/4 69/7 74/2 75/14 75/21 75/23 78/10 81/9 84/2 89/25 92/22 94/1 101/9 102/14 103/1 103/3 103/5 109/14 113/12 114/25 124/11 128/4 129/2 129/3 129/4 130/2 130/11 133/23 139/21 144/20 146/1 146/2 146/13 146/15 148/21 151/12 156/14 161/23 164/9 165/18 178/20 185/6 188/9 191/7 198/19 200/23 205/21 209/21 210/11 211/4 214/2 215/25
**others [1]** 102/21
**otherwise [2]** 52/5 145/21
**our [78]** 4/5 4/21 10/20 17/17 17/18 22/16 31/20 32/11 48/24 49/2 54/13 55/24 59/14 61/20 66/3 74/7 79/14 79/17 84/6 94/25 95/8 95/9 95/20 97/13 97/14 97/18 104/16 107/24 108/18 113/11 121/14 130/23 131/2 131/8 131/21 133/1 133/5 133/5 134/14 138/7 138/9 138/9 138/13 140/10 140/12 140/13 140/13 140/13 140/14 140/22 140/25 145/6 145/10 145/10 145/11 145/14 148/5 154/2 154/4 154/17 154/17 154/17 154/24 155/3 155/12 156/4 157/13 158/1 158/20 163/10 167/2 167/11 184/23 208/13 210/14 212/9 212/12 215/13
**ourselves [1]** 113/12
**out [70]** 6/9 7/19 9/1 9/6 9/9 9/10 12/6 17/7 18/3 20/6 21/22 24/14 26/7 45/6 45/22 46/13 46/16 47/21 48/24 52/11 56/14 63/13 63/23 71/1 73/7 74/9 80/4 81/20 82/4 83/14 84/9 84/10 84/15 92/14 93/1 94/20 98/1 105/25 111/25 113/16 138/21 138/24 139/12 139/13 143/3 149/2 151/22 152/23 152/25 154/21 155/15 158/20 158/23 160/8 161/25 162/4 162/14 164/25 166/1 168/2 172/18 172/19 188/24 204/3 206/7 210/12 212/3 212/4 212/6 215/21
**outgoing [1]** 34/10
**outpatient [18]** 7/10 12/25 13/15 15/5 43/8 106/4 106/10 117/10 120/15 120/20 129/6 129/16 138/18 144/15 146/3 152/7 157/8 162/2
**outside [1]** 21/16
**over [25]** 8/15 9/8 11/9 14/16 14/16 15/20 35/2 37/18 41/9 45/23 47/5 47/25 50/23 73/8 73/25 111/16 123/19 125/23 133/7 150/16 178/11 182/13 188/9 199/9 199/10
**overall [5]** 71/7 91/2 100/25 106/8 122/23
**overhead [1]** 145/4
**overruled [11]** 59/20 84/21 111/8 111/10 137/9 163/25 168/10 168/25 172/5 173/12 201/17

**oversaw [4]** 13/13 14/6 129/25 130/5
**oversee [3]** 14/7 14/20 130/4
**overseeing [1]** 164/18
**oversight [1]** 44/9
**overstated [1]** 44/7
**overtime [5]** 78/4 78/6 172/3 175/1 215/13
**overview [2]** 41/13 186/14
**own [18]** 17/3 21/13 37/14 65/6 77/7 89/24 122/20 126/10 129/5 150/10 164/1 192/24 193/14 196/4 210/14 214/21 214/22 215/3
**Owsley [1]** 210/14

# P

**P.C [1]** 1/21
**p.m [4]** 108/24 189/5 206/7 216/21
**package [3]** 31/14 60/25 69/8
**packages [2]** 31/4 67/4
**page [50]** 3/12 15/18 28/9 34/24 39/15 39/15 40/25 42/19 42/19 49/25 52/18 52/23 56/15 60/9 60/12 61/3 63/20 63/21 75/3 79/25 80/3 80/13 80/18 85/11 85/12 86/17 90/10 100/7 118/14 118/14 125/23 131/13 132/20 136/15 136/24 141/15 141/16 142/3 142/13 143/10 173/3 174/7 176/13 186/8 189/3 194/7 194/12 199/21 199/23 209/23
**pages [3]** 57/21 112/11 112/18
**paid [7]** 32/21 76/16 92/10 122/19 197/4 201/20 207/2
**pain [1]** 166/21
**Pam [3]** 71/16 72/20 156/16
**paper [5]** 60/7 60/7 129/18 155/23 157/6
**papers [1]** 75/4
**paperwork [4]** 26/7 26/7 66/2 79/16
**paragraph [6]** 44/14 63/24 63/25 88/2 187/12 190/8
**paramedics [2]** 210/5 210/8
**pardon [3]** 58/7 80/15 104/25
**Parenthetically [1]** 212/9
**part [55]** 8/17 11/14 13/18 21/6 32/7 32/8 33/24 33/24 36/14 37/19 47/10 54/15 62/22 63/12 66/8 70/16 75/13 75/13 80/9 82/23 90/9 90/14 96/14 96/15 96/16 102/16 104/3 119/10 128/18 133/1 133/5 137/25 138/7 140/9 140/14 140/21 140/25 141/10 146/11 147/21 148/24 149/6 159/15 160/18 161/16 163/7 165/19 165/20 167/11 182/19 182/21 187/5 191/16 200/13 216/9
**part-time [5]** 32/7 32/8 33/24 33/24 148/24
**participate [3]** 24/22 149/14 150/20
**particular [37]** 9/23 16/11 28/25 31/3 42/4 47/25 50/18 51/5 52/7 57/7 57/20 60/2 67/14 69/2 73/20 73/24 100/1 122/17 133/25 145/17 147/12 148/21 156/3 157/7 157/24 157/24 167/25 184/13 187/8 193/7 197/20 199/18 207/1 207/2 209/23 211/15 212/13
**particularly [5]** 16/18 209/8 209/22 210/2 210/7
**parties [3]** 14/15 92/19 92/20
**partly [1]** 193/1
**partner [2]** 30/7 30/8
**partners [9]** 23/10 24/12 24/13 25/24 30/3 31/5 66/2 71/9 86/12
**party [26]** 14/16 14/22 21/13 25/6 35/9 38/14 42/7 44/11 51/2 99/21 119/5 128/14 128/14 128/20 129/7 130/3 138/19 139/5 139/22 152/25 160/8 162/16 162/18 162/19 162/23 216/3
**pass [2]** 107/23 108/1

**past [4]** 1/73 43/16 166/15 195/24
**patient [29]** 7/22 10/7 42/12 42/25 43/2 43/5 43/7 43/7 43/10 106/9 117/16 133/11 133/14 133/15 151/20 152/6 159/7 160/4 160/24 160/25 161/2 161/3 166/12 166/14 179/7 187/4 187/8 192/7 192/8
**patient's [3]** 75/6 106/8 166/15
**patients [10]** 13/6 13/8 40/1 40/2 123/20 151/24 180/16 180/21 180/23 186/23
**pay [4]** 67/13 72/3 147/6 208/24
**paying [1]** 76/15
**payment [3]** 17/2 105/11 178/22
**payments [2]** 119/7 178/22
**payroll [5]** 18/16 24/9 24/10 203/18 203/18
**peculiarly [2]** 166/6 167/10
**pediatric [1]** 19/2
**Pentagon [55]** 34/2 34/3 34/8 34/9 34/11 35/13 35/22 35/22 35/24 36/1 37/3 37/18 38/2 38/18 39/3 39/22 45/12 45/25 46/5 46/7 46/20 48/3 48/11 48/14 48/16 49/1 49/20 50/5 52/10 184/7 184/13 187/17 192/9 192/15 192/20 195/20 195/21 195/23 196/2 196/8 197/11 197/13 197/13 198/4 198/15 198/21 199/4 200/4 200/20 201/5 201/9 201/13 201/13 212/7 214/24
**people [70]** 8/13 8/21 8/22 10/14 12/17 12/21 13/6 13/12 14/18 16/22 17/17 18/2 20/2 21/18 21/22 22/2 24/6 24/7 35/12 39/10 40/2 40/16 47/6 47/8 47/9 51/6 54/12 65/6 65/13 68/22 69/21 70/5 70/18 70/19 70/22 70/23 70/23 71/18 73/7 76/12 91/25 92/10 92/20 94/23 95/6 95/12 95/15 96/7 97/13 102/14 106/20 107/25 108/5 109/16 109/20 109/24 137/6 137/22 137/23 137/24 151/19 170/1 170/2 170/5 170/15 195/6 198/17 198/18 198/19 207/25
**per [19]** 68/6 122/23 133/22 145/19 146/11 153/9 154/10 155/1 155/12 155/16 155/18 158/3 158/5 159/8 159/11 161/9 165/24 166/10 170/19
**perceived [1]** 24/6
**percent [7]** 18/18 140/6 165/13 212/21 213/22 213/25 213/25
**perfect [1]** 51/4
**perform [16]** 10/10 12/25 14/15 18/11 42/17 77/16 82/18 95/16 108/1 108/13 110/16 128/25 129/16 138/6 144/19 169/21
**performance [4]** 9/12 83/9 95/19 208/6
**performed [21]** 6/23 7/12 12/21 37/3 50/23 52/5 88/11 95/5 107/1 120/17 121/9 121/24 129/4 133/24 138/18 145/15 164/11 180/25 192/4 195/10 215/3
**performing [6]** 26/23 42/16 52/4 61/16 110/21 211/12
**perhaps [1]** 12/16
**period [11]** 14/12 21/6 25/25 26/22 30/21 72/3 83/7 83/9 133/7 149/4 199/2
**periods [2]** 23/24 206/20
**perjury [2]** 215/18 216/9
**Permanente [5]** 20/9 45/16 51/16 196/5 212/7
**permit [1]** 203/22
**Perry [1]** 190/5
**persisted [1]** 96/7
**person [47]** 11/4 11/8 11/9 21/9 25/5 34/4 35/21 36/17 39/10 39/14 47/19 47/19 51/5 51/10 51/11 69/7 69/11 70/1

**person...** **[29]** 70/2 70/12 73/24 74/3 76/1 77/13 92/6 98/23 99/16 99/21 100/1 100/22 101/7 108/12 110/2 110/3 138/11 148/24 162/7 170/11 180/18 192/19 192/21 193/9 193/11 193/12 214/18 215/9 216/6
**person's** **[1]** 31/10
**personally** **[1]** 68/22
**personnel** **[16]** 13/17 17/1 32/11 66/1 88/11 91/6 99/20 99/25 100/2 100/22 100/23 104/8 118/3 118/4 120/17 138/12
**pertaining** **[1]** 68/13
**pertinent** **[1]** 180/6
**Peters** **[1]** 120/2
**pharmacology** **[1]** 106/25
**pharmacy** **[3]** 33/22 152/2 162/7
**phase** **[1]** 216/13
**phone** **[4]** 149/24 150/1 179/2 197/19
**phonetic** **[2]** 151/16 163/7
**phrased** **[1]** 89/10
**physical** **[3]** 10/1 10/2 198/14
**physician** **[19]** 8/7 8/8 9/19 11/2 13/4 18/13 37/15 41/23 42/13 42/25 43/5 75/19 116/6 116/15 122/25 159/3 178/15 184/20 188/21
**physician's** **[2]** 13/5 187/14
**physicians** **[27]** 9/4 16/21 38/3 40/3 41/5 42/1 42/7 75/16 101/21 105/6 121/20 121/24 122/13 130/14 131/1 131/6 131/19 131/25 134/6 185/6 185/11 187/20 187/22 187/24 189/13 189/20 211/3
**physicians'** **[1]** 118/5
**physiology** **[1]** 210/19
**pick** **[4]** 31/9 38/12 148/20 208/11
**picture** **[1]** 124/3
**piece** **[4]** 60/6 60/7 191/16 193/23
**pieces** **[2]** 9/21 208/10
**Pierce** **[1]** 97/20
**pinpoint** **[1]** 211/19
**place** **[12]** 44/7 108/16 151/11 152/10 188/24 202/15 202/17 202/19 204/2 204/18 204/20 204/23
**placed** **[2]** 152/2 198/16
**places** **[5]** 46/18 46/19 70/6 202/11 214/12
**placing** **[1]** 162/7
**plaintiff** **[2]** 31/21 66/18
**Plaintiff'** **[1]** 38/20
**PLAINTIFF'S** **[2]** 38/24 53/15
**plaintiffs** **[17]** 1/4 1/15 3/7 74/13 206/9 207/11 207/12 208/3 209/17 209/20 210/25 211/4 212/5 212/18 213/1 214/10 216/12
**plaintiffs'** **[25]** 4/5 4/10 4/13 19/8 19/13 19/14 19/17 22/23 23/4 27/21 28/2 38/19 49/4 49/7 49/15 53/10 67/7 114/25 194/1 194/7 199/15 199/22 211/2 214/8 214/16
**plan** **[4]** 61/15 121/1 166/20 192/7
**play** **[1]** 8/17
**pleasant** **[1]** 206/2
**please** **[41]** 5/24 23/3 29/24 47/11 56/2 56/7 59/5 59/25 60/11 62/1 62/5 63/19 66/6 66/20 73/22 74/1 77/2 77/11 79/23 80/11 85/21 86/17 87/3 90/11 90/24 91/13 93/14 100/8 108/20 112/8 112/10 113/19 128/6 131/14 133/4 153/18 153/18 163/11 172/9 188/9 203/7
**plenty** **[2]** 49/20 200/5
**Plf** **[5]** 3/13 3/14 3/17 3/19 3/20

