UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KATHY RADTKE,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )  Civil Action No. 06-2031 (JMF) |
| | ) |
| **MARIA CASCHETTA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that Plaintiffs' Motion and Memorandum in Support Thereof for Attorney's Fees and Costs [#167] is **GRANTED** in part and **DENIED** in part. It is further, hereby,

**ORDERED** that plaintiffs be awarded the following in attorney's fees and costs:

| | |
|---|---:|
| Attorney's Fees ($255,898.80 x .235) | $56,474.70 |
| Costs ($350.00 + $1,771.00 + $400.49) | $2,521.49 |
| TOTAL | $58,996.19 |

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE