## Expenses - June 1 2014 to December 1 2015

| Date | Description | Qty | Pages | Cost/Unit | Total |
|---|---|---|---|---|---|
| 6/3/2014 | Online legal research - May 2014 | 1 | | $6.12 | $6.12 |
| 12/30/2014 | Appeal Filing Fee | 1 | | $505.00 | $505.00 |
| 1/27/2015 | Trial Transcript | 1 | | $712.80 | $712.80 |
| 2/9/2015 | Online legal research - January 2015 | 1 | | $27.06 | $27.06 |
| 2/26/2015 | Copying - Brief (Merits Appeal) | 8 | 39 | $0.10 | $31.20 |
| 2/26/2015 | Copying - Brief (Merits Appeal) | 8 | 1 | $0.57 | $4.56 |
| 2/26/2015 | Copying - Brief (Merits Appeal) | 8 | 1 | $0.49 | $3.92 |
| 3/3/2015 | Online legal research - February 2015 | 1 | | $174.80 | $174.80 |
| 5/13/2015 | Online legal research - April 2015 | 1 | | $57.13 | $57.13 |
| 8/3/2015 | Online legal research - July 2015 | 1 | | $4.72 | $4.72 |
| 8/4/2015 | Online docketing fees - 2015Q2 | 1 | | $0.00 | $0.00 |
| 9/1/2015 | Online legal research - August 2015 | 1 | | $11.11 | $11.11 |
| 10/13/2015 | Online legal research - September 2015 | 1 | | $22.13 | $22.13 |
| 10/21/2015 | Copying - Appendix (fee appeal) | 8 | 431 | $0.10 | $344.80 |
| 10/21/2015 | Copying - Appendix (fee appeal) | 8 | 1 | $0.57 | $4.56 |
| 10/21/2015 | Copying - Appendix (fee appeal) | 8 | 1 | $0.49 | $3.92 |
| 10/21/2015 | Copying - Opening brief (fee appeal) | 8 | 42 | $0.10 | $33.60 |
| 10/21/2015 | Copying - Opening brief (fee appeal) | 8 | 1 | $0.57 | $4.56 |
| 10/21/2015 | Copying - Opening brief (fee appeal) | 8 | 1 | $0.49 | $3.92 |
| 10/21/2015 | Copying - reply brief (fee appeal) | 8 | 23 | $0.10 | $18.40 |
| 10/21/2015 | Copying - reply brief (fee appeal) | 8 | 1 | $0.57 | $4.56 |
| 10/21/2015 | Copying - reply brief (fee appeal) | 8 | 1 | $0.49 | $3.92 |
| 11/2/2015 | Online legal research - October 2015 | 1 | | $326.22 | $326.22 |
| 12/1/2015 | Online legal research - November 2015 | 1 | | $3.83 | $3.83 |
| 2/4/2016 | Travel and Parking Expenses | 1 | | $4.45 | $4.45 |
| 3/1/2016 | Online legal research - February 2016 | 1 | | $241.59 | $241.59 |
| 4/15/2016 | PACER | 1 | | $0.40 | $0.40 |

**TOTAL** — $2,559.28

EXHIBIT 1-B