**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHY RADTKE, ET AL. | |
| Plaintiffs, | |
| v. | Civil Case No.: 06cv02031 (RCL) |
| LIFECARE HEALTH SYSTEMS, ET AL. | |
| Defendants | |

**DECLARATION OF DENNIS CHONG, ESQ.**

1. I am an attorney at the law firm of Lippman, Semsker & Salb, LLC, with offices located in Bethesda, Maryland.

2. I started working at Lippman, Semsker & Salb in December 2104. I worked on the above-captioned matter through much of the appellate litigation.

**My Education and Bar Admissions.**

3. I graduated my B.A. from the University of Pennsylvania in 1994. I received my J.D. from the American University's Washington College of Law in 1997, where I was an Articles Editor for the American University Law Review and an active participant in the moot court program.

4. I have been admitted to the bars of the State of Maryland (1998) and the District of Columbia (2001). I am also admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the District of Columbia and Fourth Circuits, and the federal district courts in the District of Columbia and Maryland.

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

EXHIBIT 4

**My Experience.**

5. With the exception of two Superior Court clerkships (under Hon. Rufus G. King, III, and Hon. Leonard Braman), I have devoted my practice to employment litigation throughout my career.

6. In my career, I have served as counsel in employment law cases against private and public employers and major corporations in State and Federal courts in Maryland and the District of Columbia as well as before the EEOC and the Merit Systems Protection Board. I have also represented and advised numerous businesses in employment-related matters. My experience includes all aspects of the litigation process, including drafting pleadings, discovery, motions practice, trials, and appeals. Examples of complex employment cases that I have served as counsel include:

   a. Howard University v. Wilkins, 22 A.3d 774 (D.C. 2011), in which a University employee successfully claimed retaliation for having previously complained of sexual harassment;

   b. Campbell-Crane & Associates v. Stamenkovic, 44 A.3d 824 (2012), in which a male subordinate successfully brought claims of sexual harassment and retaliation against his female employer at small lobbying firm;

   c. Kennedy v. St. Joseph's Ministries, 709 F. Supp.2d 404 (D. Md. 2010), *rev'd*, 657 F.3d 189 (4th Cir. 2011), in which I argued that a Catholic institution, having hired a non-Catholic nursing assistant, was not free to subject that employee to harassment on the basis of her religion; and

   d. Thompson v. District of Columbia, in which I helped draft the appeal (currently pending before the D.C. Circuit) for a government employee who was terminated from his job without appropriate due process considerations.

I have handled a great many additional such cases.

7. I have been a member of the National Employment Lawyers Association and the Metropolitan Washington Employment Lawyers Association. I served as a Board Member for the latter organization for several years.

8. In addition, I have volunteered to serve as a moot court judge at various moot court tournaments in the city.

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

I have read this Declaration and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal information, knowledge, and belief.

June 29, 2016                                                   __/s/ Dennis Chong_____
                                                                                                    Dennis Chong, Esq.

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906