**plural** **[2]** 195/7 185/7
**plus** **[3]** 9/5 16/23 24/21
**point** **[58]** 6/9 8/18 12/24 15/13 20/7 24/17 25/15 25/20 26/17 31/2 45/10 45/15 46/1 47/3 47/4 52/11 59/13 72/15 76/14 87/14 94/4 95/9 96/6 96/17 97/10 99/17 101/7 111/25 123/25 124/1 124/8 126/10 126/19 129/15 130/9 130/13 132/10 132/16 137/18 137/18 139/1 139/16 140/14 149/25 152/24 154/7 156/21 164/6 170/14 172/19 182/22 189/15 196/4 198/3 200/19 208/13 213/22 216/8
**pointed** **[1]** 56/14
**pointing** **[1]** 59/8
**points** **[5]** 100/24 125/2 125/10 136/13 136/16
**policies** **[8]** 17/2 104/4 104/6 104/7 104/23 105/16 211/12 211/24
**policy** **[5]** 104/21 104/24 150/20 150/23 211/17
**population** **[1]** 42/12
**portion** **[5]** 13/16 53/2 112/7 121/1 184/3
**posed** **[1]** 76/25
**position** **[31]** 11/13 18/25 25/5 32/9 32/9 32/24 34/18 35/13 35/17 52/7 53/23 54/17 65/11 77/13 79/1 89/15 91/4 93/25 95/14 97/24 134/21 142/23 143/14 143/18 163/1 172/11 172/14 188/22 197/1 209/16 215/10
**positions** **[12]** 7/24 33/25 54/12 69/22 88/8 90/16 95/4 96/8 108/5 109/20 141/14 188/25
**positive** **[1]** 41/5
**possibility** **[2]** 45/11 197/15
**possible** **[1]** 103/19
**posted** **[1]** 178/22
**poster** **[1]** 178/22
**posting** **[1]** 119/7
**Powell** **[1]** 209/9
**power** **[3]** 150/14 150/22 170/19
**powers** **[1]** 154/10
**practical** **[4]** 182/23 183/9 183/24 213/16
**practice** **[17]** 8/9 13/8 19/1 19/3 34/6 34/21 101/16 101/22 104/25 178/25 179/23 180/9 180/14 181/11 181/12 186/22 186/23
**practices** **[7]** 17/4 17/11 17/12 105/7 105/10 105/15 106/25
**practitioner** **[3]** 13/5 44/18 44/18
**practitioner's** **[1]** 105/19
**practitioners** **[1]** 44/19
**preceding** **[1]** 81/10
**precise** **[1]** 153/18
**predated** **[2]** 19/23 20/18
**prefer** **[2]** 29/12 63/20
**premature** **[1]** 215/23
**premium** **[1]** 31/9
**preparation** **[1]** 76/2
**prepare** **[2]** 11/21 11/22
**prepared** **[9]** 11/19 32/5 58/10 86/15 118/2 121/19 121/20 127/13 171/1
**preparing** **[3]** 21/12 113/11 186/19
**preponderance** **[2]** 4/8 4/15
**prescribed** **[1]** 52/25
**prescription** **[2]** 152/1 152/4
**presence** **[1]** 47/16
**present** **[8]** 35/25 43/25 119/3 127/10 136/11 176/10 208/11 216/12
**presented** **[9]** 6/13 46/22 60/7 60/13 145/16 174/6 174/8 174/19 207/18
**presenting** **[1]** 169/5

**presents** **[1]** 41/10
**preserved** **[1]** 33/12
**president** **[1]** 55/21
**presumably** **[1]** 206/22
**presume** **[3]** 39/20 186/16 210/16
**presuming** **[2]** 100/17 100/19
**presumption** **[1]** 100/19
**pretty** **[1]** 195/15
**previous** **[6]** 34/15 50/11 63/13 125/12 134/21 137/21
**previously** **[4]** 5/21 33/11 98/1 132/2
**primarily** **[3]** 13/19 13/20 67/3
**primary** **[6]** 35/17 42/25 43/1 166/21 208/6 213/24
**prime** **[1]** 71/11
**Prince** **[3]** 17/25 115/13 125/19
**principal** **[3]** 55/13 206/21 206/22
**principles** **[1]** 207/8
**prior** **[7]** 14/11 14/11 29/8 29/9 58/10 80/25 200/17
**priority** **[1]** 14/1
**private** **[3]** 24/19 24/20 190/24
**privilege** **[2]** 123/9 123/10 169/13
**privileged** **[1]** 123/8
**privy** **[1]** 12/5
**Pro** **[1]** 176/21
**Pro-Fee** **[1]** 176/21
**probably** **[6]** 139/12 163/7 170/4 170/5 170/17 193/23
**problem** **[5]** 67/22 130/6 130/18 145/8 205/10
**problems** **[5]** 70/20 124/5 138/21 138/22 180/21
**procedural** **[2]** 141/1 159/5
**procedure** **[5]** 40/15 130/19 150/23 152/10 163/3
**procedures** **[13]** 8/12 9/2 16/24 40/12 44/17 95/18 97/19 105/16 107/1 107/1 180/5 181/9 185/7
**proceed** **[4]** 62/2 97/19 148/10 163/17
**proceedings** **[2]** 2/24 217/5
**process** **[28]** 24/25 41/16 51/13 51/17 66/3 71/21 76/2 101/17 124/2 140/9 149/9 149/12 153/5 153/7 157/2 161/6 161/16 161/18 161/20 162/23 162/24 163/1 163/4 163/5 163/6 163/9 188/6
**processed** **[1]** 74/14
**processes** **[5]** 8/11 9/2 16/24 95/18 97/19
**processing** **[2]** 166/9 178/14
**procurement** **[2]** 109/11 109/13
**produce** **[2]** 57/10 57/25
**produced** **[3]** 2/24 13/3 13/4
**producing** **[1]** 162/13
**product** **[3]** 113/4 113/6 113/7
**production** **[4]** 140/23 154/25 162/14 165/23
**production-based** **[1]** 165/23
**profession** **[6]** 10/14 10/20 10/25 18/2 54/14 124/11
**professional** **[53]** 7/10 10/13 10/18 10/19 15/4 15/5 16/9 17/15 17/18 17/18 18/4 20/1 20/8 34/6 34/20 34/21 35/20 36/12 37/17 41/10 54/10 54/12 54/13 76/6 101/16 101/19 101/20 101/22 105/10 109/13 117/23 118/10 120/15 120/21 125/8 136/20 177/1 177/18 178/2 178/3 182/18 207/10 207/16 207/24 208/4 209/7 209/12 209/19 209/25 210/1 210/21 211/5 214/16
**professional-level** **[1]** 20/1
**professionals** **[8]** 16/21 17/20 17/20 17/24 18/5 18/6 18/7 73/7

**P**

**proficient** [1] 34/5
**program** [10] 17/25 31/7 115/20 134/13 134/13 134/14 177/1 177/2 177/5 183/25
**programs** [1] 18/3
**progress** [2] 75/5 98/21
**progression** [1] 18/3
**project** [16] 33/21 36/24 67/5 98/17 98/18 99/3 99/4 99/5 101/12 101/24 102/14 102/14 111/12 154/4 156/9 191/22
**prolonged** [2] 208/8 208/16
**promotion** [1] 147/1
**promulgated** [1] 105/3
**pronouncing** [1] 102/4
**proof** [10] 4/6 4/21 5/15 6/6 6/12 60/6 60/23 61/3 212/9 216/3
**proper** [14] 44/5 91/10 117/16 118/4 119/6 130/14 131/1 131/6 131/19 131/25 139/14 139/18 156/2 185/7
**properly** [6] 42/9 91/17 92/10 92/15 131/23 158/22
**proposal** [4] 60/4 63/10 89/2 89/4
**proposed** [3] 4/10 4/11 4/12
**propounded** [1] 85/6
**prospect** [1] 197/17
**protected** [1] 113/9
**protest** [2] 82/20 83/10
**provide** [33] 7/20 8/13 8/19 9/3 9/11 9/12 9/13 9/16 10/15 15/25 17/23 18/21 19/4 19/25 20/3 38/15 38/17 121/6 130/21 130/25 131/5 131/18 132/21 135/4 139/14 139/19 144/24 146/4 149/20 149/21 158/20 202/19 215/15
**provided** [30] 31/7 58/1 60/24 61/5 101/20 106/9 106/12 109/12 109/18 121/8 122/12 123/2 130/13 131/2 131/3 131/8 131/21 131/25 132/7 132/10 132/16 139/17 140/1 160/9 167/7 167/15 185/9 191/24 192/6 192/7
**provider** [20] 13/4 42/14 45/3 121/2 123/8 133/11 134/15 152/2 157/12 157/15 158/16 159/7 160/2 160/6 160/13 160/17 160/23 161/2 167/5 167/14
**provider's** [1] 167/1
**providers** [31] 7/12 7/12 18/13 18/14 34/7 35/15 35/16 37/15 120/17 121/9 121/10 121/21 122/1 122/4 122/25 130/16 132/8 132/11 132/14 133/6 133/8 139/14 139/18 139/20 144/24 145/1 155/24 158/8 185/20 185/22 186/17
**providers'** [1] 129/22
**provides** [1] 206/19
**providing** [13] 8/13 14/19 16/20 18/10 42/2 52/8 75/16 88/10 98/2 122/25 133/21 165/4 166/2
**provisions** [7] 20/8 52/24 63/14 64/3 82/8 82/9 110/19
**pull** [1] 8/11
**pulled** [2] 11/20 204/3
**punished** [1] 142/10
**purchase** [1] 111/15
**purportedly** [2] 209/1 209/18
**purpose** [6] 20/17 21/25 46/25 81/13 94/18 159/10
**purposes** [18] 21/14 50/16 72/11 73/19 74/22 74/25 75/24 109/19 121/7 123/12 123/13 123/14 129/8 139/10 140/12 140/14 140/24 159/13
**Pursuant** [1] 114/13

**put** [61] 12/16 18/2 20/8 24/9 25/3 68/7 37/16 37/20 52/18 53/1 58/13 58/16 59/9 59/11 60/20 63/8 66/9 70/7 75/7 77/13 79/1 79/8 84/25 85/8 87/22 99/1 103/13 106/11 110/17 111/5 111/13 111/13 112/1 112/19 121/4 122/1 122/2 122/21 123/18 129/22 130/19 133/17 134/2 134/21 144/5 150/10 151/10 151/17 157/13 157/15 158/17 163/8 164/5 166/11 169/12 170/15 171/5 171/14 186/8 190/15 197/12
**putting** [4] 42/3 42/4 62/3 68/2

**Q**

**qualifications** [1] 211/22
**quality** [11] 10/24 12/25 13/9 13/10 13/10 129/16 129/20 138/18 149/2 159/9 164/12
**quarters** [3] 103/11 212/19 213/19
**query** [3] 75/19 160/5 167/14
**question** [106] 5/5 6/16 6/18 36/11 47/7 57/6 58/4 58/5 60/23 61/1 62/18 62/18 68/14 69/13 74/7 76/24 76/25 77/3 77/4 77/6 78/21 78/22 78/22 79/1 79/19 80/9 80/10 80/12 80/25 81/2 81/3 81/4 81/9 81/11 81/13 81/14 81/22 82/13 84/20 84/23 85/3 85/3 85/6 88/25 90/12 90/14 90/19 90/20 90/23 90/24 91/13 91/14 91/19 93/11 93/14 93/14 93/15 94/10 94/22 96/14 96/15 96/16 100/5 100/8 100/13 100/18 100/19 107/9 109/4 124/9 124/13 125/12 126/22 129/11 131/5 132/6 132/9 132/21 132/25 134/25 135/4 138/25 139/7 140/4 141/3 146/5 148/4 148/4 148/8 150/15 150/24 153/18 153/21 156/7 166/1 174/7 174/11 174/11 174/14 206/14 207/5 207/7 207/24 213/3 215/23 216/9
**questioned** [1] 172/17
**Questionnaire** [2] 3/21 141/14
**questions** [33] 23/2 55/2 75/16 80/24 85/18 113/18 142/25 144/25 146/16 149/16 149/20 149/21 150/2 150/3 150/4 150/6 150/7 168/4 168/6 168/16 174/4 175/3 188/1 188/4 193/2 194/18 194/19 195/4 199/1 202/5 205/15 207/9 209/2
**quintessentially** [1] 214/13
**quite** [10] 20/19 119/11 134/18 134/25 158/15 158/18 177/23 181/13 186/21 208/25
**quota** [10] 155/12 155/17 155/21 156/3 156/4 156/5 156/23 156/25 157/24 161/9
**quote** [25] 4/14 4/16 9/14 54/13 90/13 90/14 90/14 90/24 90/25 100/6 131/15 131/18 131/20 132/20 132/21 135/4 148/5 174/13 174/14 187/13 188/5 200/4 200/7 206/20 211/23
**quotes** [4] 90/11 90/12 100/9 131/14

**R**

**Radiation** [1] 8/23
**Radiation/oncology** [1] 8/23
**radiologist** [1] 166/18
**radiology** [1] 8/20
**RADTKE** [50] 1/3 3/8 3/16 22/19 31/21 32/4 32/6 32/11 32/18 33/4 33/17 33/19 34/17 35/23 36/2 36/4 39/2 40/20 41/1 42/15 43/20 44/14 45/11 45/17 46/24 47/2 48/2 48/10 49/7 49/18 50/12 50/12 50/23 51/24 53/8 53/11 54/10 96/8 113/5 175/6 175/7 175/9 175/14 175/14 200/3 206/24 208/4 212/20 213/4

**Radtke** [3] 34/14 53/17 207/13
**raise** [1] 206/13
**raised** [2] 155/13 162/10
**raises** [1] 147/6
**ran** [1] 83/14
**range** [3] 8/15 149/1 149/5
**rate** [11] 67/13 68/2 68/6 68/10 68/13 105/11 122/22 145/3 145/19 145/21 145/23
**rather** [2] 105/1 107/10
**ray** [4] 133/14 166/17 166/17 166/18
**re** [3] 94/6 94/13 94/22
**re-competed** [2] 94/13 94/22
**re-competing** [1] 94/6
**reach** [1] 45/22
**reached** [5] 97/1 111/10 145/14 157/24 214/15
**read** [24] 6/15 6/18 63/23 63/23 77/2 77/4 82/4 85/5 93/14 93/15 114/11 114/17 118/25 135/2 142/4 142/4 142/5 142/23 150/8 150/11 150/13 159/18 174/10 186/10
**reading** [8] 79/22 85/11 101/13 101/15 105/20 160/21 160/23 210/19
**reads** [1] 61/7
**real** [1] 153/7
**realized** [2] 169/9 170/9
**really** [21] 10/6 34/25 35/18 41/16 42/1 110/13 150/14 151/13 170/23 171/8 179/20 180/16 183/21 185/9 185/24 185/25 187/5 188/7 189/21 192/11 193/22
**reason** [11] 17/6 34/1 50/15 53/25 54/2 70/16 73/10 113/5 139/10 188/23 188/25
**reasonable** [4] 11/7 215/9 215/20 216/6
**reassess** [1] 121/5
**rebut** [1] 207/8
**recall** [24] 15/2 21/14 28/24 63/1 65/2 66/21 66/21 67/13 68/5 73/20 73/21 80/22 81/4 81/14 82/13 84/4 85/1 90/20 90/23 91/7 94/24 97/15 99/19 104/12
**recalled** [2] 45/18 59/10
**receive** [4] 115/14 184/14 197/1 215/12
**received** [4] 83/19 84/3 116/8 125/16
**receiving** [1] 185/12
**recent** [2] 10/9 14/11
**recess** [10] 56/5 56/6 108/19 108/24 108/25 163/15 163/16 203/4 203/12 203/13
**recognize** [1] 95/22
**recollection** [2] 99/22 99/23
**recommence** [1] 6/14
**recommend** [1] 147/6
**recommendations** [2] 9/4 52/8
**recommending** [1] 147/1
**reconvene** [1] 55/25
**record** [78] 10/5 11/6 40/5 42/3 74/12 75/8 75/18 75/20 75/22 78/2 85/1 89/9 89/10 89/13 89/14 103/23 111/1 111/3 111/4 120/22 121/25 122/2 122/10 129/18 129/23 130/17 131/23 132/8 133/10 133/21 140/25 151/9 154/13 154/14 154/23 154/25 155/4 155/5 155/6 155/8 155/8 157/7 157/9 157/14 158/11 158/15 158/17 158/22 159/3 159/8 159/18 160/6 160/11 160/22 164/24 165/2 165/25 166/9 166/10 166/22 166/23 166/24 166/25 167/2 185/14 185/17 187/10 187/14 188/18 192/6 192/8 202/11 202/15 202/17 202/20 204/9 207/14 217/4
**recorded** [3] 2/24 9/18 11/3

**recording [2]** 73/7 107/4
**recordings [3]** 73/2 75/18 107/5
**records [32]** 8/2 71/14 71/17 71/18 74/2 74/13 74/18 92/15 93/4 93/5 93/25 95/23 98/15 101/20 104/18 105/18 113/6 117/11 121/13 121/19 123/11 133/8 154/8 155/6 157/3 157/16 158/9 159/12 184/18 212/20 212/21 213/20
**recruit [1]** 69/23
**recruited [5]** 24/3 24/5 33/19 53/20 66/22
**recruiting [6]** 30/4 45/19 65/20 65/22 66/4 68/24
**recruitment [1]** 24/17
**Red [3]** 209/9 212/14 212/14
**redirect [10]** 3/2 62/1 85/17 108/19 109/1 109/2 167/20 167/22 202/24 203/15
**Reed [50]** 6/24 11/9 11/14 11/16 11/23 12/19 13/24 15/20 16/20 18/16 18/18 24/14 26/1 26/3 29/11 34/2 34/12 47/5 53/6 54/7 86/11 104/9 113/13 121/20 121/24 122/13 125/24 126/25 127/10 127/14 128/2 132/23 135/6 141/6 142/18 143/15 146/8 149/10 149/13 149/25 154/22 156/11 161/6 161/7 161/13 161/17 162/23 163/22 166/5 212/7
**Reed's [1]** 124/24
**reengineer [3]** 161/10 161/11 161/15
**reengineered [2]** 161/5 161/14
**refer [3]** 52/17 106/17 175/14
**reference [10]** 5/4 6/5 60/14 64/2 83/18 94/23 174/17 174/18 212/10 215/25
**referenced [1]** 4/5
**referencing [2]** 19/10 83/21
**referred [4]** 6/18 77/4 93/15 213/9
**referred-to [3]** 6/18 77/4 93/15
**referring [12]** 61/15 67/15 79/21 80/13 82/16 83/11 92/6 102/10 102/13 104/16 115/1 164/11
**refers [1]** 205/11
**reflect [6]** 40/11 42/1 112/18 172/13 187/9 187/10
**reflected [6]** 43/2 50/9 65/6 119/24 163/22 165/14
**reflection [4]** 57/16 57/18 58/24 73/4
**reflects [2]** 43/4 68/9
**refresh [1]** 99/23
**regard [4]** 6/24 91/2 123/1 215/5
**regarding [6]** 70/5 73/18 109/5 144/25 148/4 213/14
**regardless [2]** 205/12 209/17
**regards [4]** 54/16 110/6 125/12 193/9
**registered [7]** 107/10 107/14 115/17 116/11 116/20 116/22 209/11
**registration [1]** 107/16
**regular [1]** 8/5
**regularly [2]** 91/22 102/20
**regulations [2]** 206/17 208/5
**regulatory [1]** 105/10
**reimbursement [41]** 7/13 13/14 14/3 14/20 14/22 15/9 17/9 21/13 34/4 38/14 42/7 44/2 44/12 50/19 51/2 51/12 121/7 122/18 123/14 129/8 130/1 130/8 130/10 130/11 138/20 138/21 138/24 139/6 145/19 145/21 145/23 152/8 158/23 159/12 160/9 162/1 162/15 164/17 164/18 165/1 187/1
**reintegrate [1]** 123/7
**rejected [1]** 139/24
**related [9]** 16/1 67/24 76/10 90/17

**relates [7]** 16/4 104/25 207/6 211/5 211/11 213/4 214/2
**relating [1]** 82/22
**relationship [8]** 25/19 25/22 26/15 28/17 28/20 30/22 30/25 146/13
**relative [2]** 122/9 162/3
**release [1]** 122/6
**released [1]** 10/14
**relevance [1]** 201/16
**relevant [7]** 22/25 35/2 40/17 77/15 134/4
**relief [1]** 4/22
**relies [1]** 10/25
**relieve [1]** 4/19
**rely [1]** 91/22
**remarkable [2]** 210/2 210/7
**remember [14]** 11/24 19/2 56/15 79/19 84/23 84/24 85/9 85/10 90/9 90/18 103/16 131/11 174/3 192/1
**remind [1]** 62/18
**reminded [1]** 163/13
**remote [1]** 23/14
**remove [1]** 152/25
**rendered [1]** 122/14
**renew [1]** 215/25
**renewed [1]** 94/19
**repeat [2]** 78/21 93/14
**repeated [1]** 129/10
**Rephrase [1]** 88/24
**replaced [1]** 25/5
**replacement [1]** 18/22
**replying [1]** 6/19
**report [3]** 39/12 39/14 187/16
**reported [5]** 73/16 118/2 156/20 165/13 198/21
**reporter [10]** 2/2 2/2 6/5 6/19 77/2 77/5 93/16 211/7 211/10 211/22
**reporting [5]** 72/11 73/9 74/22 74/25 214/23
**reports [7]** 11/20 11/22 14/10 14/14 14/14 118/3 140/1
**represent [1]** 147/23
**representations [3]** 62/21 63/11 79/14
**representative [6]** 50/10 98/17 111/22 147/23 178/16 179/7
**request [8]** 52/15 53/4 63/10 74/22 78/5 87/19 87/21 152/15
**requested [2]** 62/5 110/22
**require [3]** 8/18 208/14 209/6
**required [19]** 35/13 37/8 42/11 76/21 108/10 115/19 115/22 115/24 116/1 160/15 169/8 187/16 209/4 209/5 209/6 210/17 210/21 213/17 214/4
**requirement [10]** 76/8 76/20 76/21 77/20 77/20 78/4 78/5 86/6 212/1 212/25
**requirements [13]** 21/15 35/10 50/25 51/8 51/16 77/17 78/6 105/11 169/11 209/1 209/17 210/6 210/10
**requires [4]** 106/23 122/24 206/17 207/16
**requiring [1]** 208/6
**research [2]** 148/6 151/1
**resend [2]** 138/23 139/11
**residents [1]** 123/6
**resign [2]** 26/4 172/20 173/21
**resignation [7]** 19/22 19/24 23/7 23/20 25/4 26/6 28/13
**resigned [2]** 18/19 172/25
**resigning [2]** 22/7 25/4
**resigns [1]** 23/10
**resource [2]** 44/1 44/5
**resources [3]** 42/13 42/14 44/6
**respect [3]** 58/3 146/15 215/2

**respond [2]** 150/25 151/6
**response [1]** 41/5
**responsibilities [20]** 37/2 39/9 75/14 90/1 90/15 90/25 92/1 92/8 101/23 103/12 110/15 120/15 128/1 128/3 128/4 128/25 143/21 169/6 172/13 213/15
**responsibility [22]** 8/1 8/1 8/15 90/10 90/16 91/9 91/16 92/3 92/9 93/18 98/24 99/4 99/10 99/12 100/14 101/11 102/1 110/17 137/11 137/17 165/21 172/22
**responsible [25]** 7/10 13/19 13/20 30/10 92/4 100/24 117/9 119/5 120/20 120/23 148/23 149/4 149/5 170/6 171/7 178/14 180/4 181/10 181/23 181/25 182/1 182/4 184/25 185/1 185/6
**responsive [3]** 59/19 112/23 185/24
**rest [2]** 60/22 205/19
**rested [3]** 205/20 205/23 206/8
**restroom [1]** 103/18
**restrooms [1]** 124/6
**resubmit [1]** 130/8
**result [3]** 74/5 75/20 215/16
**resulted [1]** 51/1
**resume [44]** 3/16 7/4 12/9 12/15 12/15 15/10 29/6 33/4 37/20 65/6 103/24 108/19 115/8 115/9 116/14 119/9 119/11 119/11 119/13 119/15 124/19 125/5 126/9 126/23 127/4 127/9 127/13 129/1 135/18 136/3 137/12 137/21 137/23 168/14 169/7 169/12 171/1 171/5 172/13 174/6 174/8 176/1 195/8 215/10
**resumed [1]** 5/20
**resumes [19]** 7/1 103/2 103/3 103/5 138/15 140/3 140/8 140/17 141/3 141/4 163/19 164/5 167/25 168/15 169/23 173/24 174/20 215/4 215/5
**retired [1]** 192/18
**retiree [1]** 152/3
**retirees [5]** 13/23 17/9 151/11 161/24 162/10
**retirement [1]** 31/7
**retrieval [1]** 162/12
**return [2]** 111/20 216/6
**returned [3]** 62/22 78/8 79/12
**review [20]** 9/25 12/21 14/17 39/23 43/16 43/17 71/15 71/22 72/6 72/17 107/3 120/24 128/10 129/20 147/10 157/9 166/25 178/14 179/1 182/5
**reviewed [7]** 33/20 37/7 71/16 72/13 118/1 118/5 216/1
**reviewing [11]** 9/17 21/11 51/19 117/10 121/16 121/23 121/25 129/20 129/22 163/19 166/23
**reviews [5]** 12/25 20/5 129/16 138/18 164/12
**revised [2]** 125/5 172/13
**RFP [1]** 79/17
**rhythm [1]** 182/15
**right [192]** 4/9 5/13 5/14 6/3 11/6 12/22 22/20 23/1 26/14 28/15 29/18 29/25 30/8 30/25 32/21 32/24 43/21 45/16 45/23 46/9 54/16 55/25 57/1 58/21 58/23 60/3 60/21 61/10 61/20 62/5 62/19 63/3 63/6 63/16 64/14 65/1 65/4 65/12 65/14 65/21 67/17 67/25 68/4 68/18 68/21 68/23 69/5 69/9 69/16 69/20 70/12 70/20 71/2 71/10 71/15 72/14 73/16 74/10 74/14 74/19 75/6 75/12 77/21 80/12 84/1 84/3 85/16 86/25 87/6 87/16 87/18 87/20 87/25 88/3 88/3 88/13 89/3 89/16 89/19 89/22 89/23 90/2 91/24 92/3 92/5 93/13 94/12

**R**    Case 1:06-cv-02031-JMF

**right... [105]**  94/13 95/22 96/2 96/5
97/11 98/9 98/25 101/12 102/1 102/7
102/9 102/18 103/2 103/6 103/12
103/20 103/22 104/4 104/11 104/14
104/18 106/1 106/5 106/13 106/16
107/15 107/20 108/18 110/10 112/23
114/18 116/12 117/1 117/11 117/14
117/17 117/24 118/7 121/24 127/15
129/24 134/7 134/8 134/22 135/10
135/12 137/19 137/22 139/9 157/18
157/19 162/17 167/24 168/2 168/7
168/7 168/12 168/13 168/18 168/22
173/1 175/4 176/1 177/19 177/21
178/11 179/5 179/11 180/1 180/7 182/5
182/11 183/1 185/3 186/20 188/13
190/13 192/20 194/5 195/7 195/22
196/13 196/17 198/3 198/5 198/9
198/11 198/17 199/5 199/6 199/11
201/6 202/13 203/2 203/14 204/22
205/13 205/16 205/20 205/23 205/25
206/8 206/12 215/22 216/11
**rigorous [1]** 210/8
**Road [2]** 1/17 175/19
**Rockville [5]** 45/16 175/19 181/11
195/12 201/9
**role [8]** 16/19 35/8 41/25 144/11 146/22
147/16 172/21 211/17
**roles [2]** 105/14 156/14
**Roney [3]** 208/1 211/14 212/3
**room [2]** 2/3 103/21
**RPR [3]** 2/2 217/3 217/10
**rubric [2]** 75/15 103/15
**rule [3]** 4/12 5/4 88/18
**rules [3]** 76/4 89/18 215/22
**run [5]** 16/14 36/13 152/12 199/9 199/10
**running [3]** 211/12 212/2 212/8
**RVUs [12]** 121/12 122/7 122/13 123/13
123/14 145/3 145/7 145/19 185/12
185/13 187/1 187/18

**S**

**said [55]** 5/15 6/14 12/3 18/24 19/3
20/19 39/7 41/1 46/2 46/5 46/7 46/10
48/20 48/21 48/23 54/2 54/4 56/16 70/1
81/24 82/1 82/2 82/23 86/10 89/8 89/10
89/14 97/7 97/21 102/20 109/21 111/4
111/5 119/14 132/1 132/2 146/9 152/13
160/22 160/23 160/25 165/17 165/23
168/21 169/5 170/5 170/7 172/10
173/18 173/19 183/11 187/24 204/1
209/19 211/23
**salad [1]** 199/10
**salaried [1]** 91/4
**salaries [1]** 76/15
**salary [4]** 31/8 32/21 32/23 197/1
**SALB [7]** 1/15 1/16 4/17 5/2 6/5 56/21
109/6
**same [24]** 11/8 12/13 46/24 61/14 61/18
75/3 79/19 84/23 93/23 98/4 99/5
106/16 124/10 125/12 135/24 136/22
158/2 158/4 160/1 166/25 192/6 213/12
214/15 215/2
**sanctionable [1]** 5/12
**sanctions [1]** 4/25
**Sandy [1]** 36/17
**sat [3]** 154/10 177/3 183/18
**satisfied [1]** 81/1
**Saturday [2]** 66/23 66/24
**saw [6]** 26/4 29/13 32/9 97/4 104/7
136/25
**say [70]** 6/7 9/7 9/21 10/1 15/14 18/17
30/6 37/25 44/25 47/17 48/5 58/12

68/24 70/18 71/7 73/24 75/3 77/8 77/19
77/12 78/4 81/20 81/22 85/24 86/10
87/24 90/11 90/12 102/19 116/13
123/21 123/22 125/6 125/11 125/14
126/6 126/19 133/13 133/22 144/10
146/15 148/5 148/7 150/2 151/1 151/3
154/15 155/17 159/19 159/23 159/23
160/5 161/14 162/25 166/17 166/18
167/12 168/15 168/19 169/23 174/13
186/10 188/14 188/20 189/25 191/7
192/25 200/13 208/11 208/18
**saying [30]** 47/24 73/14 81/23 85/10
93/3 93/7 93/10 99/25 99/25 100/4
107/7 123/16 137/15 140/16 160/12
168/17 169/2 169/10 169/18 169/20
170/2 170/3 170/4 170/22 171/2 171/6
171/11 173/9 181/2 200/9
**says [77]** 7/9 14/6 14/23 15/11 15/13
23/13 23/16 26/12 29/10 29/25 38/8
39/16 39/20 41/4 41/4 41/15 42/15
49/19 50/5 50/5 53/24 60/2 64/7 66/12
112/8 112/9 116/16 116/25 117/13
117/22 118/1 118/16 118/22 119/3
119/24 120/4 120/20 125/15 126/1
126/8 126/13 126/23 127/9 127/10
130/13 132/10 132/16 136/10 137/4
137/23 138/17 142/12 142/14 142/18
142/23 159/20 168/2 168/2 170/1
170/23 171/1 171/16 176/21 177/8
177/24 178/6 180/3 182/4 184/2 184/6
185/5 185/5 190/8 190/19 192/4 196/25
213/24
**says 2002 [1]** 127/10
**SCA [1]** 86/7
**Scalp [1]** 114/5
**schedule [4]** 69/21 70/6 128/10 147/14
**schedules [1]** 36/10
**scheduling [2]** 69/19 70/9
**school [10]** 46/9 54/4 116/25 134/17
176/15 177/4 182/15 183/20 183/21
188/16
**science [7]** 106/17 106/18 115/11
177/14 208/7 208/13 208/15
**scientific [2]** 16/9 109/14
**scope [3]** 13/7 63/8 203/21
**screen [4]** 50/2 87/2 114/11 199/19
**screened [1]** 107/24
**screening [1]** 108/3
**screwing [1]** 41/6
**se [12]** 133/22 145/19 146/11 153/9
154/10 158/3 158/5 159/8 159/12
165/24 166/10 170/19
**seasoned [1]** 10/18
**seat [2]** 95/12 203/10
**seated [3]** 5/25 56/7 172/9
**second [30]** 4/18 12/24 14/5 19/19
39/15 39/15 39/16 40/25 47/20 52/17
56/14 59/23 61/3 87/3 96/15 111/25
118/14 118/14 131/9 136/15 154/9
164/7 164/8 164/11 173/6 185/5 186/8
189/10 194/12 207/9
**Secondly [2]** 113/10 214/15
**seconds [1]** 131/24
**section [1]** 63/13
**sector [5]** 16/13 24/19 24/20 128/14
190/24
**see [66]** 5/25 11/6 13/6 13/8 13/11 16/22
19/19 23/18 26/8 28/25 29/23 35/17
36/13 39/4 39/15 39/18 40/4 47/1 49/24
50/7 58/5 59/15 60/9 60/21 62/8 63/10
67/23 70/10 72/23 73/8 73/22 74/2
79/21 79/22 80/3 80/8 80/9 80/10 83/13
83/23 87/3 92/23 102/10 112/11 112/13
114/23 121/13 127/11 130/7 135/7

140/5 141/16 141/23 142/14 187/15
182/25 189/10 189/19 190/10 194/10
197/2 197/6 200/8 204/6 206/2 210/20
**seeing [6]** 37/20 44/22 86/16 130/18
133/7 133/10
**seek [1]** 211/2
**seeking [2]** 129/2 171/5
**seem [4]** 22/20 41/16 188/7 194/17
**seemed [1]** 69/8
**seen [8]** 43/8 74/3 140/3 152/6 159/7
161/3 189/20 215/4
**sees [3]** 42/21 42/25 85/18
**segueing [1]** 46/3
**select [3]** 16/2 45/6 134/16
**selected [1]** 193/17
**Semsker [1]** 1/16
**send [13]** 47/11 47/12 47/14 47/15 51/6
154/15 154/16 154/18 154/20 157/20
157/22 158/23 166/17
**sending [2]** 66/16 162/4
**senior [25]** 15/24 24/8 39/10 51/5 51/6
51/10 64/22 75/25 76/2 76/7 76/8 76/9
76/20 77/14 98/13 99/3 99/6 99/6 126/1
137/5 144/1 144/2 153/22 156/22 193/9
**senior-most [1]** 193/9
**sense [3]** 6/16 146/10 165/14
**sensitive [2]** 33/22 98/22
**sent [12]** 22/7 53/19 57/9 58/9 73/14
79/18 138/21 139/13 160/8 186/6
188/24 200/3
**sentence [9]** 30/1 38/4 39/16 50/2 100/6
120/18 189/10 191/21 199/19
**sentences [1]** 38/4
**separate [8]** 20/21 20/21 20/25 31/13
31/17 54/25 83/6 133/19
**September [2]** 86/25 87/5
**September 2004 [1]** 87/5
**sergeant [8]** 148/3 148/17 151/7 151/17
152/9 153/2 163/2 163/7
**sergeants [1]** 8/4
**series [4]** 80/24 136/12 136/16 136/24
**seriously [1]** 35/21
**served [1]** 123/22
**service [31]** 9/24 10/6 11/18 13/17 15/5
15/5 16/16 40/10 42/23 43/3 43/4 43/24
52/12 52/15 52/24 53/4 61/16 64/8 80/6
80/18 86/7 88/3 88/6 91/1 106/12
110/18 119/4 122/15 157/7 157/8
157/18
**services [42]** 7/10 13/11 14/11 16/1
16/10 16/11 17/9 17/22 17/23 18/10
19/4 20/1 26/23 38/9 41/24 42/2 45/2
45/17 52/4 64/1 67/18 88/10 101/20
105/3 105/4 106/8 108/13 109/12
109/14 109/15 120/16 120/21 121/8
122/12 122/14 123/19 144/19 145/14
177/16 182/18 186/25 193/10
**servicing [2]** 61/17 61/21
**sessions [1]** 102/22
**set [14]** 11/16 17/13 27/7 31/15 45/5
51/8 62/21 66/10 76/4 76/4 79/6 141/1
185/18 191/3
**set-up [1]** 141/1
**setting [8]** 43/6 43/9 43/10 152/7 193/14
209/2 211/12 211/17
**seven [1]** 182/10
**seventh [3]** 154/2 154/14 154/21
**several [7]** 4/4 4/17 65/6 69/15 76/12
132/11 154/24
**shadow [1]** 40/3
**Shady [1]** 120/1
**shall [2]** 59/23 63/24
**share [2]** 189/22 194/20
**sharing [1]** 16/25

**S**    Case 1:06-cv-02031-JMF

she [404]
she'd [3]  23/13 34/16 45/20
she'll [2]  53/18 84/13
she's [17]  7/3 25/17 26/17 26/19 26/19
26/23 37/19 39/21 41/4 41/19 45/7
192/18 207/2 209/12 215/12 215/12
215/13
sheds [1]  81/10
sheet [8]  57/7 59/23 59/23 60/2 73/16
140/10 155/3 204/14
sheets [32]  50/21 71/1 71/4 71/20 71/24
72/4 72/5 72/6 72/7 72/12 72/16 72/17
72/21 72/24 73/3 74/9 74/12 74/16
74/18 147/10 155/4 165/11 165/13
197/12 201/14 201/21 201/22 202/9
202/19 204/1 204/4 205/13
Shh [2]  170/13 170/13
short [2]  20/16 215/18
short-term [1]  20/16
should [18]  6/9 41/14 64/5 66/8 92/15
97/18 123/3 130/20 133/13 152/10
154/15 160/14 163/3 163/9 186/14
186/20 205/21 215/19
shouldn't [1]  104/24
show [31]  6/25 12/8 15/10 19/7 22/5
22/22 29/5 31/23 33/3 38/19 40/13 49/4
53/10 59/23 62/5 67/14 77/15 114/7
114/16 124/4 141/8 145/15 175/21
186/3 189/13 189/22 194/1 196/17
199/15 204/4 204/10
showed [6]  14/10 36/7 145/18 189/15
190/1 201/24
showing [1]  80/9
shown [2]  27/18 36/18
shows [1]  215/7
shut [1]  154/12
sic [2]  109/6 135/2
sick [1]  204/20
side [5]  100/23 133/17 138/12 151/10
204/16
sides [1]  66/9
sign [12]  57/10 58/12 72/14 72/15 74/4
74/7 84/13 111/15 154/6 154/6 154/16
154/21
sign-in [1]  154/16
signature [5]  58/10 79/18 141/16 141/18
141/20
signed [21]  32/10 57/1 57/2 57/4 57/7
57/11 57/23 57/25 58/2 58/14 58/15
58/21 58/25 60/10 62/19 63/17 73/3
78/8 82/9 82/24 114/8
significance [1]  109/8
significant [3]  11/14 214/12 215/3
signing [1]  58/10
similar [2]  46/23 136/25
similarly [1]  93/1
simple [4]  81/13 153/7 165/12 186/21
simply [7]  60/24 95/11 126/10 207/13
207/17 209/12 210/9
simultaneously [2]  26/25 158/3
Sinai [3]  180/11 180/13 180/13
since [10]  19/14 45/22 72/9 120/18
123/4 146/8 155/22 169/13 177/22
193/16
single [3]  31/9 31/10 157/8
sir [54]  26/2 26/11 26/24 27/2 27/10
28/11 28/14 28/19 29/25 30/23 31/1
37/19 40/15 52/11 53/7 55/12 56/7
56/24 57/18 57/25 58/15 59/2 61/19
61/22 62/9 64/21 65/3 65/10 68/22 69/6
71/6 76/12 78/24 79/4 85/13 86/16
87/17 88/4 88/19 88/25 89/4 91/19 93/6

93/12 94/4 96/1 99/6 101/13 104/5
104/7 108/20 164/9 205/25 212/16
sit [7]  21/24 44/21 115/21 115/22
115/24 154/3 154/10
site [28]  6/24 7/6 12/11 15/15 22/2
69/24 69/24 98/8 98/11 113/10 113/13
124/2 128/3 138/1 138/7 138/8 140/19
143/19 149/25 154/3 156/2 156/9
156/20 170/5 170/7 170/9 170/20 193/5
sitting [3]  140/6 149/2 149/3
situation [4]  17/8 30/24 162/12 184/13
six [7]  16/17 107/8 134/13 177/5 179/24
183/21 207/20
six-month [5]  107/8 134/13 177/5
183/21 207/20
skilled [6]  110/2 193/13 207/25 210/25
211/4 211/7
skills [3]  35/7 35/19 181/2
slap [1]  41/17
small [5]  12/13 63/22 69/17 152/16
182/21
so [313]
so-and-so [2]  47/19 47/24
SOAP [1]  120/24
social [2]  43/17 166/15
societies [2]  17/18 18/5
society [1]  10/19
sole [3]  78/7 97/25 178/24
sole-source [1]  97/25
solely [2]  94/17 209/25
Solutions [15]  19/6 19/25 24/19 25/11
27/10 27/14 30/7 31/5 37/23 55/20
55/21 55/22 64/19 65/23 66/1
Solutions' [1]  32/17
some [65]  4/25 7/18 11/2 11/11 11/25
19/25 20/3 20/7 21/12 25/7 40/2 41/14
42/16 44/7 45/10 46/1 47/3 47/4 47/23
51/18 56/19 63/8 66/9 68/20 68/21
69/12 70/18 72/15 74/2 80/21 81/19
97/4 102/18 102/19 105/16 106/15
113/9 122/21 128/3 133/15 144/17
145/1 146/10 147/21 151/20 151/23
151/25 152/1 153/21 155/22 158/14
158/19 166/14 169/10 170/18 173/7
186/14 196/4 198/3 198/13 198/18
202/3 205/24 208/22 214/20
somebody [14]  8/19 21/23 68/25 69/1
69/3 69/23 69/24 107/10 111/1 113/12
124/9 129/21 188/17 198/21
Somehow [1]  151/23
someone [3]  35/1 35/6 47/17 96/23
208/5
something [29]  10/9 13/13 36/11 41/8
48/21 48/23 61/2 79/22 84/5 84/11 87/4
97/12 100/2 101/15 122/9 130/20 133/6
134/10 134/11 140/5 146/5 148/4 155/4
182/14 183/12 186/12 188/1 197/24
209/15
sometime [1]  29/2
sometimes [9]  21/20 41/17 46/19 46/20
68/25 70/19 72/7 155/21 155/23
somewhat [1]  100/10
soon [4]  5/15 41/8 172/18 186/12
SOP [3]  152/9 153/12 153/13
sorry [27]  22/23 31/25 46/6 49/13 50/4
55/7 67/21 80/14 85/12 86/4 95/3
103/18 112/14 143/9 154/15 156/17
161/23 178/15 185/21 188/10 192/17
198/2 202/23 203/1 203/8 204/12 213/5
sort [10]  147/21 152/1 179/3 179/8
179/9 180/18 182/2 191/25 202/3
210/21
sorts [1]  72/2
sought [3]  21/22 92/18 97/18

sound [3]  140/6 189/8 194/21
sounds [6]  134/3 134/20 167/24 168/5
168/16 186/18
soup [1]  102/9
source [1]  97/25
sources [1]  51/13
spaces [1]  204/5
span [2]  116/3 138/3
speak [4]  6/7 134/6 152/12 152/20
speaking [1]  97/15
special [3]  51/20 75/10 75/24
specialist [8]  8/25 83/22 86/15 116/11
116/17 117/7 125/2
specialists [2]  123/23 123/24
specialized [4]  208/9 208/17 208/21
210/18
specialties [3]  8/24 129/19 198/11
specialty [13]  8/23 9/1 118/17 128/12
132/11 132/14 132/17 132/22 133/25
135/5 139/19 162/16 162/18
specific [8]  38/9 44/18 97/15 97/16
100/2 180/5 195/23 204/18
specifically [11]  7/20 11/24 78/4 97/21
102/13 103/9 109/14 111/3 188/15
202/12 214/4
speculation [1]  200/13
spend [1]  50/18
spending [3]  107/8 212/19 212/20
spent [7]  73/5 165/15 187/4 187/7
187/13 187/19 213/20
spoke [2]  31/3 150/1
spoken [2]  185/10 212/25
sports [1]  210/19
spot [1]  61/12
spots [1]  199/2
sprain [2]  159/20 159/25
sprain/contusion [1]  159/20
sprained [9]  133/12 133/15 133/18
133/20 161/1 161/1 161/4 166/18
166/20
spreadsheets [1]  139/23
St [1]  120/2
staff [38]  7/13 7/13 8/9 9/8 12/6 12/10
12/19 15/13 18/3 24/8 24/15 34/7 35/4
35/20 42/13 65/6 94/25 95/3 98/19
111/12 118/16 126/7 126/11 126/16
126/18 126/20 126/24 126/24 127/3
127/17 127/19 128/2 137/19 137/22
144/12 168/3 174/12 180/4
staffed [2]  11/9 17/22
staffing [6]  16/12 30/10 100/21 102/11
147/16 182/9
staggering [1]  105/12
stake [1]  89/19
stand [9]  5/20 42/22 55/6 56/12 113/19
122/8 175/4 202/23 203/5
standard [6]  152/10 163/2 208/23
212/11 212/13 214/1
standards [4]  10/21 64/11 158/21
160/15
standing [1]  73/8
stands [1]  63/2
start [6]  11/9 40/25 80/3 142/3 154/18
207/13
started [10]  12/12 36/17 80/15 93/1 97/9
99/2 119/14 153/25 161/12 183/3
starting [1]  18/24
state [3]  55/8 114/3 175/18
stated [4]  4/17 54/11 72/20 159/14
statement [8]  6/5 6/5 126/16 142/6
142/9 166/11 172/6 172/8
statements [2]  6/8 213/14
states [16]  1/1 1/11 4/13 29/7 32/23
42/19 57/23 80/5 80/16 112/8 116/10

S  Case 1:06-cv-02031-JMF

states... [5] 117/9 126/11 129/25 141/20 142/6
station [1] 196/9
statistical [3] 72/10 74/22 159/10
statistics [1] 71/20
status [1] 25/25
stay [4] 38/18 84/12 84/13 113/13
stenography [1] 2/24
step [1] 205/17
Stevens [1] 177/8
still [10] 30/13 51/13 55/10 56/2 87/19 144/15 156/23 166/21 172/18 182/3
stop [5] 43/18 131/9 169/16 199/12 211/21
stopped [2] 205/1 205/2
story [1] 171/23
straight [1] 167/7
straighten [1] 143/3
straightforward [1] 167/6
Street [1] 1/21
strictly [3] 165/6 165/7 207/25
strike [7] 59/18 71/13 78/17 127/22 128/16 129/9 163/24
string [2] 53/11 200/2
strong [1] 34/4
strongly [1] 35/18
structure [4] 40/9 40/16 55/4 55/15
Studio [1] 136/12
study [10] 75/24 106/24 159/22 160/4 160/23 166/13 176/25 207/22 208/9 208/17
stuff [1] 113/11
subcontract [1] 24/22
subcontractor [5] 25/21 25/22 25/23 55/23 71/11
subject [10] 33/10 41/24 44/9 76/5 91/1 102/17 113/1 171/17 207/15 209/11
subjecting [1] 108/4
subjective [6] 120/25 124/11 159/15 159/16 159/23 160/5
subjects [1] 210/18
submission [1] 119/5
submit [6] 71/21 72/4 72/5 85/2 152/8 215/4
submitted [20] 4/11 4/13 26/6 60/4 71/2 71/4 71/14 71/18 72/13 72/24 73/18 73/24 79/14 79/14 84/5 129/1 201/14 201/21 201/22 205/12
subsequent [1] 96/6
subsequently [3] 24/14 67/12 111/14
substantial [1] 210/8
successful [1] 94/15
succinctly [1] 157/4
such [11] 73/15 73/15 73/15 73/15 75/22 79/8 123/5 132/7 152/16 208/2 210/18
sufficient [2] 44/8 95/7
suggesting [1] 109/6
suggestion [2] 15/17 213/4
suggestions [1] 188/19
suggests [1] 14/6
suit [1] 97/3
suitably [1] 18/22
suite [3] 1/17 1/22 154/9
summarized [2] 7/19 34/25
summary [3] 7/17 16/9 63/9
Superbill [14] 11/2 44/15 44/16 45/3 158/24 158/25 159/2 159/3 159/4 159/4 190/9 190/10 190/13 190/15
Superbills [1] 159/1
superior [1] 152/20
supervise [21] 123/24 123/25 124/16

186/4 126/16 126/18 126/20 186/24
127/3 127/9 127/9 128/1 128/10 137/6
137/19 146/1 170/2 170/6 170/7 170/10
171/11 174/11
supervised [17] 15/13 118/16 126/7
126/11 126/17 126/19 126/23 127/17
129/5 129/5 137/23 137/24 146/9 168/3
169/24 170/1 171/6
supervising [4] 12/10 129/15 137/22 144/12
supervision [3] 192/12 192/24 214/23
supervisor [59] 15/12 39/3 65/1 65/4
124/14 124/15 126/2 126/3 128/19
128/23 128/23 128/25 137/5 137/6
137/15 137/16 138/4 138/5 138/14
142/24 143/4 143/16 143/18 143/20
143/24 144/3 145/25 146/6 146/9
147/22 153/23 154/4 168/2 168/7
168/15 168/18 168/19 169/3 169/19
169/20 170/23 170/24 170/25 171/2
171/3 171/8 171/8 171/19 171/25 172/2
172/12 173/14 174/1 174/16 174/22
174/25 193/4 194/8 215/12
supervisory [5] 7/23 35/19 98/19 149/7 156/22
supplement [1] 31/10
supplies [2] 38/5 191/22
supply [1] 109/17
support [20] 8/13 9/1 9/23 10/6 16/20
20/3 21/22 40/6 44/1 84/16 100/21
100/21 118/16 132/11 139/19 165/9
166/3 167/6 167/7 213/6
supported [4] 13/11 24/16 39/11 39/11
supporting [2] 8/14 16/23
suppose [1] 201/23
supposed [6] 47/20 60/10 60/11 76/10
109/17 113/8
sure [38] 12/3 12/21 15/7 28/8 38/4 38/6
43/21 63/15 67/16 70/12 74/17 74/17
75/2 78/1 87/3 87/21 91/17 98/17 105/8
108/5 111/11 119/10 119/12 121/15
124/18 131/10 138/2 155/14 156/12
157/14 158/16 160/9 163/4 163/8
163/20 181/23 184/21 192/5
surely [1] 185/2
surgery [8] 8/7 128/13 128/21 132/13
139/21 144/16 154/7 167/8
surprised [1] 206/10
SUSAN [1] 1/20
sustain [1] 88/24
Sustained [1] 112/24
swearing [1] 174/3
Swing [1] 164/8
swore [2] 173/4 174/20
sworn [5] 5/21 113/24 175/10
symptom [3] 159/24 160/1 160/2
synthesize [1] 51/15
system [28] 11/5 13/19 13/24 14/4 36/21
42/2 43/22 75/7 104/14 121/12 122/1
122/21 140/23 140/24 145/22 149/2
155/20 157/9 157/10 157/11 158/18
165/19 167/3 180/20 182/2 184/19
184/23 205/10
systems [10] 9/25 36/18 36/21 36/23
40/18 99/3 104/19 104/20 105/13
140/22

T

tab [1] 52/18
tabulations [1] 71/25
tailor [1] 10/5
take [50] 5/13 11/2 18/23 22/1 23/1
35/21 43/23 47/14 55/24 62/1 66/6
67/16 80/4 93/25 107/3 112/15 116/19

128/20 124/3 133/4 135/12 136/5
138/29 145/8 149/16 152/10 153/3
158/22 163/10 166/17 166/20 168/1
176/8 180/19 183/2 183/5 183/17
183/23 184/18 186/23 189/3 191/11
195/21 196/11 199/4 202/25 203/1
203/4 203/10 205/24
taken [5] 10/10 12/3 133/14 209/16
215/10
takes [2] 13/25 28/12
taking [8] 48/15 89/15 105/18 107/9
113/15 134/12 156/1 172/21
talk [13] 40/8 66/24 70/16 95/2 97/8
145/25 146/12 147/20 148/14 186/16
188/9 206/1 211/21
talked [8] 97/10 103/2 111/22 137/21
210/24 210/25 211/2 211/3
talking [14] 27/24 31/2 41/19 75/1 83/2
88/25 97/9 101/15 107/14 107/15
186/10 186/18 204/11 211/21
talks [4] 12/9 12/24 37/17 190/8
targeted [1] 20/16
task [8] 50/18 100/14 100/16 100/18
106/7 106/15 213/8 213/8
tasks [5] 7/9 15/21 99/2 103/11 169/21
taught [2] 160/15 195/1
tax [1] 76/2
taxpayer [1] 44/10
teach [8] 35/12 35/16 39/17 188/15
190/19 191/14 194/13 194/16
teaching [20] 35/3 35/4 39/21 39/21
39/23 41/19 41/21 42/15 42/16 123/7
130/14 130/25 131/6 131/18 131/25
166/3 167/9 167/16 186/19 194/25
team [4] 71/8 100/1 123/23 126/5
teaming [2] 30/8 71/9
technical [3] 10/19 98/16 100/25
technically [1] 138/5
technician [3] 89/14 111/3 115/17
technicians [3] 88/12 109/7 109/17
Technology [1] 115/15
telephone [1] 112/10
tell [33] 5/5 5/14 6/23 7/3 7/8 9/19 33/17
47/13 48/10 52/20 63/10 68/9 70/2
76/14 78/12 84/7 84/12 128/9 133/15
134/7 144/20 148/9 149/22 153/14
153/23 158/16 161/16 171/16 173/5
174/3 174/20 194/19 200/25
telling [11] 40/1 57/20 82/7 132/4 132/5
132/24 173/23 174/15 189/9 215/7
215/8
tells [1] 11/1
temp [1] 182/10
template [2] 79/13 190/11
temporary [1] 182/14
tenets [1] 18/4
term [6] 20/16 124/1 124/15 145/25
146/9 158/5
terminate [1] 54/6
terminating [3] 54/1 54/2 146/24
terminology [10] 106/24 166/24 181/3
181/4 191/6 191/17 191/18 191/19
191/19 193/23
terms [10] 12/18 23/21 23/22 27/6 46/17
53/8 63/7 63/7 190/23 192/3
terrible [1] 186/15
test [4] 107/10 211/10 211/23 211/23
testified [5] 5/22 91/12 113/25 168/21
169/2 175/11 214/3 214/3 214/18
testify [1] 169/1
testifying [1] 61/4
testimony [19] 56/3 84/18 85/9 100/5
107/12 107/13 110/6 110/9 135/9
163/12 164/1 168/9 174/1 213/15

**T**    Case 1:06-cv-02031-JMF

**testimony...** [5] 214/17 215/5 215/7 215/14 215/15
**testing** [1] 99/2
**tests** [1] 107/24
**text** [1] 59/9
**than** [21] 18/8 31/8 31/15 34/19 45/12 47/2 76/16 76/21 84/2 103/1 103/3 103/5 110/3 113/12 118/23 161/12 183/10 183/10 188/23 191/7 193/23
**Thank** [50] 5/24 6/2 22/12 23/16 27/23 31/18 33/13 49/16 55/24 56/9 61/23 62/3 62/12 62/15 64/13 65/11 68/12 70/10 72/12 75/1 81/17 85/16 86/1 86/23 88/5 97/5 103/24 104/1 108/17 108/20 108/23 113/17 114/12 163/14 164/9 167/18 175/25 176/6 186/5 194/5 196/19 197/9 199/17 202/22 203/6 205/16 212/16 216/18 216/19 216/20
**that** [1474]
**that's** [105] 4/8 4/9 4/17 10/20 13/15 14/25 15/7 22/10 22/21 23/12 25/14 27/2 27/17 28/15 29/17 43/3 46/10 48/24 52/25 59/18 61/9 62/19 68/13 68/14 70/16 78/16 79/13 81/20 82/1 82/23 87/12 89/11 89/25 91/1 91/19 95/20 97/9 97/14 101/10 101/24 106/6 107/7 107/18 107/19 108/2 108/16 111/5 111/13 118/15 122/18 125/19 126/8 126/13 126/15 129/18 134/10 134/14 134/24 137/20 139/4 139/9 142/12 143/23 144/5 158/6 160/15 164/13 164/14 164/20 164/22 165/9 165/9 165/16 167/7 167/18 172/6 174/13 176/16 176/18 177/16 178/5 178/7 179/17 181/8 183/3 183/5 183/16 188/25 190/4 191/4 192/21 192/21 193/17 194/18 200/14 202/22 203/10 203/19 204/2 205/2 205/11 209/9 210/2 210/12 211/15
**the 2004** [1] 83/11
**their** [115] 5/10 6/7 9/12 11/18 11/22 13/18 13/20 13/23 17/3 17/13 21/13 22/3 24/9 35/20 35/21 38/10 38/11 38/14 39/23 39/24 40/5 40/9 40/20 41/23 42/3 42/9 42/21 42/25 44/6 44/23 47/16 60/17 60/19 76/3 71/11 71/25 72/5 72/10 73/8 73/10 75/8 75/17 76/3 78/14 79/13 79/16 79/17 93/18 97/2 97/21 98/3 105/14 107/4 109/21 110/3 110/14 121/11 122/10 122/20 122/23 123/3 123/11 123/13 123/18 123/20 124/3 124/3 124/4 124/14 128/10 129/23 133/12 140/13 145/1 145/3 145/16 145/22 146/17 146/18 146/19 147/3 147/10 151/11 151/14 152/3 152/4 152/7 161/24 162/8 162/10 164/1 180/16 186/20 186/22 186/23 186/24 186/25 187/9 187/18 188/17 188/18 189/10 189/19 190/2 191/1 191/18 193/14 198/10 198/16 209/14 211/4 212/23 214/11 214/11 214/13
**them** [162] 9/9 9/11 10/4 11/19 11/20 14/3 14/4 14/19 17/5 17/12 17/20 18/5 19/5 21/11 22/1 30/4 30/9 36/22 38/12 39/17 39/21 39/23 39/25 40/5 40/7 40/8 40/10 41/7 41/8 41/13 42/5 43/22 44/15 45/3 47/11 47/13 47/17 47/20 49/9 51/6 55/19 66/4 66/5 66/5 69/9 71/15 71/17 71/21 71/22 71/25 72/1 72/10 72/14 73/8 74/3 75/8 75/17 76/7 76/5 79/4 85/22 88/9 89/13 90/5 94/2 95/2 95/10 96/4 97/2 98/2 98/4 98/4 101/21 106/20

108/14 110/16 119/23 11/17 129/17 123/12 126/2 147/2 147/4 128/1 11/20 17/10 04/14
130/8 130/20 130/21 130/23 131/2 131/3 131/4 131/21 131/22 133/6 133/9 134/7 138/24 144/18 144/24 145/13 145/15 145/18 146/4 146/6 146/8 146/9 146/16 146/22 146/24 147/1 147/12 147/14 148/5 150/3 150/5 150/10 150/13 150/14 151/21 153/6 158/20 159/23 160/10 163/20 165/4 170/10 170/15 170/18 170/18 178/22 181/1 185/11 185/15 185/22 186/11 186/12 186/14 186/16 187/11 187/17 187/17 187/25 188/1 188/3 188/16 188/20 188/21 189/15 189/18 189/22 189/22 189/23 190/9 190/9 190/15 194/14 194/16 194/19 194/20 195/2 201/15 205/22
**themselves** [6] 34/8 35/16 56/4 109/20 149/14 163/14
**then** [113] 8/3 8/13 9/20 11/4 11/21 11/22 12/14 13/22 14/15 17/12 18/2 25/2 30/20 31/10 36/24 38/5 40/8 42/7 43/11 43/14 43/16 43/23 43/24 44/7 44/9 44/21 45/2 46/1 46/16 48/14 48/16 48/21 49/3 49/21 50/6 61/12 64/4 64/10 72/13 75/20 77/7 80/17 81/21 82/1 82/22 83/5 83/6 83/7 87/10 90/23 93/9 93/13 96/13 99/23 101/4 101/21 105/4 106/21 107/3 107/9 119/16 119/22 121/3 125/7 125/19 132/6 133/3 144/2 145/23 145/23 148/9 149/11 151/24 152/4 154/6 154/8 154/16 158/1 159/19 165/18 166/16 171/13 176/21 177/3 177/24 178/6 178/9 178/23 178/25 179/4 179/22 179/22 180/9 180/20 181/6 181/14 183/6 185/25 187/10 191/1 191/2 191/21 193/1 196/1 196/4 196/11 197/15 198/3 198/20 199/6 199/6 200/6 215/12
**therapists** [1] 16/21
**therapy** [1] 198/14
**there** [228]
**there's** [32] 4/2 19/15 23/1 42/20 57/24 62/8 68/24 80/4 82/5 84/1 84/2 84/16 94/9 100/18 103/20 106/10 106/15 106/18 153/21 159/2 174/16 190/25 204/5 204/20 206/24 207/5 207/6 207/7 207/8 207/13 208/21 213/12
**therefore** [4] 37/21 152/8 173/21 214/5
**Thereupon** [3] 5/19 113/22 175/8
**these** [97] 9/25 14/13 18/1 18/3 18/13 25/1 33/10 40/3 41/25 42/6 43/21 46/14 49/7 57/20 70/10 70/22 71/23 82/6 85/14 86/16 95/1 95/23 97/3 97/7 104/20 105/7 105/13 105/25 107/5 108/5 110/9 113/6 114/22 120/2 121/16 121/21 124/16 125/9 128/2 133/7 133/8 133/8 134/6 137/17 138/15 140/4 140/5 140/8 140/17 141/3 141/4 146/4 146/11 147/20 147/24 147/25 148/1 148/11 148/12 148/15 149/6 149/8 150/6 150/7 150/18 150/21 150/24 151/19 151/24 158/8 158/9 162/10 162/14 166/2 167/25 169/5 169/6 169/7 169/10 169/13 170/5 170/6 170/8 170/10 170/15 170/20 172/12 173/24 174/19 181/3 191/12 195/5 199/2 207/8 213/9 214/2
**they** [350]
**they'll** [2] 44/22 44/25
**they're** [8] 6/8 44/19 44/22 47/25 99/6 188/12 188/14 189/1
**they've** [3] 44/23 44/24 188/16

**thing** [19] 32/5) 41/37 46/24 73/17 82/29 976 705 P126/1 135/24 139/5 152/16 152/16 166/5 179/3 179/9 180/18 182/2 192/1 194/16
**things** [51] 7/18 9/9 12/4 14/8 14/9 14/13 14/19 18/13 20/6 21/10 21/21 35/18 36/13 36/20 38/1 38/12 38/13 41/14 41/18 42/6 44/20 44/22 48/19 63/9 67/4 75/21 79/11 79/12 79/16 82/10 92/19 92/23 92/24 92/24 97/8 102/22 106/19 111/18 113/12 113/16 124/12 147/18 148/19 149/2 149/5 163/3 169/7 186/14 191/3 200/10 214/2
**think** [39] 4/20 14/25 17/16 18/25 22/25 28/3 34/16 48/8 49/12 50/1 50/24 63/23 66/10 66/16 69/2 73/17 73/25 74/16 85/5 85/22 88/21 99/21 109/5 126/15 139/7 143/3 143/6 153/17 155/14 164/22 188/12 205/21 206/15 207/12 209/22 211/14 212/13 212/15 215/23
**thinking** [2] 56/19 169/7
**thinks** [1] 53/25
**third** [27] 14/16 14/22 15/10 21/13 25/6 35/9 38/4 38/14 42/7 44/11 50/1 51/2 119/5 128/14 128/14 128/20 129/7 130/3 138/19 139/5 139/22 152/25 160/8 162/16 162/18 162/19 162/23
**third-party** [24] 14/16 14/22 21/13 25/6 35/9 38/14 42/7 44/11 51/2 119/5 128/14 128/14 128/20 129/7 130/3 138/19 139/5 139/22 152/25 160/8 162/16 162/18 162/19 162/23
**this** [334]
**thoracic** [1] 69/4
**those** [89] 8/13 8/25 9/4 13/22 14/13 14/18 14/21 16/1 17/12 17/23 35/6 35/18 42/7 46/19 46/25 47/1 48/19 58/1 58/11 59/11 66/10 68/22 69/12 70/22 71/2 71/4 71/20 72/12 73/20 74/12 74/16 74/18 74/18 75/7 75/19 76/12 82/10 84/16 88/12 89/18 90/15 90/24 91/21 92/1 101/20 101/21 102/22 104/6 104/7 105/9 107/6 107/19 108/7 110/12 110/19 110/20 114/23 116/19 121/19 122/16 129/7 132/14 132/15 138/22 138/23 138/23 147/18 148/14 153/15 158/2 160/8 167/15 168/4 183/22 184/14 184/18 187/11 200/10 204/16 208/10 211/9 212/22 216/11
**though** [12] 14/3 57/23 57/24 82/6 87/18 112/8 181/2 187/4 187/7 187/12 208/13 213/2
**thought** [10] 45/22 48/13 49/8 49/11 66/25 80/13 81/25 143/23 172/14 216/2
**thoughts** [1] 36/13
**three** [16] 45/5 103/11 118/17 138/15 140/3 140/8 140/17 141/3 141/4 153/8 166/4 168/14 169/23 181/22 212/19 213/19
**three-quarters** [1] 103/11
**through** [24] 23/24 30/17 30/17 36/20 44/22 45/4 66/10 79/4 82/20 96/20 108/3 122/16 122/16 130/5 134/12 152/13 153/6 156/1 159/18 168/4 176/8 176/13 199/9 202/13
**throughout** [3] 89/21 90/2 92/18
**thru** [1] 199/10
**Thursday** [2] 42/21 189/5
**ticket** [1] 159/6
**tie** [1] 25/7
**till** [1] 83/8
**time** [200] 4/18 5/3 8/16 8/18 8/24 9/13 12/13 12/16 18/15 18/18 18/22 18/24

**T**

**time... [188]** 19/4 20/4 20/18 20/19 20/24 21/6 24/13 24/15 24/17 24/25 26/1 26/22 30/21 32/6 32/7 32/8 32/9 33/20 33/23 33/24 33/24 34/8 36/15 42/3 47/4 47/13 47/14 48/18 49/20 49/23 50/13 50/15 50/17 50/20 50/21 55/15 55/17 55/18 59/7 64/25 71/1 71/4 71/14 71/16 71/18 71/20 71/23 72/4 72/5 72/6 72/7 72/12 72/15 72/17 72/21 73/3 73/3 73/4 73/8 73/10 73/13 73/15 73/15 73/16 73/16 73/25 74/8 74/9 74/12 74/16 74/18 74/21 74/21 74/24 76/14 84/4 90/2 90/2 92/17 92/17 94/4 94/12 94/21 95/5 95/20 96/12 96/17 96/18 96/22 104/8 105/2 113/11 126/12 126/25 127/14 132/7 132/22 133/7 135/5 138/1 138/2 140/10 140/13 142/20 147/10 148/24 148/24 149/4 151/13 152/23 155/3 155/3 155/4 155/20 156/10 158/11 160/10 161/17 165/11 165/12 165/15 169/9 173/20 176/10 176/10 182/22 184/1 186/1 187/7 187/13 187/19 188/2 189/15 195/22 196/5 196/15 197/12 199/2 199/8 199/8 199/14 200/5 200/7 200/10 200/19 200/23 201/1 201/4 201/5 201/12 201/14 201/21 201/21 201/22 201/22 202/9 202/15 202/19 204/1 204/2 204/4 204/7 204/14 204/20 204/20 204/21 205/5 205/5 205/6 205/8 205/9 205/9 205/11 205/12 206/14 206/18 206/20 207/1 207/2 207/3 207/6 207/24 207/24 212/19 212/21 213/20 213/25 215/23

**timely [1]** 139/12

**times [11]** 11/15 12/12 12/17 69/7 70/4 70/15 73/12 73/23 84/9 122/22 185/10

**timing [1]** 94/20

**title [13]** 64/22 93/20 99/8 115/19 137/11 143/25 170/25 171/3 171/4 172/22 173/19 173/19 173/24

**titled [1]** 217/5

**to 2002 [1]** 124/25

**to Ms [1]** 112/9

**today [10]** 47/19 47/24 56/13 77/22 132/5 135/9 159/17 171/24 173/23 174/8

**together [11]** 8/11 11/20 12/16 23/17 41/17 47/8 71/8 151/15 151/17 163/9 190/15

**Tokarcik [2]** 36/17 36/24

**told [43]** 6/6 12/2 48/12 48/14 64/25 85/1 86/9 112/20 124/15 126/4 126/17 126/20 127/2 127/3 127/20 127/25 137/10 137/12 137/14 137/16 143/17 143/21 143/24 144/2 144/11 146/1 147/22 147/22 151/1 151/3 152/11 153/5 161/2 169/2 169/4 169/4 169/13 172/11 173/10 173/25 185/19 188/20 205/14

**tomorrow [2]** 206/2 216/15

**too [6]** 41/6 44/8 86/4 92/23 193/2 198/19

**took [12]** 14/9 14/9 36/24 48/13 116/20 153/4 166/1 166/14 174/4 177/3 179/2 183/22

**tool [1]** 159/10

**top [10]** 29/23 44/25 60/12 61/8 80/13 116/14 118/14 124/21 136/5 137/5

**topic [1]** 97/11

**total [2]** 74/21 165/13

**totals [1]** 71/23

**toward [1]** 46/1

**towards [1]** 146/4

**Towson [1]** 176/15

**track [4]** 50/12 50/15 139/23 196/15

**traditional [1]** 111/4

**train [6]** 21/24 128/11 134/10 134/14 199/4 199/5

**trained [8]** 18/1 118/3 124/10 134/9 134/12 193/13 211/7 214/25

**trainer [1]** 210/16

**training [41]** 7/12 18/7 18/11 18/12 34/6 34/15 36/10 37/9 37/14 40/9 123/2 123/4 130/13 130/25 131/6 131/18 131/25 133/21 134/5 139/14 139/17 158/13 158/14 166/2 167/9 167/16 179/13 180/4 186/19 187/14 187/20 187/20 187/22 187/23 187/24 202/12 207/20 209/6 209/18 210/9 210/18

**transcript [4]** 1/10 2/24 174/17 217/4

**transcription [1]** 2/24

**transferred [2]** 178/20 179/1

**transition [2]** 32/8 83/7

**transitioned [1]** 46/17

**translated [1]** 121/3

**travel [4]** 202/15 206/14 207/6 215/23

**traveled [1]** 206/25

**treat [3]** 13/6 13/8 43/2

**treated [2]** 14/3 160/4

**treating [2]** 45/1 94/2

**treatment [3]** 13/18 75/5 75/6

**trend [1]** 130/18

**trial [2]** 1/10 171/24

**tried [2]** 4/18 17/4

**Troy [1]** 175/19

**true [9]** 37/25 76/22 106/22 141/21 142/5 142/7 201/8 205/2 213/12

**truly [3]** 18/6 23/15 61/1

**trusted [1]** 73/6

**truth [11]** 78/19 111/9 132/4 132/5 132/24 171/16 173/5 174/3 174/21 215/7 215/8

**truthful [1]** 126/16

**try [9]** 17/11 44/16 45/5 77/8 129/12 151/20 187/25 188/1 215/11

**trying [12]** 45/7 74/7 80/25 81/20 82/19 84/15 105/20 148/20 151/10 161/20 161/24 189/21

**tune [1]** 174/23

**turn [13]** 31/20 63/19 113/1 120/9 124/24 125/23 135/13 136/15 137/3 141/15 142/13 173/3 194/12

**turned [2]** 89/6 151/24

**turnover [1]** 123/5

**Twenty [3]** 32/1 32/2 116/3

**Twenty-one [2]** 32/1 32/2

**Twinbrook [4]** 196/9 199/4 199/5 199/8

**two [37]** 10/10 14/8 21/20 31/12 31/17 38/4 54/25 74/22 96/14 116/3 117/1 133/19 134/13 140/21 153/8 165/17 166/20 178/11 178/17 180/10 183/4 185/10 190/4 195/2 195/6 195/7 197/4 199/2 201/3 203/9 206/25 207/1 207/11 207/12 209/21 214/9 214/10

**two-part [1]** 96/14

**two-year [2]** 116/3 134/13

**type [34]** 7/15 10/15 11/2 11/8 16/13 16/19 16/23 21/2 21/4 21/12 21/18 24/24 34/5 35/7 42/15 42/16 44/15 51/2 51/9 52/12 56/24 63/22 87/24 93/17 124/11 134/19 139/2 141/5 151/25 166/16 180/24 208/7 208/12 208/15

**typed [4]** 56/25 58/11 58/11 60/12

**typed-in [1]** 60/12

**types [12]** 8/23 14/11 16/22 20/6 21/21

38/9 44/22 44/25 51/20 67/4 108/5 110/49

**typewriting [1]** 60/18

**typical [7]** 44/17 97/22 153/24 153/25 166/6 166/8 167/9

**typically [1]** 209/13

**U**

**U.S [1]** 2/3

**Uh [41]** 19/9 30/12 31/22 48/4 52/16 57/3 61/11 93/24 98/7 99/9 102/8 105/24 112/12 113/2 119/23 124/20 125/25 135/3 135/19 136/4 164/4 164/13 164/15 171/15 171/18 171/20 173/6 180/11 182/8 186/7 186/9 189/6 190/18 190/21 194/15 195/9 195/11 196/12 196/16 196/22 201/7

**Uh-huh [41]** 19/9 30/12 31/22 48/4 52/16 57/3 61/11 93/24 98/7 99/9 102/8 105/24 112/12 113/2 119/23 124/20 125/25 135/3 135/19 136/4 164/4 164/13 164/15 171/15 171/18 171/20 173/6 180/11 182/8 186/7 186/9 189/6 190/18 190/21 194/15 195/9 195/11 196/12 196/16 196/22 201/7

**ultimately [8]** 16/9 17/7 42/6 58/25 63/8 94/12 94/15 180/25

**unable [1]** 60/20

**unaware [1]** 5/9

**under [57]** 4/16 6/4 16/8 16/10 16/18 17/21 17/23 19/5 21/2 21/4 22/23 25/8 26/20 27/10 30/9 30/15 30/16 51/25 52/12 53/4 54/14 55/8 56/2 61/16 66/3 67/5 68/3 72/25 75/14 83/14 88/10 91/1 99/19 103/15 104/9 104/19 104/19 108/20 109/12 109/13 109/13 110/18 117/19 118/9 118/20 127/9 131/13 132/2 137/4 140/8 142/23 156/13 163/12 177/18 192/12 192/24 198/10

**undergo [1]** 210/18

**underneath [2]** 116/15 125/3

**understand [18]** 26/6 26/9 42/11 61/1 61/2 75/2 81/22 94/10 96/18 135/1 138/25 142/9 170/22 171/13 195/12 196/8 200/9 210/13

**understanding [11]** 7/8 7/15 15/19 21/1 35/9 48/25 49/2 50/10 78/14 93/3 94/18 98/15

**understood [5]** 30/24 31/16 78/15 95/4 95/15

**undertakes [1]** 26/14

**undertook [1]** 30/22

**unfair [1]** 88/21

**unfortunately [1]** 63/22

**unhappy [1]** 197/23

**unheard [1]** 159/1

**uniform [1]** 210/3

**Union [2]** 115/10 125/16

**unique [2]** 17/13 51/15

**unit [1]** 122/9

**UNITED [5]** 1/1 1/11 57/23 80/5 80/16

**university [9]** 117/4 117/20 120/1 125/1 125/3 125/9 134/19 136/15 210/17

**unless [2]** 140/4 160/2

**unquote [2]** 9/14 54/13

**unquotes [1]** 9/13

**unsigned [1]** 22/20

**unsupported [1]** 208/4

**unsure [1]** 160/16

**until [8]** 18/21 157/23 157/25 179/15 182/14 196/1 206/1 207/1

**until 2009 [1]** 179/15

**unusual [1]** 166/4

**up [42]** 5/13 8/20 11/9 12/18 25/7 28/7 30/17 30/17 31/9 36/7 38/12 41/6 46/10

**up...** [29] 54/3 77/7 83/8 83/8 90/23 95/25 106/20 110/13 121/14 133/4 141/1 145/16 148/20 154/14 165/13 166/14 181/9 181/24 182/22 184/19 185/18 186/8 188/20 189/13 189/14 189/15 190/1 195/21 205/24
**updated** [2] 176/12 176/13
**Upper** [1] 114/5
**upstairs** [1] 154/21
**us** [55] 6/23 7/3 7/8 8/19 17/24 18/8 20/20 24/3 28/6 28/12 32/3 37/17 34/19 37/1 37/22 37/24 38/1 47/11 47/11 47/12 47/14 47/15 47/23 58/10 58/12 60/13 62/23 72/9 74/23 79/18 84/6 88/14 88/15 88/17 89/8 97/21 97/25 98/20 100/7 110/24 113/7 120/19 121/2 128/9 134/14 140/9 141/1 156/21 157/5 159/10 159/12 160/15 173/23 176/8 181/12
**usage** [1] 117/14
**use** [15] 42/8 103/18 105/13 124/1 131/14 134/14 137/11 159/8 159/11 163/5 166/24 169/13 189/23 191/10 213/23
**used** [20] 17/22 65/8 74/19 74/20 74/21 75/23 104/24 121/7 122/10 123/11 123/13 123/17 138/6 138/11 168/19 173/19 178/1 190/14 208/22 212/11
**uses** [4] 61/17 119/6 191/8 191/9
**using** [3] 36/22 36/22 98/1
**usually** [2] 17/22 195/25
**utilization** [3] 40/17 178/14 179/1
**utilized** [2] 24/20 44/11
**utilizes** [1] 61/14
**utilizing** [3] 45/5 179/13 179/18

# V

**vacation** [1] 204/20
**validate** [1] 73/1
**validating** [3] 158/6 158/9 158/10
**validation** [2] 121/10 158/5
**value** [2] 122/9 122/17
**values** [1] 162/3
**Van** [7] 98/24 99/1 99/12 101/4 101/11 102/1 104/3
**variations** [1] 149/1
**variety** [7] 8/22 21/10 24/24 51/12 102/21 106/19 198/10
**various** [13] 14/10 14/15 23/24 24/7 24/8 44/1 55/19 91/25 92/19 92/20 106/1 117/14 119/22
**vehicle** [1] 198/12
**Vela** [1] 209/22
**verbal** [2] 84/6 118/2
**verbally** [4] 110/22 149/22 169/4 174/2
**verbatim** [2] 150/11 150/15
**verdict** [2] 214/6 216/7
**verification** [2] 130/16 144/24
**verify** [4] 73/1 74/1 119/6 122/1
**verifying** [1] 129/23
**versa** [1] 124/13
**version** [6] 37/20 57/4 57/11 58/13 58/15 59/13
**versions** [2] 58/1 78/11
**versus** [11] 37/7 43/8 43/8 69/4 69/11 73/15 106/4 108/14 209/9 209/22 211/19
**very** [28] 6/11 17/5 20/16 20/22 21/17 23/16 27/23 31/4 31/12 35/18 42/5 47/4 48/12 48/20 51/10 70/15 75/25 100/2 103/24 124/10 174/6 182/21 195/4 197/16 211/8 211/8 211/8 216/18

**via** [2] 49/21 209/6
**vice** [1] 128/15
**view** [3] 96/7 157/14 210/3
**viewed** [1] 10/20
**visit** [4] 43/1 43/12 43/15 184/16
**visits** [2] 13/17 185/7
**Vivian** [5] 78/13 86/15 110/10 111/21 111/22
**volume** [1] 45/5

# W

**wad** [1] 137/10
**wage** [12] 61/15 78/3 90/1 90/4 90/17 91/3 92/5 95/25 109/19 110/4 110/8 112/19
**wait** [3] 59/4 103/21 173/6
**waiting** [1] 36/22
**waiver** [6] 52/15 78/5 87/19 87/22 87/23 112/19
**walk** [2] 23/23 154/7
**wall** [1] 88/25
**Walter** [51] 6/24 11/9 11/13 11/16 11/23 12/19 13/24 15/20 16/19 18/16 18/18 24/14 26/1 26/3 29/11 34/2 34/11 47/5 53/6 54/6 86/11 104/9 113/13 121/20 121/24 122/13 124/24 125/24 126/25 127/10 127/14 128/2 132/23 135/6 141/5 142/18 143/14 146/8 149/10 149/13 149/25 154/22 156/11 161/6 161/7 161/13 161/17 162/23 163/22 166/5 212/6
**Wanda** [1] 25/6
**wane** [1] 8/16
**want** [45] 4/24 9/23 24/21 41/16 45/23 46/5 46/6 46/10 46/11 46/15 56/21 58/5 63/15 66/10 74/17 74/17 75/2 77/24 78/1 87/3 97/22 100/13 104/3 108/8 109/4 113/15 145/11 146/12 153/14 162/6 166/23 166/24 171/24 181/22 186/25 187/1 188/7 188/19 189/12 191/3 193/24 196/20 198/21 203/1 204/4
**wanted** [28] 17/6 17/7 19/5 20/20 34/1 36/11 41/6 47/6 65/1 68/1 68/2 80/23 111/11 145/9 145/18 148/2 151/17 152/23 162/5 172/12 186/23 189/4 189/14 189/17 192/21 195/1 204/17 215/11
**wanting** [1] 54/4
**wants** [3] 41/10 79/8 206/4
**Warren** [11] 24/3 33/19 41/1 41/1 45/18 53/19 65/14 65/15 65/16 66/22 70/15
**was** [715]
**was 2002** [1] 87/8
**Washington** [6] 1/4 1/22 2/4 118/24 120/1 136/11
**wasn't** [37] 10/11 21/8 47/3 47/15 51/23 54/4 58/18 84/14 123/4 140/24 149/3 151/23 153/6 155/21 156/3 157/21 158/2 158/15 159/1 159/11 162/4 162/5 163/1 170/9 179/20 187/23 189/16 195/24 197/23 197/23 199/8 212/14 215/7 215/8 215/16 215/17 215/17
**waste** [1] 105/12
**wax** [1] 8/16
**way** [32] 6/6 10/20 12/18 22/3 36/6 37/5 41/13 41/18 42/22 55/10 60/12 76/25 80/6 80/7 80/17 80/19 81/1 90/3 92/25 97/2 98/4 102/23 108/13 151/17 151/23 159/2 161/25 164/9 186/13 189/7 190/23 206/6
**ways** [3] 51/21 106/20 151/18
**we** [287]
**we'll** [9] 5/13 55/24 83/16 96/13 103/21

**12/14 144/20 203/4 209/3**
**we're** [9] 6/3 53/15 75/3 88/9 97/13 97/14 108/16 163/10 213/10
**we've** [11] 33/10 77/25 119/16 140/3 157/2 157/2 168/4 202/12 207/9 214/9 215/4
**week** [3] 14/12 70/6 166/21
**weekly** [4] 71/19 71/19 140/1 148/1
**weeks** [2] 36/20 197/4
**welcome** [3] 62/16 86/2 203/7
**well** [82] 6/17 7/22 8/8 9/17 11/6 11/15 12/1 13/15 13/16 13/23 14/8 16/7 17/1 17/16 18/10 20/19 21/6 35/4 39/7 41/12 45/15 51/1 51/14 57/4 62/8 76/9 76/25 79/17 81/6 83/16 84/20 86/14 92/9 94/9 96/12 99/23 102/2 106/17 109/18 110/13 112/16 126/1 126/9 126/22 127/4 128/6 128/21 128/21 128/22 131/24 151/24 152/15 152/21 153/16 155/19 160/21 161/16 164/20 168/21 184/13 186/13 186/21 187/4 187/23 188/14 190/4 190/22 191/16 192/13 193/16 193/19 194/16 194/21 195/3 195/5 199/12 199/15 200/14 200/18 201/3 208/11 216/1
**went** [37] 4/10 11/18 12/18 19/2 21/7 24/14 36/15 36/20 46/18 46/19 46/19 46/20 81/24 102/23 114/13 116/25 125/15 125/20 145/5 155/13 164/25 169/9 173/20 176/15 177/8 178/23 179/23 181/14 182/9 182/13 183/1 183/6 183/8 185/16 185/16 195/20 200/25
**were** [350]
**weren't** [9] 73/12 81/1 104/14 170/24 171/3 171/8 185/12 185/23 193/10
**western** [1] 104/16
**wet** [1] 182/15
**what** [324]
**what's** [12] 40/13 62/20 89/19 114/7 176/12 176/13 183/14 194/1 199/15 199/25 206/1 210/4
**whatever** [10] 21/7 26/11 46/11 59/15 85/18 99/7 106/11 139/10 149/12 188/1
**wheelchairs** [1] 191/25
**when** [153] 6/22 8/19 9/7 9/9 10/12 10/23 11/15 12/12 12/16 12/17 16/11 17/16 18/19 20/18 21/19 23/20 24/2 24/2 25/9 26/3 26/15 26/22 28/21 28/22 31/2 32/8 34/20 35/17 36/10 36/16 37/10 38/8 39/17 39/20 39/23 42/7 42/9 42/25 45/19 45/25 46/13 46/19 46/23 46/23 47/6 47/12 47/12 47/22 48/3 48/16 49/1 64/16 64/25 66/24 67/24 69/24 70/2 70/4 70/5 71/13 71/14 71/17 73/13 73/23 74/7 75/4 76/1 76/2 77/14 79/19 81/20 84/24 89/7 90/9 91/3 93/23 94/6 94/7 94/12 94/22 95/14 96/19 96/22 96/25 97/3 97/12 99/1 100/5 102/2 104/13 105/7 105/14 108/4 108/4 111/14 113/14 119/10 119/14 122/7 126/19 130/6 130/17 132/1 132/8 133/7 138/22 139/9 144/7 145/5 147/22 150/2 151/19 152/2 152/6 153/22 154/20 155/17 156/22 158/14 159/23 160/4 160/10 160/13 160/14 160/16 161/14 162/25 167/12 169/3 169/4 169/5 169/14 170/8 172/11 172/17 176/10 181/4 182/13 184/9 185/2 186/24 187/4 192/9 194/13 195/20 196/8 197/11 197/15 199/1 200/19 201/13 213/7
**whenever** [1] 148/2
**where** [54] 6/16 7/9 8/12 16/20 17/8

**W**

**where... [49]** 18/25 19/2 21/22 32/10 39/2 43/23 44/16 50/17 57/11 60/10 70/6 70/7 77/13 80/23 82/10 82/17 84/7 94/20 94/21 95/12 109/6 112/8 112/18 120/19 121/8 124/3 124/4 124/5 124/6 125/20 137/21 138/21 142/14 146/10 151/6 154/3 154/10 180/10 182/17 184/2 188/5 189/3 189/13 191/24 194/7 195/16 204/7 209/10
**whereas [2]** 106/9 191/19
**Whereupon [3]** 6/18 77/4 93/15
**whether [22]** 5/5 18/20 20/4 68/9 69/10 80/4 84/24 90/16 93/19 93/20 110/14 110/17 129/23 134/13 139/10 165/14 205/3 207/5 207/10 211/11 211/23 213/8
**which [56]** 7/2 7/21 13/4 14/6 14/10 15/6 16/8 17/10 17/22 20/18 22/19 29/6 29/6 40/18 62/22 63/11 64/1 65/7 65/8 69/8 76/14 76/21 81/1 89/4 95/8 101/22 105/3 105/25 108/13 111/1 115/1 120/23 120/25 122/15 123/12 124/4 128/14 131/20 144/16 145/7 145/7 151/8 154/2 154/9 157/7 159/24 159/25 161/20 165/12 169/23 190/9 197/16 204/3 206/14 209/3 211/5
**while [19]** 6/23 7/5 12/11 15/20 17/4 36/2 37/25 39/12 82/19 82/21 104/18 120/10 128/3 137/4 137/6 140/19 141/6 143/14 143/15
**who [106]** 7/23 7/25 8/2 8/2 8/4 8/7 8/14 10/10 10/14 10/24 10/25 11/9 13/6 13/7 13/17 13/18 13/23 18/22 20/2 20/15 21/9 21/18 22/2 22/2 24/13 24/15 25/5 25/5 34/4 34/5 34/7 35/1 35/6 35/14 36/17 40/2 47/18 51/6 53/20 54/12 54/12 57/12 65/13 65/16 69/3 69/7 69/15 70/22 70/23 70/24 72/25 74/6 74/6 74/23 88/12 89/19 92/1 92/2 92/3 94/23 94/25 95/3 95/15 97/22 98/1 98/24 99/4 99/16 100/22 101/4 101/5 101/7 102/20 102/21 107/10 107/25 110/3 111/1 121/19 123/8 123/8 123/9 143/23 146/6 147/18 148/14 148/22 149/4 149/4 151/3 151/7 151/17 154/4 156/6 156/13 156/15 170/15 183/15 188/17 192/25 206/4 209/11 210/5 210/5 214/23 214/24
**whole [4]** 104/25 161/6 171/7 199/10
**whom [7]** 27/12 27/12 37/21 39/11 39/11 68/20 210/16
**whose [4]** 24/10 92/8 163/5 208/5
**why [38]** 5/16 16/6 20/11 52/2 57/4 57/10 57/25 63/19 70/10 70/19 70/13 82/2 82/23 97/24 111/10 135/1 143/16 144/5 145/16 148/7 148/19 148/20 148/21 149/2 149/3 152/16 152/22 155/19 155/19 156/3 156/6 173/14 174/12 185/15 188/25 193/17 204/2 204/10
**will [64]** 5/5 5/7 5/14 6/9 6/11 6/17 11/2 11/4 11/5 13/23 19/15 22/15 23/15 32/14 33/7 38/22 40/21 41/13 44/21 48/24 49/13 60/9 60/13 61/20 62/5 63/7 67/8 68/17 77/7 77/7 77/9 77/12 79/17 120/22 121/1 123/8 123/8 133/22 137/11 137/16 141/25 144/11 144/12 144/13 148/5 148/6 152/14 161/8 164/1 166/18 166/18 166/20 166/25 168/19 169/3 169/10 170/6 172/12 172/19 173/20 176/5 186/13 216/8 216/15
**willful [1]** 142/9

**William [1]** 118/19
**willing [1]** 91/9
**win [2]** 162/12 162/12
**win-win [1]** 162/12
**wish [3]** 4/2 86/20 216/12
**within [9]** 13/7 16/3 17/14 48/8 48/9 107/2 110/4 184/14 214/13
**without [7]** 45/4 79/1 129/10 165/17 183/18 213/3 214/22
**witness [10]** 3/2 5/21 113/20 113/24 175/5 175/10 202/6 203/8 205/18 205/22
**witnesses [2]** 205/21 216/16
**woman [1]** 39/13
**wonderful [1]** 53/24
**wondering [1]** 5/16
**word [6]** 84/2 122/7 168/19 196/20 198/21 208/25
**words [5]** 94/1 150/10 152/24 214/22 215/3
**work [148]** 6/23 7/15 7/17 7/19 8/11 9/8 11/21 13/2 13/3 14/18 15/19 17/7 18/9 20/9 20/15 20/17 21/2 21/4 21/18 21/19 22/4 23/14 23/17 24/19 24/20 25/1 25/12 25/12 25/13 33/23 33/25 34/21 35/23 36/4 38/18 41/22 45/20 46/16 48/2 48/24 50/23 50/25 51/3 51/7 51/9 51/23 52/3 52/12 53/24 61/16 63/8 65/5 65/16 70/13 73/4 74/9 75/4 75/11 76/3 76/6 82/20 89/8 89/15 89/22 90/2 93/17 94/22 95/4 95/8 95/15 98/19 102/17 103/1 103/4 103/8 105/20 106/4 107/17 109/25 110/24 113/3 113/4 113/6 113/7 113/10 113/14 114/13 117/4 117/6 121/23 122/24 123/3 123/16 124/5 128/10 129/21 132/12 132/18 134/2 134/4 134/19 136/19 139/3 140/19 141/5 146/1 146/17 146/18 146/19 154/19 154/23 156/11 158/11 163/22 163/23 171/7 171/10 171/12 172/14 172/15 177/23 178/21 179/23 180/24 183/3 183/7 183/8 183/24 184/3 193/13 195/10 196/1 198/1 198/3 198/9 199/11 202/12 206/25 206/25 207/15 208/6 208/13 211/1 213/7 213/8 214/13 214/20 215/3
**workday [2]** 46/9 206/22
**worked [73]** 17/19 18/3 18/15 18/18 23/25 26/1 31/15 34/12 37/21 39/12 40/2 41/2 68/20 68/25 69/15 69/17 70/23 70/24 70/25 71/8 72/25 79/6 102/4 117/22 118/12 118/23 119/4 119/17 119/24 119/25 120/10 124/25 126/25 128/13 128/22 132/23 135/6 137/4 137/6 142/18 142/20 156/13 158/24 158/25 162/25 163/4 172/19 178/10 179/7 180/10 180/19 180/21 190/13 192/9 192/9 192/11 192/15 192/19 192/22 192/25 196/5 196/8 197/11 198/12 198/14 198/22 199/1 199/2 206/23 207/1 214/10 214/19 214/21
**workers' [2]** 51/19 51/19
**working [44]** 12/6 12/11 15/15 23/17 30/15 30/17 32/7 41/8 44/15 45/11 48/3 53/18 54/7 67/25 92/2 94/24 102/15 104/9 104/9 127/14 128/14 136/11 141/6 143/15 154/11 155/23 162/20 172/18 176/10 179/9 179/20 182/3 184/9 186/12 190/9 192/20 195/21 197/16 197/17 197/21 198/15 198/17 198/18 201/14
**workload [2]** 101/17 101/18
**workmen's [1]** 198/13

**works [4]** 26/9 65/13 65/18 214/24
**worksheet [2]** 67/17 67/18
**world [3]** 53/25 104/16 104/24
**would [293]**
**wouldn't [6]** 44/6 90/3 160/6 188/14 204/18 205/9
**WRAMC [2]** 49/21 200/5
**write [14]** 10/5 12/14 15/18 112/20 150/5 150/15 152/9 152/17 153/7 153/12 163/2 166/19 189/3 199/20
**writing [13]** 53/21 78/3 78/23 78/25 83/25 84/4 84/6 84/25 85/8 111/5 111/14 144/8 157/4
**written [34]** 59/8 59/9 59/22 104/6 105/21 118/3 120/12 122/24 125/9 125/24 126/9 126/23 127/4 127/7 129/1 131/5 137/18 139/1 139/1 139/15 140/7 150/8 153/5 168/18 174/25 176/12 184/22 187/9 188/5 188/18 194/13 202/2 204/17 204/19
**wrong [5]** 69/3 99/22 134/7 134/23 160/23
**wrote [20]** 12/15 44/14 82/7 103/3 111/16 111/17 126/12 127/17 128/22 153/13 166/14 169/18 171/19 187/12 187/19 189/7 189/10 195/5 200/4 200/18

**X**

**x-ray [4]** 133/14 166/17 166/17 166/18

**Y**

**yeah [19]** 21/17 28/3 48/23 65/13 65/15 75/16 87/1 87/4 88/23 103/7 110/23 153/25 164/20 165/16 179/8 179/12 182/12 195/19 203/3
**year [14]** 29/8 102/24 116/3 118/22 118/23 122/10 122/11 122/23 123/19 123/19 134/13 145/8 145/11 181/17
**years [15]** 21/20 23/15 35/2 77/15 79/6 115/23 117/1 177/23 178/11 178/17 180/10 182/22 183/4 183/9 214/20
**Yep [1]** 143/12
**yes [231]**
**yesterday [12]** 4/4 4/18 6/4 6/16 15/17 29/4 29/13 52/14 58/22 59/2 112/2 161/5
**York [1]** 119/17
**you [1024]**
**you'd [2]** 28/6 197/25
**you'll [10]** 47/1 48/22 61/20 63/9 89/13 114/23 115/20 196/25 196/25 206/10
**you're [84]** 6/4 9/17 9/21 10/4 19/10 27/24 45/1 47/13 56/2 57/20 62/16 66/16 67/14 70/7 78/21 79/21 79/22 80/9 81/7 81/23 81/23 82/4 85/10 86/2 89/15 90/12 93/3 93/7 100/17 100/19 102/10 102/13 102/22 102/25 103/5 108/20 110/16 113/14 116/10 120/4 123/16 134/9 134/11 135/18 137/15 140/16 163/11 166/3 168/15 168/16 169/18 169/18 169/20 170/2 170/3 170/22 170/23 171/2 171/6 171/8 171/11 172/1 172/2 173/9 173/23 174/23 174/24 174/25 177/24 177/24 179/10 179/13 186/11 186/12 186/16 186/18 188/22 189/9 191/17 196/4 200/9 203/7 204/11 205/22 212/17
**you've [25]** 10/9 74/16 76/25 79/6 90/1 103/2 107/11 120/12 122/24 125/2 125/3 125/9 129/1 134/3 136/15 136/24 137/18 138/14 139/1 168/17 168/21 174/25 177/19 188/5 194/12
**young [1]** 42/17

**your [200]**  5/25 7/8 7/14 15/19 15/20
19/12 22/11 22/13 22/21 22/22 25/19
25/22 27/21 32/12 33/5 33/9 37/16
40/19 41/10 48/22 49/6 50/17 50/17
50/19 51/24 52/9 53/12 56/3 58/5 58/7
59/18 61/25 63/20 68/10 77/7 78/7 79/6
79/7 79/19 80/5 80/15 80/16 81/12
83/17 84/2 84/16 84/24 85/17 88/19
89/21 89/24 90/2 90/6 90/15 90/21
91/11 91/14 91/14 93/3 93/4 93/10
95/22 95/23 96/7 96/11 97/9 99/23
99/24 100/4 100/5 100/6 100/18 100/19
102/16 103/16 103/24 104/24 107/12
108/19 108/21 110/6 110/8 110/9
110/14 112/20 113/5 113/20 114/3
115/8 115/25 116/14 117/19 118/14
119/4 119/13 120/14 122/24 124/21
124/22 126/6 126/9 126/10 127/10
128/6 128/18 128/24 129/1 129/9 132/6
132/20 132/24 132/25 134/17 135/1
135/9 135/13 135/18 137/1 137/3 138/4
140/6 141/18 142/23 143/14 143/25
144/10 144/14 144/14 146/12 149/6
150/10 152/14 153/24 155/4 156/1
156/3 156/25 158/11 162/16 163/12
163/19 163/21 163/22 165/11 165/14
166/21 167/18 168/5 168/6 168/15
170/12 171/23 172/6 172/12 174/1
174/13 174/13 174/23 175/5 175/18
176/8 177/13 178/9 179/13 184/6
187/25 192/24 193/3 193/18 194/8
195/8 196/4 196/15 197/12 197/12
197/13 197/16 197/17 198/15 199/5
199/13 200/18 201/12 201/21 202/2
202/6 202/22 203/10 204/1 204/4
204/14 205/12 205/17 205/19 205/22
206/10 207/23 210/24 214/5 216/16
**yours [4]**  136/3 140/4 176/1 194/23
**yourself [2]**  107/2 138/14
**yourselves [1]**  108/23